**ORIGINAL**



Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona



```
—— FILED        —— ENTERED
—— LODGED       —— RECEIVED

NOV 21 2012      RE

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                       DEPUTY
```

*Summons issued SEA052849*

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

:Fred-Francis and :Mark-Edward (Suitors)
Real Party's in Interest, appearing In Propria
Persona, with <u>unalienable</u> rights Original
Estate-Article III; Constitution.
        Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA, **<u>not a</u>**
**<u>party,</u>** (A federal entity which is not the de
jure united States of America). All agents of
a foreign principal with false claims in
assumpsit to rights in the original estate-
Article III; Constitution for Case CR12-

Admiralty Case No. **C12 - 2048** *xc*
**(Original Estate-Article III; Constitution)**

#### Libel of Review
-common law counterclaim in admiralty -
- notice lis pendens and -
- verified statement of right -
Re: Criminal Case CR12-262RSL, false
claim in *assumpsit* to rights in the original
estate-Article III; Constitution,
Memorandum within & Interrogatory's.

No Magistrates. No one may handle this
case but an Article III judge The nature of
this cause is Injunctive relief, albeit
preemptive. Title 28 U.S.C. §636(b)(1)(A).

To Respondents Do not Alter the names of
the  Petitioners to all Caps in your responses
to avoid tort for fraud and Identity theft and
character assassination and constitutional
violations.
By Special Appearance Rule E(8) Filed under
a Full Reservation of Unalienable Rights By
Real Party In Interest.

**Libel of Review**        Page  1 of 27



12-CV-02048-CMP

262RSL. & DOES 1-200.

Respondents.

## Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach 𐤕𐤀𐤅𐤉𐤀𐤏𐤕𐤅𐤉𐤀𐤀 and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1]  𐤉𐤕𐤀𐤀𐤀𐤅𐤒𐤉𐤕𐤕𐤉𐤒𐤌𐤉𐤀𐤏𐤕𐤅𐤉𐤀𐤀 <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

### Jurisdiction For Cases below.

The Jurisdiction for the following case numbers assigned to FRED F. FRINK, An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, Case 2;12-cr-00262-RSL and CR12-026RSL and CR12-262RSL. And the issue (in court) then becomes: by what lawful authority did Respondents, a mere employees of a mere corporation, exercise legitimate Public Law power to Petitioners determent?.

There is no evidence submitted by Prosecution Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, OFFICE OF THE DISTRICT ATTORNEY as Follows: (a) Evidence of Valid Contract for Federalized Citizenship.

(b) Evidence of a complaining real party in interest. (c) Evidence valid Charging Instrument (d) Prosecution Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, OFFICE OF THE DISTRICT ATTORNEY failed to provide facts or evidence affirming subject matter or In Personam jurisdiction.

**Libel of Review**                     Page  3 of 27

### Jurisdiction Continued.

In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim.

The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C (3)) such as trust organizations and legal names. "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it;

And shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship,* U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897.

Even the IRS recognizes the protocol: "**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Admiralty jurisdiction is present, substantive Maritime law applies.

o The word Admiralty (jurisdiction of the cases) and the word Maritime (relates to substantive law that applies to the Admiralty cases) arises in the federal system; in the U.S. Admiralty jurisdiction is granted by Article II of the Constitution.
o 28 U.S.C. Section 1333 grants Admiralty jurisdiction by Congress through Article II of the Constitution.
o Admiralty Law consists of:
o General Maritime law – the courts decisions created by the judiciary in hearing Admiralty cases (court made law), Case law.

o   Statutory Maritime Law – created by statute by Congress.

State Law can also applies in Admiralty cases. de jure Constitution Washington 1889.

## RIGHT FOR REVIEW

*See: 5 U.S.C. § 702: Right of review: A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.*

## THE PARTY'S

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and :Mark -Edward of the Nomen Family Hill and who are NOT artificial "U.S. citizens" I, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois who living inhabitants of the land known as the union Commonwealth state of Washington with full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Respondents "policy"employees of UNITED STATES OF AMERICA, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, and OFFICE OF THE DISTRICT ATTORNEY are agents of a foreign a principle unconstitutional officers of the defacto UNITED STATES OF AMERICA (A federal entity which is not the de jure united States of America) agents of a foreign principle and foreign to Petitioners .

CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE a unconstitutional  organization of treasonous attorneys who entices real party's in interest into involuntary servitude and appointed without consent of Petitioners they also are "policy"employees of UNITED STATES OF AMERICA (A federal entity which is not of the de jure united States of America) agents of a foreign principle and foreign to Petitioners.

NANCY TENNEY,  federal public defender treasonous attorney who entices real party's

in interest into involuntary servitude and appointed without consent of Petitioners a agent of a foreign principle and foreign to Petitioners "policy"employee of UNITED STATES OF AMERICA. See FRCP Rule 4 (j) all agent of a foreign principle.

BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, "policy"employees of UNITED STATES OF AMERICA a treasonous judges and a perjurer of oath of office **"if valid oath exist"** to the de jure united states of America and making war against the de jure organic constitutions state and federal operating under color of law. See FRCP Rule 4 (j) all agent of a foreign principle. and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, See FRCP Rule 4 (j) all agent of a foreign principle. All "policy"employees of the INTERNAL REVENUE SERVICE a subsidiary corporation for UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL.

## THE FACTS

The Respondents Trust entities ("strawman", etc.) are treated as corporation entities because they are artificial creatures without inherent conscience or sentient volition of their own. See Defendant in Error, Case CR12-262RSL.USA vs FRED F. FRINK. An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen family Frink.

Corporation entities are treated in the Admiralty as "vessels" (for similar reasons). For Maritime insurance (contract) purposes, each "vessel" must not only have a hull (body) number, but each "vessel" must also be "personified" with a name (usually ALL CAPS SPELLING).

What most people think of as federal, state and local "government" today is, in truth, nothing more than a bunch of affiliated (Maritime insured) corporation entities ("vessels"). Each entity (Justice Dept., Judicial Dept., Treasury Dept., United States, State of WA, I.R.S, SSA, FBI, etc.) has its own Federal Employer Identification Number (FEIN), which number cannot be obtained without certification of corporation "vessel" character/status (Form SS-4).

The most compelling evidence of proof of the corporation status, which can be obtained

**Libel of Review**          Page 6 of 27

via public disclosure request (FOIA), is written verification of the FEIN assigned to a particular "government" agency/department (FOIA) and will be filed into said case as evidence exhibits.

The officers and crew of these corporation vessels, whether elected, appointed or hired, are nothing more than corporation (public) "policy" employees (without Public Law authority) and are, therefore, subject to removal/employment termination for any malfeasance, misfeasance or non-feasance, including false personation (of a Public Law officer).

The most compelling evidence of proof of the (corporation) "employee" status of any of today's so called "civil servants" is written verification of their individual membership account in the (state) Public Employee's Retirement System (PERS) or the Federal Employee's Retirement System (FERS). Verification of the existence or non-existence of the account is not "exempt" from disclosure under FOIA.

Respondent, acting as "City METRO officers – THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, NANCY TENNEY, and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, are agents of a foreign principal, see FRCP Rule 4 (j). And a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue.**

Under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.)

The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Washington* Constitution, **"Transfer of government."**). This supports that the USA in Case CR12-262RSL is not a real party in interest.

The district court for the District of Washington has acquired exclusive original

**Libel of Review**                    Page  7 of 27

cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land and a Citizen of the spiritual commonwealth of Israel, or Nation of Israel complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from Petitioner's asylum state into the United States custody, treason-perjury - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agents of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively.

The presentments (notification, indictments see exhibits) are arbitrary and capricious clearly implying that if Petitioner fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added.*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

Petitioners present further facts as follows:  Respondents  TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, created faults liens and levy's in the form of a **NOTICE** for approximately a combined of 2.2 million on credit report and 1.2 on NOTICE of lien. Petitioner :Fred-Francis in the county recorders office of KING and created fraudulent information in Credit report violated the Fourth and Fifth and Sixth amendments and Filed Notice of liens and enforced collections without a court order or or due process and Collected on that notice of lien and levy without proper protocol the inland seizures where made before Case CR12-262RSL.

Further violations of due process and without validation and faults and misleading representations pursuant to 15U.S.C. 807 1692(e) faults and misleading representations of the

alleged debt.

And MICHAEL BALL placed Petitioner :Fred-Francis under arrest for the faults and misleading representations of TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and unconstitutional warrant and motion for detention order and indictment and appearance bond issued by BRIAN A.TSUCHID of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN,  THE UNITED STATES ATTORNEYS OFFICE created the unconstitutional process of arrest of Petitioner :Fred-Francis based upon a false claim in *assumpsit* to rights in the original estate-Article III; Constitution, for Criminal Case CR12-262RSL.

