```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED
```

NOV 21 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE
### OFFICE OF THE CLERK

I, WILLIAM M. McCOOL, Clerk of the United States District Court for the Western District of Washington, do hereby certify that after a diligent search of the records in this office for **Fred F. Frink**, I have found the following information:

___   No pending or closed civil or criminal actions

___   A pending case bearing Cause No.

_x_   A closed case bearing Cause No. **2:88-cv-00072-JCC**

___   Other:

WITNESS my official signature and the seal of the said Court at Seattle, Washington, on March 9, 2012.

WILLIAM M. McCOOL, Clerk
United States District Court

Rachel Evans, Deputy Clerk

FEE:  $30.00
cc:   Search file (SP)



**EVIDENCE** Exhibit (1)

12-CV-02048-EXH  1