# MONTHLY SUPERVISION REPORT

| Report for month of: SEPT 2012 | PACTS Number: CR12-262RSL | Supervision officer name: MARK OKANO |
|---|---|---|
| Full name: Frederick Francis Frink | Home phone: 425-558-4838 | Mobile phone: 206-331-0217 |
| Did you move in the last month? ☐ Yes ☑ No | If Yes, when did you move? | E-Mail address: ffrink@gmail.com |
| Current Home Street Address: 16030 N.E. 51st | | |
| City: REDMOND | State: WA | Zip/Postal code: 98052 | County: KING |
| With whom do you reside: N/A | At home, who is aware of your charges? N/A | |

| Do you own or operate a vehicle: ☑ Yes ☐ No | | CAR 1 | CAR 2 |
|---|---|---|---|
| | Make of car | LAND ROVER | |
| Did you start a new job in the last month? ☐ Yes ☑ No | Model of car | DISC | |
| | Year of car | 2004 | |
| If yes, start date? | Color of car | BLUE | |
| | License plate # | AEF1551 | |

Are you currently: ☐ Employed ☐ Unemployed ☐ Self Employed ☐ Part time student ☑ Retired ☐ On disability

| Name of employer or school: N/A | Job title: | Work phone: |
|---|---|---|
| Current employment address: N/A | | |
| City: | State: | Zip/Postal code: | County: |
| Supervisor's name: N/A | Monthly income: | Work hours: |
| Did you receive any money other than from employment such as loans, relief benefits, etc? ☐ Yes ☑ No | At work, who knows of your charges? | |
| If yes, give amounts and from whom received: | | |
| Have you had any contact with law enforcement or another court in the last month? ☐ Yes ☑ No | Were you charged with an offense? ☐ Yes ☐ No | |
| If yes, which agency/court and give dates of contact? | | |
| What was the outcome? | | |
| Comments: | | |

**Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.**

Date November 20th 2012.:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved. (Lawful seal)

**EVIDENCE** Exhibit 2

**I CERTIFY THAT ALL ANSWERS ARE COMPLETE AND CORRECT. I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN THE REVOCATION OF MY RELEASE, IN ADDITION TO THE PROSECUTION UNDER TITLE 18, U.S.C., SECTION 1001**

Fred F. Frink
Defendant's Signature

Date signed: OCT 2 2012

| Return this report to (Seattle Office): U.S. Pretrial Services 700 Stewart Avenue, Suite 10101 Seattle, WA 98101 (206) 370-8950 | Return this report to (Tacoma Office): U.S. Pretrial Services 1717 Pacific Avenue, Suite 1152 Tacoma, WA 98402 (253) 882-3705 | (For Office Use) Reviewed by |
|---|---|---|

12-CV-02048-EXH 2

3/10

8801

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 913-6050

Serial Number
5474427??

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer FRED F FRINK

Residence PO BOX 98
BELLEVUE, WA 98009-0098

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-XXXX | 04/28/2009 | 05/28/2019 | 1197131.86 |

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process

(Lawful seal)
Date November 2012.: Fred-Francis: Frink, Real party in interest
of the Republic of the State of Pennsylvania American National
Nationality Rights Reserved, No Submissions and signed by my lawful seal.
All Rights Reserved

Fred Frink

20090518001102
IRS - LIEN DES FTL
PAGE001 OF 001
05/18/2009 11:30
KING COUNTY, WA
84.00

STATE OF WASHINGTON
County of King

The Director of Records & Licensing, of the State of Washington and exofficio Recorder of Deeds and county, instruments, do hereby certify the foregoing copy has been compared with the original instrument as the same appears on file and of record in this office and that the same is a true and perfect transcript of said original and of the whole thereof.
Witness my hand and official seal this ______ day
FEB 2 1 2012
Director of Records & Licensing
By Natalya Tayko
Deputy
NATALYA TAYKO

Place of Filing
COUNTY AUDITOR
KING COUNTY
SEATTLE, WA 98104

Total $ 1197131.86

This notice was prepared and signed at SEATTLE, WA, on this,

the 12th day of May, 2009.

Signature R. A. Mitchell
for CHARLES WASHINGTON

Title
REVENUE OFFICER 26-10-3612
(253) 435-8856

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Form **668-C**

(Rev. December 2001)

Department of the Treasury - Internal Revenue Service

# Final Demand for Payment

| To | Date |
|---|---|
| INNOVATIVE PIPELINE SERVICES<br>10900 NE 8TH ST SUITE 1260<br>BELLEVUE, WA 98004 | 03/22/2010 |

On March 12, 2010, a notice of levy was served on INNOVATIVE PIPELINE SERVICES at BELLEVUE , WA. The notice of levy attached property, rights to property, money, credit, and bank deposits then in your possession, the, credit of, belonging to, or owned by FRED F FRINK of BELLEVUE, WA. Identifying Number(s) 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. When the notice was served, that person owed and still owes the United States $1350225.33. Demand was made on you for the amount shown in the notice of levy, or for any smaller amount you owed the taxpayer, but we have not received your payment.

