

**Title 4 § 1 Positive Law
Flag of the Republic.**

:Fred-Francis: a Private Citizen
Pennsylvania Nativity American
National Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Forced Appearance by threat, duress,
cohesion, by agents of a foreign principal.
Not Pro Se, Sur Juris In propria persona

```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED
```

**OCT 29 2012**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                   DEP...
BY



**12-CR-00262-CERT**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> **not the de jure united states of America**, <br> A Foreign corporation, a artificial cooperate Entity that possesses **NO unalienable rights** Not a real party in interest. <br><br> Plaintiff in Error. <br><br> vs. <br><br> FRED F. FRINK <br> A pseudonym name and foreign citizenship <br><br> Defendant in Error. | Admiralty NO. CR12-0026RSL <br><br> **AFFIDAVIT OF LAWFUL MONEY IN SUPPORT OF REQUEST FOR TRANSCRIPTS** <br> for the court date administrative hearing on 10/16/2012. <br> before the Honorable Judge Robert S. Lasnik of the united States District Court Western District at Seattle. <br><br> In Propria Persona <br> BELLIGERENT CLAIMANT :Fred-Francis the defendant in error a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. Copy of lawful payment within. <br> By Special Appearance and Filed under Reservation of Unalienable Rights. <br> Certificate of Service. |



**12-CV-02048-EXH** 6

**EVIDENCE** Exhibit 6

AFFIDAVIT OF LAWFUL MONEY.                                   Page 1 of 8

## AFFIDAVIT OF LAWFUL MONEY IN
## SUPPORT OF REQUEST FOR TRANSCRIPTS

Comes Now Defendant in Error belligerent claimant :Fred-Francis: with unalienable rights, In Propria Persona with the assistance of counsel :Mark-Edward by"restricted appearance" Admiralty Supplemental Rule E (8).

Defendant in error :Fred-Francis: kidnapped by gun point, held hostage and forced to sign adhesion documents, such as appearance bond, probation agreements, monthly supervision report and US Marshals custody release book and enter a plea of not guilty, all under threat, duress, cohesion, to defend life and liberty pursuant to the 4, 5, and 6, amendments enter and cross the bar of this administrative admiralty military court article I tribunal section 8 jurisdiction under the Common Law Flag Title 4 U.S.C. § 1 Positive Law, A Flag of the Republic.

1) Affiant states that, I :Fred;Francis has made claim to my true nativity Sur name, By nativity right is Fred;Francis the Undersigned Affiant, hereinafter "Affiant," does hereby solemnly affirm, declare, and state as follows:

2) I am over the age of 18, I make this affidavit of my own free will act and deed to tell the truth and nothing but the truth So help me God, Affiant is competent to state the matters set forth herewith.

3) Affiant has personal first hand knowledge of the facts stated herein.

4) Affiant Law is the Geneva Holy Bible superior common law and is a private citizen of the union state of Pennsylvania under the common law.

5) All the facts stated herein are true, correct, and complete in accordance with Affiant best

firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

6) Affiant states that, Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.

7) Affiant states that, (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

8) Affiant states that, "Indeed, no more than (affidavits) are necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.

9) Affiant states that, defendant in Error belligerent claimant :Fred-Francis: with unalienable rights, In Propria Persona request for transcripts for the court date administrative hearing on 10/16/2012. before the Honorable Judge Robert S. Lasnik of the united States District Court Western District at Seattle and has provided a converted a postal money order of payment of $58 silver dollars and four silver nickles 20 cents as lawful money payment pursuant to Title 12 USC sec 411, see check attached.

10) Affiant states that, I have been in E-mail communications with unknown person by the name of Barry_Fanning@wawd.uscourts.gov and made a money order out to said name, I have filled checks by conversion to redeem lawful money for certified copies and have receipts and evidential submissions to prove that I do not consent to the federal reserve

AFFIDAVIT OF LAWFUL MONEY                                                    Page 3 of 8

system and this court of the same de facto government, Barry Fanning making claims that my bank would not honour the original check I wrote for the difference in on the check where it says for had white out and bank would not cash

11) And now is making the demand of a cash payment $58.20 with out a cash receipt and place it in a unknown box on the 17th floor of the united states court house and he will email me my court transcripts, I made a postal money order conversion I do not use nonredeemable federal reserve notes to place a lien against myself federal reserve notes are not lawful money or legal tender pursuant to positive law.

