

**Title 4 § 1 Positive Law**
**Flag of the Republic.**

:Fred-Francis: a Private Citizen
Pennsylvania Nativity American
National Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, Po Box 96
Bellevue Washington
Zip Exempt [CF90009CF].
425-558-4838.
Forced Appearance by threat, duress,
cohesion, by agents of a foreign principal.
Sur Juris, In Propria Persona.

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

      OCT 29 2012

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
```

12-CR-00262-CMP

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, **not the de jure united states of America**, A Foreign corporation, a artificial cooperate Entity that possesses **NO unalienable rights** Not a real party interest.<br><br>          Plaintiff in Error.<br><br>vs.<br><br>FRED F. FRINK<br>A pseudonym name and foreign citizenship<br><br>          Defendant in Error. | Admiralty NO. CR12-0026RSL<br><br>RESCISSION OF SIGNATURES<br>I Defendant in error :Fred-Francis: Hereby revoke all powers of attorney and signatures on all court documents affiliated with Admiralty NO. CR12-0026RSL,<br><br>1) Pleading Papers.<br>2) Appearance Bond.<br>3) Federal Public Defender Docks.<br>4) Marshal Release Book.<br>5) Probation agreements<br>6) Any and All Signatures.<br>   All Terminated For Constructive Fraudulent enticements into slavery failure to disclosure nature and cause and do not meet the 6 elements of a lawful contract<br>By Special Restricted Appearance and Filed under Reservation of unalienable Rights.<br><br>          Certificate of Service. |

12-CV-02048-EXH  7

## RESCISSION OF SIGNATURES

Defendant in Error belligerent claimant :Fred-Francis: with unalienable rights, In Propria Persona with the assistance of counsel :Mark-Edward by "restricted appearance" Admiralty Supplemental Rule E (8).

Defendant in Error kidnapped by gun point, held hostage and forced to sign adhesion documents and unilateral contracts, such as appearance bond, probation agreements, monthly supervision report and US Marshals custody release book and enter a plea of not guilty, all under threat, duress, cohesion, to defend life and liberty pursuant to the 4, 5, and 6, amendments enter and cross the bar of this administrative admiralty military court article I tribunal section 8 jurisdiction under the law of the Common Law Flag Title 4 U.S.C. § 1 Positive Law, A Flag of the Republic.

1) I :Fred-Francis: hereinafter will be known as defendant in error, and UNITED STATES OF AMERICA, hereinafter as Plaintiff in Error a artificial cooperate Entity that possesses NO unalienable rights and due to diversity of Citizenship and the constructive fraud due to alteration of the proper English name on the face of case known as UNITED STATES OF AMERICA vs FRED F. FRINK or USA vs FRED F. FRINK A pseudonym name and foreign citizenship on the face of Admiralty NO. CR12-0026RSL.

2) Defendant in error:Fred-Francis: a belligerent claimant with unalienable rights, In Propria Persona, pro per, accused, and not the artificial entity known as FRED F.

FRINK, do hereby demand of this tribunal to take Judicial Notice of this Legislatively created concurrent court, captioned above, and acting under Admiralty Jurisdiction, to cease and desist all actions in criminal case NO. CR12-0026RSL.

3) Defendant in error hereby Terminates all signatures for fraud this court and its offices have no oath or validation of any alleged debt pursuant to Title 15 USC 1692 (e) section 807 of the fair debt collections practices act or any validation of debt to any of the alleged charges I was told that if I did not sign their documents and hire there federal public defender Nancy Tenney I would not get out of jail, they said I had to sign, so I signed under threat, duress, cohesion, not having the six elements to the contracts.

4) Defendant in error has **'unalienable rights** this court only can have jurisdiction upon my consent and **I do not consent** to a jurisdiction that is incapable of administering justice of God-given unalienable rights in the Original Estate - Article III; Constitution.

5) This court to this day has not demonstrated or provided proof of jurisdiction in any of the administrative hearings, the Prosecution, Jenny A. Durkan and Andrew C. Friedman, Thomas Woods and IRS agent R.A. Mitchell (sic) Charles Washington (sic) Title REVENUE OFFICER 26-10-3612 and Mike Ball for the Department of Treasury (sic) has not provided any evidence whatsoever of jurisdiction and it is mandatory that proof of jurisdiction be submitted not just stipulated, the Prosecution must provide a international or maritime contract with the six elements of a valid contract, failure to rebut this and failure to provide demand is TACIT ADMISSION.

