_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

**NOV 21 2012**

No._____ Term,_____
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __C. Mohamed__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**24, 26, 28 of September, 2012**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**COPY OF NOTICE OR PUBLICATION**

_C. Mohamed_
PG Publishing Company

Sworn to and subscribed before me this day of:
September 28, 2012

_Linda M. Gaertner_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda M. Gaertner, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Jan. 31, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**STATEMENT OF ADVERTISING COSTS**
Frink, Fred F
16030 NE 51st St.
Redmond, WA 98052-5240

To PG Publishing Company

Total -------------------------------------- $508.15

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
34 Boulevard of the Allies
PITTSBURGH, PA 15222
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _Maria Juarez_

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

**EVIDENCE**

Exhibit 8

12-CV-02048-EXH 8

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

## PROOF OF PUBLICATION

STATE OF ILLINOIS       }    City of Rockford: ss.
County of Winnebago

GateHouse Media Illinois Holdings, Inc., a corporation organized and existing under and pursuant to the laws of the state of Delaware with its principle office in the City of Fairport, Monroe County, New York certifies that it is the publisher of

**The Rockford Register Star**

that such paper is secular newspaper of general circulation in Winnebago County, Illinois, that it is printed and published in the city of Rockford, Winnebago County, Illinois aforesaid, it hereby further certifies that a notice of which the annexed notice is a true copy, has been legally published in said newspaper.

___3___ time for ___three___ successive ___weeks___

That the first publication was on the ___14th___ day of ___September___ 2012
the last publication was on the ___19th___ day of ___September___ 2012

it further certifies that said newspaper has been regularly published for one year prior to the first publication of said notice.

In WITNESS WHEREOF the said GateHouse Media Illinois Holdings, Inc, published aforesaid, has hereunto caused its corporate name to be hereunto signed on this ___21st___ day of ___September___ A.D. 20_12_ by its duly authorized agent pursuant to a resolution adopted by the Board of Directors of GateHouse Media Illinois Holdings, Inc.

RESOLVED, that a certificate of publication of legal notices may be signed on behalf of this corporation and its corporate name with or without its corporate seal by any or either of the following officers or agents:
President, Secretary, Asst. Secretary, Comptroller, or Cashier or designees of any of them.
**GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC**

By ___Dep Haug___
Its ___Finance___

Printers Fee $ _293.80_   Paid _7_/_12_/20_12_

Affidavit of Truth and Right:

I, :Mark-Edward: of the Nomen Clan Hill, on this date, September 13, 2012 A.D. In the Year of my Lord Jesus Christ, my nativity Being 26th May 1969 possessing my citizenship in Heaven, being born again, do trust by faith in Yahoshua H'Mashiach, and I am A American National of the sovereign State of Illinois, by Nativity right and make claim to this right being one of the 48 contiguous States of the American Union of States, a free man domiciled under the common law. Minister Of Justice by judiciary act of the 1789 Constitution and State of Illinois 1818 and 1848 Constitutions. I do here and now rescind all my Signatures to U.S. Federal Government documents and I revoke all powers of attorneys, implied or otherwise claiming me as a "U.S. citizen" or "Taxpayer" of said U.S. federal jurisdiction, being void ab initio.

(Place lawful seal before a notary in order to file)

(Affidavit and declarations Filed in addition in Winnebago county, City of Rockford) Recorders office
RRS Sept. 14, 17, 19, 2012



Original Jurisdiction 1789 A.D. united States of America

**EVIDENCE**

Exhibit  8