Embassy of Heaven
PO Box 337
Records Division
Stayton, Oregon 97383-0337
Kingdom of Heaven
Records.EmbassyOfHeaven.Org
(503) 769-5034

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

Date of Report: September 6, 2012, Year of Our Lord

To Whom it may concern:

May the Peace and Joy of Jesus Christ be with you.

12-CV-02048-EXH 9

## Certification of Passport Record
## as of September 6, 2012, Year of Our Lord

Name:             :Mark-Edward: of the Family Hill

Passport Number:  1303978
Baptismal Date:   04/17/1981
Date Issued:      09/06/2012          Expiration:  04/17/2020
Height: 6 04    Weight: 255   Sex: M   Eyes: BROWN   Hair: BROWN



Welcome to the Kingdom of Heaven, God's government on earth. Our nation was established by God, appointed to Jesus Christ and then appointed to us at the Constitutional Convention (Luke 22:24-30). The Supreme Law of the land is the Golden Rule (Matthew 22:37-40) and the Revised Statutes are the Sermon on the Mount (Matthew 5, 6 and 7). :Mark-Edward: of the Family Hill has on file a signed statement expatriating from the nations of the world and declaring citizenship in the Kingdom of Heaven. Our law precludes us from obtaining identifying marks from another country. It is impossible to obey two masters (Matthew 6:24). The acts performed by our citizen should be in harmony with the Law of our country. To help facilitate travel, document(s) have been issued by the Church to :Mark-Edward: of the Family Hill to be presented for identification purposes. We travel in peace seeking to bring hope to the lost. Please allow the above-named citizen to continue on his mission for Christ's sake. What you do to the least of His little ones, you do to Him (Matthew 25:31-46). The above record and current status can be verified on the Internet (see below). The Kingdom of Heaven is available to all who believe on Jesus (Matthew 28:18-20).

I certify that the foregoing is a true and correct abstract of the Church Record.

In the Authority of Jesus Christ,
Embassy of Heaven

*Paul Revere*

Paul Revere, Pastor

S E A L

Welcome to the Kingdom of Heaven
http://www.KingdomOfHeaven.info
http://Records.EmbassyOfHeaven.org
Heaven Vehicle Code

**EVIDENCE**

Exhibit 9