Internal Revenue Service                    Department of the Treasury

Internal Revenue        Mid-Atlantic Region        P. O. Box 245, Bensalem, PA 19020
Service Center          Philadelphia, Pa.

_____ FILED      _____ ENTERED        Person to Contact:

_____ LODGED     _____ RECEIVED       Telephone Number:

NOV 2 1 2012                          Refer Reply to:

AT SEATTLE                            Date:
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Dear Mrs.

This is in response to your Privacy Act request dated December
12, 1995.

The Internal Revenue Code is not positive law, it is special
law. It applies to specific persons in the United States who
choose to make themselves subject to the requirements of the
special laws in the Internal Revenue Code by entering into an
employment agreement within the U.S. Government.

The law is that income from sources not effectively connected
with the conduct of a trade or business within the U.S.
Government is not subject to any tax under subtitle " A " of
the Internal Revenue Code.

This concludes our response to your request.

Sincerely yours,

Cynthia J. Mills
Disclosure Officer

12-CV-02048-EXH 10

**EVIDENCE** Exhibit 10

Enclosure