# Uniform Commercial Code
## Debtor Information Search Report

808-357-4336
MARK EDWARD
1450 S KIHEI RD APT A-204
KIHEI HI 96753

___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                  DEPUTY

| | |
|---|---|
| Search number: | 2012-143-1903-6S |
| Name as provided: | |
| Individual Name: | :Frink, :Fred, -Francis (Debtor) |
| Name searched: | |
| Individual Name: | FRINKFREDFRANCIS |
| Lien type searched: | All |
| Lien status searched: | All |
| Search limited by: | |
| Search logic used: | Standard |
| Report: | 5/22/2012 10:40:36 AM |
| Through date: | 5/20/2012 |
| Copies: | All |

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.





Alan Haight, Director, Department of Licensing

PAGE 1 OF 6                              2012-143-1903-6S

12-CV-02048-EXH

**EVIDENCE** Exhibit 11

1 of 2

Initial Financing Statement File Number: 2010-316-0322-6

Date and time filed: 11/12/2010 10:42:00 AM

Lapse date: 11/12/2015

(D)     Frink, Fred,
        PO Box 98
        Bellevue, WA   98009      USA

(S)     Lane, J, E
        PO BOX 3424
        Bellevue, WA   98009      USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
|---|---|---|---|
| Initial | 11/12/2010 10:42:00 AM | 2010-316-0322-6 | 1 |

2 of 2

Initial Financing Statement File Number: 2010-316-0331-8

Date and time filed: 11/12/2010 11:13:00 AM

Lapse date: 11/12/2015

(D)     Frink, Fred,
        PO Box 98
        Bellevue, WA   98009      USA

(S)    Lane, J, E
       PO BOX 3424
       Bellevue, WA  98009    USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 11/12/2010 11:13:00 AM | 2010-316-0331-8 | 1 |

2012-143-1903-6S

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
JE Lane 4253466458
B. SEND ACKNOWLEDGMENT TO: (Name and Address)

JE Lane 4253466458

PO Box 3424

Bellevue WA USA 98009

Date of Filing : 11/12/2010
Time of Filing : 10:42:00 AM
File Number    : 2010-316-0322-6
Lapse Date     : 11/12/2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: Frink | FIRST NAME: Fred | MIDDLE NAME: | SUFFIX:
   1c. MAILING ADDRESS: PO Box 98 | CITY: Bellevue | STATE: WA | POSTAL CODE: 98009 | COUNTRY: USA
   1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names
   2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
   2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) insert only one secured party name (3a or 3b)
   3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: Lane | FIRST NAME: J | MIDDLE NAME: E | SUFFIX:
   3c. MAILING ADDRESS: PO BOX 3424 | CITY: Bellevue | STATE: WA | POSTAL CODE: 98009 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

This is actual and constructive notice; LOT 237-238; BLK E; PLT MT INDEX RIVERSITES 2 BK E A/P; PIN 00526100523700 PARCEL NO 00525600002400. The secured party has placed the collateral, the property commonly known as 50413 Loop Road, Index, WA 98256 into trust.

The value of the secured party's claim is five hundred thousand, five hundred forty-three and twenty-nine cents United States Dollars ($501,543.29). This is the entry of the DEBTOR into the Commercial Registry and Public Notice of a commercial transaction. The Secured Party hereby secures all right, interest and

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02) International Association of Commercial Administrators (IACA)

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

title in said property.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
JE Lane 4253466458

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

JE Lane 4253466458

PO Box 3424

Bellevue WA USA 98009

Date of Filing : 11/12/2010
Time of Filing : 11:13:00 AM
File Number : 2010-316-0331-8
Lapse Date : 11/12/2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Frink | Fred | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 98 | Bellevue | WA | 98009 | USA |

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Lane | J | E | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO BOX 3424 | Bellevue | WA | 98009 | USA |

4. This FINANCING STATEMENT covers the following collateral:

This is actual and constructive notice N75 Ft W 1/2 S BLK308 Supplemental of the Eisenbies APN 142505-9103. The Secured Party has placed the collateral, the property commonly known as 10630 NE 51st St Redmond, WA 98052 (County of King, State of Washington) into trust. The value of the secured party's claim is one million two hundred thousand forty-four and 00/100 US Dollars ($1,200,044.00). This is the entry of the Debtor into the Public Registry and Public Notice of a commercial transaction. The Secured Party hereby secures all right, interest and title in said property.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)