

Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona



_____FILED       _____ENTERED
_____LODGED      _____RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY



12-CV-02048-EXH  12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward, Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution. Petitioners. vs. THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL. & | Admiralty Case No._____ (Original Estate-Article III; Constitution) **Libel of Review** **VERIFIED STATEMENT OF RIGHT OR INTEREST:** **Memorandum incorporated within.** Supplemental Rule C (6) (I) (A) (ii)(iii)(iv) Petitioner's notice to all respondents on the face of the complaint to state a claim for the property Pursuant to Supplemental Rule B (2) Supplemental Rule A (3) (b) and Rule C (6) (i) (A)(iv). Rule F (5) (6) failure to respond or state a right or interest for the Name FRED F. FRINK within 14 day rule. To Respondents Do not Alter the names of the Petitioners to all Caps in your responses to avoid tort for fraud and Identity theft and character assassination and constitutional violations. By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable |

| DOES 1-200.  Respondents. | Rights By Real Party In Interest. |
|---|---|

## Libel of Review

### VERIFIED STATEMENT OF RIGHT OR INTEREST:

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ͳ ᗅ ש ꌩ ᗅ o ͳ ש ͳ ᗅ ᗅ[1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward

---

[1] ꌩ ͳ ᗅ ᗅ ᗅ ꌩ ꌋ ꌩ ͳ ͳ ͳ ꌩ ᗅ o ͳ ש ͳ ᗅ ᗅ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

<u>Petitioners AS AMERICAN NATIONALS,</u> DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

1) Petitioner :Fred-Francis of the Nomen Family Frink makes the following claims and birth rights to my name and attached publication of my claim of name and birth right in my birth state I state as follows:

2) Purgatory Oath "An oath by which a person purges or clears himself from presumptions, charges or suspicions standing against him, or from a contempt." Blacks Law Dictionary, 4th ed.

3) Purgatory Oath My Declaration of separation contained in this document denying any STATE of the UNION to use its Mala Prohibita statutes to claim dominion over my NAME.

4) My NAME is offering a new contract to the corporate UNITED STATES or any of the STATES united in UNION carrying the misnomer of my NAME, as a corporate fiction/franchise, which would amount to crimes by all parties in this action of forcible trespass, extortion, peonage, involuntary servitude and other Title 18 and Title 42 crimes, including treason.

5) Any actions of any party serving in Corporate Governance is now considered forced peonage and involuntary servitude, which includes forced licensing or registration of any kind of property that subverts a right by changing it into a privilege and charging for it, which subjects those enforcing them to crimes under Title 18 U.S.C. 1581, 1584 and 42 U.S.C. 1994 and other statutes of your own making that you are bound by your oath to your constitutions.

**6)** Congress has perverted my constitution, and my dejure constitutional law, removing me from the Republic without my knowledge or consent or at least created the illusion thereof. Thereafter you put me in commerce and replaced my constitutional law with the UCC granting me the privilege of liberty by contract and responsibility for your debt.

**7)** Through trickery, fraud, and conspiracy you made me a traitor to my country, "The united States of America." You took me out of the Peoples Republic and placed me into the jurisdiction of a bankrupt legislative democracy that devolved into an unincorporated for profit business organization in commerce that calls itself "governance." Governance operates in commerce, not a Republic.

**8)** Congress placed me into involuntary servitude and financial peonage through a presumed contract. It's time for a new citizenship contract. The former presumed contract will be considered null and void as it is concealed, of adhesion, and by presumption. If I am incorrect, present the contract with my true and correct signature. If it cannot be produced, you are to consider it canceled and you now have the right to accept or reject the citizenship contract offered.

**9)** By your Law: Under UCC, section 1105, I agree to citizenship in the united States of America, as per Title 28, sec. 1746-1, outside federal territory. I agree to obey all law written for a citizen of the united States of America.

