—— FILED ——— ENTERED
—— LODGED ——RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona



12-CV-02048-EXH 13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

:Fred-Francis and :Mark-Edward,
Real Party's in Interest, appearing In Propria
Persona, with unalienable rights Original
Estate-Article III; Constitution.
                           Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA, (A
federal entity which is not the de jure united
States of America). All agents of a foreign
principal with false claims in assumpsit to
rights in the original estate-Article III;
Constitution for Case CR12-262RSL. &

Admiralty Case No._____
(Original Estate-Article III; Constitution)

Libel of Review
AFFIDAVIT OF CITIZENSHIP IN
SUPPORT OF VERIFIED STATEMENT
OF RIGHT OR INTEREST:
Memorandum incorporated within.
Supplemental Rule C (6) (I) (A) (ii)(iii)(iv)
Petitioner's notice to all respondents on
the face of the complaint to state a claim
for the property Pursuant to
Supplemental Rule B (2)  Supplemental
Rule A (3) (b) and Rule C (6) (i) (A)(iv).
Rule F (5) (6) failure to respond or state a
right or interest for the Name FRED F.
FRINK within 14 day rule.
To Respondents Do not Alter the names of
the  Petitioners to all Caps in your
responses to avoid tort for fraud and
Identity theft and character assassination
and constitutional violations.
By Special Appearance Rule E(8) Filed
under a Full Reservation of Unalienable

AFFIDAVIT OF CITIZENSHIP        1 of 25                    Exhibit 13.

DOES 1-200.

Respondents.

**Rights By Real Party In Interest.**

### Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach 𐤕𐤀𐤅𐤉𐤀𐤏𐤅𐤔𐤉𐤀𐤀[1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens"  We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given

---

[1] 𐤉𐤀𐤀𐤀𐤌𐤋𐤂𐤉𐤕+𐤕𐤉𐤌𐤀𐤏𐤅𐤔𐤉𐤀𐤀 <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

AFFIDAVIT OF CITIZENSHIP          2 of 25                    **Exhibit 13.**

unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

We by This Verified Affidavit Presented by, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and :Mark-Edward of the Nomen Family Hill a human beings, natural persons and not any type of legal fiction, Two of We the People under Original Common Law Jurisdiction and protected by the Pennsylvania and Illinois and Washington  and united States of America Constitutions[1].

1) Affiants states that, I :Fred-Francis and :Mark-Edward has made claim to our true nativity Sur name, by nativity right is :Fred-Francis and :Mark-Edward the Undersigned Affiants, hereinafter "Affiants," does hereby solemnly affirm, declare, and state as follows:

2) I am over the age of 18, we make this affidavit of our own free will act and deed to tell the truth and nothing but the truth So help us God, Affiants are competent to state the

---

[1] Use of state and federal statutes within this document is only to notice the reader that which is applicable to them and is not intended, nor shall it be construed, to mean that the aforementioned party confers, submits to, or has entered into any jurisdiction alluded to thereby.

AFFIDAVIT OF CITIZENSHIP          3 of 25                    **Exhibit 13.**

matters set forth herewith.

3) Affiants has personal first hand knowledge of the facts stated herein.

4) Affiants's Law is the Geneva Holy Bible superior common law and is a private Citizen of the union state of Pennsylvania and Illinois under the common law.

5) All the facts stated herein are true, correct, and complete in accordance with Affiants best firsthand knowledge and understanding, and if called upon to testify as a witness Affiants shall so state.

6) Affiants states that, Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.

7) Affiants states that, (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

8) Affiants states that,"Indeed, no more than (affidavits) are necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981);

| | | |
|---|---|---|
| Pennsylvania Republic & | ) | |
| Illinois  Republic | ) | *AFFIDAVIT* |
| one of  the several | ) ss. | *of* |
| united States | ) | **Citizenship** |
| in America | ) | *Status* |

For: Whom it may concern: In the Matter for USA vs FRED F. FRINK I:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and :Mark:Edward of the Nomen Family Hill including, without limitations, any and all derivations and variations in the spelling thereof;

It is our belief THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE'S **administrative determination of Citizenship status** for Us is incorrect in several ways and was purposely fraudulently contrived, with malice aforethought and instituted by THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE to label Us as a "taxpayer" as a means to violate My Constitutional Rights. Thus THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE is required by 5 U.S.C. § 702 to immediately correct Our status accordingly.


