

Title 4 § 1 Positive Law
Flag of the Republic.

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY                WESTERN DISTRICT OF WASHINGTON
                                          DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona



12-CV-02048-EXH 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

:Fred-Francis and :Mark-Edward,
Real Party's in Interest, appearing In Propria
Persona, with underlined rights Original
Estate-Article III; Constitution.
              Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA, (A
federal entity which is not the de jure united
States of America). All agents of a foreign
principal with false claims in assumpsit to
rights in the original estate-Article III;
Constitution for Case CR12-262RSL. &

Admiralty Case No._____
(Original Estate-Article III; Constitution)

**Libel of Review**

IN ADMIRALTY, Supplemental Rule A
(1)(A) (i) (ii) (iii) (iv) (B) (C) (2).
INTERROGATORIES,  Supplemental
Rule B (3)(a).
The Following Questions are YES or NO
Directed to Respondent THOMAS
M.WOODS served with summons and
verified complaint.

To Respondents Do not Alter the names of
the  Petitioners to all Caps in your
responses to avoid tort for fraud and
Identity theft and character assassination
and constitutional violations.
By Special Appearance Rule E(8) Filed
under a Full Reservation of Unalienable
Rights By Real Party In Interest.

INTERROGATORIES              1 of 12

**EVIDENCE** Exhibit 14

DOES 1-200.

Respondents.

## Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ✝ ⴰ ⵡ ⵣ ⴰ ⵀ ⵝ ⵡ ✝ ⴰ ⴰ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1] ⵣ ✝ ⴰ ⴰ ⴰ ⵥ ⵣ ✝ ⵜ ✝ ⵇ ⵡ ⵣ ⴰ ⵀ ✝ ⵡ ✝ ⴰ ⴰ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews*. Hebrew acronym YHVH the Name of God.

INTERROGATORIES                    2 of 12

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL"  Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2). INTERROGATORIES,  Supplemental Rule B (3)(a). The Following Questions are YES or NO Directed to Respondent THOMAS M.WOODS served with summons and verified complaint.**

The following questions are for Respondent THOMAS M.WOODS for discovery the following interrogatories questions are with in (b) The defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

**Petitioner Fred-Francis of the Nomen Family Frink provides the following questions, I challenge the appearance of the attorney claiming to represent the so-called "USA." I use the questions in regards to the complaining party, I want the attorney to bring forth evidence of a complaining party. Without this evidence there is no case. He is to prove he represents someone other than himself who has standing to complain, i.e., I violated a legal right that resulted in damage.**

**If my questions are not answered then I am not being informed of the nature and cause of the charges and proceedings and cannot defend myself, notwithstanding I am legally incapable of defending myself. I am not getting a fair and meaningful hearing for Case CR12-262RSL.**

INTERROGATORIES                    3 of 12

1) Respondent THOMAS M. WOODS do you have any evidence of a real party in interest for Case CR12-262RSL  pursuant to FRCP 17(a) Yes or No.

2) Respondent THOMAS M. WOODS do you have any evidence of a contract of federal Citizenship to grant personum Jurisdiction for Case CR12-262RSL Yes or No.

3) Respondent THOMAS M. WOODS all licenses are provided by the state of Washington  Yes or No.

4) Respondent THOMAS M. WOODS do you have a license to practice law from the department of license form the state of Washington or labor and industry's authorizing you by the state of Washington Yes or No.

5) Respondent THOMAS M. WOODS do you have a BAR Card before you started Case CR12-262RSL  Yes or No.

6) Respondent THOMAS M. WOODS a BAR card is issued by the WSBA this is a club membership do you claim its the same as a license to practice law? Yes or No.

7) <u>Respondent THOMAS M. WOODS the following Questions are for the case you are the prosecutor for Case CR12-262RSL are you a licensed attorney Yes or No</u>

8) Respondent THOMAS M. WOODS Am I entitled to a fair hearing? Yes or no.

9) Respondent THOMAS M. WOODS Am I entitled to a meaningful hearing? Yes or no.

10) Respondent THOMAS M. WOODS What are the consequences, if any, if you don't give me a fair and meaningful hearing?

_____

_____

_____

11) Respondent THOMAS M. WOODS Would your orders and judgments be valid if I didn't get a fair hearing?

_____

_____

12) Respondent THOMAS M. WOODS

INTERROGATORIES                    4 of 12

13) Respondent THOMAS M.WOODS Would you seek to enforce your orders and judgments if I don't get a fair hearing?

_____

_____

14) Respondent THOMAS M.WOODS Would you seek to enforce your orders if there was no evidence of jurisdiction over me?_____

_____

15) Respondent THOMAS M.WOODS Am I entitled to be informed of the nature and cause of the charges and proceedings against me? Yes or no.

16) Respondent THOMAS M.WOODS I've been charged with a crime correct? Yes or no.

17) Respondent THOMAS M.WOODS And with all crimes there must be a corpus delecti correct? Yes or no.

18) Respondent THOMAS M.WOODS If no: I believe the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

19) Respondent THOMAS M.WOODS Is this court bound by supreme court rulings? Yes or no.

20) Respondent THOMAS M.WOODS If no: This court is not under the supreme court? Yes or no.

21) Respondent THOMAS M.WOODS Is this court specifically exempt from basic principals of criminal law held by every supreme court in the United States? Yes or no.

22) Respondent THOMAS M.WOODS Could you please provide the legal authority you rely on that this court is exempt from such basic principals? Yes or no._____

_____

23) Respondent THOMAS M.WOODS I can receive a fair trial without proof of a corpus delecti? Yes or no.

24) Respondent THOMAS M.WOODS Do you agree with the supreme court that the "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such

INTERROGATORIES                    5 of 12

injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof..." People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132. Yes or no.

25) Respondent THOMAS M.WOODS May the court proceed against me, without proof of a corpus delecti, meaning injury and criminal agency?
Yes or no.

26) Respondent THOMAS M.WOODS Are there any allegations of injury? Yes or no.

27) Respondent THOMAS M.WOODS So there is no corpus delecti, which is required to proceed against me? Yes or no.

28) Respondent THOMAS M.WOODS The court may not proceed against me correct? Yes or no.

29) Respondent THOMAS M.WOODS Would your orders and judgments be valid if I don't get a fair hearing? Yes or no.

30) Respondent THOMAS M.WOODS Would you seek to enforce your orders and judgments if I don't get a fair hearing? Yes or no.

31) Respondent THOMAS M.WOODS Would you seek to enforce your orders if there was no evidence of jurisdiction over me? Yes or no.

32) Respondent THOMAS M.WOODS What rules, if any, govern the proceedings here?

_____

_____

33) Respondent THOMAS M.WOODS Do you have to comply with all the rules? Yes or no.

34) Respondent THOMAS M.WOODS Are there rules you can ignore? Yes or no.

35) Respondent THOMAS M.WOODS If yes: Which ones, why?

_____

36) Respondent THOMAS M.WOODS Do the constitutions, US and Pennsylvania and Washington , govern these proceedings? Yes or no.

37) Respondent THOMAS M.WOODS Do you have to comply with the constitutions, or are there clauses you can ignore? Yes or no.

INTERROGATORIES                6 of 12

38) Respondent THOMAS M.WOODS If yes, then which ones? Why?

_____

_____

39) Respondent THOMAS M.WOODS Is this indictment consistent with the constitutions? Yes or no.

40) Respondent THOMAS M.WOODS Is everything on this indictment true and correct? Yes or no.

41) Respondent THOMAS M.WOODS where you personally involved with the investigation Yes or no.

42) Respondent THOMAS M.WOODS Would a meaningful and fair hearing require responsive answers to questions I ask? Yes or no.

43) Respondent THOMAS M.WOODS If I ask questions because I do not understand what is going on, can I expect a responsive answer? Yes or no.

44) Respondent THOMAS M.WOODS Am I entitled to responsive answers to my questions? Yes or no.

45) Respondent THOMAS M.WOODS Would a hearing be fair and meaningful if I did not get responsive answers to my questions? Yes or no.

46) Respondent THOMAS M.WOODS Can I get a fair and meaningful hearing if there is a conflict of interest? Yes or no

47) Respondent THOMAS M.WOODS is not a conflict of interest or a relationship that most are WSBA membership Yes or no.

48) Respondent THOMAS M.WOODS Are other prosecutor's or your arguments and legal opinions admissible as evidence against me? Yes or no.

49) Respondent THOMAS M.WOODS Do they have to be supported by facts provided by a witness I am permitted to cross-examine? Yes or no.

50) Respondent THOMAS M.WOODS Who has the burden of proof in the proceedings?

_____

_____

51) Respondent THOMAS M. WOODS Are you, the judge and state lawyer [if there is one], permitted to testify in the proceedings? Yes or no.

52) Respondent THOMAS M. WOODS For the criminal case is that burden of proof beyond a reasonable doubt or preponderance of evidence?_____

53) Respondent THOMAS M. WOODS When you say evidence, does that mean facts or opinions?_____

54) Respondent THOMAS M. WOODS Does the burden of proof apply to each element of the crime? Yes or no.

55) Respondent THOMAS M. WOODS Do I have a right to confront witnesses against me? Yes or no.

56) Respondent THOMAS M. WOODS If no, how can I get a fair and meaningful hearing if I can't confront the witnesses you rely on?_____

57) Respondent THOMAS M. WOODS Do I have a right to challenge any and all evidence being used against me? Yes or no.

58) Respondent THOMAS M. WOODS If no, how can I get a fair and meaningful hearing if I can't challenge evidence you rely on?_____

59) Respondent THOMAS M. WOODS Could this court proceed against me if the alleged plaintiff lacked standing to complain against me? Yes or no.

60) Respondent THOMAS M. WOODS Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me? Yes or no.

61) Respondent THOMAS M. WOODS Would I have to enter a plea if there is no jurisdiction over me? Yes or no.

62) Respondent THOMAS M. WOODS Would there be a crime if there was no

INTERROGATORIES                8 of 12

jurisdiction? Yes or no.

