## ORIGINAL



Under Title 4 § 1 Positive
Law Flag of the Republic.

Fred Francis Frink a Private Citizen
Pennsylvania Nativity American
National Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Forced Appearance by threat, duress,
coercion, by agents of a foreign principal.
Appearing Sur Juris, In Propria Persona.

```
_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED

        NOV 2 6 2012    DJ
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT ∩ WASHINGTON
**                          DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

:Fred-Francis and :Mark-Edward (Suitors)
Real Party's in Interest, appearing In Propria
Persona, with unalienable rights Original
Estate-Article III; Constitution.
                                        Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE
DURKAN, and ANDREW D FRIEDMAN,
THE UNITED STATES ATTORNEYS
OFFICE and CJA ADMINISTRATION
FEDERAL PUBLIC DEFENDER'S
OFFICE and NANCY TENNEY, and
BRIAN A.TSUCHID and ROBERT
STEPHEN LASNIK, and TIMOTHY F.
GEITHNER and R.A. MITCHELL and
CHARLES WASHINGTON, and
MICHAEL BALL, All "policy"employees
of UNITED STATES OF AMERICA, not a
party, (A federal entity which is not the de
jure united States of America). All agents of
a foreign principal with false claims in
assumpsit to rights in the original estate-

Admiralty Case No. C12-2048-JCC
(Original Estate-Article III; Constitution)

**NOTICE OF LIS PENDENS**
Against unlawful Case CR12-262RSL.
And notice of lien and levy filed in King
County With Acknowledged Reference
Number(s) of Documents Assigned or
Released instrument # 20090518001102.

No Magistrates. No one may handle this
case but an Article III judge The nature of
this cause is Injunctive relief, albeit
preemptive. Title 28 U.S.C. §636(b)(1)(A).

To Respondents Do not Alter the names of
the Petitioners to all Caps in your responses
to avoid tort for fraud and Identity theft and
character assassination and constitutional
violations.

By Special Appearance Rule E(8) Filed under
a Full Reservation of Unalienable Rights By
Real Party In Interest.

NOTICE OF LIS PENDENS                    1 of 44



12-CV-02048-CLM

Article III; Constitution for Case CR12-
262RSL. & DOES 1-200.
                    Respondents.

**Certificate of Service**

**Comes now** the Real Party in Interest, appearing In Propria Persona, who is the natural

born free man under Almighty God known as :Mark-Edward:Hill  I am the Real Party in

Interest, being a sovereign State's born Private Citizen of the sovereign State of the

Union known as the Commonwealth State of Illinois. I, a Civilian Citizen:Mark-Edward:

possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of

America and have never abrogated my rights to be a lesser federal "U.S. citizen" under

Article 1, Section 8 of the Constitution of the Republic.  I have been injured by direct the

frivolous legal complaint by all officers of this court impairing my right to contract as

first counsel of choice for Fred Francis Frink, I hold title to the real party in interest and

all powers as counsel and agent under private contract which this court now has

evidence of no court or federal public defender or judge can over ride any of the lawful

evidence submitted hereinafter or have jurisdiction, I hold lawful title to Fred Francis

Frink, this court has refused to allow myself complete access to the court and participate

in the assistance of my client exercised under color of law while trying to defend my

clients rights to life and liberty.

     I, Mark-Edward:Hill am making Restricted Special Appearance as a counsel of

record and hereinafter INVOKE all of my inherent and unalienable rights as an

American "National" and Private Citizen.  Our submitted documents are filed under a

full reservation of rights, Our God-given unalienable rights are as affirmed under the

NOTICE OF LIS PENDENS            2 of 44

common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

"On and For the Record, I declare that we here in the Matter of Admiralty NO. CR12-262RSL to challenge jurisdiction only by motion of summery judgment dismissal under a full reservation of Our rights as an American National and Private Citizen

AS AN AMERICAN NATIONALS, WE DO NOT CONSENT to these proceedings! Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to our Civilian Citizen status, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies us ,as a Civilians, our inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America. Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

1) The following: Filed in the King County Recorders office Case# C12-2048-JCC and notice of lis pendens, and affidavit of Citizenship for the unlawful

2) Case NO.CR12-262RSL and the unlawful notice of lien and levy in King County With Acknowledged Reference Number(s) of Documents Assigned or Released instrument # 20090518001102.

NOTICE OF LIS PENDENS              3 of 44



under Title 4 § 1 Positive Law
Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen
Pennsylvania and Illinois are Nativity American Nationals Under
Almighty God and the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt
[CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our **NOTICE OF LIS PENDENS Against unlawful Case CR12-262RSL. And notice of lien and levy filed in King County With Acknowledged Reference Number(s) of Documents Assigned or Released instrument # 20090518001102.** In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief. 1 :Fred-Francis and :Mark-Edward Further Sayeth Naught.

Date November 26th , 2012.

_____(Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois American National Nativity Right. Minister of Justice 1789 Judiciary Act private sector. All Rights Reserved

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

## CERTIFICATE OF SERVICE

1)Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United

States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.
Certified Mail if Needed # 7011 0470 0000 4457 4666.

2)Corporate (public) "policy" employees (without Public Law authority) CJA
ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY
CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA
98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.
3)Corporate (public) "policy" employees (without Public Law authority) United States District
Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN
LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4)Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF
THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A.
MITCHELL and CHARLES WASHINGTON Revenue officer 26-10-3612,  1201 Pacific Av
Tacoma WA- 98402-4310 ph 253-8856.
Certified Mail if Needed # 7011 0470 0000 4457 4673. R.A. MITCHELL
Certified Mail if Needed # 7010 3090 0002 7079 3343. CHARLES WASHINGTON

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF
THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER
Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW
Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*
Certified Mail sent # 7010 3090 0002 7079 3350.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by
hand :Fred-Francis: To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON AT SEATTLE and First class US Mail to the following
respondents above.

DATED: Redmond,Washington  11/26/2012 ꞉ _____(Lawful  seal)
                         :Fred-Francis: of the Republic union state of Pennsylvania
                         American National Nativity Right.

NOTICE OF LIS PENDENS          5 of 44

CONFORMED COPY

**20121126001907**
HILL, MARK E    LP-RER    110.00
PAGE-001 OF 039
11/26/2012 12:51

AFTER RECORDED RETURN TO
Petitioner,  :Mark-Edward: Hill
16030 NE 51ST Street,
Redmond Washington, Zip Exempt.[CF98052CF]

---

**Document Title(s):**
1. Notice Lis Pendens
**Reference Number(s) of Documents Assigned or Released**
**20090518001102**          **Case No. C12-2048-JCC**

**Grantor(s):**Petitioner
Grantor/Executor, Fred Francis Frink.
[    ] Additional information on page of document.
Exhibit 13 Attached.
**Grantee(s):**Petitioner
:Mark-Edward: Hill
[    ] Additional information on page of document.
Exhibit 13 Attached.

**Abbreviated Legal Description:**
Libel of Review -common law counterclaim in admiralty -- notice lis pendens and -
 - verified statement of right -Re: Criminal Case CR12-262RSL, false claim in *assumpsit*
to rights in the original estate-Article III; Constitution,  Memorandum within &
Interrogatory's.

**Tax Parcel Number(s):**
142505-9103-07.
[    ] Completed legal Description is on Page of Document.
lot 2, Sweeney home 51st  street short plat, city of Redmond file no. 1.030326,
according to the plat  thereof recorded under recording no.20040728900006.

**Notice Lis Pendens**

RE: Petitioners, Fred Francis Frink, and Mark Edward Hill, Private under the common law, American National's Real Party in Interest <u>with unalienable rights</u> In Propria Persona.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br><br>      Petitioners.<br><br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL. & DOES 1-200.<br>      Respondents. | **Admiralty Case No. C12-2048-JCC**<br>**(Original Estate-Article III; Constitution)**<br><br>**Libel of Review**<br>-common law counterclaim in admiralty -<br>- notice lis pendens and -<br>- verified statement of right -<br>**Re: Criminal Case CR12-262RSL, false claim in *assumpsit* to rights in the original estate-Article III; Constitution, Memorandum within & Interrogatory's.**<br><br>**No Magistrates. No one may handle this case but an Article III judge The nature of this cause is Injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A).**<br><br>**To Respondents Do not Alter the names of the Petitioners to all Caps in your responses to avoid tort for fraud and Identity theft and character assassination and constitutional violations.**<br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

**Libel of Review**

  **Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ✝ ✛ ⵣ ⵣⵧⵏ ✛ ⵡ ✛ ⵣ ⵣ[1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

  Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States

---

[1] ⵣⵧ✛ⵣⵣⵧⵧ✛✛✛ⵜⵜⵏⵧ ⵣⵧⵧ✛ⵡ✛ⵣⵣ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation,* the *Northwest Ordinance* and the *Constitution of the united States of America,* its Republic and its Union of States.

<u>Petitioners  AS AMERICAN NATIONALS,</u>  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

### Jurisdiction For Cases below.

The Jurisdiction for the following case numbers assigned to FRED F. FRINK, An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, Case 2;12-cr-00262-RSL and CR12-026RSL and CR12-262RSL. And the issue (in court) then becomes: by what lawful authority did Respondents, a mere employees of a mere corporation, exercise legitimate Public Law power to Petitioners determent?.

There is no evidence submitted by Prosecution Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, OFFICE OF THE DISTRICT ATTORNEY as Follows: (a) Evidence of Valid Contract for Federalized Citizenship.

(b) Evidence of a complaining real party in interest. (c) Evidence valid Charging Instrument (d) Prosecution Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, OFFICE OF THE DISTRICT ATTORNEY failed to provide facts or evidence affirming subject matter or In Personam jurisdiction.

### Jurisdiction Continued.

In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim.

The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C (3)) such as trust organizations and legal names. "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a

common law remedy, where the common law is competent to give it;

And shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897.

Even the IRS recognizes the protocol: "**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Admiralty jurisdiction is present, substantive Maritime law applies.

o The word Admiralty (jurisdiction of the cases) and the word Maritime (relates to substantive law that applies to the Admiralty cases) arises in the federal system; in the U.S. Admiralty jurisdiction is granted by Article II of the Constitution.

