# ORIGINAL



**Under Title 4 § 1 Positive
Law Flag of the Republic.**

Fred Francis Frink a Private Citizen
Pennsylvania Nativity American
National Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Forced Appearance by threat, duress,
coercion, by agents of a foreign principal.
Appearing Sur Juris, In Propria Persona.

```
_____FILED     _____ENTERED
_____LODGED____RECEIVED
       NOV 2 6 2012    DJ
            AT SEATTLE
       CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT O  WASHINGTON
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>　　　　　　　　　Petitioners.<br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate- | **Admiralty Case No. C12-2048-JCC (Original Estate-Article III; Constitution)**<br><br>**AFFIDAVIT AND PROOF OF SERVICE**<br>By Jill E. Lane<br>Non party over age of 18.<br><br>No Magistrates. No one may handle this case but an Article III judge The nature of this cause is Injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A).<br><br>To Respondents Do not Alter the names of the Petitioners to all Caps in your responses to avoid tort for fraud and Identity theft and character assassination and constitutional violations.<br><br>By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest. |

AFFIDAVIT AND PROOF OF SERVICE　　　1 of 17



12-CV-02048-CERT

| | |
|---|---|
| Article III; Constitution for Case CR12-262RSL. & DOES 1-200.<br>                    Respondents. | **Certificate of Service** |

## AFFIDAVIT AND PROOF OF SERVICE

1) Affiant states that, I, Jill E. Land undersigned Affiant, hereinafter "Affiant," does hereby solemnly affirm, declare, and state as follows:

2) I am over the age of 18, I make this affidavit of my own free will act and deed to tell the truth and give affirmation of proof of Service to the respondents herein, Affiant is competent to state the matters set forth herewith.

3) Affiant has personal first hand knowledge of the facts stated herein. That on 11/21/2012 I served the Summons and complaint and 17 Exhibits a total of 224 pages to the party's listed.

4) All the facts stated herein are true, correct, and complete in accordance with Affiant best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

5) Affiant states that on 11/21/2012 I served the Summons and complaint and 17 Exhibits a total of 224 pages to the party's listed. See clerks original seal on AO440WAWD.

6) Affiant states that, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. was served by certified mail return receipt to me as notary acceptor at 140 N. 101, St Street Seattle Washington certified mail number, Certified Mail sent # 7010 3090 0002 7079 3350. on

11/21/2012.

7) Affiant states that, INTERNAL REVENUE SERVICE, CHARLES WASHINGTON Revenue officer 26-10-3612, 1201 Pacific Av Tacoma WA- 98402-4310 ph 253-8856. was served by certified mail return receipt to me as notary acceptor at 140 N. 101, St Street Seattle Washington Certified Mail # 7010 3090 0002 7079 3343,on 11/23/2012.

8) Affiant states that, INTERNAL REVENUE SERVICE, R.A. MITCHELL Revenue officer 26-10-3612, 1201 Pacific Av Tacoma WA- 98402-4310 ph 253-8856. was served by certified mail return receipt to me as notary acceptor at 140 N. 101, St Street Seattle Washington Certified Mail # 7010 3090 0002 7079 3343,on 11/23/2012.

## DECLARATION UNDER PENALTY OF PERJURY

I, Jill E. Lane declares I am over 18 not a party to the action and under the penalties of perjury that my **AFFIDAVIT AND PROOF OF SERVICE** upon first being duly affirmed, deposes and says that the foregoing asseveration is true to the best of my knowledge and belief. I, Jill E. Lane Further Sayeth Naught.

Date November 26th 2012.

_____(lawful seal)
Jill E. Lane   service and notary acceptor.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by my hand :Fred-Francis: To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and e-file by clerk to United States Attorney office by said clerk presumed and US Mail first class to all herein.

DATED: Redmond,Washington 11/ 26 /2012

_____(Lawful seal)
Fred Francis Frink of the Republic union state of Pennsylvania
American National Nativity Right by Real Party in Interest.

AFFIDAVIT AND PROOF OF SERVICE      3 of 17

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed.. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* Jenny Anne Durkan

was received by me on *(date)* 12/21/12 .

☒ I personally served the summons and complaint on the individual at *(place)*

700 Stewart Street Ste 5220 Seattle, WA 98101 on *(date)* 11/21/12 ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/21/12

Server's signature

Jill E. Lane - Process Server
Printed name and title

140 N. 101st St Seattle, WA 98133
Server's address

Additional information regarding attempted service, etc.

COPY RECEIVED
NOV 21 2012
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* Andrew D. Friedman

was received by me on *(date)* 11/21/12 .

☒ I personally served the summons and complaint on the individual at *(place)*
700 Stewart Street Ste. 5220 Seattle, WA 98101 on *(date)* 11/21/12 ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/21/12

_____
Server's signature

Jill E. Lane - Process Server
Printed name and title

140 N. 101st St. Seattle, WA 98133
Server's address

Additional information regarding attempted service, etc.

**COPY RECEIVED**
NOV 21 2012
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for (*name of individual and title, if any*) __Thomas M. Woods__

was received by me on (*date*) __11/21/12__.

☒ I personally served the summons and complaint on the individual at (*place*)
__700 Stewart Street Ste 5220 Seattle, WA 98101__ on (*date*) __11/21/12__ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____
who is designated by law to accept service of process on behalf of (*name of organization*)
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140 N. 101st Street Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.

COPY RECEIVED
NOV 21 2012
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed. R. Civ. P. 4(l)

This summons for *(name of individual and title, if any)* __Robert Steven Lasnik__

was received by me on *(date)* __11/21/12__.

☒ I personally served the summons and complaint on the individual at *(place)*
__700 Stewart Street Seattle, WA 98101__ on *(date)* __11/21/12__ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140 N. 101st St. Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed.. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* __Brian A. Tsuchid__

was received by me on *(date)* __11/21/12__ .

☒ I personally served the summons and complaint on the individual at *(place)*

__700 Stewart Street Seattle, WA 98101__ on *(date)* __11/21/12__ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140 N. 101st St Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.



**U.S. Department of Justice**
United States Attorney's Office

Western District of Washington

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Telephone: (206) 553-7970
Fax: (206) 553-0882

**COPY RECEIVED**

NOV 21 2012

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* __Nancy Tenney__

was received by me on *(date)* __11/21/12__.

☒ I personally served the summons and complaint on the individual at *(place)*
__1601 5th Ave Ste 700 Seattle, WA__ on *(date)* __11/21/12__ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**RECEIVED**

**NOV 21 2012**

**FEDERAL PUBLIC DEFENDER**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140 N. 101st St. Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed.. R. Civ. P. 4(l)*

This summons for (*name of individual and title, if any*) **CJA Administration Federal Public Defenders Office**

was received by me on (*date*) **11/21/12**.

☒ I personally served the summons and complaint on the individual at (*place*)
**1601 5th Ave Ste 700 Seattle, WA** on (*date*) **11/21/12** ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)
_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____

who is designated by law to accept service of process on behalf of (*name of organization*)
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*):

FEDERAL PUBLIC DEFENDER

NOV 21 2012

RECEIVED

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: **11/21/12**

*Server's signature*

**Jill E. Lane - Process Server**
*Printed name and title*

**140 W. 101st St Seattle, WA 98133**
*Server's address*

Additional information regarding attempted service, etc:

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(l)

This summons for *(name of individual and title, if any)* __Timothy Geithner__

was received by me on *(date)* __11/21/12__ .

☐ I personally served the summons and complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* __Certified Mail 7010 3090 0002 7079 3350__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140 N. 101st St. Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $13.85 | 0264 |
| Certified Fee | $2.95 | 14 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $19.15 | 11/21/2012 |

7010 3090 0000 2707 9350

Sent To: **TIMOTHY F. GEITHNER**
Street, Apt. No. or PO Box No.: Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania
City, State, ZIP: Avenue, NW Washington, D.C. 20220.

PS Form 3800

---

