Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FRED FRANCIS,

    Plaintiff,

vs.

THOMAS WOODS *et al*,

    Defendants.

Cause No.  C-12-2048-JCC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gilbert H. Levy appears as counsel for Fred Francis in the above-captioned case.

DATED: November 27, 2012.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

NOTICE OF APPEARANCE

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

1

CERTIFICATE OF SERVICE

2

I certify that on November 27, 2012, I caused to be electronically filed the foregoing

3

document with the Clerk of Court using the CM/ECF system, which will send notification of such

4

filing to the attorney(s) of record.

5

6

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252