Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FRED FRANCIS,

    Plaintiff,

vs.

THOMAS WOODS *et al*,

    Defendants.

Cause No.  C-12-2048-JCC

**VOLUNTARY DISMISSAL OF CLAIMS**

COMES NOW Plaintiff Fred Francis, by and through his attorney, Gilbert H. Levy, and voluntarily dismisses his claims in the above-referenced cause with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1).

DATED: November 27, 2012.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

VOLUNTARY DISMISSAL OF CLAIMS - 1

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

CERTIFICATE OF SERVICE

I certify that on November 27, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

VOLUNTARY DISMISSAL OF CLAIMS
- 2

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252