**ORIGINAL**





**Title 4 § 1 Positive Law
Flag of the Republic.**

12-CV-02048-DISCL



—— FILED       —— ENTERED
—— LODGED     —— RECEIVED

**DEC 10 2012** JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br><br>             Petitioners.<br><br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY All "policy"employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; | **Admiralty Case No.12-C-2048-JCC.**<br>**(Original Estate-Article III; Constitution)**<br><br>**WRIT OF ERROR**<br><br>**THIS CASE IS FILED UNDER THE DE JURE ARTICLE III FOR LIABLE OF REVUE NO UNCONSTITUTIONAL INSURRECTION OF GILBERT HENRY LEVY or DE FACTO OFFICERS MAY MAKE ANY FORM APPEARANCE PER THE DE JURE THIRTEENTH AMENDMENT To Writ:**<br><br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

Constitution for Case CR12-262RSL. &
DOES 1-200.

Respondents.

## WRIT OF ERROR

### THIS CASE IS FILED UNDER THE DE JURE ARTICLE III FOR LIABLE OF REVUE NO UNCONSTITUTIONAL INSURRECTION OF GILBERT HENRY LEVY or DE FACTO OFFICERS MAY MAKE ANY FORM APPEARANCE PER THE DE JURE THIRTEENTH AMENDMENT To Writ:

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ✝ ⳤ ⲱ Ⳋ ⲁ⸰ ✝ ⲱ ✝ ⲁ ⳤ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under

---

[1] Ⳋ ✝ ⲁ ⳤ ⳤ ⲁ ⲩⲅ Ⳋ ✝ ✝ ✝⸰ ⲙ Ⳋ ⲁ⸰ ✝ ⲱ ✝ ⲁ ⳤ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews*. Hebrew acronym YHVH the Name of God.

duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners  AS AMERICAN NATIONALS,  DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "... Republican Form of Government ..." *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

## THE TRUTH AND THE FACTS OF THE FOLLOWING TO WRIT:

1)      I :Mark-Edward of the genealogy Hill whom holds all Power of Attorney and Quiet Title to :Fred-Francis of the Nomen Family Frink filed as evidence EXHIBIT 1 see NOTICE OF JOINDER. has all power to act in the best interest of :Fred-Francis to tell the truth and file documents and sign or run any business has all authority and power as a contractual right under the common law as  ARTICLE 1, Section 10 clause 1 thereof and is irrevocable until any and all legal or lawful matters are resolved and compensation is made both in honor then and only then my client my continue to keep me or revoke said power.

2)      In certain relationships, individuals or the general public place their trust and confidence in someone to act in their best interests. When an individual has the responsibility to represent

another person—whether as administrator, attorney, executor, government official, or trustee— a clash between professional obligations and personal interests arises if the individual tries to perform that duty while at the same time trying to achieve personal gain. The appearance of a conflict of interest is present if there is a potential for the personal interests of an individual to clash with fiduciary duties in reference to public officials.

3)      The only remaining access to common (constitutional) law under original jurisdiction lies in the Admiralty Courts under "Savings to Suitors" through Rule 9(h). The Politicians had to leave this "escape hatch", else they could legitimately be charged with treason. This lawsuit Admiralty Case No.12-C-2048-JCC is filed under Federal Rule of Procedure Rule 9(h) which states in part If the claim is cognizable only in admiralty, it is an admiralty or maritime claim for those purposes whether so identified or not the jurisdiction of this case is clearly described and filed under the Article III of the de jure constitution of the united states of America.

4)      See Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)  Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.

5)      Suits in Admiralty are under the exclusive original jurisdiction of the (Article III) district courts of the United States of America....which is not the same thing as Article 1 (administrative) or Article IV (territorial) "United States District Courts" since they are not article III or constitutional courts, they are administrative courts that fall under the executive branch and under the Administrative Procedure Acts.

6)      The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also *In Re Sawyer*, 124 U.S. 200 (188); *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

## CONTROLLING CASE LAW AND STATUTES TO PROSECUTE WITH

7)      There are 4 legs of a suit to complete due process: (1) jurisdiction, (2) discovery, (3)

depositions, and last but not least (4) affidavits, and if any one of these is missing, the court is acting without substantive due process and any judgment that is made is void and or voidable and the judge has lost **personal and subject matter jurisdiction** and any immunity that we would ordinarily have, and anyone that has assisted the judge directly/indirectly are trespassers in law and have created a treasonable act according to case law and U.S. Supreme Court rulings. **Millikan v. Booth, OK. 4 OK. 713, 46 P. (1896).**

8)      A party is not in default so long as he has his pleading on file which makes an issue in the case that requires proof on part of the opposite party in order to entitle him to recover.

