ORIGINAL





Title 4 § 1 Positive Law
Flag of the Republic.

12-CV-02048-INFO

— ENTERED
— RECEIVED

DEC 10 2012  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>Petitioners.<br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY All "policy"employees of UNITED STATES OF AMERICA, <u>not a party,</u> (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; | Admiralty Case No.12-C-2048-JCC.<br>(Original Estate-Article III; Constitution)<br><br>**INFORMATION REQUEST**<br>in support of Writ of Error<br>**THE FREEDOM OF INFORMATION ACT 5 U.S.C. § 552, As Amended By Public Law No. 104-231, 110 Stat. 3048.**<br><br>RE: Designated PUBLIC SERVANTS pursuant to Title 28 U.S.C. § 453. Oaths of justices and judges. And Officers and employees acting as agents of foreign principals 18 USC § 219 Demand information of respondents herein to be filed on and for the record.<br><br>THIS CASE IS FILED UNDER THE DE JURE ARTICLE III FOR LIABLE OF REVUE NO UNCONSTITUTIONAL INSURRECTION OR DE FACTO OFFICERS MAY MAKE ANY FORM APPEARANCE PER THE DE JURE THIRTEENTH |

FOIA   5 U.S.C. § 552 and  18 USC § 219    1 of 7

| | |
|---|---|
| Constitution for Case CR12-262RSL. & DOES 1-200.<br><br>　　　　　　　　　　Respondents. | **AMENDMENT.**<br><br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

**INFORMATION REQUEST in support of Writ of Error THE FREEDOM OF INFORMATION ACT 5 U.S.C. § 552, As Amended By <u>Public Law No. 104-231, 110 Stat. 3048.</u>**

　　　**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ܝܫܘܥ ܗܡܫܝܚ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

　　　Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

　　　Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

　　　We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

　　　We have been injured by direct threat and a frivolous legal complaint, placed under

---

[1] ܝܫܘܥ ܗܢܨܪܝ ܥ ܡܠܟ ܗܝܗܘܕܝܡ <u>Y</u>ehoshua <u>H</u>'Natzrith <u>V</u>'Molech <u>H</u>'Hadiim – *Jesus Christ King of the Jews*. Hebrew acronym YHVH the Name of God.

FOIA   5 U.S.C. § 552 and  18 USC § 219     2 of 7

duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners <u>AS AMERICAN NATIONALS,</u> DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "… Republican Form of Government …" *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

## **FREEDOM OF INFORMATION ACT 5 U.S.C. § 552, & 18 USCS § 219.**

1) The following request are made for the oath of office for the following Judges **JOHN C COUGHENOUR AND ROBERT STEPHEN LASNIK and BRIAN A.TSUCHID and JUDGE JAMES P. DONOHUE** and all Respondents herein. Pursuant to Title 5 U.S.C. § 552. Public information; agency rules, opinions, orders, records, and proceedings to provide evidence of oath of office as a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938.

2) As per Foreign Agents Registration Act of 1938 you are demanded to send me a copy of your registration and a copy of oath of office (a)Whoever, being a public official, is or acts as

an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938, as amended, shall be fined under this title or imprisoned for not more than two years, or both.

3) (b)Nothing in this section shall apply to the employment of any agent of a foreign principal as a special Government employee in any case in which the head of the employing agency certifies that such employment is required in the national interest. A copy of any certification under this paragraph shall be forwarded by the head of such agency to the Attorney General who shall cause the same to be filed with the registration statement and other documents filed by such agent, and made available for public inspection in accordance with section 6 of the Foreign Agents Registration Act of 1938 (22 USCS § 616], as amended.

4) (c)For the purpose of this section **"public official" means** Member of Congress, Delegate, or Resident Commissioner, either before or after he has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency, or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, agency, or branch of Government. References in text: "The Foreign Agents Registration Act of 1939", referred to in sub sec. (a), is Act June 8, 1938, ch 327, 52 Stat. 631, which appears generally as 22 USCS § 611 et seq. For full classification of this Act, consult USCS Tables volumes. Explanatory notes:A prior § 219 was re designated as 18 USCS § 214 by Act Oct. 23, 1962, P. L. 87-849, § 1(d), 76 Stat. 1125. Effective date of section: Act July 4, 1966, P.L. 89-486, § 9, 80 Stat. 249, provides that this section shall become effective 90 days after its enactment on July 4, 1966; see 22 USCS § 611 note.

5) 5 U.S.C. 552a and specifically found under (4)(A)(III), for any request not described in (I) or (II), fees shall be limited to reasonable standard charges for document search and duplication. Please consider that this request is also made under the Freedom of Information Act. Please provide any additional information that may be available under FOIA for the oath

of office per Title 28 U.S.C. § 453 and your registered copy per 18 USC § 219.

6) Petitioner willing to pay any fees required for this request up to a maximum of $100.00. If you estimate that the fees will exceed this limit, please inform me first by calling 425-736-0624.

7) This is my firm promise to pay fees and costs for locating and duplicating the records requested ultimately determined in accordance with 26 CFR §601.702(f). If some of this request is exempt from release, please furnish me with those portions reasonable segregation with an explanation as to why those were withheld.

8) Petitioner is attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST. Petitioner understands the penalties provided in 5 U.S.C. 552a(I) (3) for requesting or obtaining access to records under false pretenses. Included in this your registered copy per 18 USC § 219 is my lawful seal that will verify my identity which is well registered in the 9th judicial district as a American Nation ministerial of justice.

9) I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing is true and correct to the best of my knowledge and belief not to harass or threat but as to have full disclosure and unalienable rights enforced per **28 USC§ 453**. Thank you in advance for your immediate attention to this important matter.



**Under Title 4 § 1 Positive Law Flag of the Republic.:Mark-Edward. a Private Citizen of Illinois is by Nativity American National Under Almighty God Original Estate-Article III; Constitution). The common law Citizenship of the Commonwealth of Illinois. Non-assumpsit/TDC: General Delivery Redmond post office, Washington, Zip Exempt. DMM Reg. Sec.122.32; Public Law 91-375, Sec.403**

[Not Pro Se], Sur Juris, In Propria Persona

Date December 10th 2012.

*(Lawful seal)*

:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

## CAVEAT

Upon receipt of this Freedom of information Act 5 U.S.C. § 552, officers and employees acting as agents of foreign principals 18 USC § 219 within 30 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond before January 10th 2013 to rebut and review point for point 1 of 7 pages and correct any errors within the Freedom of information Act 5 U.S.C. § 552, officers and employees acting as agents of foreign principals 18 USC § 219 and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so before January 10th 2013 allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this Freedom of information Act 5 U.S.C. § 552, officers and employees acting as agents of foreign principals 18 USC § 219 and that they are true, correct, and certain. (F.R.C.P. 8d). You may file your (a) response (b) your oath of office (c) your registration under "The Foreign Agents Registration Act of 1939"and information as notice of agent of a forging principle in Admiralty Case No.12-C-2048-JCC.

### CERTIFICATE OF SERVICE

1) Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.

2) Corporate (public) "policy" employees (without Public Law authority) CJA

ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.

3) Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A. TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*

6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class.

DATED: Redmond, Washington   12/10/2012

_____(Lawful seal)
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.

(seal: Original Jurisdiction 1789 A.D. united States of America)