**ORIGINAL**



Title 4 § 1 Positive Law
Flag of the Republic.



12-CV-02048-FINAFF

\_\_\_\_ENTERED
\_\_\_\_RECEIVED

UCL 10 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

\_\_\_\_ FILED         \_\_\_\_ ENTERED
\_\_\_\_ LODGED       \_\_\_\_ RECEIVED

DEC 10 2012  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>　　　　　　　　　Petitioners.<br>vs.<br><br>THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY , All "policy"employees of UNITED STATES OF AMERICA, <u>not a party.</u> (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; | **Admiralty Case No.12-C-2048-JCC.**<br>**(Original Estate-Article III; Constitution)**<br><br>**NOTICE OF JOINDER**<br>**in respondents of**<br>**GILBERT HENRY LEVY**<br>**for Misrepresentation by Rebellion and Insurrection and Treasonous unconstitutional acts as a officer of the Court in support of Writ of Error:**<br><br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

NOTICE OF JOINDER　　　　　1 of 5　　　1 Power's 2 Title EXHIBIT 1 Attached. 1- 7

Constitution for Case CR12-262RSL. &
DOES 1-200.

                    Respondents.

**NOTICE OF JOINDER in Respondents CJS appointed GILBERT HENRY LEVY for Misrepresentation by Rebellion and Insurrection and Treasonous unconstitutional acts as a officer of the Court in support of Writ of Error:**

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach ܝܫܘܥ ܡܫܝܚܐ and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u>

---

[1] ܝܫܘܥ ܡܨܪܝܬ ܘܡܠܟ ܝܗܘܕܝܐ Yehoshua H'Natzrith V'Molech H'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

NOTICE OF JOINDER                2 of 5      1 Power's  2 Title EXHIBIT 1   Attached. 1- 7

rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

Petitioners <u>AS AMERICAN NATIONALS,</u> DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

Said foreign federal jurisdiction is not a "... Republican Form of Government ..." *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

NOTICE OF JOINDER  3 of 5  1 Power's 2 Title EXHIBIT 1 Attached. 1- 7

## NOTICE OF JOINDER

1) Petitioners of the Nomen family Frink and Hill speaking for our family and estate, and notifies the court and the United States that he Employee GILBERT HENRY LEVY of CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE joins respondents THOMAS M.WOODS, and in Libel of Review common law counterclaim in admiralty notice lis pendens and verified statement of right Re: Criminal Case CR12-262RSL, false claim in *assumpsit* to rights in Original Estate-Article III; Constitution savings to suitors under Federal Rules of Civil Procedure, Rule 19 (a) (1)(i) & (ii), Note this case is filed pursuant to the de jure united states constitution. FRCP Procedure, Rule 9(h) ADMIRALTY AND MARITIME .



**Under Title 4 § 1 Positive Law**

**Flag of the Republic. :Fred-Francis: :Mark-Edward. a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington Zip Exempt [CF98009CF]. 425-558-4838. Not Pro Se, Sur Juris In Propria Persona**

Date December 10/2012.

_____(Lawful seal)
Respectfully submitted by First choice of counsel.
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Counsel indispensable Real Party in interest and Witness)
All Rights Reserved

_____(Lawful seal)
Fred Francis Frink Real Party in interest of the Republic union state of Pennsylvania American National Nativity Right. I approve First counsel submissions and agree by my lawful seal or the irrevocable Article 1 section 10 clause 1 powers given to my counsel on page 3 of 7 paragraph 25. This Power of Attorney shall become effective immediately and shall not be affected by my **disability or lack of mental competence,** except as may be provided otherwise by an applicable positive law. This is a General Power of Attorney. This Power of Attorney shall continue effective **until resolution with court/foreclosure and IRS matters.** This Power of Attorney may be revoked by me by providing written notice to my Agent, **After the completion of the contractual agreement,** In case of my unforeseen demise or death my agent may continue to **collect and file suits in my name** all dues and distributed to Heirs of chronological order blood line. Dated April 12th 2012. **Notice :Mark-Edward:Hill Holds Quiet Title to Fred Francis Frink and all powers by agreement.**

NOTICE OF JOINDER                4 of 5     1 Power's  2 Title EXHIBIT 1 Attached. 1-7

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

## CERTIFICATE OF SERVICE

1) Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.

2) Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.

3) Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*

6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class.

DATED: Redmond,Washington 12/10/2012

_____ (Lawful seal)
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.

[Seal: Original Jurisdiction 1789 A.D. united States of America]

NOTICE OF JOINDER      5 of 5      1 Power's 2 Title EXHIBIT 1 Attached



```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     DEC 10 2012
         AT SEATTLE
      CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

FILED AND RECORD AT REQUEST OF
Executor, :Fred-Francis of the FRINK Estate.
:Mark-Edward: Administrator of the FRINK Estate.
16030 NE 51ST Street, Redmond Washington.
DMM Reg. Sec.122.32: Public Law 91-375, Sec.403.

WHEN RECORDED RETURN TO
Executor, :Fred-Francis of the FRINK Estate,
:Mark-Edward: Administrator of the FRINK Estate.
16030 NE 51ST Street, Redmond Washington.[98052]

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT AND COMPLETE COPY
> of the original, signatory is holder-in-due course of original.
>
> _Mark-Edward_     12-05-2012
> Signature                        Date
> CONVENTION DE LA HAYE DU 5 OCTOBRE 1961

[Seal: Mark Edward Hill * Public Minister * Original Jurisdiction 1789 A.D. united States of America * American National * Private Sector]

-GENERAL POWER OF ATTORNEY-

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. I, :Fred-Francis:of the Frink Estate, Living Man, residing at 16030 NE 51ST Street, Redmond Washington, hereby appoint Mark-Edward: Hill, as my Attorney-in-Fact, legal council ("Agent"and Duly Authorize Administrator).

1) I, :Fred-Francis:of the Frink Estate, hereby revoke any and all general powers of attorney direct or in-direct that previously have been signed by me including but not limited to all local and state governments, King country recorded documents/mortgage power of attorney for 16030 NE 51St Street, Redmond Washington. However, the preceding sentence shall not have the effect of

General power of attorney          1 of 7                           **EVIDENCE**

                                                                    Exhibit 1

of revoking any powers of attorney that are directly related to my health care that previously have been signed by me.

2) My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my lawful and legal rights and powers, including all rights and powers that I may acquire in the future. My Duly Authorize Administrator and Agent's powers shall include, but not be limited to, the power to:

3) Open, maintain or close/cancel debt or inquiry IRS accounts (including, but not limited to, 1099's, 1040 accounts, and file and correct with 1040x or to file petitions or responses to courts ), accounts/trust, and other similar accounts with lending financial institutions or trading company account affect by court cases pending, see affidavit of title and contract for property located at, 16030 NE 51ST Street, Redmond Washington.

4) Conduct any business with any Mortgage or IRS or Government, or Court financial institution with respect to any of my accounts, including, but not limited to, making corrections and filing documents, obtaining IRS statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

5) Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities, writing bonds into court, or discharge or offset debt with Mark-Edward:Hills own Exemption, or creating oral or written trust, to protect principal or Grantor and Beneficiary :Fred-Francis:of the Frink Estate and his estate.

6) Have access to any court case or legal documents, including its contents with discovery.

7) Discharge or offset any assets or Debt owned by me. Such assets or property court fines may include income producing or non-income producing assets and property or IRS issues.

8) To Bring forth extra legal council or witness to support a claim or court case.

9) Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

10) Enter into binding contracts on my behalf in the interest of issues stated herein.

11) Exercise all Legal and lawful rights on my behalf as my proxy, including all rights with respect to IRS, bonds, debentures, or other investments or trust or estate issues.

12) Maintain and/or operate any business that I may own if need per my instruction.

13) Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents or trust..

14) Dispute, any convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover

possession). This includes the right to Dispute or encumber any homestead that I now own or may own in the future.

15) Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to: a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies. b. Obtain information or documents from any government or its agencies, and negotiate, compromise, or settle any matter with such government or agency (including tax matters). c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including military and social security benefits).

16) Make Trust, in common law from my assets to members of my family as trustees and to such other persons in family with whom I have an established pattern of giving. However, my Agent may not make gifts of my property, except Heirs to my estate.

17) Transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

18) Disclaim any interest which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate.

19) This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

20) Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing: (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, and (iii) my Agent to have any incidents of ownership with respect to any legal documents except the ones he creates of his own intellectual property.

21) My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney.

22) I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

23) My Agent shall be entitled to compensation for any services provided as my Agent see contract. My Agent shall be entitled to reimbursement of all reasonable expenses incurred in connection with this Power of Attorney. We will have agreed prices and cost for services provided stipulated in attached contract.

24) My Agent shall provide an accounting for all funds handled and all acts performed as my Agent, if I so request or if such a request is made by any authorized personal representative or fiduciary acting on my behalf.

25) This Power of Attorney shall become effective immediately and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable positive law. This is a General Power of Attorney. This Power of Attorney shall continue effective until resolution with court/foreclosure and IRS matters. This Power of Attorney may be revoked by me by providing written notice to my Agent. After the completion of the contractual agreement.

Dated _April 12_, 20_12_ at _Lynnwood, WA_.

_____ (Lawful seal)
:Fred-Francis: FRINK Living Man. Grantor Sole
Equitable Executor of the legal Trust Estate by Birth Right.

_____ (Lawful Seal)
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal name FRINK Trust Estate.

_____ (Lawful Seal)
(witness)

_____ (Lawful seal)
(witness)

Acknowledgment:

STATE OF _Washington_

COUNTY OF _Snohomish_

The foregoing instrument was acknowledged before me this _12th_ day of _April_
20_12_ by :Fred-Francis: of the FRINK Estate, Living Man.
, who is personally known to me or who has produced _a WA St Drivers License_ as
identification.

_____
Signature of person taking acknowledgment

_Jill E Lane, Notary Public_

_Fred-Francis Frink_
Name typed, printed, or stamped

_Notary Public Acceptor_
Title or rank

JILL E. LANE
Notary Public
State of Washington
My Commission Expires
October 20, 2015

_____
Serial number (if applicable)

This document was prepared by:Name: :Fred-Francis: of the FRINK Estate.

Living Man. Located at 16030 NE 51ST Street, Redmond Washington.

:Fred-Francis: of the FRINK Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal Trust Estate. Private Minister of Justice.
Original jurisdiction Non-Assumpsit/TDC:
16030 NE 51ST Street, Redmond Washington.
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
253-683-1200, De Jure American National's of Israel



## AFFIDAVIT OF CONVEYANCE OF TITLE

1) Notice to all, Wherefore I, :Fred-Francis: of the FRINK Estate, sojourning at in the SUPERIOR COURT, in the Corporate county of KING, in the Corporate State know as WASHINGTON, and IN THE Corporate UNITED STATES DISTRICT COURT FOR THE Corporate State know as WESTERN DISTRICT OF WASHINGTON do declare to ALL Court's, to assign under order, my "power of contract," or "Title", otherwise known as my "power of attorney."

2) Wherefore, if we abandon the term "chose in action" and also disapprove of the expression "assignment of contract," it is nevertheless necessary to explain what it is that we "assign" and what we do when we assign it. The term "assignment" is used in the law of property as well as in the law of contract; indeed, it may be said to have application only in cases involving property, for contract rights are "property" as that term is used by the courts. The term has much the same usage as have the terms "alienation," "conveyance," and "transfer." The assignment of contract rights are purely contractual relations between two parties.