Respondent ROBERT STEPHEN LASNIK violated the unalienable constitutional rights of both Petitioners moving forward in enticements into slavery buy forcing a treasonous  CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY to represent him.

Petitioner :Mark-Edward of the Nomen Family Hill was violated by ROBERT STEPHEN LASNIK with this trespass on the constitutional right under the constitution to contract. Assistant counsel :Mark-Edward of the Family Hill stated  "No State shall enter into any Treaty, Alliance, or Confederation; **grant Letters of Marque or Reprisal;** coin  Money; **emit Bills of credit** ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the **Obligations of Contracts,** or grant any **Title of Nobility.".**    See all exhibits and transcripts filed in Case CR12-262RSL.

Respondent ROBERT STEPHEN LASNIK made the following statements in open court (a) That the Petitioners claims for the constitution right is gibberish. (b) Petitioner has to be represented by a WSBA member with a license to practice law, this is a lie and unconstitutional and treasonous and perjury to alleged Oath of office, license are issued by the state and a bar card is not a license, fraud upon the court.(c) Petitioner :Fred-Francis asked the respondent ROBERT STEPHEN LASNIK to answer some questions he had, :Fred-Francis asked if he was entitled to a fair hearing yes or no.

ROBERT STEPHEN LASNIK replied that he was not going to answer that question or

**Libel of Review**                              Page  9 of 27

any other questions Petitioner had. A clear act of violations of due process and denial of discovery and fraud upon the court pursuant to the constitutional six amendment see U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." Therefore, Silence is acquiescence.

"In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)."

ROBERT STEPHEN LASNIK stated in open court that Petitioner :Fred Francis stated that he invoked his unalienable rights ROBERT STEPHEN LASNIK stated in open court that he did not have any.

ROBERT STEPHEN LASNIK stated in open court that Petitioner assistant counsel :Mark-Edward by AFFIDAVIT OF EVIDENCE OF LAWFUL CONTRACT FOR THE FIRST CHOICE OF COUNSEL:Mark-Edward:Hill COUNSEL OF RECORD IN THE NATURE FOR REPRESENTATION AND THE RIGHT OF ASSISTANCE PURSUANT TO THE SIXTH AMENDMENT AND GENERAL POWER OF ATTORNEY AND AFFIDAVIT OF CONVEYANCE OF TITLE INDISPENSABLE AND REAL PARTY IN INTEREST FOR CASE NO. CR12-262RSL Respondent ROBERT STEPHEN LASNIK stated my powers and contracts meant nothing in HIS court implying Petitioner had not right to contract.

ROBERT STEPHEN LASNIK has made many unprofessional unbiased and impartial prejudice comments to both Petitioners using insulting and threatening and intimidation demeanor in violation of all seven cannons and was informed of the numerous constitutional violations presented in seventeen filings into this case CR12-262RSL and was put on mandatory judicial notice of the conflicts of interest and the fact that prosecution and failed to provide any constitutional requirements for standing or evidence of "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof..." People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132.

ROBERT STEPHEN LASNIK and THOMAS M.WOODS has evaded and failed to respond to any and all submissions into this case while ROBERT STEPHEN LASNIK

**Libel of Review**           Page  10 of 27

continues the enticement of the Petitioner :Fred-Francis into a foreign Jurisdiction and slavery by force and without consent to the unconstitutional treasonous CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE to force the appointment of representation to draw Petitioner :Fred-Francis into a unconstitutional jurisdiction without consent in violation of the thirteenth amendment without evidence subject matter or personum jurisdiction.

And having no regard for the Authority for the Supreme Court to promulgate rules of procedure is at 28 U.S.C. 2072, and 2072(b) preserves rights: "(b) Such rules shall not abridge, enlarge or modify any substantive right." Federal rules of Civil and criminal procedure preserve constitutionally secured rights.

Therefore, it is necessary to know and understand the three Amendments that govern Federal criminal prosecution.

The Fourth, Fifth and Sixth Amendments follow: Amendment IV: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. Prior case CR12-262RSL this was not done, see Exhbits.