**Please see section 6332 of the Internal Revenue Code on the back of this form.**

Demand is again made for $1350225.33 shown in the notice of levy, or for any smaller amount you owed the taxpayer when the notice of levy was served. Send us payment as explained in the instructions received on the levy within 5 days of getting this demand. If you don't pay within 5 days, we will consider you to have passed our demand and we may then enforce Code Section 6332.

If someone other than the taxpayer has a claim against this property, please complete the back of this form.

| Signature<br>CHARLES WASHINGTON | Address (City and State) |
|---|---|
| Title<br>REVENUE OFFICER | Telephone Number<br>(253)435-8856 | 1301 PACIFIC AVENUE<br>TACOMA, WA 98402-4301 |

Refused for cause Refused for Fraud Violations of the 4th, 5th and 6th Constitutional Amendments Violation of Due Process: (Lawful and)

Date November 20th 2012 :Fred Franklin Re: Party in interest of the Republic added state of Washington Washington: All Rights Reserved. Nativity Right. I approve and secure my non-negotiable. all. approve of. Private National Seal.

www.irs.gov        Form 668-C (Rev. 12-2001)

| Form 668-A(ICS) (Rev. July 2002) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: 03/30/2010

REPLY TO:  **Internal Revenue Service**
**CHARLES WASHINGTON**
**1201 PACIFIC AVENUE**
**TACOMA, WA 98402-4301**

TELEPHONE NUMBER
OF IRS OFFICE: **(253)435-8856**

NAME AND ADDRESS OF TAXPAYER:
FRED F FRINK
PO BOX 98
BELLEVUE, WA 98009-0098

TO:  UNION BANK, NA
10900 NE 8TH ST.
SUITE 100
BELLEVUE, WA 98004

IDENTIFYING NUMBER(S): 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

*(handwritten across form)* Accepted and Returned for Assessed Value, Closure and Settlement of this Accounting.

*(handwritten)* EIN

*(handwritten)* Authorized Representative

*(diagonal watermark text)* Refused for cause Refused for Fraud Violations of the 4th 5th and 6th and Constitutional Amendments Violation of Due Process

*(diagonal watermark text)* Lawful Refusal / Date: March 30, 2012 :Fred: Frinck: Real Party in Interest, American National in the state of Pennsylvania. I do not approve submissions and agree by my lawful refusal. Not a US Citizen / Not a Corporation / All Rights Reserved

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2008 | 1,179,733.55 | 184,699.92 | $1,364,432.47 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ========================⇒

| Total Amount Due | $1,364,432.47 |
|---|---|

We figured the interest and late payment penalty to 04/30/2010

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative **/S/ CHARLES WASHINGTON** | Title **REVENUE OFFICER** |
|---|---|

**Part 2 –**   For Taxpayer

Form **668-A(ICS)** (7-2002)

Form **668-C**

(Rev. December 2001)

**Department of the Treasury - Internal Revenue Service**

# Final Demand for Payment

| To | Date |
|---|---|
| INNOVATIVE PIPELINE SERVICES<br>10900 NE 8TH ST SUITE 1260<br>BELLEVUE, WA 98004 | 03/22/2010 |

On March 12, 2010, a notice of levy was served on INNOVATIVE PIPELINE SERVICES at BELLEVUE, WA. The notice of levy attached property, rights to property, money, credit, and bank deposits then in your possession, the credit of, belonging to, or owned by FRED F FRINK of BELLEVUE, WA. Identifying Number(s) 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. When the notice was served, that person owed and still owes the United States $1350225.33. Demand was made on you for the amount shown in the notice of levy, or for any smaller amount you owed the taxpayer, but we have not received your payment.

**Please see section 6332 of the Internal Revenue Code on the back of this form.**

Demand is again made for $1350225.33, shown in the notice of levy, or for any smaller amount you owed the taxpayer when the notice of levy was served. Send us payment as explained in the instructions received on the levy within 5 days of getting this demand. If you don't pay within 5 days, we will consider you to have refused our demand and we may then enforce Code Section 6332.

If someone other than the taxpayer has a claim against this property, please complete the back of this form.