12) US CODE TITLE 12>CHAPTER 3> SUBCHAPTER>§411

13) §411 Issuance to reserve banks; nature of obligation, redemption. Federal reserve notes, to be issued at the discretion of Board of Governors of the Federal Reserve system for the purpose of making advances to Federal Reserve Banks though the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and Shall be received by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

14) I would like to also to point out that I had Known in good faith of this remedy, I would have redeemed every single paycheck I have received since the beginning of my employment. I consider this remedy being kept from me, my parents to me and my

civics teacher etc. To be a form of fraud by omission.

15) Affiant states that, at all times I will write redeemed for lawful money for all commercial transactions and reserve all unalienable rights this court is in violation of the Constitution it clearly mandates and established in Article I, section 10, clause 1 of the Union estates express trust compact "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque or Reprisal; coin Money; emit Bills of credit ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligations of Contracts, or grant any Title of Nobility."

16) Affiant states that, this court is a federal corporation just like the federal reserve bank and is a STATE under the District of Columbia Art. I, Sec. 8, Cl.17 and Art. IV, Sec. 3 Cl. 2 of the Constitution for the de jure united States of America.
Affiant Sayeth Naught.

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis declares under the penalties of perjury that my AFFIDAVIT OF LAWFUL MONEY IN SUPPORT OF REQUEST FOR TRANSCRIPTS In Propria Persona BELLIGERENT CLAIMANT :Fred-Francis the defendant in error a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of my knowledge and belief. I :Fred-Francis states that, Further Sayeth Naught. . Date October 29th 2012.

_____Mark-Edward_____ (Lawful seal)
Respectfully submitted by First choice of counsel.
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Counsel indispensable Real Party in interest and Witness)
All Rights Reserved

_____Fred-Francis_____ (Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state
of Pennsylvania American National Nativity Right. I approve
First counsel submissions and agree by my lawful seal .
All Rights Reserved

AFFIDAVIT OF LAWFUL MONEY                                    Page 5 of 8

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.] NOTARY PUBLIC'S JURAT

BEFORE ME, Jill E. Lane_____ a Notary Public, in and for said State of Washington, County of King the above named Fred-Francis:Frink natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of October _29_ 2012.

WITNESS my hand and official seal
/s/ _____
Notary Public
My Commission Expires On: 10/20/15

JILL E. LANE
Notary Public
State of Washington
My Commission Expires
October 20, 2015

SEAL

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.]

## CAVEAT

Upon receipt of this In Propria Persona AFFIDAVIT OF LAWFUL MONEY IN SUPPORT OF REQUEST FOR TRANSCRIPTS In Propria Persona BELLIGERENT CLAIMANT :Fred-Francis the defendant in error a Sovereign of the union State of the Commonwealth of Pennsylvania with unalienable rights being injured by threat and duress, involuntary servitude under color of law. to the intended party's Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney with in 30 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond within 30 days from the date of filing 10/29/2012 to rebut and review point for point in this Affidavit of lawful money to correct any errors within and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so in 30 days allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within defendant in error submissions and that they are true, correct, and certain. (F.R.C.P. 8d).

_____(Lawful seal)
Respectfully submitted by First choice of counsel.
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Counsel indispensable Real Party in interest and Witness)
All Rights Reserved

_____(Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state
of Pennsylvania American National Nativity Right. I approve
First counsel submissions and agree by my lawful seal .
All Rights Reserved

AFFIDAVIT OF LAWFUL MONEY                                      Page 7 of 8

**MONEY ORDER**

**UNITED STATES POSTAL SERVICE**

**CUSTOMER'S RECEIPT**

Case# CR-12-00262SL

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
Pay to: Barry Fanning  For court transcripts
Address: 700 Stewart Street 17th floor Seattle
KEEP THIS RECEIPT FOR YOUR RECORDS

NOT NEGOTIABLE

Serial Number: 19894147740
Year, Month, Day: 2012-10-25
Post Office: 980040
Amount: $58.20
Clerk: 0010

**POSTAL MONEY ORDER**

Serial Number: 19894147740
2012-10-25   980040   $58.20
Redeemed in Lawful Money

Pay to: Barry Fanning
Address: 700 Stewart Street
17th Floor Seattle WA 98101
Memo: For Transcripts Case# CR12-00262SL

:000000800 2:  19894147740

---

**CERTIFICATE OF SERVICE**

United States Attorney office
Jenny A. Durkan and Andrew C. Friedman,
Thomas Woods Assistant United States
Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by my hand :Fred-Francis: To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and e-file by clerk to United States Attorney office by said clerk presumed.

DATED: Redmond, Washington 10/29/2012 _____Fred Francis_____ (Lawful seal)
:Fred-Francis: of the Republic union state of Pennsylvania
American National Nativity Right.

AFFIDAVIT OF LAWFUL MONEY                                Page 8 of 8