6) Defendant in error declares that, I have become that Belligerent Claimant in person that Judge James Alger Fee mentioned in the case above for me to become in order to secure

my rights. Not the courts rights, not the prosecutions rights...My rights.!

7) Defendant in error declares that a judge that enters a judgment without jurisdiction has perpetrated an assault on due process, and assault on due process is an assault on the Constitution and an assault upon the Constitution is treason. *Cooper v. Aaron*, 358 U.S. 1, 78 S. Ct. 1401 (1958).

8) Defendant in error states this court and its commercial instrumental security's and commercial paper appearance bond is in fact a enticement into slavery the constitution and this court dose not have my consent or lawful seal on any of the documents they use to draw me into the de facto jurisdiction of commercial law.

9) Defendant in error states I DO NOT CONSENT to these proceedings! Plaintiff in error the UNITED STATES OF AMERICA is Foreign corporation and not my de jure government it is a STATE and it is a artificial cooperate entity that possesses <u>NO unalienable rights</u> Not a real party in interest with injury in fact and is not my republican form of government secured by the constitution which states "the United States shall guarantee to every State in this union a Republican Form of Government..."United States Constitution, Article 4, Section 4.

10) Defendant in error states because of the bankruptcy Ads passed by Congress, Judges of today are instructed to take silent judicial notice that America is a bankrupt nation. As such, it is not operating under Constitutional Law but is instead operating under certain public bankruptcy policies, (the very existence of which is not to be made general public knowledge. [ 5 USCA 903, etc.]

11) Defendant in error states I begin with a reminder that law of the Republic can not

compel a specific performance, such as a requirement to pay specific fees arbitrarily levied by corporate government. In the Clearfield decision, the supreme court of the United States had this to say when government enters into commerce.

12) "Governments descend to the Level of a mere private corporations, and take on the characteristics of a mere private citizen... where private corporate commercial paper and securities is concerned. ... For purposes of suit, .such corporations and Individuals are regarded as entities entirely separate from government. "Clearfield Trust Co. v. United States 318 U.S. 363-371.

13) this would be the first thing that a jury would need to remember... that the municipal corporations that we Americans call government are actually an entity entirely separate from government. Or so the Supreme Court has ruled. As you are probably aware Federal Reserve Notes, that which we Americans are forced to use for money, are private corporate commercial paper and checks are securities and defendant in error redeems lawful money by check conversions and redeems lawful money pursuant to Title 12 U.S.C section 411 and respectfully demands the Honorable Judge Robert S. Lasnik of the united States District Court Western District at Seattle to be paid to hear this matter in lawful money gold or silver coin.

14) And the fine and charges and contracts you are attempting to levy under this commercial law would certainly involve either federal reserve notes or securities. Therefore the corporate State of Government is the District of Columbia a STATE, Is engaged in commerce here. And further, in United States v. Burr. 309 U.S. 242, the Court stated, in part: 'When governments enter the world of commerce, they are subject to the same

RESCISSION OF SIGNATURES          5 of 9

burdens as any private firm or corporation.

15) "The use of private corporate commercial paper removes the sovereignty status of the governments of We, the People, and reduces them to an "entity," rather than a government in the area of finance and commerce. As with any private corporation or person, this "entity" cannot compel performance upon its corporate statutes or corporation rules unless it like any other private corporation or person, is the holder-in-due-course of some contract or commercial agreement between it. and the one upon whom demands for performance are made, and is willing to produce said document, and place the same into evidence before trying to enforce its demands with the six lawful elements to contract.