**10)** I possess full SOVEREIGN and UNALIENABLE GOD GIVEN RIGHTS by virtue of the Declaration of Independence (1776), the Articles of Confederation (1777), the Constitution for the united states of America, the Bill of Rights (1791), and over 225 years of American case law (i.e., Common law), both prior to and after the declared federal corporate United States government bankruptcy of 1933 and the declaration of War against the American people by Martial Law Rule under Necessity.

**11)** PLEASE NOTE: I'm assigning the fiduciary for the debtor, bankrupt federal/franchise fiction created by congress in order to do business in commerce to function the bankruptcy back to Congress. You are now responsible for the liabilities, privileges, immunities and debts of the federal franchise you created.

**12)** I have given my sacred oath to protect and defend the Constitution for the united States of America against all enemies, both foreign and domestic. I affirm that I have the UNALIENABLE GOD GIVEN RIGHT to choose my lawful political status, and that NO federal, state, local or municipal government can take that right from me under colorable statutory law or administrative rule or contract without my knowing, willing and voluntary consent.

**13)** It cannot be done by threat, duress or coercion of any kind, and NOT by constructive fraud. Therefore, I declare my lawful, status of Sovereign.

**14)** This Oath is self executing and upon receiving this notice I demand you correct the record. I must ask you this question, Do you legislate for citizens of the Republic, or do you legislate as a trustee for the bankruptcy for the federal franchises in commerce? [14th amendment federal franchises/fictions]

**15)** The 2012 voting session is almost upon us. You will be asking for my financial support and my vote. Before I can commit myself I must have your answer. If you don't respond to this request within 14 days I will assume you do not represent the sovereign Citizens of the Republic. Respondents silence is agreement.

**16)** Commercial law: Any interactions between sovereign beings. You have unlimited right to contract. Contract is by agreement and performance – signatures, merely demoralization s of the contract, are not required.

**17)** Silence is agreement. Are you accepting a benefit? Sovereigns have control (not necessarily possession or ownership) over their property. Rockefeller said "own nothing; control everything". Two sovereign entities can contract in any way that they see fit.

**18)** There is no oversight of their contract. Creditors in commerce operate in commercial law. Common law: Society's agreements on how to act with each other (relatively recent tradition). Execution of contract (eye for an eye) – law of the land  – if you owe, you are a slave immediately until the debt is paid.

**19)** The common law now is admiralty, which is more a jurisdiction than a law form. Admiralty is compelled performance plus a criminal penalty for failure to perform. [a civil contract with a criminal penalty].

**20)** In admiralty, you're guilty until proven innocent. From the Congressional Record, March 17, 1993, Vol. 33, page H-1303: It is an established fact that the United States Federal Government HAS BEEN DISSOLVED BY THE EMERGENCY BANKING ACT, MARCH 9, 1933, 48 STATE 1, PUBLIC LAW 89-719, declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress in session June 5, 1933 – Joint resolution to suspend the gold standard and abrogate the gold clause dissolved the sovereign authority of the United states and the official capacities of all United States government offices, officers, and departments and is further evidence that the United States Government EXISTS TODAY IN NAME ONLY.

**21)** The receivers of United States Bankruptcy are the international bankers, via the United Nations, the World bank, and the International Monetary Fund. ALL United States Offices, Officials, and Departments are operating within a de facto [ILLEGAL] status IN NAME ONLY under Emergency War Powers.

22) With the Constitutional Republican form of Government presumed DISSOLVED, the receivers of the bankruptcy have adopted a new form of government for the United States. This new form of government is called a Democracy, being an established socialist/Communist order under a new governor for America. The United States of America and the United States are not the same, and it is fundamentally frivolous to state and use the two different names as though they are exactly the same entities.

23) The United States of America by your own definition is an instrumentality of the United States functioning as an agency under the jurisdiction of the executive department.

24) 10 CFR 140.3 Definitions (e) Government agency means any executive department, commission, independent establishment, corporation, wholly or partly owned by the United States of America which is an instrumentality of the United States, or any board, bureau, division, ... or other establishment in the executive branch of the Government.

25) The legal definition of a state today is " an unincorporated business association." The people have been placed in the position of being a "merchant in commerce."