## STATEMENT OF FACTS:

**I.** The following in no way limits US, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill as to what I am NOT and is only a partial list of such:

1.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. Taxpayer";
2.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. legal person";
3.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. Corporation";
4.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. employee";
5.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. employer";
6.  I,:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "slave";
7.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "UNITED STATES CITIZEN";
8.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. servant";
9.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. FEDERAL EMPLOYEE";
10. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. elected official";
11. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. individual";
12. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. artificial person";

AFFIDAVIT OF CITIZENSHIP          5 of 25                    **Exhibit 13.**

13. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. agent";

14. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. officer";

15. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "resident of a federal judicial district";

16. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "domiciliary of a federal territory";

17. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "enfranchised person bound by the
   14th Amendment to the federal Constitution";

18. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "one of the entities listed in Title 26
   section 6331 (a)";

19. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT an "owner of a social security number";

20. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill NEVER applied for a social security number and therefore I am NOT liable, and can NOT be held accountable for any "invisible" contracts created by said number;

21. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "communist";

22. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "socialist";

**II: The following in no way limits me,:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill as to what we are and is only a partial list of such:**

1.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "human being" as defined 15 U.S.C. § 17
   *"The labor of a human being is not a commodity or article of commerce"*;

2.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "natural person";

3.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "sovereign";

4.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "de jure freeman";

5.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "private sector worker";

6.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill trade My labor, which is My personal property,
   for remuneration "without profit";

7.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "follower of the Savior" and thus I am

prohibited by my religious beliefs and the Holy scriptures from being involved with "income taxes" as per Luke 23;2 *we find this man perverting the nation and refusing to allow his followers to pay income taxes";*

8. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my business privately and outside the
jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

9. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my self privately and outside the
jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

10. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my life privately and outside the
jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

11. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "non-taxpayer" as cited in Economy_
Plumbing and Heating v. United States, 470 F.2d 585, at 589 (1972) *"The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and **not to non taxpayers**. The latter are without their scope."*

12. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are granted by the Creator;

13. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are protected by the Constitution of these united States;

14. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are protected by the Pennsylvania, Illinois, and Washington Constitution;

### III: Constraints of law;

1) The SOCIAL SECURITY ADMINISTRATION owns all social security numbers they issue and thus it shall be construed as trickery and inadmissible in court as evidence of admission when THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE asks a human being "what is your social security number";

2)      The FEDERAL INCOME TAX is by definition the FEDERAL EMPLOYEES INCOME TAX and only applies to a certain class of contracted persons as listed in Title 26 section 6331 (a), and thus ALL entities NOT listed in said section are therefore excluded; See Title 26 U.S.C.§ 7806. Construction of title (a) & (b) FEDERAL INCOME TAX dose not apply to American Nationals whom are Sovereigns.

3) The term RETURN refers to a form mandated for use ONLY by the people listed in Title 26 section 6331 (a) and thus ALL entities not listed in said section are therefore excluded;

4) The government is outside of its purpose in its attempts to steal from me: "Government

AFFIDAVIT OF CITIZENSHIP          7 of 25                    **Exhibit 13.**

does not exist, in a personal sense, for the purpose of acquiring, protecting and enjoying property. *It exists primarily for the protection of the people in their individual rights, and holds property not primarily for the enjoyment of property accumulations, but as an incident to the purpose for which it exists ---that of serving the people and protecting them in their rights. Curley vs U.S., 130 F. 1, 8, 64 C.C.A. 369*

5) The government is NOT within its rights when violating my rights*: "All that government does and provides legitimately is in pursuit of it's duty to provide protection for private rights, which duty is a debt owed to it's creator, WE THE PEOPLE and the private un enfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. Wynhammer v. People, 13 NY 378),*

6) The government is outside of its jurisdiction when taxing me: *"On behalf of the Government it is urged that taxation is a practical matter and concerns itself with the substance of the thing upon which the tax is imposed rather than with legal forms or expressions. United States v. Merriam, 263 U.S. 179, 44 S. Ct. 69*

7) The government is outside its authority and THE INTERNAL REVENUE SERVICE REVENUE AGENT is committing a criminal act when they purposely leave out section 6331 (a) when filing a levy: *"But in statutes levying taxes the literal meaning of the words employed is most important, for such statutes are not to be extended by implication beyond the clear import of the language used. If the words are doubtful, the doubt must be resolved against the Government and in favor of the taxpayer". Gould v. Gould, 245 U.S. 151, 153."*

### IV: Evidence Purposeful violation of his oath by a rogue agent;

TITLE 26 > Subtitle F > CHAPTER 64 > Subchapter D > PART II > § 6331Levy and distrait
 **(a) Authority of Secretary**  If any person *1 being liable to pay any tax *2 neglects or refuses to pay *3 the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person *4 or on which there is a lien *5 provided in this chapter for the payment of such tax *6. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia *7, by serving a notice of levy on the employer (as defined in section 3401(d)) *8 of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary *9 and, upon failure or refusal to pay such tax *10, collection *11 thereof by levy shall be lawful without regard to the 10-day period provided in this section.