63) Respondent THOMAS M. WOODS Is jurisdiction an element of this alleged crime? Yes or no.

64) Respondent THOMAS M. WOODS If no: So the one bringing the complaint is not required to prove jurisdiction? Yes or no.

65) Respondent THOMAS M. WOODS Does this indictment present a justiciable case or controversy? Yes or no.

66) Respondent THOMAS M. WOODS Would I have to enter a plea if a justiciable case or controversy has not been presented? Yes or no.

67) Respondent THOMAS M. WOODS Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." United States v. ICC, 337 U.S. 426, 430 (1949)?

68) Respondent THOMAS M. WOODS Does that apply to you and this court? Yes or no.

69) Respondent THOMAS M. WOODS This court only adjudicates justiciable controversies? Yes or no.

70) Respondent THOMAS M. WOODS Does a justiciable case or controversy require the violation of a legal right? Yes or no.

71) Respondent THOMAS M. WOODS Is this a criminal complaint? Yes or no.

72) Respondent THOMAS M. WOODS Am I presumed innocent of this alleged crime? Yes or no.

73) Respondent THOMAS M. WOODS Am I presumed innocent of every element of this alleged crime? Yes or no.

74) Respondent THOMAS M. WOODS So you presume there is no jurisdiction? Yes or no.

75) Respondent THOMAS M. WOODS Is there evidence of a complaining party? Yes or no.

76) Respondent THOMAS M. WOODS I did not ask if there was a complaining party or who you think it is. I asked, is there evidence of a complaining party? Yes or no?

77) Respondent THOMAS M. WOODS If yes: O.K., what is that evidence and who gave

INTERROGATORIES                9 of 12

it to you?_____

_____

78) Respondent THOMAS M.WOODS Apparently, you think there is evidence here. Are you concealing that evidence from me? Yes or no.

79) Respondent THOMAS M.WOODS Do you have any evidence to prove you represent anyone other than yourself? Yes or no.

80) Respondent THOMAS M.WOODS Can you prove he/she/they have standing to complain against me? Yes or no.

81) Respondent THOMAS M.WOODS Do you have evidence to prove one or more of his/her/their legal rights was violated? Yes or no.

82) Respondent THOMAS M.WOODS If yes: Which legal right? Life, liberty, property.

_____

_____

83) Respondent THOMAS M.WOODS is there evidence of a contract? Yes or no. (requires, at the minimum, an offer, acceptance, meeting of the minds and consideration plus at least two parties).Yes or no.

84) Respondent THOMAS M.WOODS If yes: And how many elements are there to a contract?_____

85) Respondent THOMAS M.WOODS Does the indictment present every element of a cause of action? Yes or no.

86) Respondent THOMAS M.WOODS How many elements does a cause of action consist of? _____

87) Respondent THOMAS M.WOODS What are the two elements of a cause of action? (breach of duty [legal right] and damage) Yes or no.

88) Respondent THOMAS M.WOODS The supreme court has held these are the two elements: "The injury alleged MUST be, for example, "`DISTINCT and PALPABLE,'"…and not "abstract" or "conjectural" or "hypothetical,"…The injury must be "fairly" traceable to the challenged action, and relief from the injury must be "likely" to follow from a favorable decision." Allen v. Wright, 468 U.S. 737 (1984) do you agree Yes or no.

INTERROGATORIES                    10 of 12

89) Respondent THOMAS M.WOODS Where on the Indictment is a "distinct and palpable" injury presented?

90) Respondent THOMAS M.WOODS What are the essential elements to a justiciable case or controversy? (breach of duty and damage) you agree Yes or No.

91) Respondent THOMAS M.WOODS Tort: Same problem as with contract, no injury. Agree Yes or no.

92) Respondent THOMAS M.WOODS If there is no evidence of a cause of action presented then the complaint should be dismissed Agree Yes or no.

93) Respondent THOMAS M.WOODS Is this Indictment, warrant for arrest, appearance bond and commercial paper consistent with the federal constitution? Yes or no.

94) Respondent THOMAS M.WOODS Factually, how was your jurisdiction, or control over me, acquired?_____

95) Respondent THOMAS M.WOODS What is the nature of your relationship to the judge? _____

96) Respondent THOMAS M.WOODS do you agree with U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."Therefore, Silence is acquiescence.  You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)."  Yes or no.

97) Respondent THOMAS M.WOODS if you violated or remained silent when any of my rights where violated would you have subject matter or personam jurisdiction. Yes or no.

98) Respondent THOMAS M.WOODS is this a court of limited jurisdiction Yes or no.

99) Respondent THOMAS M.WOODS Do you have jurisdiction over private Civilian Citizens American Nationals Sovereign who are common law and of the 48 union states. Yes or No.

100)    Respondent THOMAS M.WOODS what type of Citizen do you have jurisdiction over and how?

_____

_____

INTERROGATORIES            11 of 12

101)   Respondent THOMAS M.WOODS are you aware that I never consented to this jurisdiction I was under threat and duress, and every time I came to court I asked permission to cross the BAR by special restricted appearance never submitting to the jurisdiction, do you agree Yes or no.

## DECLARATION UNDER PENALTY OF PERJURY

Respondent THOMAS M.WOODS declares under the penalties of perjury that the interrogatories for counter claim for the Case CR12-262RSL Where upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.

Date December ____2012.

_____(Lawful  seal)
           Respondent THOMAS M.WOODS

INTERROGATORIES                 12 of 12



**Title 4 § 1 Positive Law**
**Flag of the Republic.**

FILED _____ ENTERED
LODGED _____ RECEIVED

**NOV 21 2012**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**:Fred-Francis: :Mark-Edward.**
**a Private Citizen Pennsylvania**
**and Illinois are Nativity American**
**Nationals Under Almighty God and**
**the common law of the Commonwealth of**
**Pennsylvania, and Illinois Po Box 98**
**Bellevue Washington**
**Zip Exempt [CF98009CF].**
**425-558-4838.**
**Not Pro Se, Sur Juris In Propria Persona**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward,<br>Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>Petitioners.<br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL. & | **Admiralty Case No.**_____<br>**(Original Estate-Article III; Constitution)**<br><br>**<u>Libel of Review</u>**<br><br>**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2).**<br>**INTERROGATORIES,  Supplemental Rule B (3)(a).**<br>**The Following Questions are YES or NO Directed to Respondent JENNY ANNE DURKAN served with summons and verified complaint.**<br><br>**To Respondents Do not Alter the names of the  Petitioners to all Caps in your responses to avoid tort for fraud and Identity theft and character assassination and constitutional violations.**<br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

**EVIDENCE** Exhibit 14

DOES 1-200.

Respondents.

## Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ᛏ ᛉ ᗯ Ꭹ ᗩ ᗝ ᛏ ᗯ ᛏ ᗩ ᗩ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1]   Ꭹ ᛏ ᗩ ᗩ ᗩ Ꭹ ᒪ Ꭹ ᛏ ᛏ ᛏ Ꭹ ᗰ Ꭹ ᗩ ᗝ ᛏ ᗯ ᛏ ᗩ ᗩ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.


**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2).**
**INTERROGATORIES,  Supplemental Rule B (3)(a). The Following Questions are YES or**
**NO Directed to Respondent JENNY ANNE DURKAN served with summons and verified**
**complaint.**

The following questions are for Respondent JENNY ANNE DURKAN for discovery the following interrogatories questions are with in (b) The defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

**Petitioner Fred-Francis of the Nomen Family Frink provides the following**
**questions, I challenge the appearance of the attorney claiming to represent the so-called**
**"USA." I use the questions in regards to the complaining party, I want the attorney to**
**bring forth evidence of a complaining party. Without this evidence there is no case. He is**
**to prove he represents someone other than himself who has standing to complain, i.e., I**
**violated a legal right that resulted in damage.**

**If my questions are not answered then I am not being informed of the nature and**
**cause of the charges and proceedings and cannot defend myself, notwithstanding I am**
**legally incapable of defending myself. I am not getting a fair and meaningful hearing for**

INTERROGATORIES                    3 of 12

**Case CR12-262RSL.**

1)   Respondent JENNY ANNE DURKAN do you have any evidence of a real party in interest for Case CR12-262RSL  pursuant to FRCP 17(a) Yes or No.

2)   Respondent JENNY ANNE DURKAN do you have any evidence of a contract of federal Citizenship to grant personum Jurisdiction for Case CR12-262RSL Yes or No.

3)   Respondent JENNY ANNE DURKAN all licenses are provided by the state of Washington  Yes or No.

4)   Respondent JENNY ANNE DURKAN do you have a license to practice law from the department of license form the state of Washington or labor and industry's authorizing you by the state of Washington Yes or No.

5)   Respondent JENNY ANNE DURKAN do you have a BAR Card before you started Case CR12-262RSL  Yes or No.

6)   Respondent JENNY ANNE DURKAN a BAR card is issued by the WSBA this is a club membership do you claim its the same as a license to practice law? Yes or No.

7)   Respondent JENNY ANNE DURKAN the following Questions are for the case you are the prosecutor for Case CR12-262RSL are you a licensed attorney Yes or No

8)   Respondent JENNY ANNE DURKAN Am I entitled to a fair hearing? Yes or no.

9)   Respondent JENNY ANNE DURKAN Am I entitled to a meaningful hearing? Yes or no.

10) Respondent JENNY ANNE DURKAN What are the consequences, if any, if you don't give me a fair and meaningful hearing?

_____

_____

_____

11) Respondent JENNY ANNE DURKAN Would your orders and judgments be valid if I didn't get a fair hearing?

_____

_____

INTERROGATORIES                    4 of 12

12) Respondent JENNY ANNE DURKAN

13) Respondent JENNY ANNE DURKAN Would you seek to enforce your orders and judgments if I don't get a fair hearing?

_____

_____

14) Respondent JENNY ANNE DURKAN Would you seek to enforce your orders if there was no evidence of jurisdiction over me?