o 28 U.S.C. Section 1333 grants Admiralty jurisdiction by Congress through Article II of the Constitution.

o Admiralty Law consists of:

o General Maritime law – the courts decisions created by the judiciary in hearing Admiralty cases (court made law), Case law.

o Statutory Maritime Law – created by statute by Congress.

State Law can also applies in Admiralty cases. de jure Constitution Washington 1889.

## RIGHT FOR REVIEW

*See: 5 U.S.C. § 702: Right of review: A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.*

## THE PARTY'S

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and :Mark -Edward of the Nomen Family Hill and who are NOT artificial "U.S. citizens" I, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois who living inhabitants of the land known as the union Commonwealth state of Washington with full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Respondents "policy"employees of UNITED STATES OF AMERICA, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, and OFFICE OF THE DISTRICT ATTORNEY are agents of a foreign a principle unconstitutional officers of the defacto UNITED STATES OF AMERICA (A federal entity which is not the de jure united States of America) agents of a foreign principle and foreign to Petitioners .

CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE a unconstitutional organization of treasonous attorneys who entices real party's in interest into involuntary servitude and appointed without consent of Petitioners they also are "policy"employees of UNITED STATES OF AMERICA (A federal entity which is not of the de jure united States of America) agents of a foreign principle and foreign to Petitioners.

NANCY TENNEY, federal public defender treasonous attorney who entices real party's in interest into involuntary servitude and appointed without consent of Petitioners a agent of a foreign principle and foreign to Petitioners "policy"employee of UNITED STATES OF AMERICA. See FRCP Rule 4 (j) all agent of a foreign principle.

BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, "policy"employees of UNITED STATES OF AMERICA a treasonous judges and a perjurer of oath of office **"if valid oath exist"** to the de jure united states of America and making war against the de jure organic constitutions state and federal operating under color of law. See FRCP Rule 4 (j) all agent of a foreign principle. and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, See FRCP Rule 4 (j) all agent of a foreign principle. All "policy"employees of the INTERNAL REVENUE SERVICE a subsidiary corporation for UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL.

### THE FACTS

The Respondents Trust entities ("strawman", etc.) are treated as corporation entities because they are artificial creatures without inherent conscience or sentient volition of their own. See Defendant in Error, Case CR12-262RSL.USA vs FRED F. FRINK. An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen family Frink.

Corporation entities are treated in the Admiralty as "vessels" (for similar reasons). For Maritime insurance (contract) purposes, each "vessel" must not only have a hull (body) number, but each "vessel" must also be "personified" with a name (usually ALL CAPS SPELLING).

What most people think of as federal, state and local "government" today is, in truth, nothing more than a bunch of affiliated (Maritime insured) corporation entities ("vessels"). Each entity (Justice Dept., Judicial Dept., Treasury Dept., United States, State of WA, I.R.S, SSA, FBI, etc.) has its own Federal Employer Identification Number (FEIN), which number cannot be obtained without certification of corporation "vessel" character/status (Form SS-4).

The most compelling evidence of proof of the corporation status, which can be obtained via public disclosure request (FOIA), is written verification of the FEIN assigned to a particular "government" agency/department (FOIA) and will be filed into said case as evidence exhibits.

The officers and crew of these corporation vessels, whether elected, appointed or hired, are nothing more than corporation (public) "policy" employees (without Public Law authority) and are, therefore, subject to removal/employment termination for any malfeasance, misfeasance or non-feasance, including false personation (of a Public Law officer).

The most compelling evidence of proof of the (corporation) "employee" status of any of today's so called "civil servants" is written verification of their individual membership account in the (state) Public Employee's Retirement System (PERS) or the Federal Employee's Retirement System (FERS). Verification of the existence or non-existence of the account is not "exempt" from disclosure under FOIA.

Respondent, acting as "City METRO officers – THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, NANCY TENNEY, and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, are agents of a foreign principal, see FRCP Rule 4 (j). And a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue.**

Under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.)

The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Washington* Constitution, "**Transfer of government.**"). This supports that the USA in  Case CR12-262RSL is not a real party in interest.

The district court for the District of Washington has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land and a Citizen of the spiritual commonwealth of Israel, or Nation of Israel complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from Petitioner's asylum state into the United States custody, treason-perjury - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agents of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively.

The presentments (notification, indictments see exhibits) are arbitrary and capricious clearly implying that if Petitioner fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added.*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

Petitioners present further facts as follows:  Respondents TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, created faults liens and levy's in the form of a **NOTICE** for approximately a combined of 2.2 million on credit report and 1.2 on NOTICE of lien. Petitioner :Fred-Francis in the county recorders office of KING and created fraudulent information in Credit report violated the Fourth and Fifth and Sixth amendments and Filed Notice of liens and enforced collections without a court order or or due process and Collected on that notice of lien and levy without proper protocol the inland seizures where made before Case CR12-262RSL.

Further violations of due process and without validation and faults and misleading representations pursuant to 15U.S.C. 807 1692(e) faults and misleading representations of the alleged debt.

And MICHAEL BALL placed Petitioner :Fred-Francis under arrest for the faults and misleading representations of TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and unconstitutional warrant and motion for detention order and indictment and appearance bond issued by BRIAN A.TSUCHID of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN,  THE UNITED STATES ATTORNEYS OFFICE created the unconstitutional process of arrest of Petitioner :Fred-Francis based upon a false claim in *assumpsit* to rights in the original estate-Article III; Constitution, for Criminal Case CR12-262RSL.

Respondent ROBERT STEPHEN LASNIK violated the unalienable constitutional rights of both Petitioners moving forward in enticements into slavery buy forcing a treasonous  CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY to

represent him.

Petitioner :Mark-Edward of the Nomen Family Hill was violated by ROBERT STEPHEN LASNIK with this trespass on the constitutional right under the constitution to contract. Assistant counsel :Mark-Edward of the Family Hill stated "No State shall enter into any Treaty, Alliance, or Confederation; **grant Letters of Marque or Reprisal;** coin Money; **emit Bills of credit** ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the **Obligations of Contracts,** or grant any **Title of Nobility.".** See all exhibits and transcripts filed in Case CR12-262RSL.

Respondent ROBERT STEPHEN LASNIK made the following statements in open court (a) That the Petitioners claims for the constitution right is gibberish. (b) Petitioner has to be represented by a WSBA member with a license to practice law, this is a lie and unconstitutional and treasonous and perjury to alleged Oath of office, license are issued by the state and a bar card is not a license, fraud upon the court.(c) Petitioner :Fred-Francis asked the respondent ROBERT STEPHEN LASNIK to answer some questions he had, :Fred-Francis asked if he was entitled to a fair hearing yes or no.

ROBERT STEPHEN LASNIK replied that he was not going to answer that question or any other questions Petitioner had. A clear act of violations of due process and denial of discovery and fraud upon the court pursuant to the constitutional six amendment see U.S. v. Tweel 550 F.2d.297 –"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." Therefore, Silence is acquiescence.

"In the absence of a negative (affirmative) response from you, let the Record show that, by your silence, you responded in the affirmative (negative)."

ROBERT STEPHEN LASNIK stated in open court that Petitioner :Fred Francis stated that he invoked his unalienable rights ROBERT STEPHEN LASNIK stated in open court that he did not have any.

ROBERT STEPHEN LASNIK stated in open court that Petitioner assistant counsel :Mark-Edward by AFFIDAVIT OF EVIDENCE OF LAWFUL CONTRACT FOR THE FIRST CHOICE OF COUNSEL:Mark-Edward:Hill COUNSEL OF RECORD IN THE NATURE FOR REPRESENTATION AND THE RIGHT OF ASSISTANCE PURSUANT TO THE SIXTH AMENDMENT AND GENERAL POWER OF ATTORNEY AND AFFIDAVIT OF CONVEYANCE OF TITLE INDISPENSABLE AND REAL PARTY IN INTEREST FOR CASE NO. CR12-262RSL Respondent ROBERT STEPHEN LASNIK stated my powers and contracts meant nothing in HIS court implying Petitioner had not right to contract.

ROBERT STEPHEN LASNIK has made many unprofessional unbiased and impartial prejudice comments to both Petitioners using insulting and threatening and intimidation demeanor in violation of all seven cannons and was informed of the numerous constitutional violations presented in seventeen filings into this case CR12-262RSL and was put on mandatory judicial notice of the conflicts of interest and the fact that prosecution and failed to provide any constitutional requirements for standing or evidence of "Elements of "corpus delecti," injury or loss or harm and a criminal agency which causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…" People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132.

ROBERT STEPHEN LASNIK and THOMAS M.WOODS has evaded and failed to respond to any and all submissions into this case while ROBERT STEPHEN LASNIK continues the enticement of the Petitioner :Fred-Francis into a foreign Jurisdiction and slavery by force and without consent to the unconstitutional treasonous CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE to force the appointment of representation to draw Petitioner :Fred-Francis into a unconstitutional jurisdiction without consent in violation of the thirteenth amendment without evidence subject matter or personum jurisdiction.

And having no regard for the Authority for the Supreme Court to promulgate rules of procedure is at 28 U.S.C. 2072, and 2072(b) preserves rights: "(b) Such rules shall not abridge, enlarge or modify

any substantive right." Federal rules of Civil and criminal procedure preserve constitutionally secured rights.

Therefore, it is necessary to know and understand the three Amendments that govern Federal criminal prosecution.

The Fourth, Fifth and Sixth Amendments follow: Amendment IV: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. Prior case CR12-262RSL this was not done, see Exhbits.

Amendment V: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use. without just compensation. Respondents R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL Employees of IRS and TIMOTHY F. GEITHNER of the de facto USA, Where conducting a investigation and came to the home of Petitioner at least four times located at 16030 NE 51ST Street, Redmond Washington and numerous phone calls and certified writtings by US Mail since 2008 to 2012 of Petitioner. Asking Petitioner questions without the reading of any Miranda Rights or informing him of there investigation.

Amendment VI: In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to he informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. All are stated above violations of Petitioners rights are clear by all filings into case CR12-262RSL six amendment is one of the biases for this counterclaim.

There is no evidence of constitutional compliance anywhere on the record for case  CR12-262RSL buy prosecution or any officer of this unconstitutional court Petitioners HAVE NOT WAIVED ONE RIGHT 28 U.S.C. 2072 (b) that Federal rules of procedure may not deprive anyone of substantive rights.