```
=======================================
           REDMOND POST OFFICE
           REDMOND, Washington
                980526715
             5476210264-0095
11/21/2012 (800)275-8777 02:34:10 PM
=======================================
================ Sales Receipt ================
Product              Sale Unit      Final
Description          Qty  Price     Price

WASHINGTON DC 20220                 $13.85
Zone-8 Priority Mail
2 lb.  4.50 oz.
 Expected Delivery: Fri 11/23/12
 Return Rcpt (Green                  $2.35
 Card)
 Certified                           $2.95
 Label #:      70103090000270793350
                                  ========
Issue PVI:                          $19.15

                                  ==========
Total:                              $19.15

Paid by:
Debit Card                          $19.15
  Account #:       XXXXXXXXXXXX4460
  Approval #:
  Transaction #:   364
  23903510949
  Receipt#:        001443
*************************************
*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
*************************************
```

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed. R. Civ. P. 4(l)

This summons for *(name of individual and title, if any)* __Michael Ball__

was received by me on *(date)* __11/21/12__.

☒ I personally served the summons and complaint on the individual at *(place)*
__800 5th Ave Seattle, WA__ on *(date)* __11/21/12__ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and complaint on *(name of individual)* __Jeff A. Holm / Jeff G. H?__
who is designated by law to accept service of process on behalf of *(name of organization)*
__Michael Ball__ on *(date)* __11/21/12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __11/21/12__

_____
Server's signature

__Jill Lane - Process Server__
Printed name and title

__140. N. 101st St Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* R. A. Mitchell

was received by me on *(date)* 11/21/12 .

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail 7011 0470 0000 4457 4673

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/23/12

_____
Server's signature

Jill Lane
Printed name and title

140 N. 101st St, Seattle, WA 98133
Server's address

Additional information regarding attempted service, etc.

PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for (*name of individual and title, if any*) __Charles Washington__

was received by me on (*date*) __11/21/12__.

☐ I personally served the summons and complaint on the individual at (*place*)

_____ on (*date*) _____; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____

who is designated by law to accept service of process on behalf of (*name of organization*)

_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other (*specify*) __Certified Mail 7010 3090 0002 7079 3343__


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11/23/12__

_____
Server's signature

__Jill E. Lane - Process Server__
Printed name and title

__140. N. 101st St. Seattle, WA 98133__
Server's address

Additional information regarding attempted service, etc.



```
===================================
           BELLEVUE MPO
       BELLEVUE, Washington
             980044292
          5476210192-0094
11/23/2012 (800)275-8777 12:41:22 PM
===================================
============ Sales Receipt ============
Product          Sale Unit      Final
Description      Qty  Price     Price
=======================================

TACOMA WA 98402                  $6.05
Zone-1 Priority Mail
2 lb.  4.90 oz.
 Expected Delivery: Sat 11/24/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:      70110470000044574673
                                ======
 Issue PVI:                     $11.35

TACOMA WA 98402                  $6.05
Zone-1 Priority Mail
2 lb.  4.90 oz.
 Expected Delivery: Sat 11/24/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:      70103090000270793343
                                ======
 Issue PVI:                     $11.35

Mail Pickup          Delivered
Label # 71969008911178806502
Label # 71969008911178806342
Label # 71969008911178806427
# of Mailpieces :  1
Mail Pickup Date: 11/23/2012 12:39 PM
                                ======
Total:                          $22.70

Paid by:
VISA                            $22.70
  Account #:       XXXXXXXXXXXX4460
  Approval #:      024610
  Transaction #:   610
```