9)      I :Mark-Edward of the genealogy Hill has filed over twenty three documents into this case without one single rebuttal CR12-262RSL or 2:12-cr-00262-RSL, Respondents, THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, and by NOTICE OF JOINDER, GILBERT HENRY LEVY.

10)     **Federal Rules of Civil Procedure, Rule 60 (b) (4), 28 U.S.C.A Const. Admend 5.** Judgment is void if the court rendered judgment lacking jurisdiction of the subject matter, or of the parties, or act in a manner inconsistent with due process.

11)     **U.S.C.A Const Amends. 5, 14 Matter of marriage of Hampshire, 869 P. 2d 58 (Kan. 1997).** Void judgment is one rendered by the court which acted in a manner inconsistent with due process.

12)     **Owens v. City of Independence 445 U.S. 622 (1980) par. (a) Pp 635-636.** The language of USC 42-1983 is absolute and unqualified, and no mention is made of the privileges, immunities, or defenses that may be asserted. Rather the statute imposes liability upon 'every' person who under color of law or custom, 'subjects' or causes to be subjected to the deprivation of rights.

13)     **Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974)** When a state officer acts under a state law in a manner volatile of the Federal Constitution, "he

comes into conflict with the superior authority of that Constitution, and he is in the case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The state has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

14)     **In re Sawyer, 124 U.S. 200 (1888)** If a judge does not fully comply with the Constitution, then his orders are void, he/she is without jurisdiction, he/she has engaged in an act or acts of treason.

15)     I :Mark-Edward of the genealogy Hill has a right to protect my interest in property and investments and Quiet Title of :Fred-Francis:Frink I Do not need to be a attorney or a BAR member to have the right for intervention under Court Rule 24 (c) PROCEDURE. A person desiring to intervene shall serve a motion to intervene upon the parties as provided in Rule 5. The motion shall state the grounds therefor and shall be accompanied by a pleading setting forth the claim or defense for which intervention is sought.

16)     I :Mark-Edward of the genealogy Hill and :Fred-Francis:Frink on 11/21/2012, filed a law suit against the respondents herein for all causes stated herein. The nature of this cause is Injunctive relief, albeit preemptive Title 28 U.S.C. §636(b)(1)(A) government and the respondents made the claim that :Fred-Francis:Frink was in violation of his conditions of release and in violation of his illegal probation.

17)     On or about 3:30 Pm on the 11/27/2012 :Fred-Francis:Frink and myself where held at gun point and they placed :Fred-Francis:Frink under arrest and took him to the federal detention center at Sea Tac, presumed for harassing public officials which allegedly violated his conditions of release which he rescinded all signatures of that condition see evidence exhibits.

18)     Harassment is governed by state laws, which vary by state, but is generally defined as a course of conduct which annoys, threatens, intimidates, alarms, or puts a person in fear of their safety. Harassment is unwanted, unwelcome and uninvited behavior that demeans, threatens or offends the victim and results in a hostile environment for the victim.

19)     Harassing behavior may include, but is not limited to, epithets, derogatory comments or slurs and lewd propositions, assault, impeding or blocking movement, offensive touching or any physical interference with normal work or movement, and visual insults, such as

derogatory posters or cartoons.

**20)**    There where no charges filed by any of the respondents federal Rule 12 (B) An officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the **performance of duties on behalf of the United States** shall serve an answer to the complaint or cross-claim— **or a reply to a counterclaim**—within 60 days after service on the officer or employee, or service on the United States attorney, whichever is later. See Supplemental Rule for admiralty and maritime time responses 21 days for complaint and 30 days for interrogatory's.

**21)**    The Admiralty Case No.12-C-2048-JCC was not for harassment reasons nor is this writ of Error See Rule 11 as follows: (b) REPRESENTATIONS TO COURT. By presenting to the court (whether by signing, filing, submitting, or later advocating) a pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances,— (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; (2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a non frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law; (3) the allegations and other factual contentions have evidential support or, if specifically so identified, are likely to have evidential support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.

**22)**    I :Mark-Edward of the genealogy Hill and :Fred-Francis:Frink filed a counterclaim for Diversity of Citizenship and counterclaim based upon personam and subject matter jurisdiction for the constitutional right to preserve or sovereignty as private Citizenship outside the jurisdiction of federal territorial Article I Section 8 in <u>Miller v. U.S.</u> it was established that: 'The claim and exercise of a Constitutional Right cannot be converted into a crime.' (<u>Miller v. U.S.</u> 230 F, 2d 286, 489) there was no harassment only the intent to server any and all

relationship to a unconstitutional court and defacto corporate government which we are not citizens thereof.