3) Even in the days when the transfer of a contract right was regarded as impossible, and an attempted assignment was therefore regarded as a "power of attorney," the assignee was not in any proper sense an "agent" of the assignor. In attempting to enforce the claim, he was not acting for the benefit of the assignor but for his own benefit; he had not undertaken to follow, nor was he bound to follow, the directions of the assignor. The "power of attorney" theory was used only in order to surmount the difficulties created by the erroneous notion of impossibility of transfer; and having served this purpose, it receded into the background and was not allowed to carry the assignee into the field of agency.

4) Contract rights are assignable. They are rights in personam, as opposed to rights in rem; they are rights to conduct by specified individuals and not manifold rights to conduct by all other persons (rights against "all the world").

5) A more exact and specific analysis of rights would bring us to "Title." Title consists of rights, powers, privileges, and immunities, defining these terms so that they are mutually

Affidavit of Conveyance of Title        Page 5 of 7

exclusive. It is these legal relations that are transferred or conveyed or aliened. And alienation or transfer or conveyance of "title" is the substitution of a new party to some or all of the legal relations of which "title" consists. The grantor extinguishes his relations with others respecting the subject matter and creates similar relations between grantee and others. If the grantor had rights (in rem) that other persons shall not trespass, the grantee now has such rights. If the grantor was legally privileged against others to use or abuse, the grantee now has such privileges. If the grantor had the power of alienation, the grantee now has such power. In such cases, both parties now have "title," or a part of the "title."

6) Alienation, conveyance, and transfer, therefore consist of some operative action that extinguishes and creates, that substitutes a new party as the focus of legal relations with respect to the subject matter. Such also is an "assignment" in the law of contracts.

7) Corbin, Restatement, Contracts, § 149, defines assignment in this way: "An assignment of a right is a manifestation to another person by the owner of the right indicating his intention to transfer, without further action or manifestation of intention, the right to such person or to a third person." The terms "assignor," "assignee," "sub-assignee," and "assignment for value" are also there defined.

8) An assignment is not a mere power of attorney even though the assignee undertakes to collect and pay over the proceeds to the assignor, and even though the assignee is expressly given a power of attorney to maintain suit. Titus v. Wallick, 59 S. Ct. 557, 306 U.S. 282, 83 L.Ed. 653 (1939)

9) The American Law Institute defines an "Effective Assignment," in Corbin, Restatement, Contracts, §150 as follows: "An effective assignment is one by which the assignor's right to performance by the obligor is extinguished and the assignee acquires a right to such performance.

10) Therefore, I :Fred-Francis: of the FRINK Estate, Grantor, do put my hand today April __12__ 2012, willingly and knowingly, to convey my Title to :Mark-Edward:Hill Private minister of justice, Grantee, in order that he may act in my own best interest, in representation before this Court and all courts for the following Cases: _____
 any future state of federal case pending.

## NOTARY PUBLIC'S JURAT

BEFORE ME, a Notary Public, in and for said state, the above named natural person did appear

and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of his knowledge and belief, affirmed before me and signed in my presence this day of April 12, 2012.

WITNESS my hand and official seal.

/s/ _____
Notary Public
My Commission Expires On: 10 20 15

| JILL E. LANE |
| Notary Public |
| State of Washington  SEAL |
| My Commission Expires |
| October 20, 2015 |

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

## DECLARATION UNDER PENALTY OF PERJURY

We, declare under the penalties of perjury that our AFFIDAVIT OF CONVEYANCE OF TITLE in the foregoing is true and correct, complete to the best of my knowledge and belief



_____ (Lawful seal)
:Fred-Francis: Living Man.
Sole Equitable Holder of the legal Trust Estate.

_____ (Lawful seal)
Witness

_____ (Lawful seal)
:Mark-Edward:, Duly Authorize Administrator.



Original Jurisdiction 1789 A.D. united States of America

Affidavit of Conveyance of Title        Page 7 of 7