Amendment V: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use. without just compensation. Respondents  R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL Employees of IRS and TIMOTHY F. GEITHNER of the de facto USA, Where conducting a investigation and came to the home of Petitioner at least four times located at 16030 NE 51ST Street, Redmond Washington and numerous phone calls and certified writtings by US Mail since 2008 to 2012 of Petitioner. Asking Petitioner questions without the reading of any Miranda Rights or informing him of there investigation.

Amendment VI: In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall

**Libel of Review**          Page 11 of 27

have been committed, which district shall have been previously ascertained by law, and to he informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. All are stated above violations of Petitioners rights are clear by all filings into case CR12-262RSL six amendment is one of the biases for this counterclaim.

There is no evidence of constitutional compliance anywhere on the record for case CR12-262RSL buy prosecution or any officer of this unconstitutional court Petitioners HAVE NOT WAIVED ONE RIGHT 28 U.S.C. 2072 (b) that Federal rules of procedure may not deprive anyone of substantive rights.

In a manner of speaking, rights secured by the Fourth, Fifth, and Sixth Amendments are carved in stone, and they are cumulative, they are not independent or elective unless someone knowingly chooses to forfeit one of the specified rights.

**If one of the constitutionally secured rights is bypassed, administrative offices, including the Department of Justice and the U.S. Attorney, and courts of the United States, lack or lose subject matter jurisdiction.**

This is the essence of the Fifth Amendment guarantee that no person shall be deprived of life, liberty or property without "due process of law." Here we see two distinct elements: Not only does there have to be law which compels or prohibits any given activity, but procedure or process must conform to that prescribed by the "Constitution and laws of the United States." The Fourth, Fifth and Sixth Amendments secure mandatory minimum requirements of due process.

The Fourth Amendment requirement for probable cause, "supported by Oath or affirmation, "is the jumping-off point:" No Warrants shall issue, but upon probable cause, supported by Oath or affirmation.

Here are two secured rights: There must be an oath or affirmation, a complaint, that specifics key elements of a crime, and a committing magistrate must issue a warrant based on the complaint- The complaint is made in a probable cause hearing.

Unless or until these threshold requirements are met, there can be no Federal

**Libel of Review**                    Page  12 of 27

prosecution. We will use Federal tax law as an example. At 18 U.S.C. 3045 we find authorization for who may set the criminal prosecution process in motion via an affidavit of complaint: "Warrants of arrest for violations of internal revenue laws may be issued by United States magistrates upon the complaint of a United Slates attorney, assistant United States attorney, collector, or deputy collector of internal revenue or revenue agent, or private citizen; but no such warrant of arrest shall be issued upon the complaint of a private citizen unless first approved in writing by a United States attorney."

("This Code section needs an amount of qualification: Whoever makes the affidavit of complaint must have personal knowledge. In other words, an U.S. Attorney THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE cannot make the affidavit of complaint unless he/she was personally involved with the investigation process and has hands-on involvement with securing and examining evidence.

### LAW OF THE FLAG:

Man is created in the image of Yahuah - 𐤉𐤄𐤅𐤄, the one true God Anglicized *Jehovah* in the Holy Scriptures, and to reduce a man to chattel against the national debt is an affront to Yahowah-𐤉𐤄𐤅𐤄 and the Messianic advent of Yahoshuah-𐤏𐤅𐤔𐤉𐤄. Be it hereby known that the competent common law is prior to 1938 and 1842 – the period between *Swift v. Tyson and Erie Railroad Co. v. Tompkins.*

Protected by the saving to suitors clause of 1789 the state law applied to this diversity issue is modeled by the Holy Scriptures and found in the Fundamental Orders of 1639.

With respect to Yahowah's 𐤉𐤄𐤅𐤄 grace demonstrated by the  Messianic advent of Yahoshuah-𐤏𐤅𐤔𐤉𐤄: Exodus 13:16 And it shall be for a token upon thine hand, and for front lets between thine eyes: for by strength of hand Yahowah - 𐤉𐤄𐤅𐤄 brought us forth out of Egypt.

Genesis 1:27 So Elohiym created man in his [own] image, in the image of Elohiym created he him; male and female created he them."…to maintain and preserve the liberty and purity of the Gospel of our Lord Jesus which we now profess, as also, the discipline of the

**Libel of Review**          Page  13 of 27

Churches…"

The 4th day of the 4th month, called June, 1639, all the free planters assembled together in a general meeting, to consult about settling civil government according to GOD, and about the nomination of persons that may be found by consent of all fittest in all respects for the foundation work of a Church which was intended to be gathered in Quinipieck. After solemn invocation of the name of GOD in prayer, for the presence and help of his spirit and grace in these weighty businesses, they were reminded of the business whereabouts they met.