Form **668-C** (Rev. 12-2001)

*Accepted and Returned for Closure and settlement of this accounting.*

*By:*

*Authorized Rep.*

[Handwritten diagonal text overlay:]
Refused for Cause Refused for Fraud
Violation of the 4th, 5th and 6th
Constitutional Amendments Violation of
Due Process. (Lawful seal)

www.irs.gov

Form **668-C** (Rev. 12-2001)

| . Form **668-A(ICS)** | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Rev. July 2002) | **Notice of Levy** |

DATE: 03/30/2010

REPLY TO:  **Internal Revenue Service**
**CHARLES WASHINGTON**
**1201 PACIFIC AVENUE**
**TACOMA, WA 98402-4301**

TELEPHONE NUMBER
OF IRS OFFICE: **(253)435-8856**

NAME AND ADDRESS OF TAXPAYER:
FRED F FRINK
PO BOX 98
BELLEVUE, WA 98009-0098

TO:   **UNION BANK, NA**
**10900 NE 8TH ST.**
**SUITE 100**
**BELLEVUE, WA 98004**

IDENTIFYING NUMBER(S): 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

FRINK

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2008 | 1,179,733.48 | 184,699.99 | $1,364,432.47 |

| | Total Amount Due | $1,364,432.47 |
|---|---|---|

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. =========================⇒

We figured the interest and late payment penalty to 04/29/2010.

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ CHARLES WASHINGTON** | **REVENUE OFFICER** |

**Part 2 –**   For Taxpayer

Form **668-A(ICS)** (7-2002)

Form **668-A(ICS)** (Rev. July 2002)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

DATE: **03/30/2010**

REPLY TO: **Internal Revenue Service**
**CHARLES WASHINGTON**
**1201 PACIFIC AVENUE**
**TACOMA, WA 98402-4301**

TELEPHONE NUMBER
OF IRS OFFICE: **(253)435-8856**

NAME AND ADDRESS OF TAXPAYER:
**FRED F FRINK**
**PO BOX 98**
**BELLEVUE, WA 98009-0098**

TO: **UNION BANK, NA**
**10900 NE 8TH ST.**
**SUITE 100**
**BELLEVUE, WA 98004**

IDENTIFYING NUMBER(S): **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**

FRINK

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2008 | $1,179,[illegible].55 | $[illegible],6[illegible].92 | $1,364,432.47 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | | Total Amount Due | $1,364,432.47 |
|---|---|---|---|

We figured the interest and late payment penalty to 0[illegible]29/201[illegible]

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have** *(or are already obligated for)* **when they would have paid you.**

If you decide to pay the amount you owe now, please bring a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ CHARLES WASHINGTON | REVENUE OFFICER |

**Refused for cause Refused for Fraud**
**Violations of the 4th 5th and 6th**
**Constitutional Amendments Violation of**
**Due Process**

**(Lawful seal)**
**Date November 20th 2012.:Fred-Francis: Real Party in interest**
**of the Republican State of Pennsylvania American National**
**Nativity Right. I approve submissions and agree by my lawful seal.**
**All Rights Reserved**

Voucher

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **03/30/2010**

REPLY TO: **Internal Revenue Service**
**CHARLES WASHINGTON**
**1201 PACIFIC AVENUE**
**TACOMA, WA 98402-4301**

TELEPHONE NUMBER
OF IRS OFFICE: **(253)435-8856**

NAME AND ADDRESS OF TAXPAYER:
**FRED F FRINK**
**PO BOX 98**
**BELLEVUE, WA 98009-0098**

TO: **UNION BANK, NA**
**10900 NE 8TH ST.**
**SUITE 100**
**BELLEVUE, WA 98004**

IDENTIFYING NUMBER(S): **[illegible]-68-9257**

**FRIN**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2008 | [illegible],179,73[illegible] | [illegible]184,[illegible]9.[illegible] | $1,364,432.47 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | Total Amount Due | $1,364,432.47 |

We figured the interest and late payment penalty to 04/30/2010

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please bring a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ CHARLES WASHINGTON | REVENUE OFFICER |

**Part 2 –** For Taxpayer

Form **668-A(ICS)** (7-2002)

**Refused for cause Refused for Fraud**
**Violations of the 4th 5th and 6th**
**Constitutional Amendments Violation of**
**Due Process**

**Date: November 20th 2012: Fred-Francis: Real Party in interest**
**of the Republic state of Pennsylvania American National**
**Nationality Rights, I approve submissions and agree by my lawful seal.**
**All Rights Reserved (Lawful seal)**

Refused for Fraud
Refused for Cause Violation of 4th 5th and 6th Constitutional Amendments Violation of Due Process

(Lawful seal)

Date November 2012.: Fred-Francis: Real Party in interest of the Republic united state of Pennsylvania American National National Knight. I approve this submission and agree by my lawful seal. All Rights Reserved

8801

Form 668 (Y)(c) (Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

Area: SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 913-6050

Serial Number 547442809

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer FRED E FRINK

Residence PO BOX [illegible]8
BELLEVUE, WA 98009-00[illegible]

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-[illegible]57 | 04/28/2009 | 05/28/2019 | 1197131.86 |

20090518001102
IRS - LIEN DES FTL 84.00
PAGE001 OF 001
05/18/2009 11:30
KING COUNTY, WA

Place of Filing
COUNTY AUDITOR
KING COUNTY
SEATTLE, WA 98104

Total $ 1197131.86

This notice was prepared and signed at SEATTLE, WA, on this,

the 12th day of May 2009

Form **668-W(ICS)** (Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: **03/12/2010**