16) No one is liable on an instrument unless and until he has signed it without duress. The long-winded commentary following this straight forward statement makes it very clear that no one can be compelled to specific performance by any implied contract.

17) "It was conceded in the argument that when the United States become parties to commercial paper, they incur all the responsibilities of private persons under the same circumstances." - Cooke v. United States. 91 U. S. 389."Still a government may suffer loss through the negligence of its officers. If it comes down from its position of sovereignty, and enters the domain of commerce, it submits Pain itself to the same laws that govern individuals there." - Cooke v. United States. 91 U. S. 389.

18) Defendant in error states Article I, section 10, clause 1 of the Union estates express trust compact which defendant in error who have a beneficial interest which states as follows: "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of

RESCISSION OF SIGNATURES          6 of 9

Marque or Reprisal; coin Money; emit Bills of credit ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligations of Contracts, or grant any Title of Nobility."

19) Defendant in error states for all of the following reason herein I Defendant in error :Fred-Francis: Hereby revoke all powers of attorney and signatures on all court documents affiliated with Admiralty NO. CR12-0026RSL, All Terminated For violations under the 4th, 5th, and 6th amendments of the Constitution and Constructive Fraudulent enticements into slavery under the 13th amendment failure to disclose nature and cause and do not meet the 6 elements of a lawful contract By Special Restricted Appearance and Filed under Reservation of unalienable Rights.

20) Defendant in error states A lawful contract* consisting of these six elements: I . Offer by a person qualified to make the contract. 2. Acceptance by party qualified to make and accept the contract. 3. Bargain or agreement and full disclosure and complete understanding by both parties. 4. Consideration given. (Conscionable) 5. Must have the clement of time to make the contract lawful. 6. Both parties must be sui juris: that is. Of lawful age. usually 21 years old.

21) Defendant in error states for all of the following reasons herein I defendant in error :Fred-Francis: Hereby revoke all powers of attorney and signatures on all court documents affiliated with Admiralty NO. CR12-0026RSL, All Terminated as a matter of lawful right.

22) I :Fred-Francis: defendant in error declare the law of the flag and my flag is on my document a common law flag July 30th, 1947, ch 389, 61 Stat. 642. my vessel is my

paperwork, In maritime law, the law of that nation or country whose flag is flown by a particular vessel. A ship owner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him, (Blacks Law Dictionary. 6th Ed.). Respectfully submitted :Fred-Francis: Defendant in error Further Sayeth Naught.

## DECLARATION UNDER PENALTY OF PERJURY

I :Fred-Francis: upon first being duly affirmed, deposes and says that the foregoing RESCISSION OF SIGNATURES said asseveration is true to the best of my knowledge and belief. I :Fred-Francis: Defendant in error Further Sayeth Naught.
Date October __29 TH__ 2012.

_____(Lawful seal)
Respectfully submitted by First choice of counsel.
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Counsel indispensable Real Party in interest and Witness)
All Rights Reserved

_____(Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state
of Pennsylvania American National Nativity Right. I approve
First counsel submissions and agree by my lawful seal.
All Rights Reserved

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

## NOTARY PUBLIC'S JURAT

BEFORE ME, Jill E. Lane, a Notary Public, in and for said State of Washington, the above named Fred-Francis:Frink natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of October 29th 2012.

WITNESS my hand and official seal.
/s/ _____
Notary Public
My Commission Expires On: 10/20/15

JILL E. LANE
Notary Public
State of Washington    SEAL
My Commission Expires
October 20, 2015

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.]

## CERTIFICATE OF SERVICE

United States Attorney office
Jenny A. Durkan and Andrew C. Friedman,
Thomas Woods Assistant United States
Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by my hand :Fred-Francis: To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and United States Attorney office by electronic filing presumed by the clerk.

DATED: Redmond, Washington 10/29/2012  _____ (Lawful seal)
:Fred-Francis: of the Republic union state of Pennsylvania
American National Nativity Right.

**RESCISSION OF SIGNATURES**          9 of 9