26) Since 1933 we have gone from a Republican form of government to corporate governance under the IMF. The Worldwide Governance Indicators project of the World Bank defines governance as *The traditions and institutions by which authority in a country is exercised.*[3]

27) This considers the process by which governments are selected, monitored and replaced; the capacity of the government to effectively formulate and implement sound policies and the respect of citizens and the state of the institutions that govern economic and social interactions among them.

28) An alternate definition sees governance as *the use of institutions, structures of authority and even collaboration to allocate resources and coordinate or control activity in society or the economy.*[4]

29) Governance has been defined as the rules of the political system to solve conflicts between actors and adopt decision (legality). It has also been used to describe the "proper functioning of institutions and their acceptance by the "public" (legitimacy). And it has been used to invoke the efficacy of government and the achievement of consensus by democratic means (participation)

30) A fair governance implies that mechanisms function in a way that allows the executives (the "agents") to respect the rights and interests of the stakeholders (the "principals"), in a spirit of democracy. Those in congress not only committed treason by attempting to conceal its unlawful and unauthorized action, they proceeded to take over the

VERIFIED STATEMENT OF RIGHT OR INTEREST:　　　　Page 6 of 8  EXHIBIT 12

public education system to educate the public to accept their lies as truths. Congress has not participated in fair governance which has systematically reduced the rights of the people which has incited them to rebel.

**31)** The people are told they have no authority to question congress in any of its actions, and the president tells the people to just shut up and obey. The United States of America is being abolished. Piecemeal. Before our very eyes. By our own elected officials -- under the guidance and direction of unelected elites. Incredible? Certainly! But, unfortunately, nonetheless true .

**32)** Notice of Disclaimer: The author is exercising his God given rights to express herself under Title 28 Sec. 1746-1, u.s.a. 1st amendment 1789 and De Jure state of Washington of 1889.

**33)** Petitioner hereinafter states I still live in a republican form of governance by my choice of Citizenship and made a claim to my name and my birth rights I am one of we the people in which none can claim if respondents can not come forth a state a claim or quiet title to my name or my unalienable birthrights given by God see U.S. v. Tweel 550 F.2d.297 – "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

**34)** Therefore, Silence is acquiescence. You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)."

**35)** Petitioner hereinafter states this is my VERIFIED STATEMENT OF RIGHT OR INTEREST: Memorandum incorporated within. Supplemental Rule C (6) (I) (A) (ii)(iii)(iv).

**36)** Petitioner's notice to all respondents on the face of the complaint to state a claim for the Name Pursuant to Supplemental Rule B (2) Supplemental Rule A (3) (b) and Rule C (6) (i) (A)(iv). Rule F (5) (6) failure to respond or state a right or interest for the Name FRED F. FRINK within 14 day rule will be entered as default. Petitioner Sayeth naught.



**Title 4 § 1 Positive Law**

**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our Libel of Review In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration VERIFIED STATEMENT OF RIGHT OR INTEREST: is true to the best of our knowledge and belief. I :Fred-Francis and :Mark-Edward Further Sayeth Naught.

Date November 20 2012.

_____(Lawful seal)
:Fred-Francis/ Real Party in interest of the Republic union state of Pennsylvania  American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois American National Nativity Right. Minister of Justice 1789  Judiciary Act private sector.
All Rights Reserved

[Seal: Mark Edward Hill * Public Minister * American National * Private Sector * Original Jurisdiction 1789 A.D. united States of America]

King James Bible
**Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or** three witnesses shall every word be established

### NOTARY PUBLIC'S JURAT

BEFORE ME, Jill E. Lane   a Notary Public, in and for said State of Washington, the above named Fred-Francis of the Nomen family Frink natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of November ~~19th~~ 20th 2012.

WITNESS my hand and official seal.
/s/ _____
Notary Public
My Commission Expires On: 10/20/15

[Stamp: JILL E. LANE  Notary Public  State of Washington  My Commission Expires  October 20, 2015] SEAL

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

VERIFIED STATEMENT OF RIGHT OR INTEREST:        Page 8 of 8  EXHIBIT 12