*1   We are not a person, We are a natural person known also as a human beings and have only been considered a person by THE INTERNAL REVENUE SERVICE due to their purposeful and fraudulent act of misstating my status in their **administrative**

**determination of status** as a means of terrorizing us into cooperation;

*2   We are not liable to pay such tax and thus am excluded from this section;

*3   We have not, nor can it be stated WE refused to pay a tax when WE do not owe said tax and WE are not liable to pay a tax WE do not owe;

*4   Our property belongs to us, a human beings who are not a person and thus Our rights are protected by the Pennsylvania, Illinois, and Washington Constitutions and the federal Constitution, including, without limitations, Our right to unencumbered property ownership;

*5   Lien that has not been lawful adjudicated is not a lien and no lawful lien has been placed upon my property, only a fraudulent Notice of Intent to Lien that has been unlawfully converted by a rogue agent into a lien;

*6   Such statement only includes payment for a lawful tax on one who is legally liable for such a tax;

*7   We are not any of such stated, and we are not employed by any of such stated;

*8   Notice was given outside of the rogue agent's authority to a private sector non-employer under color of law in direct violation of this code and the rogue agent's oath of office as a means to commit the felonies act of fraudulent conversion;

*9   Notice and demand was made by a rogue agent and not the Secretary under color of law in direct violation of this code and the rogue agent's oath of office as a means to commit the felonies act of fraudulent conversion;

*10  We have never refused to pay a debt and/or a tax we lawfully owe and nor can it be stated we refused to pay a tax when we do not owe said tax;

*11  THE INTERNAL REVENUE SERVICE has no authority to collect from natural persons and human beings American Nationals who are by definition outside of the scope and jurisdiction of THE INTERNAL REVENUE SERVICE See Title 26 U.S.C.§ 7806. Construction of title (a) &(b) FEDERAL INCOME TAX dose not apply to American Nationals whom are Sovereigns.

It appears that an agent doing data entry for THE INTERNAL REVENUE SERVICE made an administrative determination that We are a citizen and resident of the United States, that We have "income" effectively connected with the U.S., that We are an "employee", etc. These determinations affect Our "legal rights" and therefore would seem to possess "the elements of a reviewable order."

> *See: 5 U.S.C. § 702: Right of review*
> *A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.*

AFFIDAVIT OF CITIZENSHIP        9 of 25                    **Exhibit 13.**

As so required by Title 5 U.S.C., it is now incumbent upon THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE to correct their administrative determination of Our status accordingly. Failure to do so shall be considered by all courts as prima facie evidence of conspiracy of their effort to violate Our human and Constitutional rights.

The **number** and the **MARK** belong to the SOCIAL SECURITY ADMINISTRATION and not to Us. It is not ours. We did not apply for it. We do not accept it. We will not receive it. We are forbidden by the Creator from having it. It is against Our religious beliefs.

Using a notary on this document does not constitute any adhesion, nor does it alter Affiants status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction. The use of a Notary as a Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.



**Title 4 § 1 Positive Law**
**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen**
**Pennsylvania and Illinois are Nativity American Nationals Under**
**Almighty God and the common law of the Commonwealth of**
**Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt**
**[CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our Libel of Review AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST: In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.  I :Fred-

AFFIDAVIT OF CITIZENSHIP        10 of 25                                **Exhibit 13.**

Francis and :Mark-Edward Further Sayeth Naught.

Date November 20 2012.

_____(Lawful  seal)
:Fred-Francis:/Real Party in interest of the Republic union state
of Pennsylvania  American National Nativity Right. I approve
submissions and agree by my lawful seal. All Rights Reserved

_____(Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789  Judiciary Act private sector.
All Rights Reserved

King James Bible
**Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or
three witnesses shall every word be established**

NOTARY PUBLIC'S JURAT

BEFORE ME, _Jill E. Lane_____ a Notary Public, in and for said State of
Washington, the above named Fred-Francis of the Nomen family Frink natural person did
appear and is personally known by me, and who, upon first being duly sworn and/or
affirmed, deposes and says that the foregoing asseveration is true to the best of their
knowledge and belief. affirmed before me and signed in my presence this day of
November 20th 2012.

WITNESS my hand and official seal.
/s/ _____
Notary Public
My Commission Expires On: 10/20/15

> JILL E. LANE
> Notary Public
> State of Washington
> My Commission Expires  SEAL
> October 20, 2015

Exhibits:
1. The 10 Planks of the Communist Manifesto, 2 pages;

2. Quotes on taxes, 5 pages;
3. Revelation 13, 1 page;
4. Title 42-Ch.7-Sub 2-§ 405, 1 page;
5. Title 42-Ch.7-Sub IV-Part D-§ **666**, 1 page

## THE 10 PLANKS of the COMMUNIST MANIFESTO

1. Abolition of property in land and the application of all rents of land to public purposes.

> *Zoning laws are the first step to government property ownership. The 14th Amendment of the U.S. Constitution (1868), and various zoning, school & property taxes. Also the Bureau of Land Management*

2. A heavy progressive or graduated income tax.

> *Misapplication of the 16th Amendment of the U.S. Constitution, 1913, The Social Security Act of 1936.; Joint House Resolution 192 of 1933; and various State "income" taxes. They call it "paying your fair share".*

3. Abolition of all rights of inheritance.

> *Read inheritance taxes. They call it Federal & State estate Tax (1916); or reformed Probate Laws, and limited inheritance via arbitrary inheritance tax statutes.*

4. Confiscation of the property of all emigrants and rebels.

> *Read the accused, not the convicted - Asset forfeiture laws, DEA, IRS, ATF etc.... We call in government seizures, tax liens, Public "law" 99-570 (1986); Executive order 11490, sections 1205, 2002 which gives private land to the Department of Urban Development; the imprisonment of "terrorists" and those who speak out or write against the "government" (1997 Crime/Terrorist Bill); and the IRS confiscation of property without due process.*

5. Centralization of credit in the hands of the state, by means of a national bank with State

capital and an exclusive monopoly.