_____

_____

15) Respondent JENNY ANNE DURKAN Am I entitled to be informed of the nature and cause of the charges and proceedings against me? Yes or no.

16) Respondent JENNY ANNE DURKAN I've been charged with a crime correct? Yes or no.

17) Respondent JENNY ANNE DURKAN And with all crimes there must be a corpus delecti correct? Yes or no.

18) Respondent JENNY ANNE DURKAN If no: I believe the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

19) Respondent JENNY ANNE DURKAN Is this court bound by supreme court rulings? Yes or no.

20) Respondent JENNY ANNE DURKAN If no: This court is not under the supreme court? Yes or no.

21) Respondent JENNY ANNE DURKAN Is this court specifically exempt from basic principals of criminal law held by every supreme court in the United States? Yes or no.

22) Respondent JENNY ANNE DURKAN Could you please provide the legal authority you rely on that this court is exempt from such basic principals? Yes or no._____

_____

23) Respondent JENNY ANNE DURKAN I can receive a fair trial without proof of a corpus delecti? Yes or no.

INTERROGATORIES                    5 of 12

24) Respondent JENNY ANNE DURKAN Do you agree with the supreme court that the "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…" People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132. Yes or no.

25) Respondent JENNY ANNE DURKAN May the court proceed against me, without proof of a corpus delecti, meaning injury and criminal agency?
Yes or no.

26) Respondent JENNY ANNE DURKAN Are there any allegations of injury? Yes or no.

27) Respondent JENNY ANNE DURKAN So there is no corpus delecti, which is required to proceed against me? Yes or no.

28) Respondent JENNY ANNE DURKAN The court may not proceed against me correct? Yes or no.

29) Respondent JENNY ANNE DURKAN Would your orders and judgments be valid if I don't get a fair hearing? Yes or no.

30) Respondent JENNY ANNE DURKAN Would you seek to enforce your orders and judgments if I don't get a fair hearing? Yes or no.

31) Respondent JENNY ANNE DURKAN Would you seek to enforce your orders if there was no evidence of jurisdiction over me? Yes or no.

32) Respondent JENNY ANNE DURKAN What rules, if any, govern the proceedings here?

_____

_____

33) Respondent JENNY ANNE DURKAN Do you have to comply with all the rules? Yes or no.

34) Respondent JENNY ANNE DURKAN Are there rules you can ignore? Yes or no.

35) Respondent JENNY ANNE DURKAN If yes: Which ones, why?

_____

**INTERROGATORIES**                    6 of 12

36) Respondent JENNY ANNE DURKAN Do the constitutions, US and Pennsylvania and Washington , govern these proceedings? Yes or no.

37) Respondent JENNY ANNE DURKAN Do you have to comply with the constitutions, or are there clauses you can ignore? Yes or no.

38) Respondent JENNY ANNE DURKAN If yes, then which ones? Why?

_____

_____

39) Respondent JENNY ANNE DURKAN Is this indictment consistent with the constitutions? Yes or no.

40) Respondent JENNY ANNE DURKAN Is everything on this indictment true and correct? Yes or no.

41) Respondent JENNY ANNE DURKAN where you personally involved with the investigation Yes or no.

42) Respondent JENNY ANNE DURKAN Would a meaningful and fair hearing require responsive answers to questions I ask? Yes or no.

43) Respondent JENNY ANNE DURKAN If I ask questions because I do not understand what is going on, can I expect a responsive answer? Yes or no.

44) Respondent JENNY ANNE DURKAN Am I entitled to responsive answers to my questions? Yes or no.

45) Respondent JENNY ANNE DURKAN Would a hearing be fair and meaningful if I did not get responsive answers to my questions? Yes or no.

46) Respondent JENNY ANNE DURKAN Can I get a fair and meaningful hearing if there is a conflict of interest? Yes or no

47) Respondent JENNY ANNE DURKAN is not a conflict of interest or a relationship that most are WSBA membership Yes or no.

48) Respondent JENNY ANNE DURKAN Are other prosecutor's or your arguments and legal opinions admissible as evidence against me? Yes or no.

49) Respondent JENNY ANNE DURKAN Do they have to be supported by facts provided by a witness I am permitted to cross-examine? Yes or no.

INTERROGATORIES                    7 of 12

50) Respondent JENNY ANNE DURKAN Who has the burden of proof in the proceedings?

_____

_____

_____

51) Respondent JENNY ANNE DURKAN Are you, the judge and state lawyer [if there is one], permitted to testify in the proceedings? Yes or no.

52) Respondent JENNY ANNE DURKAN For the criminal case is that burden of proof beyond a reasonable doubt or preponderance of evidence?_____

_____

53) Respondent JENNY ANNE DURKAN When you say evidence, does that mean facts or opinions?

_____

_____

54) Respondent JENNY ANNE DURKAN Does the burden of proof apply to each element of the crime? Yes or no.

55) Respondent JENNY ANNE DURKAN Do I have a right to confront witnesses against me? Yes or no.

56) Respondent JENNY ANNE DURKAN If no, how can I get a fair and meaningful hearing if I can't confront the witnesses you rely on?_____

_____

_____

57) Respondent JENNY ANNE DURKAN Do I have a right to challenge any and all evidence being used against me? Yes or no.

58) Respondent JENNY ANNE DURKAN If no, how can I get a fair and meaningful hearing if I can't challenge evidence you rely on?_____

_____

59) Respondent JENNY ANNE DURKAN Could this court proceed against me if the alleged plaintiff lacked standing to complain against me? Yes or no.

INTERROGATORIES                    8 of 12

60) Respondent JENNY ANNE DURKAN Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me? Yes or no.

61) Respondent JENNY ANNE DURKAN Would I have to enter a plea if there is no jurisdiction over me? Yes or no.

62) Respondent JENNY ANNE DURKAN Would there be a crime if there was no jurisdiction? Yes or no.

63) Respondent JENNY ANNE DURKAN Is jurisdiction an element of this alleged crime? Yes or no.

64) Respondent JENNY ANNE DURKAN If no: So the one bringing the complaint is not required to prove jurisdiction? Yes or no.

65) Respondent JENNY ANNE DURKAN Does this indictment present a justiciable case or controversy? Yes or no.

66) Respondent JENNY ANNE DURKAN Would I have to enter a plea if a justiciable case or controversy has not been presented? Yes or no.

67) Respondent JENNY ANNE DURKAN Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." United States v. ICC, 337 U.S. 426, 430 (1949)?

68) Respondent JENNY ANNE DURKAN Does that apply to you and this court? Yes or no.

69) Respondent JENNY ANNE DURKAN This court only adjudicates justiciable controversies? Yes or no.

70) Respondent JENNY ANNE DURKAN Does a justiciable case or controversy require the violation of a legal right? Yes or no.

71) Respondent JENNY ANNE DURKAN Is this a criminal complaint? Yes or no.

72) Respondent JENNY ANNE DURKAN Am I presumed innocent of this alleged crime? Yes or no.

73) Respondent JENNY ANNE DURKAN Am I presumed innocent of every element of this alleged crime? Yes or no.

74) Respondent JENNY ANNE DURKAN So you presume there is no jurisdiction?

INTERROGATORIES                    9 of 12

Yes or no.

75) Respondent JENNY ANNE DURKAN Is there evidence of a complaining party? Yes or no.

76) Respondent JENNY ANNE DURKAN I did not ask if there was a complaining party or who you think it is. I asked, is there evidence of a complaining party? Yes or no?

77) Respondent JENNY ANNE DURKAN If yes: O.K., what is that evidence and who gave it to you?

_____

_____

78) Respondent JENNY ANNE DURKAN Apparently, you think there is evidence here. Are you concealing that evidence from me? Yes or no.

79) Respondent JENNY ANNE DURKAN Do you have any evidence to prove you represent anyone other than yourself? Yes or no.

80) Respondent JENNY ANNE DURKAN Can you prove he/she/they have standing to complain against me? Yes or no.

81) Respondent JENNY ANNE DURKAN Do you have evidence to prove one or more of his/her/their legal rights was violated? Yes or no.

82) Respondent JENNY ANNE DURKAN If yes: Which legal right? Life, liberty, property.

_____

_____

83) Respondent JENNY ANNE DURKAN is there evidence of a contract? Yes or no. (requires, at the minimum, an offer, acceptance, meeting of the minds and consideration plus at least two parties). Yes or no.

84) Respondent JENNY ANNE DURKAN If yes: And how many elements are there to a contract?_____

85) Respondent JENNY ANNE DURKAN Does the indictment present every element of a cause of action? Yes or no.

86) Respondent JENNY ANNE DURKAN How many elements does a cause of action

INTERROGATORIES                    10 of 12

consist of? _____

87) Respondent JENNY ANNE DURKAN What are the two elements of a cause of action? (breach of duty [legal right] and damage) Yes or no.

88) Respondent JENNY ANNE DURKAN The supreme court has held these are the two elements: "The injury alleged MUST be, for example, "`DISTINCT and PALPABLE,'"…and not "abstract" or "conjectural" or "hypothetical,"…The injury must be "fairly" traceable to the challenged action, and relief from the injury must be "likely" to follow from a favorable decision." Allen v. Wright, 468 U.S. 737 (1984) do you agree Yes or no.

89) Respondent JENNY ANNE DURKAN Where on the Indictment is a "distinct and palpable" injury presented?

90) Respondent JENNY ANNE DURKAN What are the essential elements to a justiciable case or controversy? (breach of duty and damage) you agree Yes or No.

91) Respondent JENNY ANNE DURKAN Tort: Same problem as with contract, no injury. Agree Yes or no.

92) Respondent JENNY ANNE DURKAN If there is no evidence of a cause of action presented then the complaint should be dismissed Agree Yes or no.

93) Respondent JENNY ANNE DURKAN Is this Indictment, warrant for arrest, appearance bond and commercial paper consistent with the federal constitution? Yes or no.

94) Respondent JENNY ANNE DURKAN Factually, how was your jurisdiction, or control over me, acquired?