In a manner of speaking, rights secured by the Fourth, Fifth, and Sixth Amendments are carved in stone, and they are cumulative, they are not independent or elective unless someone knowingly chooses to forfeit one of the specified rights.

**If one of the constitutionally secured rights is bypassed, administrative offices, including the Department of Justice and the U.S. Attorney, and courts of the United States, lack or lose subject matter jurisdiction.**

This is the essence of the Fifth Amendment guarantee that no person shall be deprived of life, liberty or property without "due process of law." Here we see two distinct elements: Not only does there have to be law which compels or prohibits any given activity, but procedure or process must conform to that prescribed by the "Constitution and laws of the United States." The Fourth, Fifth and Sixth Amendments secure mandatory minimum requirements of due process.

The Fourth Amendment requirement for probable cause, "supported by Oath or affirmation, "is the jumping-off point:" No Warrants shall issue, but upon probable cause, supported by Oath or affirmation.

Here are two secured rights: There must be an oath or affirmation, a complaint, that specifics key elements of a crime, and a committing magistrate must issue a warrant based on the complaint- The complaint is made in a probable cause hearing.

Unless or until these threshold requirements are met, there can be no Federal prosecution. We will use Federal tax law as an example. At 18 U.S.C. 3045 we find authorization for who may set the

criminal prosecution process in motion via an affidavit of complaint: "Warrants of arrest for violations of internal revenue laws may be issued by United States magistrates upon the complaint of a United States attorney, assistant United States attorney, collector, or deputy collector of internal revenue or revenue agent, or private citizen; but no such warrant of arrest shall be issued upon the complaint of a private citizen unless first approved in writing by a United States attorney."

("This Code section needs an amount of qualification: Whoever makes the affidavit of complaint must have personal knowledge. In other words, an U.S. Attorney THOMAS M. WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE cannot make the affidavit of complaint unless he/she was personally involved with the investigation process and has hands-on involvement with securing and examining evidence.

## LAW OF THE FLAG:

Man is created in the image of Yahuah - ⲁⲅⲁⲁ, the one true God Anglicized *Jehovah* in the Holy Scriptures, and to reduce a man to chattel against the national debt is an affront to Yahowah-ⲁⲅⲁⲁ and the Messianic advent of Yahoshuah-ⲟⲅⲱⲅⲁⲁ. Be it hereby known that the competent common law is prior to 1938 and 1842 – the period between *Swift v. Tyson and Erie Railroad Co. v. Tompkins.*

Protected by the saving to suitors clause of 1789 the state law applied to this diversity issue is modeled by the Holy Scriptures and found in the Fundamental Orders of 1639.

With respect to Yahowah's ⲁⲅⲁⲁ grace demonstrated by the Messianic advent of Yahoshuah-ⲟⲅⲱⲅⲁⲁ: Exodus 13:16 And it shall be for a token upon thine hand, and for front lets between thine eyes: for by strength of hand Yahowah - ⲁⲅⲁⲁ brought us forth out of Egypt.

Genesis 1:27 So Elohiym created man in his [own] image, in the image of Elohiym created he him; male and female created he them."…to maintain and preserve the liberty and purity of the Gospel of our Lord Jesus which we now profess, as also, the discipline of the Churches…"

The 4th day of the 4th month, called June, 1639, all the free planters assembled together in a general meeting, to consult about settling civil government according to GOD, and about the nomination of persons that may be found by consent of all fittest in all respects for the foundation work of a Church which was intended to be gathered in Quinipieck. After solemn invocation of the name of GOD in prayer, for the presence and help of his spirit and grace in these weighty businesses, they were reminded of the business whereabouts they met.

Quaere 1. Whether the Scriptures does hold fourth a perfect rule for the direction and government of all men in all duties which they are to perform to GOD and men as well in the government of families and commonwealths as in matters of the Church.

This was assented to by all, no man dissenting, as well expressed by holding up of hands. Afterword's it was read over to them, that they might see in what words their vote was expressed: They again expressed their consent thereto, by holding up their hands, no man dissenting.

Here quoted from the capital laws: 1. idolatry (Deut 13.6–17.2 – Exodus 22.20) 2. witchcraft (Exodus 22.18 – Leviticus 20.27 – Deut. 18.10,11) 3. blasphemy (Leviticus 24.15,16) 4. murder by violence (Exodus 21.12,13,14 – Numbers 35.30,31) 5. murder by guile (i.e. poisoning) (Exodus 21.14) 6. bestiality (Leviticus 20.15,16) 7. homosexuality (Leviticus 20.13) 8. adultery (Leviticus 20.10 and 18.20 – Deut. 22.23,24) 9. rape (Deut. 22.25) 10. kidnap (Exodus 21.16) 11. perjury (Deut. 19.16,18,19) 12. treason against the commonwealth 13. striking or cursing a parent (Exodus 21.17-Leviticus 20.9 – Exodus 21.15) 14. a parent shall turn in a criminal child (Deut. 21.20,21) general discretionary power is retained by the general court to prosecute any other harmful behaviour against individuals, family and community, church or commonwealth.

The federal as well as the state court will administer admiralty law and the district court acquires jurisdiction through Article III, Clause 2 of the Constitution of the United States of America

and the subsequent Judiciary Act of September 24, 1789 and thus the federal question is established evoking Title 28 §1333.

The common law of the state and the custodial responsibility of the district court is easily established:§61. "When any Territory is admitted as a State, and a district court is established therein, all the records of the proceedings in the several cases pending in the highest court of said Territory at the time of such admission, and all records of the proceedings in the several cases in which judgement or decrees had rendered in said territorial court before that time, and from which writs of error could have been sued out or appeals could have been taken and prosecuted to the Supreme Court or to the circuit court of appeals, shall be transferred to and deposited in the district court for the said States."

Process of admission of a State into the Union of several States is verified in §§61-64 the act of March 3, 1911, ch. 231, 36 Stat. 1104.

This cause is simple remand into the asylum state where proper protection is provided by absolute confidence in the civil protection offered by contract commonly known by New Covenant."… Whether the law of the State shall be declared by its Legislature in a statute or by its highest court in a decision is not a matter of federal concern."

The Constitution of the United States of America, Revised and Annotated – Analysis and Interpretation – 1982; Article III, §, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 782 and as collateral to the 10 Amendment and Erie Railroad Co. v. Tompkins 304 U.S. 64 (1938).

The United States of America and the United States federal government cannot possibly condone the unlawful extradition of a man on the land into the corporate fiction without contract, accord, consent, or international treaty: Establishment of a professional, impartial, and compulsory dispute-settlement mechanism is necessary to insure that the oceans will be governed by the rule of law rather than the rule of force… This [lack of mechanism] cannot but escalate into economic warfare, endanger the freedom of navigation, and ultimately lead to tests of strength and military confrontations.

America would not be true to itself, or to its moral heritage, if it accepted a world in which might makes right – where power alone decides the clash of interests with the Respondents.

And from a practical standpoint, no one recognizes more clearly than American industry that investment, access, and profit can best be protected in an established and predictable environment.

Secretary of State Henry Kissinger; The Law of the Sea: A Test of International Cooperation. Department of State Bulletin, Vol. LXXXIV, No. 1922, April 26, 1976 as continued proceedings of the seventh special session of the United Nations General Assembly in September of 1975 on global issues of economic development.

Petitioners declare the law of the flag and Our flag is on Our documents a common law flag July 30th, 1947, ch 389, 61 Stat. 642. Our vessel is Our paperwork, In maritime law, the law of that nation or country whose flag is flown by a particular vessel.

A ship owner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him, (Blacks Law Dictionary. 6th Ed.)

## FIRST CAUSE OF ACTION

Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution.

This Case CR12-262RSL needs only one element to remove subject matter Jurisdiction it is clear by exhibits and dates and times and the investigation and by notice of lien and levy violates due

process. Citizenship is clear and done by news publication that petitioners have made their claims to their asylum states, their are NO constitution requirements or evidence to support standing for Case CR12-262RSL and none exist.

This has been remiss to disclose the remedy to the inherent presumption that people being "paid" are private reserve banks being paid in private credit notes from the Federal Reserve banks. This fraud by omission, the remedy to the Fed Act not being disclosed clearly has caused Petitioners to be handling and transacting business most of their life in false balances with attached usury.

This counterclaim action is preemptive to assure no debt action in assumpsit will be active against Petitioner for the remainder of his life in order to live a more pleasing life to ⲁⲧⲁⲁ - Yahowah in accord to doctrine like Proverbs 11:1 - *A false balance is an abomination to* ⲁⲧⲁⲁ. Yahowah, *but a just weight is His delight.*

The presumption Petitioners are a Fed bank or a Federal citizen and involved with private credit thereof is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. Petitioners has been expressly demanding lawful money according to the remedy in the Fed Act **as demonstrated in this filing fee of $350** and has changed signature cards with banking institutions and stamped all checks to redeem lawful money See Title 12 U.S.C. §411.

The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practised outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc.* See Title 12 U.S.C. §411;

Petitioner is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentments typically utilized for making a first lien Treasury claim are regular enough but Petitioner wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. See Case CR12-262RSL.

The presentment(s) upon which past debt action in assumpsit - theft has been based are being and have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusals for cause, the Notice of Federal Tax Lien and all commercial presentments has been returned to Respondents in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

## SECOND CAUSE OF ACTION

Respondents, THOMAS M. WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A. TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA all Respondents remove there claims and dismiss Case CR12-262RSL with prejudice and terminate all miller act bonds, appearance bonds, terminate all trust accounts and chattel irredeemable commercial debt paper, terminate all notices of liens and levy's and remove such faults reporting on credit report to all credit agency's and restore all accounting confiscated in all bank accounts the same way they took it out with a formal apology in writing.

## NOTICE REGARDING ADDRESS

Due to sanctification of the confederacy, the corporate United States, Petitioners does not identify with residential address. Petitioner's address is "Petitioner". For convenience mail may be sent to Petitioner, address **Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]..** The supplemental rules for certain maritime and admiralty claims traditionally recognize parties as vessels and Petitioners is dedicated and flies the seal of ⲁⲧⲁⲁ- Yahuah, Exodus 13:16, being first fruit unto Him and Him alone.