23)    The other reasons for the suit was based upon about twenty three submissions and other motions without one rebuttal(a) no responses from any person in said court to date. (b) Judge ROBERT STEPHEN LASNIK, stated in open court when Mr frink stated he invoked his unalienable constitutional rights, Judge said he did not have any, and Mr Frink Stated in open court is he entitled to a fair hearing Judge refused to answer, and said I will not answer that, and violated Mark-Edwards right to contract stated that my contracts meant nothing in his court these are the reasons why we filed a suit to get justice in the only venue available to us in article III there was no other option for or in the interest of justice rogue officials doing as they please with out subject matter or personam jurisdiction.

24)    The creation of faults charges and faults arrest was a attempt of threat and duress to force Mr Frink to submit to the jurisdiction of the court by taking unconstitutional insurrection and misrepresentation of Gilbert Henry Levy whom was appointed by the court to represent Mr Frink which he can not lawfully represent anyone without a valid lawful contract as mine see exhibit 1, and his first duty is not to Mr Frink  see Volume 7, Section 4 - Attorney & client:

25)    The attorney's first duty is to the courts and the public, not to the client, and wherever the duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter."

26)    Clients are also called "wards" of the court in regard to their relationship with their attorneys. See the lawyer's code of ethics; see 7 CORPUS JURIS SECUNDUM at section 4 which reads: "7 C.J.S. Section 4. Nature and Duties of Office. An attorney is an officer of the court with an obligation to the courts and the public as well as to his clients, and his duty is to facilitate the administration of justice. An attorney does not hold an office or public trust, in the constitutional or statutory sense of that term, and strictly speaking, he is not an officer of the state or of a governmental subdivision thereof. Rather, as held in many decisions, he is an officer of the court, before which he has been admitted to practice. An attorney is not the court or one of its ministerial officers, or a law enforcement officer. He is, however, in a sense an officer of the state, with an obligation to the courts and to the public no less significant than his

WRIT OF ERROR                          8 of 15

obligation to his clients. Thus, an attorney occupies a "dual position" which imposes "dual obligations."

27)     His first duty is to the courts and the public, not to the client, and wherever the duties his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter.

28)     1950 the 81st Congress Investigated the Lawyers Guild and determined that the B.A.R. Association is founded and ran by communists under definition. Thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. and not the people.

29)     We now know why on the 9th December in 1945 the International Organization Immunities Act relinquished every public office of the United States to the United Nations. In 8 U.S.C. §1481 stated that once an oath of office is taken citizenship is relinquished, thus any state employee becomes a foreign entity, agency, or state.

30)     That means every public office is a foreign state, including all political subdivisions. (i.e., every single court is considered a separate foreign entity.) Under 22 U.S.C. (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. Federal Rules of Civil Procedure (F.R.C.P.) 4j states that the Court jurisdiction and immunity fall under a foreign State.

31)     Any state agency that operates "For Profit" is not dejure but defacto and void of immunity thus operating like any other publicly trading corporation as declared by the U.S. supreme Court - Clearfield Trust v. U.S., 318 US 363 - 1943.

32)     I :Mark-Edward of the genealogy Hill has a right to protect my interest and under the fourth and filth sixth amendments has the right to counsel Mr Frink this court has shown no evidence of a real party in interest or evidence of a contract for federalized Citizenship jurisdiction GILBERT HENRY LEVY has never never met me has no evidence of his allegations of stating I am a fraud or has a right to threat and intermediate me with contempt of court nor dose he have a right to force Mr Frink under threat and duress remove all In Propria Persona submissions and call them pro se, its clear on all documents we are not pro se and there was no pro se filings fraud upon the court, (See Doc # 49 filed 11/29/12 p. 1 of 4) (See Doc # 49-1 Filed 11/29/12 p.1 of 2) (See Doc # 49-2 Filed 11/29/12  1 of 2)  (See Doc # 50- Filed

WRIT OF ERROR                          9 of 15

11/29/12 1 of 5) (See Doc # 50- Filed 11/29/12 1 of 7) Mr Frink was threatened with prison and sighed documents under threat and duress and coercion consent to dismiss lawsuit which would give evidence of his diversity.