Quaere 1. Whether the Scriptures does hold fourth a perfect rule for the direction and government of all men in all duties which they are to perform to GOD and men as well in the government of families and commonwealths as in matters of the Church.

This was assented to by all, no man dissenting, as well expressed by holding up of hands. Afterword's it was read over to them, that they might see in what words their vote was expressed: They again expressed their consent thereto, by holding up their hands, no man dissenting.

Here quoted from the capital laws: 1. idolatry (Deut 13.6–17.2 – Exodus 22.20) 2. witchcraft (Exodus 22.18 – Leviticus 20.27 – Deut. 18.10,11) 3. blasphemy (Leviticus 24.15,16) 4. murder by violence (Exodus 21.12,13,14 – Numbers 35.30,31) 5. murder by guile (i.e. poisoning) (Exodus 21.14) 6. bestiality (Leviticus 20.15,16) 7. homosexuality (Leviticus 20.13) 8. adultery (Leviticus 20.10 and 18.20 – Deut. 22.23,24) 9. rape (Deut. 22.25) 10. kidnap (Exodus 21.16) 11. perjury (Deut. 19.16,18,19) 12. treason against the commonwealth 13. striking or cursing a parent (Exodus 21.17- Leviticus 20.9 – Exodus 21.15) 14. a parent shall turn in a criminal child (Deut. 21.20,21) general discretionary power is retained by the general court to prosecute any other harmful behaviour against individuals, family and community, church or commonwealth.

The federal as well as the state court will administer admiralty law and the district court acquires jurisdiction through Article III, Clause 2 of the Constitution of the United States of America and the subsequent Judiciary Act of September 24, 1789 and thus the federal question is established evoking Title 28 §1333.

The common law of the state and the custodial responsibility of the district court is

easily established:**§61.** "When any Territory is admitted as a State, and a district court is established therein, all the records of the proceedings in the several cases pending in the highest court of said Territory at the time of such admission, and all records of the proceedings in the several cases in which judgement or decrees had rendered in said territorial court before that time, and from which writs of error could have been sued out or appeals could have been taken and prosecuted to the Supreme Court or to the circuit court of appeals, shall be transferred to and deposited in the district court for the said States."

Process of admission of a State into the Union of several States is verified in **§§61-64** the act of March 3, 1911, ch. 231, 36 Stat. 1104.

This cause is simple remand into the asylum state where proper protection is provided by absolute confidence in the civil protection offered by contract commonly known by New Covenant."…Whether the law of the State shall be declared by its Legislature in a statute or by its highest court in a decision is not a matter of federal concern."

The Constitution of the United States of America, Revised and Annotated – Analysis and Interpretation – 1982; Article III, §, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 782 and as collateral to the 10 Amendment and Erie Railroad Co. v. Tompkins 304 U.S. 64 (1938).

The United States of America and the United States federal government cannot possibly condone the unlawful extradition of a man on the land into the corporate fiction without contract, accord, consent, or international treaty: Establishment of a professional, impartial, and compulsory dispute-settlement mechanism is necessary to insure that the oceans will be governed by the rule of law rather than the rule of force… This [lack of mechanism] cannot but escalate into economic warfare, endanger the freedom of navigation, and ultimately lead to tests of strength and military confrontations.

America would not be true to itself, or to its moral heritage, if it accepted a world in which might makes right – where power alone decides the clash of interests with the Respondents.

And from a practical standpoint, no one recognizes more clearly than American industry that investment, access, and profit can best be protected in an established and predictable

**Libel of Review**                    Page  15 of 27

environment.

Secretary of State Henry Kissinger; The Law of the Sea: A Test of International Cooperation. Department of State Bulletin, Vol. LXXXIV, No. 1922, April 26, 1976 as continued proceedings of the seventh special session of the United Nations General Assembly in September of 1975 on global issues of economic development.

Petitioners declare the law of the flag and Our flag is on Our documents a common law flag July 30th , 1947, ch 389, 61 Stat. 642. Our vessel is Our paperwork, In maritime law, the law of that nation or country whose flag is flown by a particular vessel.