TELEPHONE NUMBER OF IRS OFFICE: **(253)435-8856**

REPLY TO: **Internal Revenue Service**
**CHARLES WASHINGTON**
**1201 PACIFIC AVENUE**
**TACOMA, WA 98402-4301**

NAME AND ADDRESS OF TAXPAYER:
**FRED F FRINK**
**PO BOX 98**
**BELLEVUE, WA 98009-0098**

TO: **INNOVATIVE PIPELINE SERVICES**
**10900 NE 8TH ST SUITE 1260**
**BELLEVUE, WA 98004**

IDENTIFYING NUMBER(S): **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**

**FRIN**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2008 | $1,179,732.55 | $170,492.78 | $1,350,225.33 |
| **Employer or Other Addressee:** Please complete the back of this page | | | **Total Amount Due** ⇒ | $1,350,225.33 |

**Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments. Violation of Due Process.**

Date November 20th 2012. :Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National. Nativity Right. I approve submissions and agree by my lawful seal. All rights Reserved. (lawful seal)

We figured the interest and late payment penalty to 04/11/2010

**Statement of Exemptions and Filing Status** *(To be completed by taxpayer; instructions are on the back of Part 5)*

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** $______$ *(Enter amount only if you or your spouse is at least 65 and/or blind.)*

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (*Husband, Wife, Son, Daughter, etc.*) | Social Security Number (*SSN*) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Taxpayer's Signature | Date |
|---|---|
| | |

**PLEASE REMOVE THIS PAGE BEFORE COMPLETING IT.**

**TAXPAYER'S NAME*(S)*** ______________________

**IDENTIFYING NUMBER*(S)***
***(as shown on the front)*** ______________________

**SECTION 1. — Levy Acknowledgment**

Signature of person responding ______________________

Printed name of person responding ______________________

Your telephone number (______) ______________________

Date and time this levy received ______________________

**SECTION 2. — Levy Results *(Check all applicable boxes)***

☐ Check attached in the amount of $ ______________

☐ Additional checks will be sent.

☐ ____________ (weekly, bi-weekly, monthly, etc.)

☐ ____________ approximate amount of each payment

☐ Taxpayer no longer employed here as of ______________ (date).

☐ Remarks

**SECTION 3. — Additional information** ***(Please complete this section if this levy does not attach any funds.)***
Taxpayer's latest address, if different from the one on this levy. ______________________

______________________________________________

Taxpayer's telephone number: (______) ______________________

Name and address of taxpayer's employer: ______________________
*(if different from addressee)*

______________________________________________

Other information you believe may help us:

**Refused for cause Refused for Fraud**

**Violations of the 4th 5th and 6th Violation of**

**Constitutional Amendments.**

**Due Process.**

**(Lawful seal)**

**Date November 2nd 2012 Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved.**

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

SEPTEMBER 6 20 12
WILLIAM M. McCOOL, Clerk
By ______ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
Plaintiff,
v.
FRED F. FRINK,
Defendant.

NO. CR12-262 RSL

INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**(False, Fictitious, and Fraudulent Claim)**

On or about April 1st, 2009, at Kirkland, within the Western District of Washington, and elsewhere, FRED F. FRINK made and presented to the Internal Revenue Service, United States Department of the Treasury, a claim upon and against the United States, that is, a claim for a tax refund for $827,117.00, knowing that the claim was false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Sections 287 and 2.

**COUNTS 2-3**
**(Fictitious Obligation)**

EVIDENCE Exhibit 2

On or about May 22, 2009, at Tacoma, within the Western District of Washington, and elsewhere, FRED F. FRINK, with the intent to defraud the United States, did pass, utter, present, and offer the following false and fictitious instruments, documents, and

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

other items appearing, representing, purporting, and contriving through scheme and artifice, to be an actual security and other financial instrument issued under the authority of the United States:

| COUNT | ITEM | AMOUNT |
|---|---|---|
| 2 | Money Order | $[illegible]00.00 |
| 3 | Money Order | $[illegible],432,663.00 |

All in violation of Title 18, United States Code, Section 514(a)(2).

COUNTS 4-6
(Money Laundering)

On or about the dates set forth below, at Bellevue, within the Western District of Washington, and elsewhere, FRED FRINK did knowingly engage in the following monetary transactions by, through, and to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit, withdrawal and transfer of funds, such property having been derived from a specified unlawful activity, that is, Theft of Public Money, in violation of Title 18, United States Code, Section 641:

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 4 | April 22, 2009 | Transfer of $824,000.00 in funds from Foundation Bank account *****0824 to Washington Mutual Bank account ***-*******167-5 |
| 5 | April 27, 2009 | Withdrawal of $113,098.06 in funds from Foundation Bank account *****0824 used to pay off loans serviced by Foundation Bank |
| 6 | May 30, 2009 | Withdrawal of $48,758.60 in funds from Coastal Community Bank by check presented to Park Place Motors |

All in violation of Title 18, United States Code, Sections1957 and 2.