*Read Federal Reserve Bank, Fiat Paper Money and fractional reserve banking. They call it the Federal Reserve which is a credit/debt system nationally organized by the Federal Reserve act of 1913. All local banks are members of the Fed system, and are regulated by the Federal Deposit Insurance Corporation (FDIC). This private bank has an exclusive monopoly in money creation which in reality has ended the need for revenue from taxes.*

6. Centralization of the means of communications and transportation in the hands of the State.

*Read DOT, FAA, FCC etc.. We call it the Federal Communications Commission (FCC) and Department of Transportation (DOT) mandated through the ICC act of 1887, the Commissions Act of 1934, The Interstate Commerce Commission established in 1938, The Federal Aviation Administration, Federal Communications Commission, and Executive orders 11490, 10999, as well as State mandated driver's licenses and Department of Transportation regulations. There is also the postal monopoly, AMTRACK and CONRAIL*

7. Extension of factories and instruments of production owned by the state, the bringing into cultivation of waste lands, and the improvement of the soil generally in accordance with a common plan.

*Read "controlled" rather than "owned", or subsidized. They call it corporate capacity, The Desert Entry Act and The Department of Agriculture. As well as the Department of Commerce and Labor, Department of Interior, the Environmental Protection Agency, Bureau of Land Management, Bureau of Reclamation, Bureau of Mines, National Park Service, and the IRS control of business through corporate regulations.*

8. Equal liability of all to labor. Establishment of industrial armies, especially for agriculture.

*Read Minimum Wage and imprisoned or slave laborers. You know like in China (and here in the U.S. prisons), our Most Favored Nation trade partner. They call it the Social Security Administration and The Department of Labor. The National debt and inflation caused by the communal bank has caused the need for a two "income" family. Woman in the workplace since the 1920's, the 19th amendment of the U.S. Constitution, the Civil Rights Act of 1964, assorted Socialist Unions, affirmative action, the Federal Public Works Program and of course Executive order 11000. And I almost forgot...The Equal Rights Amendment means that women should do all work that men do including the*

AFFIDAVIT OF CITIZENSHIP        13 of 25                          **Exhibit 13.**

*military and since passage it would make women subject to the draft.*

9. Combination of agriculture with manufacturing industries, gradual abolition of the distinction between town and country, by a more equitable distribution of population over the country.

> *Read forced relocations and forced sterilization programs like in China. They call it the Planning Reorganization act of 1949 , zoning (Title 17 1910-1990) and Super Corporate Farms, as well as Executive orders 11647, 11731 (ten regions) and Public "law" 89-136.*

10. Free education for all children in public schools. Abolition of children  factory labor in its present form. Combination of education with industrial production.

> *So that all children can be indoctrinated and inculcated with the government propaganda, like "majority rules", and "pay your fair share". The whole philosophical concept of "fair share" comes from the Communist maxim, "From each according to their ability, to each according to their need,  the very concept is pure socialism. People are being taxed to support what we call 'public' schools, which train the young to work for the communal debt system. We also call it the Department of Education, the NEA and Outcome Based "Education".*

The politicians who believe in these things and pass more and more laws implementing these ideas are traitors to the American Constitution. The agencies and their agents that force these concepts upon the people of this nation are committing acts of war against the people and the nation.

"None are more hopelessly enslaved, as those who falsely believe they are free...."

## PRO-INCOME TAX QUOTES

**Vladimir Lenin**
1.  The best way to destroy the capitalist system is to debauch the currency.
2.  The way to crush the bourgeoisie is to grind them between the millstones of taxation and inflation.
3.  When there is state there can be no freedom, but when there is freedom there will be no state.
4.   The goal of socialism is communism.
5.   Democracy is indispensable to socialism.