_____

95) Respondent JENNY ANNE DURKAN What is the nature of your relationship to the judge? _____

96) Respondent JENNY ANNE DURKAN do you agree with U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."Therefore, Silence is acquiescence.  You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)." Yes or no.

97) Respondent JENNY ANNE DURKAN if you violated or remained silent when any

**INTERROGATORIES**              11 of 12

of my rights where violated would you have subject matter or personam jurisdiction. Yes or no.

98) Respondent JENNY ANNE DURKAN is this a court of limited jurisdiction Yes or no.

99) Respondent JENNY ANNE DURKAN Do you have jurisdiction over private Civilian Citizens American Nationals Sovereign who are common law and of the 48 union states.
Yes or No.

100)    Respondent JENNY ANNE DURKAN what type of Citizen do you have jurisdiction over and how?

_____

_____

101)    Respondent JENNY ANNE DURKAN are you aware that I never consented to this jurisdiction I was under threat and duress, and every time I came to court I asked permission to cross the BAR by special restricted appearance never submitting to the jurisdiction, do you agree Yes or no.


## DECLARATION UNDER PENALTY OF PERJURY

Respondent JENNY ANNE DURKAN declares under the penalties of perjury that the interrogatories for counter claim for the Case CR12-262RSL Where upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.

Date December ___2012.

_____(Lawful  seal)
Respondent JENNY ANNE DURKAN


INTERROGATORIES                    12 of 12



Title 4 § 1 Positive Law
Flag of the Republic.

_____FILED       _____ENTERED
_____LODGED     _____RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

:Fred-Francis and :Mark-Edward,
Real Party's in Interest, appearing In Propria
Persona, with <u>unalienable</u> rights Original
Estate-Article III; Constitution.
                              Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA, (A
federal entity which is not the de jure united
States of America). All agents of a foreign
principal with false claims in assumpsit to
rights in the original estate-Article III;
Constitution for Case CR12-262RSL. &

Admiralty Case No._____
(Original Estate-Article III; Constitution)

### Libel of Review

IN ADMIRALTY, Supplemental Rule A
(1)(A) (i) (ii) (iii) (iv) (B) (C) (2).
INTERROGATORIES,  Supplemental
Rule B (3)(a).
The Following Questions are YES or NO
Directed to Respondent ANDREW D
FRIEDMAN served with summons and
verified complaint.

To Respondents Do not Alter the names of
the  Petitioners to all Caps in your
responses to avoid tort for fraud and
Identity theft and character assassination
and constitutional violations.
By Special Appearance Rule E(8) Filed
under a Full Reservation of Unalienable
Rights By Real Party In Interest.

INTERROGATORIES                 1 of 12

**EVIDENCE** Exhibit 14

DOES 1-200.

Respondents.

### Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ⨳ꝏ ⱳ �misc symbols and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1]  ꝏⴣ symbols Yehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

INTERROGATORIES                                2 of 12

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2).
INTERROGATORIES,  Supplemental Rule B (3)(a). The Following Questions are YES or
NO Directed to Respondent ANDREW D FRIEDMAN served with summons and verified
complaint.**

The following questions are for Respondent ANDREW D FRIEDMAN for discovery the
following interrogatories questions are with in (b) The defendant shall serve an answer within
30 days after process has been executed, whether by attachment of property or service on the
garnishee.

**Petitioner Fred-Francis of the Nomen Family Frink provides the following
questions, I challenge the appearance of the attorney claiming to represent the so-called
"USA." I use the questions in regards to the complaining party, I want the attorney to
bring forth evidence of a complaining party. Without this evidence there is no case. He is
to prove he represents someone other than himself who has standing to complain, i.e., I
violated a legal right that resulted in damage.**

**If my questions are not answered then I am not being informed of the nature and
cause of the charges and proceedings and cannot defend myself, notwithstanding I am
legally incapable of defending myself. I am not getting a fair and meaningful hearing for**

INTERROGATORIES                        3 of 12

**Case CR12-262RSL.**

1)   Respondent ANDREW D FRIEDMAN do you have any evidence of a real party in interest for Case CR12-262RSL pursuant to FRCP 17(a) Yes or No.

2)   Respondent ANDREW D FRIEDMAN do you have any evidence of a contract of federal Citizenship to grant personum Jurisdiction for Case CR12-262RSL Yes or No.

3)   Respondent ANDREW D FRIEDMAN all licenses are provided by the state of Washington  Yes or No.

4)   Respondent ANDREW D FRIEDMAN do you have a license to practice law from the department of license form the state of Washington or labor and industry's authorizing you by the state of Washington Yes or No.

5)   Respondent ANDREW D FRIEDMAN do you have a BAR Card before you started Case CR12-262RSL  Yes or No.

6)   Respondent ANDREW D FRIEDMAN a BAR card is issued by the WSBA this is a club membership do you claim its the same as a license to practice law? Yes or No.

7)   <u>Respondent ANDREW D FRIEDMAN the following Questions are for the case you are the prosecutor for Case CR12-262RSL are you a licensed attorney Yes or No</u>

8)   Respondent ANDREW D FRIEDMAN Am I entitled to a fair hearing? Yes or no.

9)   Respondent ANDREW D FRIEDMAN Am I entitled to a meaningful hearing? Yes or no.

10)  Respondent ANDREW D FRIEDMAN What are the consequences, if any, if you don't give me a fair and meaningful hearing?

_____

_____

_____

11)  Respondent ANDREW D FRIEDMAN Would your orders and judgments be valid if I didn't get a fair hearing?

_____

_____


INTERROGATORIES                    4 of 12

12) Respondent ANDREW D FRIEDMAN

13) Respondent ANDREW D FRIEDMAN Would you seek to enforce your orders and judgments if I don't get a fair hearing?

_____

_____

14) Respondent ANDREW D FRIEDMAN Would you seek to enforce your orders if there was no evidence of jurisdiction over me?

_____

_____

15) Respondent ANDREW D FRIEDMAN Am I entitled to be informed of the nature and cause of the charges and proceedings against me? Yes or no.

16) Respondent ANDREW D FRIEDMAN I've been charged with a crime correct? Yes or no.

17) Respondent ANDREW D FRIEDMAN And with all crimes there must be a corpus delecti correct? Yes or no.

18) Respondent ANDREW D FRIEDMAN If no: I believe the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

19) Respondent ANDREW D FRIEDMAN Is this court bound by supreme court rulings? Yes or no.

20) Respondent ANDREW D FRIEDMAN If no: This court is not under the supreme court? Yes or no.

21) Respondent ANDREW D FRIEDMAN Is this court specifically exempt from basic principals of criminal law held by every supreme court in the United States? Yes or no.

22) Respondent ANDREW D FRIEDMAN Could you please provide the legal authority you rely on that this court is exempt from such basic principals? Yes or no._____

_____

23) Respondent ANDREW D FRIEDMAN I can receive a fair trial without proof of a corpus delecti? Yes or no.

INTERROGATORIES                    5 of 12

24) Respondent ANDREW D FRIEDMAN Do you agree with the supreme court that the "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…" People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132. Yes or no.

25) Respondent ANDREW D FRIEDMAN May the court proceed against me, without proof of a corpus delecti, meaning injury and criminal agency?
Yes or no.

26) Respondent ANDREW D FRIEDMAN Are there any allegations of injury? Yes or no.

27) Respondent ANDREW D FRIEDMAN So there is no corpus delecti, which is required to proceed against me? Yes or no.

28) Respondent ANDREW D FRIEDMAN The court may not proceed against me correct? Yes or no.

29) Respondent ANDREW D FRIEDMAN Would your orders and judgments be valid if I don't get a fair hearing? Yes or no.

30) Respondent ANDREW D FRIEDMAN Would you seek to enforce your orders and judgments if I don't get a fair hearing? Yes or no.

31) Respondent ANDREW D FRIEDMAN Would you seek to enforce your orders if there was no evidence of jurisdiction over me? Yes or no.

32) Respondent ANDREW D FRIEDMAN What rules, if any, govern the proceedings here?

_____

_____

33) Respondent ANDREW D FRIEDMAN Do you have to comply with all the rules? Yes or no.

34) Respondent ANDREW D FRIEDMAN Are there rules you can ignore? Yes or no.

35) Respondent ANDREW D FRIEDMAN If yes: Which ones, why?

_____

**INTERROGATORIES**           6 of 12

36) Respondent ANDREW D FRIEDMAN Do the constitutions, US and Pennsylvania and Washington , govern these proceedings? Yes or no.

37) Respondent ANDREW D FRIEDMAN Do you have to comply with the constitutions, or are there clauses you can ignore? Yes or no.

38) Respondent ANDREW D FRIEDMAN If yes, then which ones? Why?

_____

_____

39) Respondent ANDREW D FRIEDMAN Is this indictment consistent with the constitutions? Yes or no.

40) Respondent ANDREW D FRIEDMAN Is everything on this indictment true and correct? Yes or no.

41) Respondent ANDREW D FRIEDMAN where you personally involved with the investigation Yes or no.

42) Respondent ANDREW D FRIEDMAN Would a meaningful and fair hearing require responsive answers to questions I ask? Yes or no.

43) Respondent ANDREW D FRIEDMAN If I ask questions because I do not understand what is going on, can I expect a responsive answer? Yes or no.

44) Respondent ANDREW D FRIEDMAN Am I entitled to responsive answers to my questions? Yes or no.

45) Respondent ANDREW D FRIEDMAN Would a hearing be fair and meaningful if I did not get responsive answers to my questions? Yes or no.

46) Respondent ANDREW D FRIEDMAN Can I get a fair and meaningful hearing if there is a conflict of interest? Yes or no

47) Respondent ANDREW D FRIEDMAN is not a conflict of interest or a relationship that most are WSBA membership Yes or no.

48) Respondent ANDREW D FRIEDMAN Are other prosecutor's or your arguments and legal opinions admissible as evidence against me? Yes or no.