## STIPULATION OF ACCEPTABLE ANSWER

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land.

This is international and common law. Respondents must directly address the validity of the certificate of search and UCC-11 before Case CR12-262RSL, that clearly shows there have been no lawful claims filed against "Petitioners" or any pseudonym through which Petitioner may be engaged in contract.

Respondent and anyone else for that matter can easily research case history against Petitioner or any legal name. Respondent may call William M McCool clerk to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if Respondents is moving on a valid claim and judgment in the district court then Respondents knows what case that is.

<u>The United States is not a party in interest to this action. Any registered attorney responding for Respondents cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution.</u>

A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgement for Petitioners according to the notice on the face of the summons.

## STIPULATION OF REMEDY

The recourse sought is immediate exclusive original cognisance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals.

Petitioner :Mark-Edward wife, Anna Yuri may use this evidence repository for any future refusals for cause as well.  Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper.

There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply.

The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11.

The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example



under Title 4 § 1 Positive Law
Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen
Pennsylvania and Illinois are Nativity American Nationals Under
Almighty God and the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt
[CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona

## DECLARATION UNDER PENALTY OF PERJURY

:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our Libel of Review In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief. I :Fred-Francis and :Mark-Edward Further Sayeth Naught.

Date November 23 2012.

_____(Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two three witnesses shall every word be established

## NOTARY PUBLIC'S JURAT

BEFORE ME, _Hoon Won_ a Notary Public, in and for said State of Washington, the above named Fred-Francis of the Nomen family Frink natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of November 19 2012.
23/2

WITNESS my hand and official seal.
/s/_____
Notary Public                                   SEAL
My Commission Expires On:

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.]

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, Deputy clerk WIILAM M. McCOOL, U.S. Courthouse 700 Stewart Street, Seattle, WA 98101-4439 (206) 370-8810

## TO THE CLERK OF THE ABOVE- ENTITLED COURT: WRIT PRAECIPE
## OF CLERK INSTRUCTION:


Dear clerk;

Please file this refusal for cause in the case jacket of Article III case _C-12-2048-JCC_ This is evidence if this Respondents claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion attached as Exhibits to this counterclaim.


## CERTIFICATE OF SERVICE

The signature below expresses that I have hired a process server not a party to the action to give a copy of the summons and complaint our counter claim and all presentment for the unlawful Case CR12-262RSL , refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been served by hand as indicated back to the presenter within time before trial of presentments.

1)Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.
Certified Mail if Needed # 7011 0470 0000 4457 4666.

2)Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.
3)Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.
Certified Mail if Needed # 7011 0470 0000 4457 4673.

4)Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL

BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL
INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail
**Michael.Ball@ci.irs.gov.**
Certified Mail if Needed # 7010 3090 0002 7079 3343.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER
Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW
Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*
Certified Mail sent # 7010 3090 0002 7079 3350.

I, Jill E Lane HEREBY CERTIFY that a true and correct, complete Copy of the foregoing, was duly
served by Hand to above and Clerk of the UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, clerk WIILLAM M.
McCOOL, or his Deputy's U.S. Courthouse 700 Stewart Street, Seattle, WA 98101-4439 (206) 370-
8810 and Certified Mail for those whom refuse service.

Complaint & Exhibits 1-17 Served 11/23/12 (Lawful seal) 11/21/2012 &
Jill E Lane. Non party to the action over the age of 18.

### CAVEAT
Respondents, and all principals and agents are hereby properly notified. There is no governmental
immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and
violators will be arrested by the U.S. Marshal according to Rule C of the Supplemental Rules for
Certain Admiralty and Maritime Claims. Respondent and all principals and agents are left with their
remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it
loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat.
325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Respondents (including all agents,
principals and any and all offensive presentments), after fair notice by refusal for cause like the above
clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B)
*Arrest Warrant* and the clerk will immediately issue an arrest warrant for Respondents or any named
agent or principal to be taken into custody for the violations of law. Presentments of any kind from
Respondents or any agent acting for the bankruptcy of the United States through the District may be
considered hostile threat of seizure.

### Stipulation regarding character and residential address
The use of a residential address is by right. All 'privileges' associated with postal delivery are
compensated, usually prepaid in honestly redeemed U.S. lawful money. Petitioners is not Pro Se and is
not representing himself. The clerk shall not change the name of this suit on the docket from the name
on the filing fee receipt. Petitioners retains the unalienable right to hold the district court clerk to the
obligations to perform of file clerk for the United States working in the United States Courthouse. This
includes the expectation that if and when this cause reaches default judgment against Respondents, the
default judgment will be filed in full cognizance of the United States and will appear on the docket as
"Default judgment for the plaintiff." Petitioner is authorized by fidelity bond to file default judgment in

lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Petitioner's character not in the least:

The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added.*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Petitioners Pro Se - to imply that Petitioners is representing them self before the district court. Petitioners is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182.**

In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in lawful money. And, **US v Ware; 608 F.2d 400**

<u>United States notes shall be lawful money,</u> and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt. Any presumptions made about the funds for this filing fee are that Petitioner has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt. 2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule.** Petitioners are a men with ﹩↑﹩﹩-Yahuah given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Respondents are clearly the debtor and Petitioners is clearly creditor.

### No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated and submitted under Federal Rules of Evidence :Exhibit 1-15

1) Certificate of search on "Petitioners" from clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK At SEATTLE, clerk WILLIAM M. McCOOL, is exempted due to falsifications by district court clerk on such certificates. Respondents are provided with information to check for case histories. Exhibit 1) 1 Page.

2) The presentment from Respondents is refused for cause and Returned by the Real Party In Interest copy with his Verified Complaint and Summons with Affidavit of Citizenship. Exhibit 2 as follows:

Supervision Report and NOTICE of federal Tax lien and levy form 668,11 pages. Indictment CR12-262RSL and Motion For Detention Order and Arrest warrant and Appearance Bond CR12-262RSL and Case Status and Minute Order and Case Management order in criminal case. And Government's Memorandum Regarding Status Hearing. Refused for cause Refused for Fraud Violations of the 4th 5th and 6th Constitutional Amendments Violation of Due Process.  Exhibit 2) 36 Pages.

3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932. submitted under Federal Rules of Evidence. Exhibit 3) 1 Page.

4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459 Exhibit 4) 7 Pages.

5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555 Exhibit 5) 4 Pages.

6) A copy of the check #146 and affidavit of demanding lawful money associated with the US court filing fee and transcripts has been attached. Exhibit 6) 8 Pages.

7) A copy of Rescission of Signatures termination under duress and fraud Exhibit 7) 9 Pages.

8) Two copy's of petitioners Proof of Publication claim of birth rights from Pennsylvania and Illinois. Exhibit 8) 2 Pages.

9) Petitioner :Mark-Edward of the Nomen Family Hill pastors pass port Certification of passport Record as of September 6, 2012, year of our Lord. Evidence of Citizenship and Diversity thereof. Exhibit 9) 1 Page.

10) A copy of FOIA Request from 1995 from Kenny Wane Lemming Exhibit 10) 1 Page.

11) A copy of UCC-11 All Lien Search State of Washington for Petitioner :Fred-Francis. Exhibit 11) 6 Pages.

12) A copy of VERIFIED STATEMENT OF RIGHT OR INTEREST Exhibit 12) 8 Pages.

13) A copy of AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST: Exhibit 13) 25 Pages.

14) A Copy of Interrogatory's to each Respondent Directly involved with Case CR12-262RSL as follows all have the same Questions to the Respondents THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN and  BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, Exhibit 14) 60 Pages.

15) A Copy of Memorandum Supporting Jurisdictional Challenge. Exhibit 15) 6 Pages.

16) A copy  TITLE 28, APPENDIX—RULES OF CIVIL PROCEDURE. Exhibit 16) 22 Pages.

Last page notary certificate of Authority. Total 197 Exhibits 27 complaint Total=224.

## AFFIDAVIT OF LAWFUL MONEY FOR FILING FEES

I :Mark-Edward of the Family Hill hereinafter Affiant Demand all filing fees paid Lawfully pursuant to the title below,I, have filed check by conversion to redeem lawful money for filing fee and certified copies and I have receipts and evidential submissions to prove that I do not consent to the federal reserve system and this court of the same de facto government.

### US CODE TITLE 12>CHAPTER 3> SUBCHAPTER>§411

I :Mark-Edward of the Family Hill Demand §411 Issuance to reserve banks; nature of obligation, redemption. Federal reserve notes, to be issued at the discretion of Board of Governors of the Federal Reserve system for the purpose of making advances to Federal Reserve Banks though the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and Shall be received by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

I would like to also to point out that I had Known in good faith of this remedy, I would have redeemed every single paycheck I have received since the beginning of my employment. I consider this remedy

being kept from me, my parents to me and my civics teacher etc. To be a form of fraud by omission.

Affiant states that, at all times I will write redeemed for lawful money for all commercial transactions and reserve all unalienable rights this court is in violation of the Constitution it clearly mandates and established in Article I, section 10, clause 1 of the Union estates express trust compact "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque or Reprisal; coin Money; emit Bills of credit ; make anything but gold and silver coin a Tender in payment of debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligations of Contracts, or grant any Title of Nobility."

Affiant states that, this court is a federal corporation just like the federal reserve bank and is a STATE under the District of Columbia Art. I, Sec. 8, Cl.17 and Art. IV, Sec. 3 Cl. 2 of the Constitution for the de jure united States of America. Affiant Sayeth Naught



**Under Title 4 § 1 Positive Law**

**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

Date November 25 2012.