33) GILBERT HENRY LEVY created all of the documents his name and address is on all of his submissions he told Mr Frink to breach his agreements with myself I told GILBERT HENRY LEVY that the power of attorney was invokable as stated in his order to show cause he had Mr Frink sign revocation of power of attorney anyway, without my consent, then made him sign a voluntary dismissal of claims and proceed by appearing into a article III court where he can not make a appearance due to the reasons above and herein and had Mr Frink remove his appeal and all defenses and forced him to waiver all of his rights and defenses by a defacto officers of the court to gain a unfair advantage by threat duress and coercion complete misrepresentation by the court and GILBERT HENRY LEVY.

34) See (See Doc # 54- Filed 12/03/12 1 of 1) ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE. 21 pages attache to Writ of Error, EXHIBIT 2.

35) CONCLUSION, based upon the facts of this case and the evidence presented hereinafter in this writ of error there is sufficient evidence to support malfeasance by an official. This court and its officers has in fact step outside their oath of office and exceeded the authorities of said office you have instantly vacate your office and has lost all immunities.

36) Respondents hereinafter fails to respond to any of our motions – therefore no controversy exists.

37) Motion for dismissal of this case for lack of subject matter jurisdiction was submitted on 11/06/2012 and a affidavit supporting on 11/08/2012 response to Mr. Woods Assistant District Attorney's failure to respond to our motion. By that default, the parties are in agreement, and no controversy exists for adjudication, hence there is no subject matter this case CR12-262RSL. should be dismiss immediately as this motion is unopposed."

38) Fact Judges are required pursuant to your oath to be impartial."

39) Fact Official refuses to correct reported crime upon information and belief it appears that Judge ROBERT STEPHEN LASNIK has abandoned the bench and joined our opponent."FOR Case CR12-262RSL.

WRIT OF ERROR                    10 of 15

**40)** Fact No oath of office present or registration per 18 U.S.C. § 219 registration has been filed into any case pursuant to the foreign agents registration act of 1939 and Title 28 U.S.C. § 453. Oaths of justices and judges.

**41)** Fact in <u>Miller v. U.S.</u> it was established that: 'The claim and exercise of a Constitutional Right cannot be converted into a crime.' (<u>Miller v. U.S.</u> 230 F, 2d 286, 489) upon information and belief Am I to understand that respondents herein don't have an oath of office?"

**42)** Fact upon information and belief impeding due exercise of rights is a crime punishable by a year in prison and 18 U.S.C. § 219 shall be fined under this Title or imprisonment for not more than two years or both.

**43)** Fact the Constitution of these de jure united States of America is the supreme law of the land. No other law, rule, regulation or code including contract can supersede it, nor can your authority as a judge, or an imposter acting as a judge or prosecution or any respondents herein.

**44)** Fact rulings where made by said court without facts, law or evidence to support statements or rulings?"

**45)** Fact Judge ROBERT STEPHEN LASNIK The ruling has been rendered to opinion, and in fact, unsupported opinion which can never be a valid basis for any statement or ruling in a constitutionally competent court, pursuant to your oath." Specificity my right to contract he stated my contracts meant noting·in his court and Fred-Francis had no constitutional rights.

**46)** Fact Judge ROBERT STEPHEN LASNIK unless he can support ruling with a Constitutional argument or amendment specific to the Bill of Rights which supports the case law, with due respect the ruling is frivolous, without merit, and not binding in this court."

**47)** I :Mark-Edward has presented these facts upon information belief and within a good faith investigation have not found any facts to be frivolous or harassing we have a constitutional right to have grievances against alleged government and the officers who claim to have a oath to the constitution and give my Notice of Acceptance of Constitutions and Oath of Office, Public Notice For Judge JOHN C COUGHENOUR. AND ROBERT STEPHEN LASNIK, Successor and assigns, d/b/a: Judge's of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and Court Clerks, sundry employees and agents, and all a/k/a/ PUBLIC SERVANTS to file a certified copy their oath of

office to be placed on the record and a copy of said oath to :Mark-Edward: Prior to any hearing or motions or orders concerning rights and interest. All public officials give evidence of register under 18 USC §219 as acting agents of foreign principals.

**48)**      I :Mark-Edward ask this court to respond to this writ of error and asked the question With this sort of evidence in hand, the issue (in court) then becomes: by what lawful authority do (you or did) you, a mere employee of a mere corporation, exercise legitimate Public Law power to my determent?

**49)**      The procedures in Admiralty courts are not so dissimilar from those of other courts. It is mainly understanding he actual body of law being applied to the case without confusing it with what you think it ought to be. The de jure government of our nation is, for the most part, dormant. And its Officers are, for the most part, vacant. The de facto "government" and its employees can be brought to task only in the Admiralty courts (under Contract Law).