A ship owner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him, (Blacks Law Dictionary. 6th Ed.)

## FIRST CAUSE OF ACTION

Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution.

This Case CR12-262RSL needs only one element to remove subject matter Jurisdiction it is clear by exhibits and dates and times and the investigation and by notice of lien and levy violates due process. Citizenship is clear and done by news publication that petitioners have made their claims to their asylum states, their are NO constitution requirements or evidence to support standing for Case CR12-262RSL and none exist.

This has been remiss to disclose the remedy to the inherent presumption that people being "paid" are private reserve banks being paid in private credit notes from the Federal Reserve banks. This fraud by omission, the remedy to the Fed Act not being disclosed clearly

**Libel of Review**                    Page  16 of 27

has caused Petitioners to be handling and transacting business most of their life in false balances with attached usury.

This counterclaim action is preemptive to assure no debt action in assumpsit will be active against Petitioner for the remainder of his life in order to live a more pleasing life to אי יה - Yahowah in accord to doctrine like Proverbs 11:1 - *A false balance is an abomination to* אי יהא - Yahowah, *but a just weight is His delight.*

The presumption Petitioners are a Fed bank or a Federal citizen and involved with private credit thereof is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. Petitioners has been expressly demanding lawful money according to the remedy in the Fed Act **as demonstrated in this filing fee of $350** and has changed signature cards with banking institutions and stamped all checks to redeem lawful money See Title 12 U.S.C. §411.

The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practised outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411;

Petitioner is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentments typically utilized for making a first lien Treasury claim are regular enough but Petitioner wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. See Case CR12-262RSL.

The presentment(s) upon which past debt action in assumpsit - theft has been based are being and have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusals for cause, the Notice of Federal Tax Lien and all commercial presentments has been returned to Respondents in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

## SECOND CAUSE OF ACTION

Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D

**Libel of Review**          Page  17 of 27

FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN
A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A.
MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA all Respondents remove there claims and dismiss Case
CR12-262RSL with prejudice and terminate all miller act bonds, appearance bonds, terminate
all trust accounts and chattel irredeemable commercial debt paper, terminate all notices of liens
and levy's and remove such faults reporting on credit report to all credit agency's and restore all
accounting confiscated in all bank accounts the same way they took it out with a formal
apology in writing.

## NOTICE REGARDING ADDRESS

Due to sanctification of the confederacy, the corporate United States, Petitioners
does not identify with residential address. Petitioner's address is "Petitioner". For convenience
mail may be sent to Petitioner, address **Po Box 98 Bellevue Washington Zip Exempt
[CF98009CF]..** The supplemental rules for certain maritime and admiralty claims traditionally
recognize parties as vessels and Petitioners is dedicated and flies the seal of ᔑᣟ᙭ᔑ- Yahuah,
Exodus 13:16, being first fruit unto Him and Him alone.

## STIPULATION OF ACCEPTABLE ANSWER

The issue is simple. Agents of a foreign principal are required to file their complaint in
the appropriate district court prior to exercising any claim against a man on the land.

This is international and common law. Respondents must directly address the validity of
the certificate of search and UCC-11 before Case CR12-262RSL, that clearly shows there have
been no lawful claims filed against "Petitioners" or any pseudonym through which Petitioner
may be engaged in contract.

Respondent and anyone else for that matter can easily research case history against
Petitioner or any legal name. Respondent may call William M McCool clerk to conduct
searches and of course the Article III judge can research cases in chambers. It is however
reasonable to say that if Respondents is moving on a valid claim and judgment in the district

**Libel of Review**                    Page  18 of 27

court then Respondents knows what case that is.

<u>The United States is not a party in interest to this action. Any registered attorney responding for Respondents cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution.</u>

A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgement for Petitioners according to the notice on the face of the summons.

### STIPULATION OF REMEDY

The recourse sought is immediate exclusive original cognisance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals.

Petitioner :Mark-Edward wife, Anna Yuri may use this evidence repository for any future refusals for cause as well.  Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper.

There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply.

The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11.

The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example



Title 4 § 1 Positive Law

**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our Libel of Review In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.  I :Fred-Francis and :Mark-Edward Further Sayeth Naught.

Date November 20th 2012.