//

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th Constitutional Amendments
Violation of Due Process

(Lawful seal) Date November 20th 2012, Fred Francis: Frink Real Party in interest of the Republic, union state of Pennsylvania American National Nativity Rights. I approve submissions and agree to my unlawful seal. All Rights Reserved.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 7**
**(Bank Fraud)**

**A. The Scheme and Artifice to Defraud**

1. Beginning on a date uncertain, but within the last ten years, and continuing through in or about April 2009, at Bellevue, within the Western District of Washington, and elsewhere, FRED F. FRINK did devise and execute, and did attempt to devise and execute, a scheme and artifice to defraud Foundation Bank, a financial institution, as defined by Title 18, United States Code, Section 20, and to obtain moneys, funds, and credits under the custody and control of the financial institution, by means of materially false and fraudulent pretenses, representations and promises, as further described below.

2. The essence of the scheme and artifice to defraud was for FRED F. FRINK to submit a tax return that he falsely represented had been filed with the Internal Revenue Service in order to obtain a renewal of a line of credit.

**B. Background**

3. In February 2007, FRED F. FRINK received a line of credit from Foundation Bank in the amount of $94,000.00. He secured the line of credit with multiple real properties.

4. At the time that the line of credit was extended, it was set to expire on January 11, 2008. Foundation Bank renewed the line of credit on multiple occasions. The line of credit was set to expiration on April 11, 2009.

5. On April 7, 2009, Foundation Bank requested certain documents from FRED F. FRINK in order to decide whether to renew the line of credit for an additional period of time. In particular, Foundation Bank requested FRED F. FRINK's tax return for tax year 2008.

6. In March 2009, FRED F. FRINK retained D.E., a tax preparer to prepare his 2008 tax return. On or around April 10, 2009, D.E. sent FRED F. FRINK a return for him to sign and file with the Internal Revenue Service. Under the return, FRED F. FRINK was to claim a tax refund of $7413.00.

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process

Dated November 20th 2012: Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. (Lawful seal) All Rights Reserved

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

7. FRED F. FRINK never submitted this return to the Internal Revenue Service. Instead, he visited H&R Block. He provided H&R Block bogus tax forms purporting to show that over a million dollars in tax had been withheld on his behalf. On the basis of these tax forms, H&R Block prepared a tax return in which FRED F. FRINK claimed a tax refund in the amount of $827,[illegible]00. The Internal Revenue Service issued and sent FRED F. FRINK a check in this amount before it detected the fraudulent nature of the return.

**B. Manner and Means of the Scheme and Artifice**

6. It was part of the scheme and artifice to defraud that FRED F. FRINK submitted to Foundation Bank the 2008 tax return that had been prepared by D.E., for the purpose of having the bank renew his line of credit.

7. It was part of the scheme and artifice to defraud that FRED F. FRINK signed the return prepared by D.E. to make it falsely appear that he had submitted this return to the Internal Revenue Service.

8. It was part of the scheme and artifice to defraud that FRED F. FRINK deliberately did not submit to Foundation Bank the fraudulent return that H&R Block had prepared for fear that Foundation Bank or others would investigate the accuracy of the return.

9. It was part of the scheme and artifice to defraud that FRED F. FRINK repaid the line of credit in full on April 27, 2009, after receiving the fraudulent tax refund from the Internal Revenue Service.

**C. The Execution of the Scheme.**

10. On or about the below-listed date, at Bellevue and elsewhere within the Western District of Washington, FRED F. FRINK executed and attempted to execute this scheme and artifice to defraud, and to obtain moneys, funds, and credits under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations and promises, by conducting and causing to be conducted the following transaction:

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| Count | Date | Transaction |
|---|---|---|
| 7 | On or around April 15, 2012 | Presentment of tax return prepared by D.E. to Foundation Bank, for the purpose of obtaining a renewal of the line of credit that FRED F. FRINK maintained at the bank |

All in violation of Title 18, United States Code, Section 1344 and Section 2.

## ASSET FORFEITURE ALLEGATIONS

1. **Counts 4 through 6**

Upon conviction of the offenses alleged in Counts 4 through 6 of this Indictment, FRED F. FRINK shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, or any property traceable to such property.

2. **Count 7**

Upon conviction of the offense alleged in Count 7 of this Indictment, FRED F. FRINK shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//

//

//

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendants up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: 7-?-2012

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)*

FOREPERSON

JENNY A. DURKAN
United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

THOMAS M. WOODS
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Magistrate Judge Tsuchida

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP -7 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON DEPUTY

Refused for cause Refused for Fraud
Violations of the 4th and 6th
Constitutional Amendments Violation of
Due Process.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, Plaintiff,

v.

FRED F. FRINK, Defendant.

NO. CR12-0262RSL

MOTION FOR DETENTION ORDER

(Lawful seal)
Date: November 20th 2012: Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved.