6.  Fascism is capitalism in decay.
7.  A lie told often enough becomes truth.
8.  Freedom in capitalist society always remains about the same as it was in ancient Greek republics: Freedom for slave owners.
9.  Can a nation be free if it oppresses other nations? It cannot.
10. Despair is typical of those who do not understand the causes of evil, see no way out, and are incapable of struggle. The modern industrial proletariat does not belong to the category of such classes.
11. Give me four years to teach the children and the seed I have sown will never be uprooted.
12. Give us the child for 8 years and it will be a Bolshevik forever.
13. If it were necessary to give the briefest possible definition of imperialism, we should have to say that imperialism is the monopoly stage of capitalism.
14. It is true that liberty is precious - so precious that it must be rationed.
15. Our program necessarily includes the propaganda of atheism.
16. The press should be not only a collective propagandist and a collective agitator, but also a collective organizer of the masses.
17. There are no morals in politics; there is only expedience. A scoundrel may be of use to us just because he is a scoundrel.
18. To rely upon conviction, devotion, and other excellent spiritual qualities; that is not to be taken seriously in politics.

<u>Benito Mussolini</u>
Fascism should rightly be called Corporatism as it is a merge of state and corporate power.

<u>J. P. Morgan</u>
Capital must protect itself in every way... Debts must be collected and loans and mortgages foreclosed as soon as possible. When through a process of law the common people have lost their homes, they will be more tractable and more easily governed by the strong arm of the law applied by the central power of leading financiers. People without homes will not quarrel with their leaders. This is well known among our principle men now engaged in forming an imperialism of capitalism to govern the world. By dividing the people we can get them to expend their energies in fighting over questions of no importance to us except as teachers of the common herd.


## ANTI-INCOME TAX QUOTES


**The Savior:**
<u>Jesus of Nazareth</u>
Woe unto you, scribes and Pharisees, hypocrites! for ye pay tithe of mint and anise and cummin, and have omitted the weightier matters of the law, judgment, mercy, and faith: these ought ye to have done, and not to leave the other undone.

**American Documents:**

Declaration of Independence

But, when a long train of abuses and usurpation's, pursuing invariably the same object, evinces a design to reduce them under absolute despotism, it is their right, it is their duty, to throw off such government, and to provide new guards for their future security.

Grace Commission,

100% of what is collected is absorbed solely by interest on the Federal Debt ... all individual income tax revenues are gone before one nickel is spent on the services taxpayers expect from government.

**American Politicians:**

James Madison

I cannot undertake to lay my finger on that article of the Constitution which granted a right to Congress of expending, on the objects of benevolence, the money of their constituents.

Thomas Jefferson

1.   We must not let our rulers load us with perpetual debt. We must make our election between economy and liberty or profusion and servitude. If we run into such debt, as that we must be taxed in our meat and in our drink, in our necessaries and our comforts, in our labors and our amusements, for our calling and our creeds...[we will] have no time to think, no means of calling our miss-managers to account but be glad to obtain subsistence by hiring ourselves to rivet their chains on the necks of our fellow-sufferers... And this is the tendency of all human governments.

2.   A departure from principle in one instance becomes a precedent for[ another]... till the bulk of society is reduced to be mere automatons of misery... And the fore-horse of this frightful team is public debt. Taxation follows that, and in its train wretchedness and oppression.

3.   The mass of mankind has not been born with saddles on their backs, nor a favored few booted and spurred, ready to ride them legitimately, by the grace of God.

4.   To lay taxes to provide for the general welfare of the United States, that is to say, 'to lay taxes for the purpose of providing for the general welfare.' For the laying of taxes is the power, and the general welfare the purpose for which the power is to be exercised. They are not to lay taxes ad libitum for any purpose they please; but only to pay the debts or provide for the welfare of the Union.

5.   If the American people ever allow private banks to control the issue of their money, first by inflation and then by deflation, the banks and corporations that will grow up around them (around the banks), will deprive the people of their property until their children will wake up homeless on the continent their fathers conquered

6.   The privilege of giving or withholding moneys is an important barrier against the undue exertion of prerogative which if left altogether without control may be exercised to our great oppression; and all history shows how efficacious its intercession for redress of grievances and reestablishment of rights, and how improvident would be the surrender of so powerful a mediator

7.   I am not among those who fear the people. They, and not the rich, are our dependence for continued freedom. And to preserve their independence, we must not let our rulers load us with

perpetual debt. We must make our election between economy and liberty, or profusion and servitude. If we run into such debts, as that we must be taxed in our meat and in our drink, in our necessities and our comforts, in our labors and our amusements, for our calling and our creeds, as the people of England are, our people, like them, must come to labor sixteen hours in the twenty-four, give the earnings of fifteen of these to the government for their debts and daily expenses; and the sixteenth being insufficient to afford us bread, we must live, as they now do, on oatmeal and potatoes; have no time to think, no means of calling the mismanagers to account; but be glad to obtain subsistence by hiring ourselves to rivet their chains on the necks of our fellow suffers. Our land-holders, too, like theirs, retaining indeed the title and stewardship of estates called theirs but held really in trust for the treasury, must wander, like theirs, in foreign countries, and be contented with penury, obscurity, exile, and the glory of the nation. This example reads to us the salutary lesson, that private fortunes are destroyed by public as well as by private extravagances. And this is the tendency of all human governments. A departure from principle in one instance becomes a precedent for the second; that second for a third; and so on, till the bulk of the society is reduced to mere automatons of misery, to have no sensibilities left but for sinning and suffering. Then begins, indeed, the bellum omnium in omnia, which some philosophers observing to be so general in this world, have mistaken for the natural, instead of the abusive state of man. And the fore horse on this frightful team is public debt. Taxation follows that, and in its train wretchedness and oppression.