49) Respondent ANDREW D FRIEDMAN Do they have to be supported by facts provided by a witness I am permitted to cross-examine? Yes or no.

INTERROGATORIES                    7 of 12

50) Respondent ANDREW D FRIEDMAN Who has the burden of proof in the proceedings?

_____

_____

_____

51) Respondent ANDREW D FRIEDMAN Are you, the judge and state lawyer [if there is one], permitted to testify in the proceedings? Yes or no.

52) Respondent ANDREW D FRIEDMAN For the criminal case is that burden of proof beyond a reasonable doubt or preponderance of evidence?_____

_____

53) Respondent ANDREW D FRIEDMAN When you say evidence, does that mean facts or opinions?

_____

_____

54) Respondent ANDREW D FRIEDMAN Does the burden of proof apply to each element of the crime? Yes or no.

55) Respondent ANDREW D FRIEDMAN Do I have a right to confront witnesses against me? Yes or no.

56) Respondent ANDREW D FRIEDMAN If no, how can I get a fair and meaningful hearing if I can't confront the witnesses you rely on?_____

_____

_____

57) Respondent ANDREW D FRIEDMAN Do I have a right to challenge any and all evidence being used against me? Yes or no.

58) Respondent ANDREW D FRIEDMAN If no, how can I get a fair and meaningful hearing if I can't challenge evidence you rely on?_____

_____

59) Respondent ANDREW D FRIEDMAN Could this court proceed against me if the alleged plaintiff lacked standing to complain against me? Yes or no.

INTERROGATORIES                8 of 12

60) Respondent ANDREW D FRIEDMAN Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me? Yes or no.

61) Respondent ANDREW D FRIEDMAN Would I have to enter a plea if there is no jurisdiction over me? Yes or no.

62) Respondent ANDREW D FRIEDMAN Would there be a crime if there was no jurisdiction? Yes or no.

63) Respondent ANDREW D FRIEDMAN Is jurisdiction an element of this alleged crime? Yes or no.

64) Respondent ANDREW D FRIEDMAN If no: So the one bringing the complaint is not required to prove jurisdiction? Yes or no.

65) Respondent ANDREW D FRIEDMAN Does this indictment present a justiciable case or controversy? Yes or no.

66) Respondent ANDREW D FRIEDMAN Would I have to enter a plea if a justiciable case or controversy has not been presented? Yes or no.

67) Respondent ANDREW D FRIEDMAN Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." United States v. ICC, 337 U.S. 426, 430 (1949)?

68) Respondent ANDREW D FRIEDMAN Does that apply to you and this court? Yes or no.

69) Respondent ANDREW D FRIEDMAN This court only adjudicates justiciable controversies? Yes or no.

70) Respondent ANDREW D FRIEDMAN Does a justiciable case or controversy require the violation of a legal right? Yes or no.

71) Respondent ANDREW D FRIEDMAN Is this a criminal complaint? Yes or no.

72) Respondent ANDREW D FRIEDMAN Am I presumed innocent of this alleged crime? Yes or no.

73) Respondent ANDREW D FRIEDMAN Am I presumed innocent of every element of this alleged crime? Yes or no.

74) Respondent ANDREW D FRIEDMAN So you presume there is no jurisdiction?

**INTERROGATORIES**                    9 of 12

Yes or no.

75) Respondent ANDREW D FRIEDMAN Is there evidence of a complaining party? Yes or no.

76) Respondent ANDREW D FRIEDMAN I did not ask if there was a complaining party or who you think it is. I asked, is there evidence of a complaining party? Yes or no?

77) Respondent ANDREW D FRIEDMAN If yes: O.K., what is that evidence and who gave it to you?

_____

_____

78) Respondent ANDREW D FRIEDMAN Apparently, you think there is evidence here. Are you concealing that evidence from me? Yes or no.

79) Respondent ANDREW D FRIEDMAN Do you have any evidence to prove you represent anyone other than yourself? Yes or no.

80) Respondent ANDREW D FRIEDMAN Can you prove he/she/they have standing to complain against me? Yes or no.

81) Respondent ANDREW D FRIEDMAN Do you have evidence to prove one or more of his/her/their legal rights was violated? Yes or no.

82) Respondent ANDREW D FRIEDMAN If yes: Which legal right? Life, liberty, property.

_____

_____

83) Respondent ANDREW D FRIEDMAN is there evidence of a contract? Yes or no. (requires, at the minimum, an offer, acceptance, meeting of the minds and consideration plus at least two parties).Yes or no.

84) Respondent ANDREW D FRIEDMAN If yes: And how many elements are there to a contract?_____

85) Respondent ANDREW D FRIEDMAN Does the indictment present every element of a cause of action? Yes or no.

86) Respondent ANDREW D FRIEDMAN How many elements does a cause of action

INTERROGATORIES                    10 of 12

consist of? _____

87) Respondent ANDREW D FRIEDMAN What are the two elements of a cause of action? (breach of duty [legal right] and damage) Yes or no.

88) Respondent ANDREW D FRIEDMAN The supreme court has held these are the two elements: "The injury alleged MUST be, for example, "`DISTINCT and PALPABLE,'"… and not "abstract" or "conjectural" or "hypothetical,"…The injury must be "fairly" traceable to the challenged action, and relief from the injury must be "likely" to follow from a favorable decision." Allen v. Wright, 468 U.S. 737 (1984) do you agree Yes or no.

89) Respondent ANDREW D FRIEDMAN Where on the Indictment is a "distinct and palpable" injury presented?

90) Respondent ANDREW D FRIEDMAN What are the essential elements to a justiciable case or controversy? (breach of duty and damage) you agree Yes or No.

91) Respondent ANDREW D FRIEDMAN Tort: Same problem as with contract, no injury. Agree Yes or no.

92) Respondent ANDREW D FRIEDMAN If there is no evidence of a cause of action presented then the complaint should be dismissed Agree Yes or no.

93) Respondent ANDREW D FRIEDMAN Is this Indictment, warrant for arrest, appearance bond and commercial paper consistent with the federal constitution? Yes or no.

94) Respondent ANDREW D FRIEDMAN Factually, how was your jurisdiction, or control over me, acquired?

_____

95) Respondent ANDREW D FRIEDMAN What is the nature of your relationship to the judge? _____

96) Respondent ANDREW D FRIEDMAN do you agree with U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."Therefore, Silence is acquiescence.  You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)." Yes or no.

97) Respondent ANDREW D FRIEDMAN if you violated or remained silent when any

INTERROGATORIES                 11 of 12

of my rights where violated would you have subject matter or personam jurisdiction. Yes or no.

      98) Respondent ANDREW D FRIEDMAN is this a court of limited jurisdiction Yes or no.

      99) Respondent ANDREW D FRIEDMAN Do you have jurisdiction over private Civilian Citizens American Nationals Sovereign who are common law and of the 48 union states.

Yes or No.

      100)    Respondent ANDREW D FRIEDMAN what type of Citizen do you have jurisdiction over and how?

_____

_____

      101)    Respondent ANDREW D FRIEDMAN are you aware that I never consented to this jurisdiction I was under threat and duress, and every time I came to court I asked permission to cross the BAR by special restricted appearance never submitting to the jurisdiction, do you agree Yes or no.

### DECLARATION UNDER PENALTY OF PERJURY

Respondent ANDREW D FRIEDMAN declares under the penalties of perjury that the interrogatories for counter claim for the Case CR12-262RSL Where upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.

Date December ___2012.

_____(Lawful  seal)
      Respondent ANDREW D FRIEDMAN

INTERROGATORIES         12 of 12



_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

**NOV 21 2012**

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward, Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution. Petitioners. vs. | Admiralty Case No._____ (Original Estate-Article III; Constitution) |

**Libel of Review**

THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL. &

**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2). INTERROGATORIES, Supplemental Rule B (3)(a). The Following Questions are YES or NO Directed to Respondent BRIAN A.TSUCHID served with summons and verified complaint.**

**To Respondents Do not Alter the names of the Petitioners to all Caps in your responses to avoid tort for fraud and Identity theft and character assassination and constitutional violations. By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.**

INTERROGATORIES                    1 of 12

**EVIDENCE** Exhibit 14

DOES 1-200.

          Respondents.

**Libel of Review**

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ✝ ⵎ ⵡ ⵖ ⵄ ⵔ ✝ ⵡ ✝ ⵄ ⵔ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1] ⵖ ✝ ⵄ ⵔ ⵡ ⵖⵍ ⵋ ✝ ✝ ⵔ ⵎ ⵖⵄ ✝ ⵡ ✝ ⵄ ⵔ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,   DO NOT CONSENT to these proceedings! "Case CR12-262RSL"  Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.


**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2).
INTERROGATORIES,  Supplemental Rule B (3)(a). The Following Questions are YES or
NO Directed to Respondent BRIAN A.TSUCHID served with summons and verified
complaint.**

The following questions are for Respondent BRIAN A.TSUCHID for discovery the following interrogatories questions are with in (b) The defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.


**Petitioner Fred-Francis of the Nomen Family Frink provides the following questions, I challenge the appearance of the attorney claiming to represent the so-called "USA." I use the questions in regards to the complaining party, I want the attorney to bring forth evidence of a complaining party. Without this evidence there is no case. He is to prove he represents someone other than himself who has standing to complain, i.e., I violated a legal right that resulted in damage.**

**If my questions are not answered then I am not being informed of the nature and cause of the charges and proceedings and cannot defend myself, notwithstanding I am legally incapable of defending myself. I am not getting a fair and meaningful hearing for Case CR12-262RSL.**


INTERROGATORIES                    3 of 12

1)   Respondent BRIAN A.TSUCHID do you have any evidence of a real party in interest for Case CR12-262RSL  pursuant to FRCP 17(a) Yes or No.

2)   Respondent BRIAN A.TSUCHID do you have any evidence of a contract of federal Citizenship to grant personum Jurisdiction for Case CR12-262RSL Yes or No.

3)   Respondent BRIAN A.TSUCHID all licenses are provided by the state of Washington  Yes or No.