_____ (Lawful seal)
:Fred-Francis: Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____ (Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved



Original
Jurisdiction
1789 A.D.
united States
of America

[Handwritten check / left margin, read bottom to top:]

**MARK E HILL**
450 KENOLIO RD 2-108
KIHEI, HI 96783

DEPOSITED FOR CREDIT ON ACCOUNT
OR EXCHANGED FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTE OF FACE VALUE
WITHOUT PREJUDICE UCC-1-308

FEDERAL RESERVE ACT SECTION 16
TITLE 12 U.S.C. SEC. 411

149

98-102/1213
561

Date Nov 26-2012

Pay to the order of King County Recorders office $105.00

One hundred and five dollars and no cents

Ah Bank of Hawaii

Redeemed in lawful Money
Pursuant to Title 12 U.S.C. § 411

For LIS Peoples CR12-2672 B4

☐ True Name
☐ dba
☐ Legal Name

To Reorder Call 1-800-555-9123



**Title 4 § 1 Positive Law**
**Flag of the Republic.**

**:Fred-Francis: :Mark-Edward.**
**a Private Citizen Pennsylvania**
**and Illinois are Nativity American**
**Nationals Under Almighty God and**
**the common law of the Commonwealth of**
**Pennsylvania, and Illinois Po Box 98**
**Bellevue Washington**
**Zip Exempt [CF98009CF].**
**425-558-4838.**
**Not Pro Se, Sur Juris In Propria Persona**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward,<br>Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>                    Petitioners.<br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-262RSL. & DOES 1-200.<br>                    Respondents. | **Admiralty Case No.C12-2048-JCC**<br>**(Original Estate-Article III; Constitution)**<br><br>**<u>Libel of Review</u>**<br>**AFFIDAVIT OF CITIZENSHIP IN**<br>**SUPPORT OF VERIFIED STATEMENT OF**<br>**RIGHT OR INTEREST:**<br>**Memorandum incorporated within.**<br>**Supplemental Rule C (6) (I) (A) (ii)(iii)(iv)**<br>**Petitioner's notice to all respondents on the**<br>**face of the complaint to state a claim for the**<br>**property Pursuant to Supplemental Rule B**<br>**(2)  Supplemental Rule A (3) (b) and Rule C**<br>**(6) (i) (A)(iv). Rule F (5) (6) failure to**<br>**respond or state a right or interest for the**<br>**Name FRED F. FRINK within 14 day rule.**<br>**To Respondents Do not Alter the names of**<br>**the  Petitioners to all Caps in your responses**<br>**to avoid tort for fraud and Identity theft and**<br>**character assassination and constitutional**<br>**violations.**<br>**By Special Appearance Rule E(8) Filed under**<br>**a Full Reservation of Unalienable Rights By**<br>**Real Party In Interest.** |

**<u>Libel of Review</u>**

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ＴＡＷＹＡＯＴＷＹＡＡ¹and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and unalienable rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

We by This Verified Affidavit Presented by, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and :Mark-Edward of the Nomen Family Hill a human beings, natural persons and not any type of legal fiction, Two of We the People under Original Common Law Jurisdiction and protected by the Pennsylvania and Illinois and Washington  and united States of America Constitutions¹.

1) Affiants states that, I :Fred-Francis and :Mark-Edward has made claim to our true nativity Sur name, by nativity right is :Fred-Francis and :Mark-Edward the Undersigned Affiants, hereinafter "Affiants," does hereby solemnly affirm, declare, and state as follows:

2) I am over the age of 18, we make this affidavit of our own free will act and deed to tell the truth

---

¹ Use of state and federal statutes within this document is only to notice the reader that which is applicable to them and is not intended, nor shall it be construed, to mean that the aforementioned party confers, submits to, or has entered into any jurisdiction alluded to thereby.

and nothing but the truth So help us God, Affiants are competent to state the matters set forth herewith.

3) Affiants has personal first hand knowledge of the facts stated herein.

4) Affiants's Law is the Geneva Holy Bible superior common law and is a private Citizen of the union state of Pennsylvania and Illinois under the common law.

5) All the facts stated herein are true, correct, and complete in accordance with Affiants best firsthand knowledge and understanding, and if called upon to testify as a witness Affiants shall so state.

6) Affiants states that, Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.

7) Affiants states that, (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

8) Affiants states that,"Indeed, no more than (affidavits) are necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981);

| | | |
|---|---|---|
| Pennsylvania Republic & | ) | |
| Illinois Republic | ) | *AFFIDAVIT* |
| one of the several | ) ss. | *of* |
| united States | ) | **Citizenship** |
| in America | ) | *Status* |

For: Whom it may concern: In the Matter for USA vs FRED F. FRINK I:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and :Mark:Edward of the Nomen Family Hill including, without limitations, any and all derivations and variations in the spelling thereof;

It is our belief THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE'S **administrative determination of Citizenship status** for Us is incorrect in several ways and was purposely fraudulently contrived, with malice aforethought and instituted by THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE to label Us as a "taxpayer" as a means to violate My Constitutional Rights. Thus THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE is required by 5 U.S.C. § 702 to immediately correct Our status accordingly.

## STATEMENT OF FACTS:

**I.** The following in no way limits US, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill as to what I am NOT and is only a partial list of such:

1. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. Taxpayer";

2. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. legal person";

3.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. Corporation";

4.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. employee";

5.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. employer";

6.  I,:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "slave";

7.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "UNITED STATES CITIZEN";

8.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. servant";

9.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. FEDERAL EMPLOYEE";

10. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. elected official";

11. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. individual";

12. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. artificial person";

13. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. agent";

14. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "U.S. officer";

15. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "resident of a federal judicial district";

16. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "domiciliary of a federal territory";

17. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT an "enfranchised person bound by the
    14th Amendment to the federal Constitution";

18. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT "one of the entities listed in Title 26
    section 6331 (a)";

19. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT an "owner of a social security number";

20. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill NEVER applied for a social security number and therefore I am NOT liable, and can NOT be held accountable for any "invisible" contracts created by said number;

21. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "communist";

22. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am NOT a "socialist";

**II:** The following in no way limits me,:Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill as to what we are and is only a partial list of such:

1.  I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "human being" as defined 15 U.S.C. § 17

*"The labor of a human being is not a commodity or article of commerce"*;

2. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "natural person";

3. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "sovereign";

4. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "de jure freeman";

5. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "private sector worker";

6. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill trade My labor, which is My personal property,

for remuneration "without profit";

7. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "follower of the Savior" and thus I am

prohibited by my religious beliefs and the Holy scriptures from being involved with "income taxes" as per Luke 23;2 *"we find this man perverting the nation and refusing to allow his followers to pay income taxes"*;

8. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my business privately and outside the

jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

9. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my self privately and outside the

jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

10. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill conduct my life privately and outside the

jurisdiction and scope of THE INTERNAL REVENUE and/or I.R. SERVICE;

11. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill am a "non-taxpayer" as cited in Economy

Plumbing and Heating v. United States, 470 F.2d 585, at 589 (1972) *"The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and **not to non taxpayers**. The latter are without their scope."*

12. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are granted by the Creator;

13. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are protected by the Constitution of these united States;

14. I, :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill have rights that are protected by the Pennsylvania, Illinois, and Washington Constitution;

### III: Constraints of law:

1) The SOCIAL SECURITY ADMINISTRATION owns all social security numbers they issue and thus it shall be construed as trickery and inadmissible in court as evidence of admission when THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE asks a human being "what is your social security number";

2)    The FEDERAL INCOME TAX is by definition the FEDERAL EMPLOYEES INCOME TAX and only applies to a certain class of contracted persons as listed in Title 26 section 6331 (a),

and thus ALL entities NOT listed in said section are therefore excluded; See Title 26 U.S.C.§ 7806. Construction of title (a) & (b) FEDERAL INCOME TAX dose not apply to American Nationals whom are Sovereigns.

3) The term RETURN refers to a form mandated for use ONLY by the people listed in Title 26 section 6331 (a) and thus ALL entities not listed in said section are therefore excluded;

4) The government is outside of its purpose in its attempts to steal from me: "Government does not exist, in a personal sense, for the purpose of acquiring, protecting and enjoying property. *It exists primarily for the protection of the people in their individual rights, and holds property not primarily for the enjoyment of property accumulations, but as an incident to the purpose for which it exists ---that of serving the people and protecting them in their rights. Curley vs U.S., 130 F. 1, 8, 64 C.C.A. 369*

5) The government is NOT within its rights when violating my rights: *"All that government does and provides legitimately is in pursuit of it's duty to provide protection for private rights, which duty is a debt owed to it's creator, WE THE PEOPLE and the private un enfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. Wynhammer v. People, 13 NY 378),*

6) The government is outside of its jurisdiction when taxing me: *"On behalf of the Government it is urged that taxation is a practical matter and concerns itself with the substance of the thing upon which the tax is imposed rather than with legal forms or expressions. United States v. Merriam, 263 U.S. 179, 44 S. Ct. 69*

7) The government is outside its authority and THE INTERNAL REVENUE SERVICE REVENUE AGENT is committing a criminal act when they purposely leave out section 6331 (a) when filing a levy: *"But in statutes levying taxes the literal meaning of the words employed is most important, for such statutes are not to be extended by implication beyond the clear import of the language used. If the words are doubtful, the doubt must be resolved against the Government and in favor of the taxpayer". Gould v. Gould, 245 U.S. 151, 153."*

### IV: Evidence Purposeful violation of his oath by a rogue agent;

TITLE 26 > Subtitle F > CHAPTER 64 > Subchapter D > PART II > § 6331Levy and distrait
 **(a) Authority of Secretary** If any person *1* being liable to pay any tax *2* neglects or refuses to pay *3* the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person *4* or on which there is a lien *5* provided in this chapter for the payment of such tax *6*. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia *7*, by serving a notice of levy on the employer (as defined in section 3401(d)) *8* of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary *9* and, upon failure or refusal to pay such tax *10*, collection *11* thereof by levy shall be lawful without regard to the 10-day period provided in this section.