**50)**      Admiralty jurisdiction has another aspect which, for various valid reasons, directly corresponds to Law Martial. It is that aspect (in a corrupted 'quasi" or "colorable" form) which is currently in use by the federal corporation "vessels" most people tend to think of as federal, state and local "government." There is a distinction to be made between a "criminal action" (Public Law exercise of the collective power of the People) and a "penal code violation" (exercise of federal corporation "public policy" authority). A Public Law crime requires an actual victim (corpus delicti). A federal corporation "(Public) policy" offense only requires an infraction/violation of the corporation's penal code. The easiest way to make the distinction between the two is: the punishment for a (real) crime makes no provision for amercement (bribe). The penalty for a federal corporation's penal code violation typically includes time in the "vessel's" brig/stockade or a "fine" or both. Thus, the Maritime insurance/Contract Law becomes apparent.

**51)**      It is a fundamental precept of English/American jurisprudence that "justice shall be administered without purchase." In other words, "justice" is not for sale or hire. That is why those who advocate (practice law) on behalf of incompetent persons; e.g., the insane, infants, etc., must do so pro bono and be appointed by the court on a case by case basis (which is how practitioners lawfully acquire the character/status of "officer of the court."

52)     That is also why those who advocate (practice law) for hire on behalf of a corporation entity must do so under "license" issued by and under the official Seal of the State(s)....which an attorney's BAR card is not. The BAR card carries no more legal significance than a AAA membership card....which is not a "license" (to drive) issued by and under the official Seal of the State(s). The State Bars, without exception, are all federal corporation "vessels" affiliated to the federal corporation "vessels" styled as "LEGISLATIVE ASSEMBLY OF WA" and/or 'JUDICIAL DEPARTMENT."

53)     The BAR number assigned to each member is (or can be referred to as) a mixed war Letter of Marque (document) number, by which they are seemingly authorized to make inland raids and seizures (in the capacity of privateers) upon "enemies" of the (corporation) "state". (Ref: the Trading With The Enemy Act).

54)     When in the Admiralty courts, one must use the proper terms to properly identify the parties and their actions. The Maritime insured federal corporation vessel styled as "(UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE )" operates inland under U.S. tax registry number ( FEIN/ UNKNOWN). The officers and crew thereof are Maritime insured "employees."

55)     Fact there is no contract between Fred-Francis-Frink, or this court case CR12-262RSL or his misrepresentation of his communist attorney by congressional definition GILBERT HENRY LEVY .

56)     Admiralty Jurisdiction in Contract Cases For a contract to have maritime jurisdiction, the subject matter of the contract must be maritime by relating to commerce on navigable waters of the United States.

57)     In matters of contract, admiralty jurisdiction depends upon the subject matter, the nature and character of the contract, and whether it has reference to  maritime service or maritime transactions. North Pacific Steamship Co. v. Hall Brothers Marine Railway (p.20).

58)     To this day there is no evidence of a federal citizenship contract between the Article 1 section 8 jurisdiction of this court or the agents of a foreign principals thereof.

59)     With all crimes there must be a corpus delecti the supreme court ruled in: "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements

of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

## CAVEAT

Upon receipt of this WRIT OF ERROR within 15 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond before December 26th 2012 to rebut and review point for point 1 to 59 and correct any errors within the WRIT OF ERROR  and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so before December 26th  2012, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this  WRIT OF ERROR and that they are true, correct, and certain. (F.R.C.P. 8d). You may file your (a) response (b) your oath of office (c) your registration under "The Foreign Agents Registration Act of 1939"and information as notice of agent of a forging principle in Admiralty Case No.12-C-2048-JCC.

I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing is true and correct to the best of My knowledge and belief not to harass or threat but as to have full disclosure.



**Under Title 4 § 1 Positive**
**Law Flag of the Republic.**
**:Mark-Edward. a Private Citizen of Illinois**
**is by Nativity American National Under Almighty**
**God Original Estate-Article III; Constitution).**
**The common law Citizenship of the**

**Commonwealth of Illinois.**
**Non-assumpsit/TDC: General Delivery**
**Redmond post office, Washington, Zip Exempt.**
**DMM Reg. Sec.122.32; Public Law 91-375, Sec.403**
**[Not Pro Se], Sur Juris, In Propria Persona**

Date December 10th 2012.

_____(Lawful  seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789  Judiciary Act private sector.
All Rights Reserved

## CERTIFICATE OF SERVICE

1)Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.

2)Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.

3)Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4)Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*

6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class.

DATED: Redmond,Washington 12/10/2012

_____(Lawful seal)
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.

WRIT OF ERROR                    15 of 15