_____ (Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania  American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____ (Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois American National Nativity Right. Minister of Justice 1789  Judiciary Act private sector. All Rights Reserved

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

NOTARY PUBLIC'S JURAT

BEFORE ME, _Jill E. Lane_ a Notary Public, in and for said State of

Washington, the above named Fred-Francis of the Nomen family Frink natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of November 19th 2012.
or 20th

WITNESS my hand and official seal.
/s/ _____
Notary Public

My Commission Expires On: 10/20/15

```
JILL E. LANE
Notary Public
State of Washington
My Commission Expires
October 20, 2015
```
SEAL

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.


[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.]

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, Deputy clerk  WIILIAM M. McCOOL, U.S. Courthouse  700 Stewart Street, Seattle, WA 98101-4439  (206) 370-8810

## TO THE CLERK OF THE ABOVE- ENTITLED COURT: WRIT  PRAECIPE OF CLERK INSTRUCTION:


Dear clerk;

Please file this refusal for cause in the case jacket of Article III case _____
This is evidence if this Respondents claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion attached as Exhibits to this counterclaim.



## CERTIFICATE OF SERVICE

The signature below expresses that I have hired a process server not a party to the action to give a copy of the summons and complaint our counter claim and all presentment for the unlawful Case CR12-262RSL , refused for cause with the original clerk instruction to the

**Libel of Review**                    Page  21 of 27

district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been served by hand as indicated back to the presenter within time before trial of presentments.

1)Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.
Certified Mail if Needed # 7011 0470 0000 4457 4666.

2)Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.
3)Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.
Certified Mail if Needed # 7011 0470 0000 4457 4673.

4)Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail Michael.Ball@ci.irs.gov.
Certified Mail if Needed # 7010 3090 0002 7079 3343.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER
Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*
Certified Mail sent # 7010 3090 0002 7079 3350.

I, Jill E Lane HEREBY CERTIFY that a true and correct, complete Copy of the foregoing, was duly served by Hand to above and Clerk of the  UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, clerk WILIAM M. McCOOL, or his Deputy's U.S. Courthouse  700 Stewart Street, Seattle, WA 98101-4439  (206) 370-8810 and Certified Mail for those whom refuse service.

_____  11/21/12 _____ (Lawful seal)
Jill E Lane. Non party to the action over the age of 18.

## CAVEAT

**Libel of Review**                    Page  22 of 27

Respondents, and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Respondent and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Respondents (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Respondents or any named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Respondents or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly redeemed U.S. lawful money. Petitioners is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Petitioners retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against Respondents, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Petitioner is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Petitioner's character not in the least:

The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or**

**Libel of Review**                    Page  23 of 27

**solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added.*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Petitioners Pro Se - to imply that Petitioners is representing them self before the district court. Petitioners is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182.**

In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in lawful money. And, **US v Ware; 608 F.2d 400**

<u>United States notes shall be lawful money,</u> and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.

Any presumptions made about the funds for this filing fee are that Petitioner has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.2. Bankrupt laws are an encroachment upon the common law. The first in England was …" *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule.** Petitioners are a men with ꜣꞖꞐꜣ-Yahuah given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Respondents are clearly the debtor and Petitioners is clearly creditor.

**Libel of Review**          Page  24 of 27

**No magistrates**

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated and submitted under Federal Rules of Evidence :Exhibit 1-15

1) Certificate of search on "Petitioners" from clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, clerk WIILLIAM M. McCOOL, is exempted due to falsifications by district court clerk on such certificates. Respondents are provided with information to check for case histories. Exhibit 1) 1 Page.

2) The presentment from Respondents is refused for cause and Returned by the Real Party In Interest copy with his Verified Complaint and Summons with Affidavit of Citizenship. Exhibit 2 as follows: Supervision Report and NOTICE of federal Tax lien and levy form 668,11 pages. Indictment CR12-262RSL and Motion For Detention Order and Arrest warrant and Appearance Bond CR12-262RSL and Case Status and Minute Order and Case Management order in criminal case. And Government's Memorandum Regarding Status Hearing. Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process. Exhibit 2) 36 Pages.

3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932. submitted under Federal Rules of Evidence. Exhibit 3) 1 Page.

4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459 Exhibit 4) 7 Pages.

5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555 Exhibit 5) 4 Pages.

6) A copy of the check #146 and affidavit of demanding lawful money associated with the US court filing fee and transcripts has been attached. Exhibit 6) 8 Pages.