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because this case involves (check all that apply):

__ Crime of violence (18 U.S.C. § 3156)

__ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

__ Crime with a maximum sentence of life imprisonment or death

__ Drug offense with a maximum sentence of ten years or more

__ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

__ Felony offense involving a minor victim other than a crime of violence

EVIDENCE Exhibit 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

___ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

X Serious risk the defendant will flee

___ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

X Defendant's appearance as required

X Safety of any other person and the community

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

___ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//

//

//

//

//

Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Amendments Constitutional Due Process.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

__ At the initial appearance

X After continuance of 1 day (not more than 3)

5. Other matters

DATED this 7th day of September, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

THOMAS M. WOODS
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

AO (Rev. 11/11) Arrest Warrant

12-CR-00262-STMT

__FILED __ENTERED
__LODGED __RECEIVED
SEP 7 2012 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

United States of America
v.
FRED F. FRINK

Case No. CR12-262RSL

Refused for cause Refused for Fraud
Violation of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process.

# ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay FRED F. FRINK, who is accused of an offense or violation based on the following document filed with the court:

X Indictment _ Superseding Indictment _ Information _ Superseding Information _ Complaint
_ Probation Violation Petition _ Supervised Release Violation Petition _ Violation Notice _ Order of Court

This offense is briefly described as follows:

Count 1: False, Fictitious, & Fraudulent Claim
18:287 & 2

Counts 2,3: Fictitious Obligation
18:514(a)(2)

Counts 4-6: Money Laundering
18:1957 & 2

Count 7: Bank Fraud
18:1344 & 2

(Lawful seal)
This November 20 2012.: Fred-Francis: Real Party in interest
of the Republic union state of Pennsylvania American National
Nativity Right, I approve submissions and agree by my lawful seal.
All Rights Reserved.

September 7, 2012

Seattle, WA

*Issuing officer's signature*

*James Kelly, Deputy Clerk*
*Printed name and title*

EVIDENCE Exhibit 2

## Return

This warrant was received on *(date)* 9/7/12 ; and the person was arrested on *(date)* 9/7/12 at *(city and state)* Kirkland, WA.

Date: 9/7/12

*Arresting officer's signature*

Mike Ball
*Printed name and title*

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP - 6 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRED E FRINK,

Defendant.

CASE NO. CR12-262 RSL

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore:

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 6th day of September, 2012.

UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES___XX___ NO______

Refused for cause Refused for Fraud

Violations of the 4th 5th and 6th

Constitutional Amendments Violation of

Due Process.

(lawful seal)

Date November 20 2012.:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right, I approve submissions and agree by my autograph seal. All Rights Reserved.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

  

# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,

vs.

## Frederick Francis Frink

# APPEARANCE BOND
## CASE No: CR12-262RSL

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 700 Stewart Street, Seattle, Washington;* *Courtroom: AS DIRECTED*, on Tuesday, November 13, 2012 at 9:30 AM and all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any Controlled Substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number (to my attorney and/or Pretrial Services if supervised) within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States except directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release that the Office shall impose. I must report to the Office of Pretrial Services, (206) 370-8950, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must appear at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**

- Travel is restricted to the Western District of Washington or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.



12-CR-00262-EXH

# EVIDENCE Exhibit 2

Frederick Francis Frink CR12-262RSL

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

x Fred Frink — Signature | September 10, 2012 — Date Signed | Redmond, WA — City/State of Residence

ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

September 10, 2012
Date Signed

Brian A. Tsuchida
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

**Refused for cause Refused for Fraud Violations of the 4th, 5th and 6th Constitutional Amendments Violation of Due Process.**

(Lawful seal)

**Date November 20th 2012.:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved.**

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT Fred Frink USAO# 2011R00623

_/ MAGISTRATE'S NO. ______ _/ DOCKET NO. (If Superseding Indictment) CR ______

**************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? _/ Yes x/ No

IF YES:

_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: ______

*** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: ______

_/ A DETENTION ORDER HAS BEEN ENTERED.

*** _/ TEMPORARY DETENTION

*** _/ PERMANENT DETENTION

_/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE ______ DISTRICT OF ______ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR ______.

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

_/ SERVING A FEDERAL SENTENCE AT ______.

_/ PENDING FEDERAL CHARGES IN THE ______ DISTRICT OF ______.

_/ PENDING STATE CHARGES AT ______.

**************************************************************************

III. ARRAIGNMENT

x/ WARRANT TO ISSUE. (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON ______ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

DEFENDANT'S ADDRESS: ______

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON ______ CALENDAR.
(Date)

DEFENSE ATTORNEY'S NAME: ______

DEFENSE ATTORNEY'S ADDRESS: ______

**************************************************************************

IV. CONDITIONS OF RELEASE

x/ NOT PREVIOUSLY SET, SHOULD BE: Detention
[e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:

_/ CONTINUE CONDITIONS OF RELEASE

_/ CONTINUE DETENTION

_/ MODIFIED AS FOLLOWS (state reasons for modifying): ______

**************************************************************************

HAS THE FPD represented any subject or witness in this case? _/ Yes x/ No

**************************************************************************

THE ESTIMATED TRIAL TIME IS 4 TRIAL DAYS. August 27, 2012
(Date Form filled out)

(Revised June 2000)

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process.