8.   To compel a man to furnish funds for the propagation of ideas he disbelieves and abhors is sinful and tyrannical.

Benjamin Franklin
When the people find they can vote themselves money that will herald the end of the republic.


Davy Crockett
There ain't no ticks like poly-ticks. Bloodsuckers all.

Frederick Douglass
I know no class of my fellowmen, however just, enlightened, and humane, which can be wisely and safely trusted absolutely with the liberties of any other class.

Calvin Coolidge
1.   The collection of taxes which are not absolutely required, which do not beyond reasonable doubt contribute to the public welfare, is only a species of legalized larceny. The wise and correct course to follow in taxation is not to destroy those who have already secured success, but to create conditions under which everyone will have a better chance to be successful.

2.   No matter what anyone may say about making the rich and the corporations pay taxes, in the end collecting more taxes than is absolutely necessary is legalized robbery.

3.   As I went about with my father, when he collected taxes, I knew that when taxes were laid someone had to work hard to earn the money to pay them.

Ronald Reagan
1.   I just wanted to speak to you about something from the Internal Revenue Code. It is the last sentence of section 509A of the code and it reads: 'For purposes of paragraph 3, an organization described in paragraph 2 shall be deemed to include an organization described in section 501C-4, 5, or 6, which would be described in paragraph 2 if it were an organization described in

worse than the individual who relies upon his constitutional rights.
Justice Hugo L. Black
The United States has a system of taxation by confession.

 **I.R.S. Commissioner:**
T. Coleman Andrews
I don't like the income tax. Every time we talk about these taxes we get around to the idea of 'from each according to his capacity and to each according to his needs'. That's socialism. It's written into the Communist Manifesto. Maybe we ought to see that every person who gets a tax return receives a copy of the Communist Manifesto with it so he can see what's happening to him.

 **Federal Reserve Chairman:**
Alan Greenspan
1.   In the absence of the gold standard, there is no way to protect savings from confiscation through inflation. ... This is the shabby secret of the welfare statists' tirades against gold. Deficit spending is simply a scheme for the confiscation of wealth. Gold stands in the way of this insidious process. It stands as a protector of property rights. If one grasps this, one has no difficulty in understanding the statists' antagonism toward the gold standard.
2.   Gold still represents the ultimate form of payment in the world.

 **American Business Leaders:**
Steve Forbes
The Declaration of Independence, the words that launched our nation -- 1,300 words. The Bible, the word of God -- 773,000 words. The Tax Code, the words of politicians -- 7,000,000 words –
Henry Ford
It is well enough that people of the nation do not understand our banking and monetary system, for if they did, I believe there would be a revolution before tomorrow morning.
George Hansen
The IRS is an extraordinary example of the end justifying the means. The means of this agency is growth. It is interesting that the revenue officers within the IRS refer to taxpayers as 'inventory'. The IRS embodies the political realities of the selfish human desire to dominate others. Thus the end of this gigantic pretense of officialdom is power, pure and simple. The meek may inherit the earth, but they will never receive a promotion in an agency where efficiency is measured by the number of seizures of taxpayers' property and by the number of citizens and businesses driven into bankruptcy.
Orville Browning
Be assured that if this new provision [the 14th Amendment] be engrafted in the Constitution, it will, in time, change the entire structure and texture of our government, and sweep away all the guarantees of safety devised and provided by our patriotic Sires of the Revolution.
Joseph H. Choate
The Act of Congress which we are impugning before you is communistic in its purposes and

tendencies, and is defended here upon principles as communistic, socialistic - what shall I call them - populistic as ever have been addressed to any political assembly in the world.
Paul Craig Roberts
In U.S. politics, 'compassion' means giving money and privileges to well organized interest groups at everyone else's expense.
Shirley Peterson
Eight decades of amendments... to (the) code have produced a virtually impenetrable maze... The rules are unintelligible to most citizens... The rules are equally mysterious to many government employees who are charged with administering and enforcing the law.
Henry Bellmon
In a recent conversation with an official at the Internal Revenue Service, I was amazed when he told me that 'If the taxpayers of this country ever discover that the IRS operates on 90% bluff the entire system will collapse'
Donald Alexander
We now have so many regulations that everyone is guilty of some violation.
Bernard Berenson
Governments last as long as the under taxed can defend themselves against the overtaxed.
Georges Bernanos
Justice in the hands of the powerful is merely a governing system like any other. Why call it justice? Let us rather call it injustice, but of a sly effective order, based entirely on cruel knowledge of the resistance of the weak, their capacity for pain, humiliation and misery.
William Boetcker
You cannot bring about prosperity by discouraging thrift. You cannot help small men by tearing down big men. You cannot strengthen the weak by weakening the strong. You cannot lift the wage-earner by pulling down the wage-payer. You cannot help the poor man by destroying the rich. You cannot keep out of trouble by spending more than your income. You cannot further the brotherhood of man by inciting class hatred. You cannot establish security on borrowed money. You cannot build character and courage by taking away men's initiative and independence. You cannot help men permanently by doing for them what they could and should do for themselves
Richard E. Byrd
A hand from Washington will be stretched out and placed upon every man's business; the eye of the federal inspector will be in every man's counting house.... The law will of necessity have inquisitive features, it will provide penalties, it will create complicated machinery. Under it, men will be hauled into courts distant from their homes. Heavy fines imposed by distant and unfamiliar tribunals will constantly menace the taxpayer. An army of federal inspectors, spies, and detectives will descend upon the state.