4)   Respondent BRIAN A.TSUCHID do you have a license to practice law from the department of license form the state of Washington or labor and industry's authorizing you by the state of Washington Yes or No.

5)   Respondent BRIAN A.TSUCHID do you have a BAR Card before you started  Case CR12-262RSL  Yes or No.

6)   Respondent BRIAN A.TSUCHID a BAR card is issued by the WSBA this is a club membership do you claim its the same as a license to practice law? Yes or No.

7)   Respondent BRIAN A.TSUCHID the following Questions are for the case you are the magistrate for Case CR12-262RSL are you a licensed attorney Yes or No

8)   Respondent BRIAN A.TSUCHID Am I entitled to a fair hearing? Yes or no.

9)   Respondent BRIAN A.TSUCHID Am I entitled to a meaningful hearing? Yes or no.

10) Respondent BRIAN A.TSUCHID What are the consequences, if any, if you don't give me a fair and meaningful hearing?

_____

_____

_____

11) Respondent BRIAN A.TSUCHID Would your orders and judgments be valid if I didn't get a fair hearing?

_____

_____

12) Respondent BRIAN A.TSUCHID

INTERROGATORIES                    4 of 12

13) Respondent BRIAN A.TSUCHID Would you seek to enforce your orders and judgments if I don't get a fair hearing?

_____

_____

14) Respondent BRIAN A.TSUCHID Would you seek to enforce your orders if there was no evidence of jurisdiction over me?_____

_____

15) Respondent BRIAN A.TSUCHID Am I entitled to be informed of the nature and cause of the charges and proceedings against me? Yes or no.

16) Respondent BRIAN A.TSUCHID I've been charged with a crime correct? Yes or no.

17) Respondent BRIAN A.TSUCHID And with all crimes there must be a corpus delecti correct? Yes or no.

18) Respondent BRIAN A.TSUCHID If no: I believe the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

19) Respondent BRIAN A.TSUCHID Is this court bound by supreme court rulings? Yes or no.

20) Respondent BRIAN A.TSUCHID If no: This court is not under the supreme court? Yes or no.

21) Respondent BRIAN A.TSUCHID Is this court specifically exempt from basic principals of criminal law held by every supreme court in the United States? Yes or no.

22) Respondent BRIAN A.TSUCHID Could you please provide the legal authority you rely on that this court is exempt from such basic principals? Yes or no._____

_____

23) Respondent BRIAN A.TSUCHID I can receive a fair trial without proof of a corpus delecti? Yes or no.

24) Respondent BRIAN A.TSUCHID Do you agree with the supreme court that the "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such

INTERROGATORIES                    5 of 12

injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…" People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132. Yes or no.

25) Respondent BRIAN A.TSUCHID May the court proceed against me, without proof of a corpus delecti, meaning injury and criminal agency?
Yes or no.

26) Respondent BRIAN A.TSUCHID Are there any allegations of injury? Yes or no.

27) Respondent BRIAN A.TSUCHID So there is no corpus delecti, which is required to proceed against me? Yes or no.

28) Respondent BRIAN A.TSUCHID The court may not proceed against me correct? Yes or no.

29) Respondent BRIAN A.TSUCHID Would your orders and judgments be valid if I don't get a fair hearing? Yes or no.

30) Respondent BRIAN A.TSUCHID Would you seek to enforce your orders and judgments if I don't get a fair hearing? Yes or no.

31) Respondent BRIAN A.TSUCHID Would you seek to enforce your orders if there was no evidence of jurisdiction over me? Yes or no.

32) Respondent BRIAN A.TSUCHID What rules, if any, govern the proceedings here?

_____

_____

33) Respondent BRIAN A.TSUCHID Do you have to comply with all the rules? Yes or no.

34) Respondent BRIAN A.TSUCHID Are there rules you can ignore? Yes or no.

35) Respondent BRIAN A.TSUCHID If yes: Which ones, why?

_____

36) Respondent BRIAN A.TSUCHID Do the constitutions, US and Pennsylvania and Washington , govern these proceedings? Yes or no.

37) Respondent BRIAN A.TSUCHID Do you have to comply with the constitutions, or are there clauses you can ignore? Yes or no.

INTERROGATORIES                    6 of 12

38) Respondent BRIAN A.TSUCHID If yes, then which ones? Why?

_____

_____

39) Respondent BRIAN A.TSUCHID Is this indictment consistent with the constitutions? Yes or no.

40) Respondent BRIAN A.TSUCHID Is everything on this indictment true and correct? Yes or no.

41) Respondent BRIAN A.TSUCHID where you personally involved with the investigation Yes or no.

42) Respondent BRIAN A.TSUCHID Would a meaningful and fair hearing require responsive answers to questions I ask? Yes or no.

43) Respondent BRIAN A.TSUCHID If I ask questions because I do not understand what is going on, can I expect a responsive answer? Yes or no.

44) Respondent BRIAN A.TSUCHID Am I entitled to responsive answers to my questions? Yes or no.

45) Respondent BRIAN A.TSUCHID Would a hearing be fair and meaningful if I did not get responsive answers to my questions? Yes or no.

46) Respondent BRIAN A.TSUCHID Can I get a fair and meaningful hearing if there is a conflict of interest? Yes or no

47) Respondent BRIAN A.TSUCHID is not a conflict of interest or a relationship that most are WSBA membership Yes or no.

48) Respondent BRIAN A.TSUCHID Are other prosecutor's or your arguments and legal opinions admissible as evidence against me? Yes or no.

49) Respondent BRIAN A.TSUCHID Do they have to be supported by facts provided by a witness I am permitted to cross-examine? Yes or no.

50) Respondent BRIAN A.TSUCHID Who has the burden of proof in the proceedings?

_____

_____

_____

INTERROGATORIES                    7 of 12

51) Respondent BRIAN A.TSUCHID Are you, the judge and state lawyer [if there is one], permitted to testify in the proceedings? Yes or no.

52) Respondent BRIAN A.TSUCHID For the criminal case is that burden of proof beyond a reasonable doubt or preponderance of evidence?_____

_____

53) Respondent BRIAN A.TSUCHID When you say evidence, does that mean facts or opinions?_____

_____

54) Respondent BRIAN A.TSUCHID Does the burden of proof apply to each element of the crime? Yes or no.

55) Respondent BRIAN A.TSUCHID Do I have a right to confront witnesses against me? Yes or no.

56) Respondent BRIAN A.TSUCHID If no, how can I get a fair and meaningful hearing if I can't confront the witnesses you rely on?_____

_____

_____

57) Respondent BRIAN A.TSUCHID Do I have a right to challenge any and all evidence being used against me? Yes or no.

58) Respondent BRIAN A.TSUCHID If no, how can I get a fair and meaningful hearing if I can't challenge evidence you rely on?_____

_____

59) Respondent BRIAN A.TSUCHID Could this court proceed against me if the alleged plaintiff lacked standing to complain against me? Yes or no.

60) Respondent BRIAN A.TSUCHID Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me? Yes or no.

61) Respondent BRIAN A.TSUCHID Would I have to enter a plea if there is no jurisdiction over me? Yes or no.

62) Respondent BRIAN A.TSUCHID Would there be a crime if there was no jurisdiction? Yes or no.

INTERROGATORIES                    8 of 12

63) Respondent BRIAN A.TSUCHID Is jurisdiction an element of this alleged crime? Yes or no.

64) Respondent BRIAN A.TSUCHID If no: So the one bringing the complaint is not required to prove jurisdiction? Yes or no.

65) Respondent BRIAN A.TSUCHID Does this indictment present a justiciable case or controversy? Yes or no.

66) Respondent BRIAN A.TSUCHID Would I have to enter a plea if a justiciable case or controversy has not been presented? Yes or no.

67) Respondent BRIAN A.TSUCHID Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." United States v. ICC, 337 U.S. 426, 430 (1949)?

68) Respondent BRIAN A.TSUCHID Does that apply to you and this court? Yes or no.

69) Respondent BRIAN A.TSUCHID This court only adjudicates justiciable controversies? Yes or no.

70) Respondent BRIAN A.TSUCHID Does a justiciable case or controversy require the violation of a legal right? Yes or no.

71) Respondent BRIAN A.TSUCHID Is this a criminal complaint? Yes or no.

72) Respondent BRIAN A.TSUCHID Am I presumed innocent of this alleged crime? Yes or no.

73) Respondent BRIAN A.TSUCHID Am I presumed innocent of every element of this alleged crime? Yes or no.

74) Respondent BRIAN A.TSUCHID So you presume there is no jurisdiction? Yes or no.

75) Respondent BRIAN A.TSUCHID Is there evidence of a complaining party? Yes or no.

76) Respondent BRIAN A.TSUCHID I did not ask if there was a complaining party or who you think it is. I asked, is there evidence of a complaining party? Yes or no?

77) Respondent BRIAN A.TSUCHID If yes: O.K., what is that evidence and who gave it to you?_____

**INTERROGATORIES**                    9 of 12

78) Respondent BRIAN A.TSUCHID Apparently, you think there is evidence here. Are you concealing that evidence from me? Yes or no.

79) Respondent BRIAN A.TSUCHID Do you have any evidence to prove you represent anyone other than yourself? Yes or no.

80) Respondent BRIAN A.TSUCHID Can you prove he/she/they have standing to complain against me? Yes or no.

81) Respondent BRIAN A.TSUCHID Do you have evidence to prove one or more of his/her/their legal rights was violated? Yes or no.

82) Respondent BRIAN A.TSUCHID If yes: Which legal right? Life, liberty, property.

_____

_____

83) Respondent BRIAN A.TSUCHID is there evidence of a contract? Yes or no. (requires, at the minimum, an offer, acceptance, meeting of the minds and consideration plus at least two parties).Yes or no.

84) Respondent BRIAN A.TSUCHID If yes: And how many elements are there to a contract?_____

85) Respondent BRIAN A.TSUCHID Does the indictment present every element of a cause of action? Yes or no.