*1*   We are not a person, We are a natural person known also as a human beings and have
      only been considered a person by THE INTERNAL REVENUE SERVICE due to
      their purposeful and fraudulent act of misstating my status in their **administrative**

**determination of status** as a means of terrorizing us into cooperation;

*2   We are not liable to pay such tax and thus am excluded from this section;

*3   We have not, nor can it be stated WE refused to pay a tax when WE do not owe said tax and WE are not liable to pay a tax WE do not owe;

*4   Our property belongs to us, a human beings who are not a person and thus Our rights are protected by the Pennsylvania, Illinois, and Washington Constitutions and the federal Constitution, including, without limitations, Our right to unencumbered property ownership;

*5   Lien that has not been lawful adjudicated is not a lien and no lawful lien has been placed upon my property, only a fraudulent Notice of Intent to Lien that has been unlawfully converted by a rogue agent into a lien;

*6   Such statement only includes payment for a lawful tax on one who is legally liable for such a tax;

*7   We are not any of such stated, and we are not employed by any of such stated;

*8   Notice was given outside of the rogue agent's authority to a private sector non-employer under color of law in direct violation of this code and the rogue agent's oath of office as a means to commit the felonies act of fraudulent conversion;

*9   Notice and demand was made by a rogue agent and not the Secretary under color of law in direct violation of this code and the rogue agent's oath of office as a means to commit the felonies act of fraudulent conversion;

*10 We have never refused to pay a debt and/or a tax we lawfully owe and nor can it be stated we refused to pay a tax when we do not owe said tax;

*11 THE INTERNAL REVENUE SERVICE has no authority to collect from natural persons and human beings American Nationals who are by definition outside of the scope and jurisdiction of THE INTERNAL REVENUE SERVICE See Title 26 U.S.C.§ 7806. Construction of title (a) &(b) FEDERAL INCOME TAX dose not apply to American Nationals whom are Sovereigns.

It appears that an agent doing data entry for THE INTERNAL REVENUE SERVICE made an administrative determination that We are a citizen and resident of the United States, that We have "income" effectively connected with the U.S., that We are an "employee", etc. These determinations affect Our "legal rights" and therefore would seem to possess "the elements of a reviewable order."

> *See: 5 U.S.C. § 702: Right of review*
> *A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.*

As so required by Title 5 U.S.C., it is now incumbent upon THE INTERNAL REVENUE and/or THE INTERNAL REVENUE SERVICE to correct their administrative determination of Our status accordingly. Failure to do so shall be considered by all courts as prima facie evidence of conspiracy of their effort to violate Our human and Constitutional rights.

The **number** and the **MARK** belong to the SOCIAL SECURITY ADMINISTRATION and not to Us.

It is not ours. We did not apply for it. We do not accept it. We will not receive it. We are forbidden by the Creator from having it. It is against Our religious beliefs.

Using a notary on this document does not constitute any adhesion, nor does it alter Affiants status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction. The use of a Notary as a Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.



**Under Title 4 § 1 Positive Law**
**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen**
**Pennsylvania and Illinois are Nativity American Nationals Under**
**Almighty God and the common law of the Commonwealth of**
**Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt**
**[CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

### DECLARATION UNDER PENALTY OF PERJURY
:Fred-Francis and :Mark-Edward declares under the penalties of perjury that our Libel of Review AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST: In Propria Persona as Counter claimant against unlawful Case CR12-262RSL Where FRED F.FRINK An artificial "U.S. citizen" and not the Real Party in Interest responding herein, who is Fred Francis of the Nomen Family Frink, a Sovereign of the union State of the Commonwealth of Pennsylvania with **unalienable rights** being injured by threat and duress, involuntary servitude under color of law. upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of our knowledge and belief. I :Fred-Francis and :Mark-Edward Further Sayeth Naught.

Date November 23rd 2012.

_____(Lawful  seal)
:Fred-Francis:/Real Party in interest of the Republic union state of/Pennsylvania American National Nativity Right. I approve submissions and agree by my lawful seal. All Rights Reserved

_____(Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789  Judiciary Act private sector.
All Rights Reserved

*Original Jurisdiction 1789 A.D. united States of America*

King James Bible
**Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or**

three witnesses shall every word be established

NOTARY PUBLIC'S JURAT

BEFORE ME, *HOON WON* a Notary Public, in and for said State of
Washington, the above named Fred-Francis of the Nomen family Frink natural person did
appear and is personally known by me, and who, upon first being duly sworn and/or
affirmed, deposes and says that the foregoing asseveration is true to the best of their
knowledge and belief. affirmed before me and signed in my presence this day of
November 20th 2012.

WITNESS my hand and official seal.
/s/_____
Notary Public
My Commission Expires On:

Exhibits:
1. The 10 Planks of the Communist Manifesto, 2 pages;
2. Quotes on taxes, 5 pages;
3. Revelation 13, 1 page;
4. Title 42-Ch.7-Sub 2-§ 405, 1 page;
5. Title 42-Ch.7-Sub IV-Part D-§ **666**, 1 page

## THE 10 PLANKS of the COMMUNIST MANIFESTO

1. Abolition of property in land and the application of all rents of land to public purposes.

   *Zoning laws are the first step to government property ownership. The 14th Amendment of the U.S. Constitution (1868), and various zoning, school & property taxes. Also the Bureau of Land Management*

2. A heavy progressive or graduated income tax.

   *Misapplication of the 16th Amendment of the U.S. Constitution, 1913, The Social Security Act of 1936.; Joint House Resolution 192 of 1933; and various State "income" taxes. They call it "paying your fair share".*

3. Abolition of all rights of inheritance.

   *Read inheritance taxes. They call it Federal & State estate Tax (1916); or reformed Probate Laws, and limited inheritance via arbitrary inheritance tax statutes.*

4. Confiscation of the property of all emigrants and rebels.

> *Read the accused, not the convicted - Asset forfeiture laws, DEA, IRS, ATF etc.... We call in government seizures, tax liens, Public "law" 99-570 (1986); Executive order 11490, sections 1205, 2002 which gives private land to the Department of Urban Development; the imprisonment of "terrorists" and those who speak out or write against the "government" (1997 Crime/Terrorist Bill); and the **IRS confiscation of property without due process.***

5. Centralization of credit in the hands of the state, by means of a national bank with State capital and an exclusive monopoly.

> *Read Federal Reserve Bank, Fiat Paper Money and fractional reserve banking. They call it the Federal Reserve which is a credit/debt system nationally organized by the Federal Reserve act of 1913. All local banks are members of the Fed system, and are regulated by the Federal Deposit Insurance Corporation (FDIC). This private bank has an exclusive monopoly in money creation which in reality has ended the need for revenue from taxes.*

6. Centralization of the means of communications and transportation in the hands of the State.

> *Read DOT, FAA, FCC etc.. We call it the Federal Communications Commission (FCC) and Department of Transportation (DOT) mandated through the ICC act of 1887, the Commissions Act of 1934, The Interstate Commerce Commission established in 1938, The Federal Aviation Administration, Federal Communications Commission, and Executive orders 11490, 10999, as well as State mandated driver's licenses and Department of Transportation regulations. There is also the postal monopoly, AMTRACK and CONRAIL*

7. Extension of factories and instruments of production owned by the state, the bringing into cultivation of waste lands, and the improvement of the soil generally in accordance with a common plan.

> *Read "controlled" rather than "owned", or subsidized. They call it corporate capacity, The Desert Entry Act and The Department of Agriculture. As well as the Department of Commerce and Labor, Department of Interior, the Environmental Protection Agency, Bureau of Land Management, Bureau of Reclamation, Bureau of Mines, National Park Service, and the IRS control of business through corporate regulations.*

8. Equal liability of all to labor. Establishment of industrial armies, especially for agriculture.

> *Read Minimum Wage and imprisoned or slave laborers. You know like in China (and here in the U.S. prisons), our Most Favored Nation trade partner. They call it the Social Security Administration and The Department of Labor. The National debt and inflation caused by the communal bank has caused the need for a two "income" family. Woman in the workplace since the 1920's, the 19th amendment of the U.S. Constitution, the Civil Rights Act of 1964, assorted*

*Socialist Unions, affirmative action, the Federal Public Works Program and of course Executive order 11000. And I almost forgot...The Equal Rights Amendment means that women should do all work that men do including the military and since passage it would make women subject to the draft.*

9. Combination of agriculture with manufacturing industries, gradual abolition of the distinction between town and country, by a more equitable distribution of population over the country.

*Read forced relocations and forced sterilization programs like in China. They call it the Planning Reorganization act of 1949 , zoning (Title 17 1910-1990) and Super Corporate Farms, as well as Executive orders 11647, 11731 (ten regions) and Public "law" 89-136.*

10. Free education for all children in public schools. Abolition of children factory labor in its present form. Combination of education with industrial production.

*So that all children can be indoctrinated and inculcated with the government propaganda, like "majority rules", and "pay your fair share". The whole philosophical concept of "fair share" comes from the Communist maxim, "From each according to their ability, to each according to their need, the very concept is pure socialism. People are being taxed to support what we call 'public' schools, which train the young to work for the communal debt system. We also call it the Department of Education, the NEA and Outcome Based "Education".*

The politicians who believe in these things and pass more and more laws implementing these ideas are traitors to the American Constitution. The agencies and their agents that force these concepts upon the people of this nation are committing acts of war against the people and the nation.

"None are more hopelessly enslaved, as those who falsely believe they are free...."

## PRO-INCOME TAX QUOTES
### Vladimir Lenin
1.  The best way to destroy the capitalist system is to debauch the currency.
2.  The way to crush the bourgeoisie is to grind them between the millstones of taxation and inflation.
3.  When there is state there can be no freedom, but when there is freedom there will be no state.
4.  The goal of socialism is communism.
5.  Democracy is indispensable to socialism.
6.  Fascism is capitalism in decay.
7.  A lie told often enough becomes truth.
8.  Freedom in capitalist society always remains about the same as it was in ancient Greek republics: Freedom for slave owners.
9.  Can a nation be free if it oppresses other nations? It cannot.

10. Despair is typical of those who do not understand the causes of evil, see no way out, and are incapable of struggle. The modern industrial proletariat does not belong to the category of such classes.
11. Give me four years to teach the children and the seed I have sown will never be uprooted.
12. Give us the child for 8 years and it will be a Bolshevik forever.
13. If it were necessary to give the briefest possible definition of imperialism, we should have to say that imperialism is the monopoly stage of capitalism.
14. It is true that liberty is precious – so precious that it must be rationed.
15. Our program necessarily includes the propaganda of atheism.
16. The press should be not only a collective propagandist and a collective agitator, but also a collective organizer of the masses.
17. There are no morals in politics; there is only expedience. A scoundrel may be of use to us just because he is a scoundrel.
18. To rely upon conviction, devotion, and other excellent spiritual qualities; that is not to be taken seriously in politics.

Benito Mussolini
Fascism should rightly be called Corporatism as it is a merge of state and corporate power.