7) A copy of Rescission of Signatures termination under duress and fraud Exhibit 7) 9 Pages.

8) Two copy's of petitioners Proof of Publication claim of birth rights from Pennsylvania and Illinois. Exhibit 8) 2 Pages.

9) Petitioner :Mark-Edward of the Nomen Family Hill pastors pass port Certification of passport Record as of September 6, 2012, year of our Lord. Evidence of Citizenship and Diversity thereof. Exhibit 9) 1 Page.

10) A copy of FOIA Request from 1995 from Kenny Wane Lemming Exhibit 10) 1 Page.

11) A copy of UCC-11 All Lien Search State of Washington for Petitioner :Fred-Francis. Exhibit 11) 6 Pages.

12) A copy of VERIFIED STATEMENT OF RIGHT OR INTEREST Exhibit 12) 8 Pages.

13) A copy of AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST: Exhibit 13) 25 Pages.

14) A Copy of Interrogatory's to each Respondent Directly involved with Case CR12-262RSL as follows all have the same Questions to the Respondents THOMAS M.WOODS, and JENNY

ANNE DURKAN, and ANDREW D FRIEDMAN and  BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, Exhibit 14) 60 Pages.
15) A Copy of Memorandum Supporting Jurisdictional Challenge. Exhibit 15) 6 Pages.
16) A copy  TITLE 28, APPENDIX—RULES OF CIVIL PROCEDURE. Exhibit 16) 22 Pages.
Last page notary certificate of Authority. Total 197 Exhibits 27 complaint Total=224.

## AFFIDAVIT OF LAWFUL MONEY FOR FILING FEES

I :Mark-Edward of the Family Hill hereinafter Affiant Demand all filing fees paid Lawfully

pursuant to the title below,I, have filed check by conversion to redeem lawful money for filing

fee and certified copies and I have receipts and evidential submissions to prove that I do not

consent to the federal reserve system and this court of the same de facto government.

US CODE TITILE 12>CHAPTER 3> SUBCHAPTER>§411

I :Mark-Edward of the Family Hill Demand §411 Issuance to reserve banks; nature of

obligation, redemption. Federal reserve notes, to be issued at the discretion of Board of

Governors of the Federal Reserve system for the purpose of making advances to Federal

Reserve Banks though the Federal reserve agents as hereinafter set forth and for no other

purpose, are authorized. The said notes shall be obligations of the United States and Shall be

received by all national and member banks and Federal reserve banks and for all taxes,

customs, and other public dues. They shall be redeemed in lawful money on demand at the

Treasury Department of the United States, in the city of Washington, District of Columbia, or at

any Federal Reserve Bank.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

I would like to also to point out that I had Known in good faith of this remedy, I would have

redeemed every single paycheck I have received since the beginning of my employment. I

consider this remedy being kept from me, my parents to me and my civics teacher etc. To be a

form of fraud by omission.

**Libel of Review**                    Page  26 of 27

Affiant states that, at all times I will write redeemed for lawful money for all commercial transactions and reserve all unalienable rights this court is in violation of the Constitution it clearly mandates and established in Article I, section 10, clause 1 of the Union estates express trust compact "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque or Reprisal; coin  Money; emit Bills of credit ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligations of Contracts, or grant any Title of Nobility."

Affiant states that, this court is a federal corporation just like the federal reserve bank and is a STATE under the District of Columbia Art. I, Sec. 8, Cl.17 and Art. IV, Sec. 3 Cl. 2 of the Constitution for the de jure united States of America. Affiant Sayeth Naught



Under Title 4 § 1 Positive Law

Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona

Date November 20th 2012.

_____ (Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania  American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____ (Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois American National Nativity Right. Minister of Justice 1789  Judiciary Act private sector. All Rights Reserved

Page  27 of 27

*(left margin — handwritten check:)*
MARK E HILL
480 KENOLIO RD 2-108
KIHEI, HI 96753

59-102/1213
354

146

Date: Nov-20-2012   $ 350 00

Pay to the [order of] USDC WD at Seattle

Three hundred and fifty 00/100 ex  Dollars

Redeemed in Lawful Money
Pursuant to Title 12 U.S.C. § 411

jh Bank of Hawaii

For Filing for US District Court   dba Mark Edward Hill dba

Legal Name.

5  :Mark E. Hill  :True Name