Date November 26, 2012. Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American national Nativity Right. I approve submissions and agree by my lawful seal. (Lawful seal)

All Rights Reserved.

EVIDENCE Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

FRED FRINK,

Defendant(s).

No. CR12-262RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A status conference for the above named defendant has been scheduled for **Tuesday, October 16, 2012 at 10:00 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 11th day of October, 2012.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.

Date November 20th 2012.:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved. (Lawful seal)

EVIDENCE Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRED FRINK,<br>Defendant(s). | Case No. CR12-262RSL<br><br>CASE MANAGEMENT ORDER IN CRIMINAL CASES |

| | |
|---|---|
| **TRIAL DATE** | **November 13, 2012** |
| All pretrial motions must be filed by and noted on the motion calendar for the second Friday after the motion is filed per CrR 12(c)(7) | September 28, 2012 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 8, 2012 |

If any of the dates identified in this Order fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If a continuance of the trial is desired, counsel must first contact Teri Roberts, the judicial assistant, at 206-370-8810, to obtain a new trial date. When seeking a continuance by stipulation counsel must:

1) state facts establishing good cause for the continuance. A request for continuance "in order to provide the parties more time to prepare" is not a sufficient showing to warrant a trial continuance "in the interest of justice;"

2) file speedy trial waivers signed by the client with the stipulation to continue the trial. Although not dispositive on the subject, these waivers are useful to the Court in establishing that defendants have been consulted and are in agreement with the requested continuance. Stipulations for trial continuances will not be granted without a speedy trial waiver; and

Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.

Date November 20, 2012: Fred Francis: Real Party in interest of the Republic union state of Pennsylvania American National (Lawful seal) Nativity Rights. I approve submissions and agree by my lawful seal. All Rights Reserved.

EVIDENCE
Exhibit 2

3) have defendants waive speedy trial to at least two weeks beyond the requested trial date.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel are required to electronically file all documents with the Court. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 12:30 pm the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

TRIAL EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. If the government's exhibits exceed 499 please contact Kerry Simonds at 206-370-8519. The copy of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

DATED this 10th day of September, 2012.

Robert S. Lasnik
United States District Judge

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th
Constitutional Amendments Violation of
Due Process

Dated: November 20th 2012: Fred-Francis: Real Party in Interest (lawful seal) of the republic united state of Pennsylvania American National Nativity right. I approve submissions and agree by my lawful seal. All Rights Reserved

Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
Plaintiff,
v.
FRED FRINK,
Defendant.

NO. CR12-262RSL

GOVERNMENT'S MEMORANDUM REGARDING STATUS HEARING

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits this memorandum in the event the Court elects to conduct a *Faretta* inquiry at the upcoming status conference that is scheduled for October 16, 2012.

If Frink states at the hearing that he wishes to represent himself, the Court should proceed with a *Faretta* inquiry or refer him to a Magistrate Judge to conduct such a hearing. While a defendant has the constitutional right to self-representation, the decision to waive the right to counsel is valid only if it is "timely, not for the purposes of delay, unequivocal, and knowing and intelligent." *United States v. Keen*, 96 F.3d 425, 427 (9th Cir. 1996), *amended by* 104 F.3d 1111 (9th Cir. 1997); *Faretta v. California*, 422 U.S. 806, 835 (1975). In order to establish that a defendant has knowingly and intelligently waived his right to counsel, the Ninth Circuit requires that the defendant be made aware

EVIDENCE Exhibit 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

of the "three elements of self-representation: '[I]t must be established that the defendant was 'aware of the nature of the charges against him, the possible penalties, and the dangers and disadvantages of self-representation.'" *Keen*, 96 F.3d at 427-28 (quoting *United States v. Mohawk*, 20 F.3d 1480, 1484 (9th Cir. 1994)).

As an initial matter, the United States notes that a model inquiry for federal judges is set forth in 1 Bench Book for United States District Judges § 1.02 (5th ed. 2007). While other circuits have required federal judges to follow this meticulous litany, *United States v. McDowell*, 814 F.2d 245, 249-52 (6th Cir. 1987), the Ninth Circuit has opted for a more fluid approach, *Keen*, 96 F.3d at 427.

Nonetheless, the United States suggests that the Court follow the model inquiry set forth in the Bench Book and supplement the inquiry, if necessary to ensure that the following topics are covered with the defendant.

**A. Defendant's Waiver of Counsel is Unequivocal**

The defendant must unequivocally state on the record that he is aware that he has a constitutional right to be represented by counsel, but that he desires to waive that right and proceed *pro se*.