**Foreign Political and business leaders**:
Sir Winston Churchill
We contend that for a nation to try to tax itself into prosperity is like a man standing in a bucket and trying to lift himself up by the handle.
Bertrand de Jouvenel

The more one considers the matter, the clearer it becomes that redistribution is in effect far less a redistribution of free income from the richer to the poorer, as we imagined, than a redistribution of power from the individual to the State.

Napoleon Bonaparte

Not one cent should be raised unless it is in accord with the law.

Frederic Bastiat

1.   It is impossible to introduce into society a greater change and a greater evil than this: the conversion of the law into an instrument of plunder.

2.   The state is the great fiction by which everybody seeks to live at the expense of everybody else.

3.   But how is this legal plunder to be identified? Quite simply. See if the law takes from some persons what belongs to them, and gives it to other persons to whom it does not belong. See if the law benefits one citizen at the expense of another by doing what the citizen himself cannot do without committing a crime.

4.   No legal plunder: This is the principle of justice, peace, order, stability, harmony, and logic. Until the day of my death, I shall proclaim this principle with all the force of my lungs (which alas! is all too inadequate).

Santo Presti

Fear is the key element for the IRS in achieving its mission. Without fear, the IRS would have a difficult time maintaining our so-called system of voluntary compliance ...

Benjamin Disraeli

1.   To tax the community for the advantage of a class is not protection, it is plunder.

2.   I think we have more machinery of government than is necessary, too many parasites living on the labor of the industrious.

Fredrich August von Hayek

The system of private property is the most important guaranty of freedom, not only for those who own property, but scarcely less for those who do not.

Auberon Herbert

Every tax or rate, forcibly taken from an unwilling person, is immoral and oppressive.

**Revelation 13**

**Revelation 16** And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand\*1, or in their foreheads\*2:

**Revelation 17** And that no man might buy or sell\*3, save he that had the mark\*4, or the name of the beast, or the number of his name.

AFFIDAVIT OF CITIZENSHIP        21 of 25                    **Exhibit 13.**

**Revelation** 18 Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six**\*5**.

**\*1**. Read as write hand, the right hand was the hand considered as used for writing;

**\*2**. Read as memory,

**\*3**. See Title 42-Ch.7-Sub IV-Part D-§ **666;**

**\*4**. Mark: a symbol of disgrace or infamy; "And the Lord set a mark upon Cain"— Genesis, not necessarily something others can see;

**\*5**. 666, no coincidence it is the same number: The Scriptures warn us that a mark will be Required by man's law for people to do business and that the mark will be established as 666. It is no coincidence that under § 666 are the requirements for the number's use concerning children so the government can take earnings and possessions from the people that are numbered that do not cooperate.

The social security account number is a possession of the SOCIAL SECURITY ADMINISTRATION, not a possession of any man, woman or child. For a man to claim the number as his he as thus received the MARK as mentioned in the Holy Scriptures.

The number and the MARK belong to the SOCIAL SECURITY ADMINISTRATION and not to me. It is not mine. I did not apply for it. I do not accept it. I will not receive it. I am forbidden by the Creator from having it. It is against my religious beliefs.

### TITLE 42 > <u>CHAPTER 7</u> > <u>SUBCHAPTER II</u> > § 405
### § 405. Evidence, procedure, and certification for payments (2)  (B)

**(i)** In carrying out the Commissioner's duties under sub paragraph (A) and sub paragraph (F), the Commissioner of Social Security shall take affirmative measures to assure that social security **account** numbers will, to the maximum extent practicable, be assigned to all members of appropriate groups or categories of individuals by assigning such numbers (or ascertaining that such numbers have already been assigned):

**(I)** to aliens at the time of their lawful admission to the United States either for permanent residence or under other authority of law permitting them to engage in employment in the United States and to other aliens at such time as their status is so changed as to make it lawful for them to engage in such employment;

**(II)** to any individual who is an applicant for or recipient of benefits under any program financed in whole or in part from Federal funds including any child on whose behalf such benefits are claimed by another person; and