86) Respondent BRIAN A.TSUCHID How many elements does a cause of action consist of? _____

87) Respondent BRIAN A.TSUCHID What are the two elements of a cause of action? (breach of duty [legal right] and damage) Yes or no.

88) Respondent BRIAN A.TSUCHID The supreme court has held these are the two elements: "The injury alleged MUST be, for example, "`DISTINCT and PALPABLE,'"...and not "abstract" or "conjectural" or "hypothetical,"...The injury must be "fairly" traceable to the challenged action, and relief from the injury must be "likely" to follow from a favorable decision." Allen v. Wright, 468 U.S. 737 (1984) do you agree Yes or no.

89) Respondent BRIAN A.TSUCHID Where on the Indictment is a "distinct and

**INTERROGATORIES**                    10 of 12

palpable" injury presented?

90) Respondent BRIAN A.TSUCHID What are the essential elements to a justiciable case or controversy? (breach of duty and damage) you agree Yes or No.

91) Respondent BRIAN A.TSUCHID Tort: Same problem as with contract, no injury. Agree Yes or no.

92) Respondent BRIAN A.TSUCHID If there is no evidence of a cause of action presented then the complaint should be dismissed Agree Yes or no.

93) Respondent BRIAN A.TSUCHID Is this Indictment, warrant for arrest, appearance bond and commercial paper consistent with the federal constitution? Yes or no.

94) Respondent BRIAN A.TSUCHID Factually, how was your jurisdiction, or control over me, acquired?_____

95) Respondent BRIAN A.TSUCHID What is the nature of your relationship to the judge? _____

96) Respondent BRIAN A.TSUCHID do you agree with U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."Therefore, Silence is acquiescence. You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)." Yes or no.

97) Respondent BRIAN A.TSUCHID if you violated or remained silent when any of my rights where violated would you have subject matter or personam jurisdiction. Yes or no.

98) Respondent BRIAN A.TSUCHID is this a court of limited jurisdiction Yes or no.

99) Respondent BRIAN A.TSUCHID Do you have jurisdiction over private Civilian Citizens American Nationals Sovereign who are common law and of the 48 union states. Yes or No.

100)    Respondent BRIAN A.TSUCHID what type of Citizen do you have jurisdiction over and how?

_____

_____

101)    Respondent BRIAN A.TSUCHID are you aware that I never consented to this

INTERROGATORIES                    11 of 12

jurisdiction I was under threat and duress, and every time I came to court I asked permission to cross the BAR by special restricted appearance never submitting to the jurisdiction, do you agree Yes or no.

## DECLARATION UNDER PENALTY OF PERJURY

Respondent BRIAN A.TSUCHID declares under the penalties of perjury that the interrogatories for counter claim for the Case CR12-262RSL Where upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief.

Date December ___2012.

_____(Lawful  seal)
Respondent BRIAN A.TSUCHID

INTERROGATORIES                12 of 12



_____ FILED          _____ ENTERED
_____ LODGED      _____ RECEIVED

NOV 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

:Fred-Francis and :Mark-Edward,
Real Party's in Interest, appearing In Propria
Persona, with unalienable rights Original
Estate-Article III; Constitution.
                                    Petitioners.
vs.

THOMAS M. WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A. TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy" employees
of UNITED STATES OF AMERICA, (A
federal entity which is not the de jure united
States of America). All agents of a foreign
principal with false claims in assumpsit to
rights in the original estate-Article III;
Constitution for Case CR12-262RSL. &

Admiralty Case No. _____
(Original Estate-Article III; Constitution)

### Libel of Review

IN ADMIRALTY, Supplemental Rule A
(1)(A) (i) (ii) (iii) (iv) (B) (C) (2).
INTERROGATORIES,  Supplemental
Rule B (3)(a).
The Following Questions are YES or NO
Directed to Respondent ROBERT
STEPHEN LASNIK served with
summons and verified complaint.

To Respondents Do not Alter the names of
the  Petitioners to all Caps in your
responses to avoid tort for fraud and
Identity theft and character assassination
and constitutional violations.
By Special Appearance Rule E(8) Filed
under a Full Reservation of Unalienable
Rights By Real Party In Interest.

INTERROGATORIES                    1 of 12

**EVIDENCE** Exhibit  14

DOES 1-200.

Respondents.

### Libel of Review

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ⴲ ⵣ ⵯ ⵣ ⵄ ⵄ ⵯ ⵯ ⵯ ⵣ ⵣ[1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens"  We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given

---

[1]   ⵣ ⵯ ⵣ ⵣ ⵄ ⵯ ⵣ ⵯ ⵻ ⵯ ⵯ ⵯ ⵄ ⵯ ⵯ ⵣ ⵣ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

INTERROGATORIES                    2 of 12

unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

**IN ADMIRALTY, Supplemental Rule A (1)(A) (i) (ii) (iii) (iv) (B) (C) (2).**
**INTERROGATORIES,  Supplemental Rule B (3)(a). The Following Questions are YES or NO Directed to Respondent ROBERT STEPHEN LASNIK served with summons and verified complaint.**
The following questions are for Respondent ROBERT STEPHEN LASNIK for discovery the following interrogatories questions are with in (b) The defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.
**Petitioner Fred-Francis of the Nomen Family Frink provides the following questions, I challenge the appearance of the attorney claiming to represent the so-called "USA." I use the questions in regards to the complaining party, I want the attorney to bring forth evidence of a complaining party. Without this evidence there is no case. He is to prove he represents someone other than himself who has standing to complain, i.e., I violated a legal right that resulted in damage.**

**If my questions are not answered then I am not being informed of the nature and cause of the charges and proceedings and cannot defend myself, notwithstanding I am legally incapable of defending myself. I am not getting a fair and meaningful hearing for Case CR12-262RSL.**

1) Respondent ROBERT STEPHEN LASNIK do you have any evidence of a real party in interest for Case CR12-262RSL  pursuant to FRCP 17(a) Yes or No.

INTERROGATORIES                    3 of 12

2)   Respondent ROBERT STEPHEN LASNIK do you have any evidence of a contract of federal Citizenship to grant personum Jurisdiction for Case CR12-262RSL Yes or No.

3)   Respondent ROBERT STEPHEN LASNIK all licenses are provided by the state of Washington  Yes or No.

4)   Respondent ROBERT STEPHEN LASNIK do you have a license to practice law from the department of license form the state of Washington or labor and industry's authorizing you by the state of Washington Yes or No.

5)   Respondent ROBERT STEPHEN LASNIK do you have a BAR Card before you started  Case CR12-262RSL  Yes or No.

6)   Respondent ROBERT STEPHEN LASNIK a BAR card is issued by the WSBA this is a club membership do you claim its the same as a license to practice law? Yes or No.

7)   <u>Respondent ROBERT STEPHEN LASNIK the following Questions are for the case you are the judge for Case CR12-262RSL are you a licensed attorney Yes or No</u>

8)   Respondent ROBERT STEPHEN LASNIK Am I entitled to a fair hearing? Yes or no.

9)   Respondent ROBERT STEPHEN LASNIK Am I entitled to a meaningful hearing? Yes or no.

10) Respondent ROBERT STEPHEN LASNIK What are the consequences, if any, if you don't give me a fair and meaningful hearing?

_____

_____

_____

11) Respondent ROBERT STEPHEN LASNIK Would your orders and judgments be valid if I didn't get a fair hearing?

_____

12) Respondent ROBERT STEPHEN LASNIK Does petitioners have unalienable rights Yes or no.

13) Respondent ROBERT STEPHEN LASNIK Would you seek to enforce your orders and judgments if I don't get a fair hearing?

INTERROGATORIES                    4 of 12

_____

_____

14) Respondent ROBERT STEPHEN LASNIK Would you seek to enforce your orders if there was no evidence of jurisdiction over me?

_____

_____

15) Respondent ROBERT STEPHEN LASNIK Am I entitled to be informed of the nature and cause of the charges and proceedings against me? Yes or no.

16) Respondent ROBERT STEPHEN LASNIK I've been charged with a crime correct? Yes or no.

17) Respondent ROBERT STEPHEN LASNIK And with all crimes there must be a corpus delecti correct? Yes or no.

18) Respondent ROBERT STEPHEN LASNIK If no: I believe the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

19) Respondent ROBERT STEPHEN LASNIK Is this court bound by supreme court rulings? Yes or no.

20) Respondent ROBERT STEPHEN LASNIK If no: This court is not under the supreme court? Yes or no.

21) Respondent ROBERT STEPHEN LASNIK Is this court specifically exempt from basic principals of criminal law held by every supreme court in the United States? Yes or no.

22) Respondent ROBERT STEPHEN LASNIK Could you please provide the legal authority you rely on that this court is exempt from such basic principals? Yes or no._____

_____

23) Respondent ROBERT STEPHEN LASNIK I can receive a fair trial without proof of a corpus delecti? Yes or no.

24) Respondent ROBERT STEPHEN LASNIK Do you agree with the supreme court that the "Elements of "corpus delecti," injury or loss or harm and a criminal agency which

INTERROGATORIES                    5 of 12

causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…" People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132. Yes or no.

25) Respondent ROBERT STEPHEN LASNIK May the court proceed against me, without proof of a corpus delecti, meaning injury and criminal agency?
Yes or no.

26) Respondent ROBERT STEPHEN LASNIK Are there any allegations of injury? Yes or no.

27) Respondent ROBERT STEPHEN LASNIK So there is no corpus delecti, which is required to proceed against me? Yes or no.

28) Respondent ROBERT STEPHEN LASNIK The court may not proceed against me correct? Yes or no.

29) Respondent ROBERT STEPHEN LASNIK Would your orders and judgments be valid if I don't get a fair hearing? Yes or no.

30) Respondent ROBERT STEPHEN LASNIK Would you seek to enforce your orders and judgments if I don't get a fair hearing? Yes or no.

31) Respondent ROBERT STEPHEN LASNIK Would you seek to enforce your orders if there was no evidence of jurisdiction over me? Yes or no.