J. P. Morgan
Capital must protect itself in every way... Debts must be collected and loans and mortgages foreclosed as soon as possible. When through a process of law the common people have lost their homes, they will be more tractable and more easily governed by the strong arm of the law applied by the central power of leading financiers. People without homes will not quarrel with their leaders. This is well known among our principle men now engaged in forming an imperialism of capitalism to govern the world. By dividing the people we can get them to expend their energies in fighting over questions of no importance to us except as teachers of the common herd.

## ANTI-INCOME TAX QUOTES

**The Savior:**
Jesus of Nazareth
Woe unto you, scribes and Pharisees, hypocrites! for ye pay tithe of mint and anise and cummin, and have omitted the weightier matters of the law, judgment, mercy, and faith: these ought ye to have done, and not to leave the other undone.

**American Documents:**
Declaration of Independence
But, when a long train of abuses and usurpation's, pursuing invariably the same object, evinces a design to reduce them under absolute despotism, it is their right, it is their duty, to throw off such government, and to provide new guards for their future security.
Grace Commission,
100% of what is collected is absorbed solely by interest on the Federal Debt ... all individual income tax revenues are gone before one nickel is spent on the services taxpayers expect from government.
**American Politicians:**
James Madison
I cannot undertake to lay my finger on that article of the Constitution which granted a right to Congress

of expending, on the objects of benevolence, the money of their constituents.
Thomas Jefferson
1.   We must not let our rulers load us with perpetual debt. We must make our election between
economy and liberty or profusion and servitude. If we run into such debt, as that we must be taxed in
our meat and in our drink, in our necessaries and our comforts, in our labors and our amusements, for
our calling and our creeds...[we will] have no time to think, no means of calling our miss-managers to
account but be glad to obtain subsistence by hiring ourselves to rivet their chains on the necks of our
fellow-sufferers... And this is the tendency of all human governments.
2.   A departure from principle in one instance becomes a precedent for[ another]... till the bulk of
society is reduced to be mere automatons of misery... And the fore-horse of this frightful team is public
debt. Taxation follows that, and in its train wretchedness and oppression.
3.   The mass of mankind has not been born with saddles on their backs, nor a favored few booted and
spurred, ready to ride them legitimately, by the grace of God.
4.   To lay taxes to provide for the general welfare of the United States, that is to say, 'to lay taxes for
the purpose of providing for the general welfare.' For the laying of taxes is the power, and the general
welfare the purpose for which the power is to be exercised. They are not to lay taxes ad libitum for any
purpose they please; but only to pay the debts or provide for the welfare of the Union.
5.   If the American people ever allow private banks to control the issue of their money, first by
inflation and then by deflation, the banks and corporations that will grow up around them (around the
banks), will deprive the people of their property until their children will wake up homeless on the
continent their fathers conquered
6.   The privilege of giving or withholding moneys is an important barrier against the undue exertion of
prerogative which if left altogether without control may be exercised to our great oppression; and all
history shows how efficacious its intercession for redress of grievances and reestablishment of rights,
and how improvident would be the surrender of so powerful a mediator
7.   I am not among those who fear the people. They, and not the rich, are our dependence for continued
freedom. And to preserve their independence, we must not let our rulers load us with perpetual debt.
We must make our election between economy and liberty, or profusion and servitude. If we run into
such debts, as that we must be taxed in our meat and in our drink, in our necessities and our comforts,
in our labors and our amusements, for our calling and our creeds, as the people of England are, our
people, like them, must come to labor sixteen hours in the twenty-four, give the earnings of fifteen of
these to the government for their debts and daily expenses; and the sixteenth being insufficient to afford
us bread, we must live, as they now do, on oatmeal and potatoes; have no time to think, no means of
calling the mismanagers to account; but be glad to obtain subsistence by hiring ourselves to rivet their
chains on the necks of our fellow suffers. Our land-holders, too, like theirs, retaining indeed the title
and stewardship of estates called theirs but held really in trust for the treasury, must wander, like theirs,
in foreign countries, and be contented with penury, obscurity, exile, and the glory of the nation. This
example reads to us the salutary lesson, that private fortunes are destroyed by public as well as by
private extravagances. And this is the tendency of all human governments. A departure from principle
in one instance becomes a precedent for the second; that second for a third; and so on, till the bulk of
the society is reduced to mere automatons of misery, to have no sensibilities left but for sinning and
suffering. Then begins, indeed, the bellum omnium in omnia, which some philosophers observing to be
so general in this world, have mistaken for the natural, instead of the abusive state of man. And the fore
horse on this frightful team is public debt. Taxation follows that, and in its train wretchedness and
oppression.
8.   To compel a man to furnish funds for the propagation of ideas he disbelieves and abhors is sinful
and tyrannical.
Benjamin Franklin
When the people find they can vote themselves money that will herald the end of the republic.

Davy Crockett
There ain't no ticks like poly-ticks. Bloodsuckers all.
Frederick Douglass
I know no class of my fellowmen, however just, enlightened, and humane, which can be wisely and safely trusted absolutely with the liberties of any other class.
Calvin Coolidge
1.  The collection of taxes which are not absolutely required, which do not beyond reasonable doubt contribute to the public welfare, is only a species of legalized larceny. The wise and correct course to follow in taxation is not to destroy those who have already secured success, but to create conditions under which everyone will have a better chance to be successful.
2.  No matter what anyone may say about making the rich and the corporations pay taxes, in the end collecting more taxes than is absolutely necessary is legalized robbery.
3.  As I went about with my father, when he collected taxes, I knew that when taxes were laid someone had to work hard to earn the money to pay them.
Ronald Reagan
1.  I just wanted to speak to you about something from the Internal Revenue Code. It is the last sentence of section 509A of the code and it reads: 'For purposes of paragraph 3, an organization described in paragraph 2 shall be deemed to include an organization described in section 501C-4, 5, or 6, which would be described in paragraph 2 if it were an organization described in section 501C-3.' And that's just one sentence out of those fifty-seven feet of books.
2.  The federal government has taken too much tax money from the people, too much authority from the states, and too much liberty with the Constitution.
3.  We need true tax reform that will at least make a start toward restoring for our children the American Dream that wealth is denied to no one, that each individual has the right to fly as high as his strength and ability will take him. . . . But we cannot have such reform while our tax policy is engineered by people who view the tax as a means of achieving changes in our social structure.
4.  Are you entitled to the fruits of your labor or does government have some presumptive right to spend and spend and spend?
5.  Have we the courage and the will to face up to the immorality and discrimination of the progressive tax, and demand a return to traditional proportionate taxation? ... Today in our country the tax collector's share is 37 cents of every dollar earned. Freedom has never been so fragile, so close to slipping from our grasp.
6.  Government's view of the economy could be summed up in a few short phrases: If it moves, tax it. If it keeps moving, regulate it. And if it stops moving, subsidize it.
7.  The taxpayer; that's someone who works for the federal government, but doesn't have to take a civil service examination
8.  Government does not tax to get the money it needs; government always finds a need for the money it gets.

**American Judges:**
Justice John Marshall
The power to tax involves the power to destroy.
Justice Stephen J. Field
Here I close my opinion. I could not say less in view of questions of such gravity that go down to the very foundations of the government. If the provisions of the Constitution can be set aside by an Act of Congress, where is the course of usurpation to end? The present assault upon capital is but the beginning. It will be but the stepping-stone to others, larger and more sweeping, till our political contests will become a war of the poor against the rich; a war growing in intensity and bitterness.
Judge Learned Hand

Anyone may arrange his affairs so that his taxes shall be as low as possible; he is not bound to choose that pattern which best pays the treasury. There is not even a patriotic duty to increase one's taxes. Over and over again the Courts have said that there is nothing sinister in so arranging affairs as to keep taxes as low as possible. Everyone does it, rich and poor alike and all do right, for nobody owes any public duty to pay more than the law demands.

Judge Cummings
Only the rare taxpayer would be likely to know that he could refuse to produce his records to IRS agents... Who would believe the ironic truth that the cooperative taxpayer fares much worse than the individual who relies upon his constitutional rights.
Justice Hugo L. Black
The United States has a system of taxation by confession.

**I.R.S. Commissioner:**
T. Coleman Andrews
I don't like the income tax. Every time we talk about these taxes we get around to the idea of 'from each according to his capacity and to each according to his needs'. That's socialism. It's written into the Communist Manifesto. Maybe we ought to see that every person who gets a tax return receives a copy of the Communist Manifesto with it so he can see what's happening to him.

**Federal Reserve Chairman:**
Alan Greenspan
1.  In the absence of the gold standard, there is no way to protect savings from confiscation through inflation. ... This is the shabby secret of the welfare statists' tirades against gold. Deficit spending is simply a scheme for the confiscation of wealth. Gold stands in the way of this insidious process. It stands as a protector of property rights. If one grasps this, one has no difficulty in understanding the statistics' antagonism toward the gold standard.
2.  Gold still represents the ultimate form of payment in the world.

**American Business Leaders:**
Steve Forbes
The Declaration of Independence, the words that launched our nation -- 1,300 words. The Bible, the word of God -- 773,000 words. The Tax Code, the words of politicians -- 7,000,000 words --
Henry Ford
It is well enough that people of the nation do not understand our banking and monetary system, for if they did, I believe there would be a revolution before tomorrow morning.
George Hansen
The IRS is an extraordinary example of the end justifying the means. The means of this agency is growth. It is interesting that the revenue officers within the IRS refer to taxpayers as 'inventory'. The IRS embodies the political realities of the selfish human desire to dominate others. Thus the end of this gigantic pretense of officialdom is power, pure and simple. The meek may inherit the earth, but they will never receive a promotion in an agency where efficiency is measured by the number of seizures of taxpayers' property and by the number of citizens and businesses driven into bankruptcy.
Orville Browning
Be assured that if this new provision [the 14th Amendment] be engrafted in the Constitution, it will, in time, change the entire structure and texture of our government, and sweep away all the guarantees of safety devised and provided by our patriotic Sires of the Revolution.

Joseph H. Choate
The Act of Congress which we are impugning before you is communistic in its purposes and tendencies, and is defended here upon principles as communistic, socialistic - what shall I call them - populistic as ever have been addressed to any political assembly in the world.

Paul Craig Roberts
In U.S. politics, 'compassion' means giving money and privileges to well organized interest groups at everyone else's expense.