**B. Defendant's Background and Experience**

1. The defendant's educational background.
2. The defendant's work experience.
3. The defendant's training in the law and knowledge of the legal system, including whether he has ever studied law.
4. The defendant's prior experience with the legal system (as party, juror, or witness).
5. The defendant's physical and mental health.
6. Whether any threats or promises have been made by anyone to influence the defendant's decision.

Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.

Date November 20th 2012: Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved (Lawful seal)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**C. The Nature of the Charges**

The defendant is charged in the Indictment with the following offenses: one count of False, Fictitious, and Fraudulent Claims, in violation of Title 18, United States Code, Section 287; two counts of Fictitious Obligations, in violation of Title 18, United States Code, Section 514(a)(2); three counts of Money Laundering, in violation of Title 18, United States Code, Sections1957 and 2; and one count of Bank Fraud, in violation of Title 18, United States Code, Section 1344.

**1. The False, Fictitious, and Fraudulent Claims Charge**

This charge consists of the following elements:

First, the defendant knowingly presented a false claim against the United States to an agency of the United States;

Second, the claim was based on a false or fraudulent material fact; and

Third, the defendant acted intentionally and knew that the claim was false and fraudulent.

**2. The Fictitious Obligation Charges**

These charges consists of the following elements:

First, the Defendant passed, uttered, presented, and offered a false or fictitious instrument within the United States;

Second, the instrument purported or contrived through scheme or artiface to be an actual security or other financial instrument issued under the authority of the United States;

Third, the Defendant did so with the intent to defraud.

**3. Money Laundering Charges**

These charges consists of the following elements:

First, the defendant knowingly engaged or attempted to engage in a monetary transaction;

Refused for cause Refused for Fraud
Violations of the 4th 5th and 6th Violation of
Constitutional Amendments Due Process.
(Lawful seal)
Date November 20th 2012: Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American national National Right. I approve submissions and agree by my lawful seal. All Rights Reserved.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Second, the defendant knew the transaction involved criminally derived property;

Third, the property had a value greater than $10,000;

Fourth, the property was, in fact, derived from Theft of Public Money, in violation of Title 18, United States Code, Section 641;

Fifth, the transaction occurred in the United States.

The elements of Theft of Public Money, in violation of Title 18, United States Code, Section 641, are as follows:

First, the defendant knowingly stole money or property of value with the intention of depriving the owner of the use or benefit of the money or property;

Second, the money or property belonged to the United States; and

Third, the value of the money or property was more than $1,000.

4. Bank Fraud Charge

This charge consists of the following elements:

First, the defendant knowingly carried out a scheme or plan to obtain money or property from the bank/credit union by making false statements or promises, with all of you agreeing on one particular false promise or statement that was made;

Second, the defendant knew that the statements or promises were false;

Third, the statements or promises were material, that is they would reasonably influence a bank/credit union to part with money or property;

Fourth, the defendant acted with intent to defraud; and

Fifth, the bank/credit union was federally insured.

//

//

Refused for cause Refused for Fraud

Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.

(Lawful seal)

Date November 20th 2012: Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National of Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**D. The Possible Penalties**

The maximum statutory penalty for each offense is as follows:

a. False, Fictitious, and Fraudulent Claims: Imprisonment for up to five (5) years, a fine of up to $250,000 and no/100 dollars ($250,000.00), a period of supervision following release from prison of up to three (3) years, and a special assessment of one hundred and no/100 dollars ($100.00).

b. Each Fictitious Obligation Count: Imprisonment for up to twenty (25) years, a fine of up to $250,000 and no/100 dollars ($250,000.00), a period of supervision following release from prison of up to five (5) years, and a special assessment of one hundred and no/100 dollars ($100.00).

c. Each Money Laundering Count: Imprisonment for up to ten (10) years, a fine of up to $250,000 and no/100 dollars ($250,000.00), a period of supervision following release from prison of up to three (3) years, and a special assessment of one hundred and no/100 dollars ($100.00).

d. Each Bank Fraud Count: Imprisonment for up to thirty (30) years, a fine of up to $1,000,000 and no/100 dollars ($1,000,000.00), a period of supervision following release from prison of up to three (3) years, and a special assessment of one hundred and no/100 dollars ($100.00).

The defendant should be advised that once released from prison, he will serve a term of supervised release, which should be explained to the defendant.

The defendant should be advised that the Court could order him to pay restitution.

The defendant should be advised that if convicted, the Court can order that the sentences be served consecutively.

The defendant should be advised that they are advisory Sentencing Guidelines that may have an effect on his sentence if he is found guilty.

Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.

Date November 2012 :Fred-Francis: Real Party in interest of the Republic united state of Pennsylvania american National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

DATED this 15th day of October, 2012.

s/Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4312
FAX: 206-553-6934
E-mail: thomas.woods2@usdoj.gov

**Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process**

**Date November 20th 2012.:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American national Nativity Right. I approve submissions and agree to this lawful seal) All Rights Reserved.**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970