**(III)** to any other individual when it appears that he could have been but was not assigned an account number under the provisions of subclauses (I) or (II) but only after such investigation as is necessary to establish to the satisfaction of the Commissioner of Social Security, the identity of such individual, the fact that an account number has not already been assigned to

such individual, and the fact that such individual is a citizen or a noncitizen who is not, because of his alien status, prohibited from engaging in employment;

and, in carrying out such duties, the Commissioner of Social Security is authorized to take affirmative measures to assure the issuance of social security numbers:

**(IV)** to or on behalf of children who are below school age at the request of their parents or guardians; and

**(V)** to children of school age at the time of their first enrollment in school.

**(ii)** The Commissioner of Social Security shall require of applicants for social security account numbers such evidence as may be necessary to establish the age, citizenship, or alien status, and true identity of such applicants, and to determine which (if any) social security account number has previously been assigned to such individual. With respect to an application for a social security account number for an individual who has not attained the age of 18 before such application, such evidence shall include the information described in sub paragraph (C)(ii).

**(iii)** In carrying out the requirements of this sub paragraph, the Commissioner of Social Security shall enter into such agreements as may be necessary with the Attorney General and other officials and with State and local welfare agencies and school authorities (including - nonpublic school authorities).

TITLE 42 > CHAPTER 7 > SUBCHAPTER IV > Part D > § 666

§ 666. Requirement of statutorily prescribed procedures to improve effectiveness of child support enforcement

(a) Types of procedures required

 (4) Liens

 (5) Procedures concerning paternity establishment.—

(A) Establishment process available from birth until age 18.—

 **(B) Procedures concerning genetic testing.—**

**(i) Genetic testing required in certain contested cases.—**

(ii) Other requirements.—

 (C) Voluntary paternity acknowledgment.—

 (iii) Paternity establishment services.—

(I) State-offered services.—

(II) Regulations.—

(aa) Services offered by hospitals and birth record agencies.—

(iv) Use of paternity acknowledgment affidavit.—

(D) Status of signed paternity acknowledgment.—

(i) Inclusion in birth records.—

(ii) Legal finding of paternity.—

(iii) Contest.—

(F) Admissibility of genetic testing results

 (G) Presumption of paternity in certain cases.—

(H) Default orders.—

**(I) No right to jury trial.—**

(J) Temporary support order based on probable paternity in contested cases.—

AFFIDAVIT OF CITIZENSHIP        23 of 25                              **Exhibit 13.**

(K) Proof of certain support and paternity establishment costs.—
(L) Standing of putative fathers.—
(M) Filing of acknowledgments and adjudications in state registry of birth records.—
(7) Reporting arrearages to credit bureaus.—
(A) In general.—
(B) Safeguards.—
 (10) Review and adjustment of support orders upon request.—
(A) 3-year cycle.—
(i) In general.— as
(B) Proof of substantial change in circumstances necessary in request for review outside 3-year cycle.—
 (12) Locator information from interstate networks.—
(13) Recording of social security numbers in certain family matters.—
 (14) High-volume, automated administrative enforcement in interstate
 (15) Procedures to ensure that persons owing overdue support work or have a plan for payment of such support.—
(16) Authority to withhold or suspend licenses.—
 (17) Financial institution data matches.—
(18) Enforcement of orders against paternal or maternal grandparents.—
(19) Health care coverage.—
(c) Expedited procedures



## LAW OF THE FLAG

I :Fred-Francis: and :Mark-Edward:, declare the law of the flag and our flag is on our documents a common law flag July 30th , 1947, ch 389, 61 Stat. 642. my vessel is my paperwork, In maritime law, the law of that nation or country whose flag is flown by a particular vessel. A ship owner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him, (Blacks Law Dictionary. 6th Ed.). I :Fred-Francis: and :Mark-Edward:, Further sayeth naught.

_____(Lawful  seal)
:Fred-Francis: of the Republic union state of Pennsylvania
            American National Nativity Right.
                (Affiant and Witness)

_____(Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois
        American National Nativity Right. Minister of
        Justice 1789 Judiciary Act private sector.
                (Affiant and Witness)

AFFIDAVIT OF CITIZENSHIP          24 of 25

King James Bible
**Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established**

## CAVEAT

Upon receipt of this **AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST:** to the intended party's Respondents THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, this is served with summons and verified complat as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond as on summons to rebut and review point for point and correct any errors within this Affidavit and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so by face of summons, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this **AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST:** and that they are true, correct, and certain. (F.R.C.P. 8d).

## CERTIFICATE OF SERVICE

I, Jill E Lane HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE for filing and a copys was served with verified complaint and summons and attachment to lis Pendens filed in the king county recorders office and US Mail first class.

DATED: Redmond, ~~Washington~~ 11/21/2012

_____(Lawful  seal)
Jill E. Lane by Proof of Service

AFFIDAVIT OF CITIZENSHIP          25 of 25          **Exhibit 13.**