32) Respondent ROBERT STEPHEN LASNIK What rules, if any, govern the proceedings here?

_____

_____

33) Respondent ROBERT STEPHEN LASNIK Do you have to comply with all the rules? Yes or no.

34) Respondent ROBERT STEPHEN LASNIK Are there rules you can ignore? Yes or no.

35) Respondent ROBERT STEPHEN LASNIK If yes: Which ones, why?

_____

INTERROGATORIES                6 of 12

36) Respondent ROBERT STEPHEN LASNIK Do the constitutions, US and Pennsylvania and Washington , govern these proceedings? Yes or no.

37) Respondent ROBERT STEPHEN LASNIK Do you have to comply with the constitutions, or are there clauses you can ignore? Yes or no.

38) Respondent ROBERT STEPHEN LASNIK If yes, then which ones? Why?

_____

_____

39) Respondent ROBERT STEPHEN LASNIK Is this indictment consistent with the constitutions? Yes or no.

40) Respondent ROBERT STEPHEN LASNIK Is everything on this indictment true and correct? Yes or no.

41) Respondent ROBERT STEPHEN LASNIK where you personally involved with the investigation Yes or no.

42) RespondentROBERT STEPHEN LASNIK Would a meaningful and fair hearing require responsive answers to questions I ask? Yes or no.

43) Respondent ROBERT STEPHEN LASNIK If I ask questions because I do not understand what is going on, can I expect a responsive answer? Yes or no.

44) Respondent ROBERT STEPHEN LASNIK Am I entitled to responsive answers to my questions? Yes or no.

45) Respondent ROBERT STEPHEN LASNIK Would a hearing be fair and meaningful if I did not get responsive answers to my questions? Yes or no.

46) Respondent ROBERT STEPHEN LASNIK Can I get a fair and meaningful hearing if there is a conflict of interest? Yes or no

47) Respondent ROBERT STEPHEN LASNIK is not a conflict of interest or a relationship that most are WSBA membership Yes or no.

48) Respondent ROBERT STEPHEN LASNIK Are other prosecutor's or your arguments and legal opinions admissible as evidence against me? Yes or no.

49) Respondent ROBERT STEPHEN LASNIK Do they have to be supported by facts provided by a witness I am permitted to cross-examine? Yes or no.

INTERROGATORIES                    7 of 12

50) Respondent ROBERT STEPHEN LASNIK Who has the burden of proof in the proceedings?

_____

_____

_____

51) Respondent ROBERT STEPHEN LASNIK Are you, the judge and state lawyer [if there is one], permitted to testify in the proceedings? Yes or no.

52) Respondent ROBERT STEPHEN LASNIK For the criminal case is that burden of proof beyond a reasonable doubt or preponderance of evidence?

_____

_____

53) Respondent ROBERT STEPHEN LASNIK When you say evidence, does that mean facts or opinions?

_____

_____

54) Respondent ROBERT STEPHEN LASNIK Does the burden of proof apply to each element of the crime? Yes or no.

55) Respondent ROBERT STEPHEN LASNIK Do I have a right to confront witnesses against me? Yes or no.

56) Respondent ROBERT STEPHEN LASNIK If no, how can I get a fair and meaningful hearing if I can't confront the witnesses you rely on?

_____

_____

_____

57) Respondent ROBERT STEPHEN LASNIK Do I have a right to challenge any and all evidence being used against me? Yes or no.

58) RespondentROBERT STEPHEN LASNIK If no, how can I get a fair and meaningful hearing if I can't challenge evidence you rely on?

_____

INTERROGATORIES                    8 of 12

59) Respondent ROBERT STEPHEN LASNIK Could this court proceed against me if the alleged plaintiff lacked standing to complain against me? Yes or no.

60) Respondent ROBERT STEPHEN LASNIK Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me? Yes or no.

61) Respondent ROBERT STEPHEN LASNIK Would I have to enter a plea if there is no jurisdiction over me? Yes or no.

62) Respondent ROBERT STEPHEN LASNIK Would there be a crime if there was no jurisdiction? Yes or no.

63) Respondent ROBERT STEPHEN LASNIK Is jurisdiction an element of this alleged crime? Yes or no.

64) Respondent ROBERT STEPHEN LASNIK If no: So the one bringing the complaint is not required to prove jurisdiction? Yes or no.

65) Respondent ROBERT STEPHEN LASNIK Does this indictment present a justiciable case or controversy? Yes or no.

66) Respondent ROBERT STEPHEN LASNIK Would I have to enter a plea if a justiciable case or controversy has not been presented? Yes or no.

67) Respondent ROBERT STEPHEN LASNIK Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." United States v. ICC, 337 U.S. 426, 430 (1949)?

68) Respondent ROBERT STEPHEN LASNIK Does that apply to you and this court? Yes or no.

69) Respondent ROBERT STEPHEN LASNIK This court only adjudicates justiciable controversies? Yes or no.

70) Respondent ROBERT STEPHEN LASNIK Does a justiciable case or controversy require the violation of a legal right? Yes or no.

71) Respondent ROBERT STEPHEN LASNIK Is this a criminal complaint? Yes or no.

72) Respondent ROBERT STEPHEN LASNIK Am I presumed innocent of this alleged crime? Yes or no.

INTERROGATORIES                    9 of 12

73) Respondent ROBERT STEPHEN LASNIK Am I presumed innocent of every element of this alleged crime? Yes or no.

74) Respondent ROBERT STEPHEN LASNIK So you presume there is no jurisdiction? Yes or no.

75) Respondent ROBERT STEPHEN LASNIK Is there evidence of a complaining party?
Yes or no.

76) Respondent ROBERT STEPHEN LASNIK I did not ask if there was a complaining party or who you think it is. I asked, is there evidence of a complaining party? Yes or no?

77) Respondent ROBERT STEPHEN LASNIK If yes: O.K., what is that evidence and who gave it to you?

_____

_____

78) Respondent ROBERT STEPHEN LASNIK Apparently, you think there is evidence here. Are you concealing that evidence from me? Yes or no.

79) Respondent ROBERT STEPHEN LASNIK Do you have any evidence to prove you represent anyone other than yourself? Yes or no.

80) Respondent ROBERT STEPHEN LASNIK Can you prove he/she/they have standing to complain against me? Yes or no.

81) Respondent ROBERT STEPHEN LASNIK Do you have evidence to prove one or more of his/her/their legal rights was violated? Yes or no.

82) Respondent ROBERT STEPHEN LASNIK If yes: Which legal right? Life, liberty, property.

_____

_____

83) Respondent ROBERT STEPHEN LASNIK is there evidence of a contract? Yes or no. (requires, at the minimum, an offer, acceptance, meeting of the minds and consideration plus at least two parties).Yes or no.

84) Respondent ROBERT STEPHEN LASNIK If yes: And how many elements are

INTERROGATORIES                    10 of 12

there to a contract?

_____

85) Respondent ROBERT STEPHEN LASNIK Does the indictment present every element of a cause of action? Yes or no.

86) Respondent ROBERT STEPHEN LASNIK How many elements does a cause of action consist of?

_____

87) Respondent ROBERT STEPHEN LASNIK What are the two elements of a cause of action? (breach of duty [legal right] and damage) Yes or no.

88) Respondent ROBERT STEPHEN LASNIK The supreme court has held these are the two elements: "The injury alleged MUST be, for example, "`DISTINCT and PALPABLE,'"… and not "abstract" or "conjectural" or "hypothetical,"…The injury must be "fairly" traceable to the challenged action, and relief from the injury must be "likely" to follow from a favorable decision." Allen v. Wright, 468 U.S. 737 (1984) do you agree Yes or no.

89) Respondent ROBERT STEPHEN LASNIK Where on the Indictment is a "distinct and palpable" injury presented?

90) Respondent ROBERT STEPHEN LASNIK What are the essential elements to a justiciable case or controversy? (breach of duty and damage) you agree Yes or No.

91) Respondent ROBERT STEPHEN LASNIK Tort: Same problem as with contract, no injury. Agree Yes or no.

92) Respondent ROBERT STEPHEN LASNIK If there is no evidence of a cause of action presented then the complaint should be dismissed Agree Yes or no.

93) Respondent ROBERT STEPHEN LASNIK Is this Indictment, warrant for arrest, appearance bond and commercial paper consistent with the federal constitution? Yes or no.

94) Respondent ROBERT STEPHEN LASNIK Factually, how was your jurisdiction, or control over me, acquired?

_____

95) Respondent ROBERT STEPHEN LASNIK What is the nature of your relationship to the judge?

INTERROGATORIES                    11 of 12

96) Respondent ROBERT STEPHEN LASNIK do you agree with U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."Therefore, Silence is acquiescence.  You can say, "In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)." Yes or no.

97) Respondent ROBERT STEPHEN LASNIK if you violated or remained silent when any of my rights where violated would you have subject matter or personam jurisdiction.
 Yes or no.

98) Respondent ROBERT STEPHEN LASNIK is this a court of limited jurisdiction
Yes or no.

99) Respondent ROBERT STEPHEN LASNIK Do you have jurisdiction over private Civilian Citizens American Nationals Sovereign who are common law and of the 48 union states.
Yes or No.

100)   Respondent ROBERT STEPHEN LASNIK what type of Citizen do you have jurisdiction over and how?

_____

_____

101)   Respondent ROBERT STEPHEN LASNIK are you aware that I never consented to this jurisdiction I was under threat and duress, and every time I came to court I asked permission to cross the BAR by special restricted appearance never submitting to the jurisdiction, do you agree Yes or no.

### DECLARATION UNDER PENALTY OF PERJURY

Respondent ROBERT STEPHEN LASNIK declares under the penalties of perjury that the interrogatories for counter claim for the Case CR12-262RSL Where upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of his knowledge and belief.

Date December ___2012.

_____(Lawful  seal)
                Respondent ROBERT STEPHEN LASNIK


INTERROGATORIES                        12 of 12