Shirley Peterson
Eight decades of amendments... to (the) code have produced a virtually impenetrable maze... The rules are unintelligible to most citizens... The rules are equally mysterious to many government employees who are charged with administering and enforcing the law.

Henry Bellmon
In a recent conversation with an official at the Internal Revenue Service, I was amazed when he told me that 'If the taxpayers of this country ever discover that the IRS operates on 90% bluff the entire system will collapse'

Donald Alexander
We now have so many regulations that everyone is guilty of some violation.

Bernard Berenson
Governments last as long as the under taxed can defend themselves against the overtaxed.

Georges Bernanos
Justice in the hands of the powerful is merely a governing system like any other. Why call it justice? Let us rather call it injustice, but of a sly effective order, based entirely on cruel knowledge of the resistance of the weak, their capacity for pain, humiliation and misery.

William Boetcker
You cannot bring about prosperity by discouraging thrift. You cannot help small men by tearing down big men. You cannot strengthen the weak by weakening the strong. You cannot lift the wage-earner by pulling down the wage-payer. You cannot help the poor man by destroying the rich. You cannot keep out of trouble by spending more than your income. You cannot further the brotherhood of man by inciting class hatred. You cannot establish security on borrowed money. You cannot build character and courage by taking away men's initiative and independence. You cannot help men permanently by doing for them what they could and should do for themselves

Richard E. Byrd
A hand from Washington will be stretched out and placed upon every man's business; the eye of the federal inspector will be in every man's counting house.... The law will of necessity have inquisitive features, it will provide penalties, it will create complicated machinery. Under it, men will be hauled into courts distant from their homes. Heavy fines imposed by distant and unfamiliar tribunals will constantly menace the taxpayer. An army of federal inspectors, spies, and detectives will descend upon the state.

**Foreign Political and business leaders:**

Sir Winston Churchill
We contend that for a nation to try to tax itself into prosperity is like a man standing in a bucket and trying to lift himself up by the handle.

Bertrand de Jouvenel
The more one considers the matter, the clearer it becomes that redistribution is in effect far less a redistribution of free income from the richer to the poorer, as we imagined, than a redistribution of power from the individual to the State.

Napoleon Bonaparte
Not one cent should be raised unless it is in accord with the law.

Frederic Bastiat
1.  It is impossible to introduce into society a greater change and a greater evil than this: the conversion of the law into an instrument of plunder.
2.  The state is the great fiction by which everybody seeks to live at the expense of everybody else.
3.  But how is this legal plunder to be identified? Quite simply. See if the law takes from some persons what belongs to them, and gives it to other persons to whom it does not belong. See if the law benefits one citizen at the expense of another by doing what the citizen himself cannot do without committing a crime.
4.  No legal plunder: This is the principle of justice, peace, order, stability, harmony, and logic. Until the day of my death, I shall proclaim this principle with all the force of my lungs (which alas! is all too inadequate).
Santo Presti
Fear is the key element for the IRS in achieving its mission. Without fear, the IRS would have a difficult time maintaining our so-called system of voluntary compliance ...
Benjamin Disraeli
1.  To tax the community for the advantage of a class is not protection, it is plunder.
2.  I think we have more machinery of government than is necessary, too many parasites living on the labor of the industrious.
Fredrich August von Hayek
The system of private property is the most important guaranty of freedom, not only for those who own property, but scarcely less for those who do not.
Auberon Herbert
Every tax or rate, forcibly taken from an unwilling person, is immoral and oppressive.

**Revelation 13**

**Revelation 16** And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand*1, or in their foreheads*2:

**Revelation 17** And that no man might buy or sell*3, save he that had the mark*4, or the name of the beast, or the number of his name.

**Revelation 18** Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six*5.

*1. Read as write hand, the right hand was the hand considered as used for writing;
*2. Read as memory,
*3. See Title 42-Ch.7-Sub IV-Part D-§ 666;
*4. Mark: a symbol of disgrace or infamy; "And the Lord set a mark upon Cain"—
     Genesis, not necessarily something others can see;
*5. 666, no coincidence it is the same number: The Scriptures warn us that a mark will be
     Required by man's law for people to do business and that the mark will be established
     as 666. It is no coincidence that under § 666 are the requirements for the number's
     use concerning children so the government can take earnings and possessions from

the people that are numbered that do not cooperate.

The social security account number is a possession of the SOCIAL SECURITY ADMINISTRATION, not a possession of any man, woman or child. For a man to claim the number as his he as thus received the MARK as mentioned in the Holy Scriptures.

The number and the MARK belong to the SOCIAL SECURITY ADMINISTRATION and not to me. It is not mine. I did not apply for it. I do not accept it. I will not receive it. I am forbidden by the Creator from having it. It is against my religious beliefs.

## TITLE 42 > CHAPTER 7 > SUBCHAPTER II > § 405
### § 405. Evidence, procedure, and certification for payments (2)  (B)

(i) In carrying out the Commissioner's duties under sub paragraph (A) and sub paragraph (F), the Commissioner of Social Security shall take affirmative measures to assure that social security **account** numbers will, to the maximum extent practicable, be assigned to all members of appropriate groups or categories of individuals by assigning such numbers (or ascertaining that such numbers have already been assigned):

(I) to aliens at the time of their lawful admission to the United States either for permanent residence or under other authority of law permitting them to engage in employment in the United States and to other aliens at such time as their status is so changed as to make it lawful for them to engage in such employment;

(II) to any individual who is an applicant for or recipient of benefits under any program financed in whole or in part from Federal funds including any child on whose behalf such benefits are claimed by another person; and

(III) to any other individual when it appears that he could have been but was not assigned an account number under the provisions of subclauses (I) or (II) but only after such investigation as is necessary to establish to the satisfaction of the Commissioner of Social Security, the identity of such individual, the fact that an account number has not already been assigned to such individual, and the fact that such individual is a citizen or a noncitizen who is not, because of his alien status, prohibited from engaging in employment;

and, in carrying out such duties, the Commissioner of Social Security is authorized to take affirmative measures to assure the issuance of social security numbers:

(IV) to or on behalf of children who are below school age at the request of their parents or guardians; and

(V) to children of school age at the time of their first enrollment in school.

(ii) The Commissioner of Social Security shall require of applicants for social security account numbers such evidence as may be necessary to establish the age, citizenship, or alien status, and true identity of such applicants, and to determine which (if any) social security account number has previously been assigned to such individual. With respect to an application for a social security account number for an individual who has not attained the age of 18 before such application, such evidence shall include the information described in sub paragraph (C)(ii).

(iii) In carrying out the requirements of this sub paragraph, the Commissioner of Social Security shall enter into such agreements as may be necessary with the Attorney General and other officials and with State and local welfare agencies and school authorities (including nonpublic school authorities).

TITLE 42 > CHAPTER 7 > SUBCHAPTER IV > Part D > § 666

§ 666. Requirement of statutorily prescribed procedures to improve effectiveness of child support enforcement

(a) Types of procedures required
 (4) Liens
 (5) Procedures concerning paternity establishment.—
 (A) Establishment process available from birth until age 18.—
 **(B) Procedures concerning genetic testing.—**
 **(i) Genetic testing required in certain contested cases.—**
 (ii) Other requirements.—
 (C) Voluntary paternity acknowledgment.—
 (iii) Paternity establishment services.—
 (I) State-offered services.—
 (II) Regulations.—
 (aa) Services offered by hospitals and birth record agencies.—
 (iv) Use of paternity acknowledgment affidavit.—
 (D) Status of signed paternity acknowledgment.—
 (i) Inclusion in birth records.—
 (ii) Legal finding of paternity.—
 (iii) Contest.—
 (F) Admissibility of genetic testing results
 (G) Presumption of paternity in certain cases.—
 (H) Default orders.—
 **(I) No right to jury trial.—**
 (J) Temporary support order based on probable paternity in contested cases.—
 (K) Proof of certain support and paternity establishment costs.—
 (L) Standing of putative fathers.—
 (M) Filing of acknowledgments and adjudications in state registry of birth records.—
 (7) Reporting arrearages to credit bureaus.—
 (A) In general.—
 (B) Safeguards.—
 (10) Review and adjustment of support orders upon request.—
 (A) 3-year cycle.—
 (i) In general.— as
 (B) Proof of substantial change in circumstances necessary in request for review outside 3-year cycle.—
 (12) Locator information from interstate networks.—
 (13) Recording of social security numbers in certain family matters.—
 (14) High-volume, automated administrative enforcement in interstate
 (15) Procedures to ensure that persons owing overdue support work or have a plan for payment of such support.—
 (16) Authority to withhold or suspend licenses.—
 (17) Financial institution data matches.—
 (18) Enforcement of orders against paternal or maternal grandparents.—
 (19) Health care coverage.—
 (c) Expedited procedures



## LAW OF THE FLAG

I :Fred-Francis: and :Mark-Edward:, declare the law of the flag and our flag is on our documents a common law flag July 30th , 1947, ch 389, 61 Stat. 642. my vessel is my paperwork, In maritime law, the law of that nation or country whose flag is flown by a particular vessel. A ship owner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him, (Blacks Law Dictionary. 6th Ed.). I :Fred-Francis: and :Mark-Edward:, Further sayeth naught.

_____ 11/23/2012 (Lawful  seal)
:Fred-Francis: of the Republic union state of Pennsylvania
American National Nativity Right.
(Affiant and Witness)

_____(Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Affiant and Witness)

King James Bible
**Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or** three witnesses shall every word be established

## CAVEAT

Upon receipt of this **AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST:** to the intended party's Respondents THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, this is served with summons and verified complat as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond as on summons to rebut and review point for point and correct any errors within this Affidavit and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so by face of summons, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this **AFFIDAVIT OF CITIZENSHIP IN SUPPORT OF VERIFIED STATEMENT OF RIGHT OR INTEREST:** and that they are true, correct, and certain. (F.R.C.P. 8d).

## CERTIFICATE OF SERVICE

I, Jill E Lane HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served
To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF
WASHINGTON AT SEATTLE for filing and a copys was served with verified complaint and summons
and attachment to lis Pendens filed in the king county recorders office and US Mail first class.

DATED: Redmond,Washington  11/21/2012

11-21-2012

*Complont & Sumon 5 of 7 Exhb 45* 11-23-2012 (Lawful  seal)

Jill E. Lane by Proof of Service