

12-CV-02048-NTC

Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

___ LODGED  ___ RECEIVED

DEC 10 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                                      DEPUTY

___ FILED       ___ ENTERED
___ LODGED   ___ RECEIVED

DEC 10 2012   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                                      DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution. <br> Petitioners. <br> vs. <br><br> THOMAS M. WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A. TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY, All "policy" employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; | Admiralty Case No.12-C-2048-JCC. <br> (Original Estate-Article III; Constitution) <br><br> **NOTICE / LETTER** <br><br> **From Further Harassment RE; GILBERT HENRY LEVY for Misrepresentation by Rebellion and Insurrection and Treasonous unconstitutional acts as a officer of the Court in support of Writ of Error:** <br><br> **THIS CASE IS FILED UNDER THE DE JURE ARTICLE III FOR LIABLE OF REVUE NO UNCONSTITUTIONAL INSURRECTION OR DE FACTO OFFICERS MAY MAKE ANY FORM APPEARANCE PER THE DE JURE THIRTEENTH AMENDMENT.** <br><br> **By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

Notice /letter        1 of 7     Exhibit 3 Order Denying Motion for Order to show Cause.

Constitution for Case CR12-262RSL. &
DOES 1-200.

Respondents.

**Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach �assa and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and claim under Federal Rules of procedure Rule (h).

Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" We, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

We, Civilian Citizen , Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty.

:Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward hereinafter We INVOKE all of our inherent and unalienable rights as an American "National"

---

[1] Yehoshua H'Natzrith V'Molech H'Hadiim – *Jesus Christ King of the Jews*. Hebrew acronym YHVH the Name of God.

Notice /letter                2 of 7    Exhibit 3 Order Denying Motion for Order to show Cause.

and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

  Petitioners AS AMERICAN NATIONALS, DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

  Said foreign federal jurisdiction is not a "... Republican Form of Government ..." *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

> To: Gilbert H. Levy WASB# 4805, Note: Ill Make arrangements for other friends of Fred to retrieve his property your are further restrained do not call me again only in writing to respond to this Notice/letter as Caveat instruction herein.

1) Mr levy due to your faults representation of my client :Fred-Francis:Frink whom is under threat and duress and your misrepresentation of who you are as a agent of a foreign principal under the Foreign Agents Registration Act of 1938.

2) Public officials give evidence of register under 18 USC §219 as acting agents of foreign principals and your treasonous and obstruction of justice in attempt to make a appearance in a Article III Admiralty Case No.12-C-2048-JCC in Original Estate-Article III; Constitution which agents of a foreign principals can not make a appearance.

3) And all the lies and faults statements of yourself and the threat and duress statements in your order to show cause and the 1, 2, 3, exhibits which my client signed are all void and by court order Case 2:12-cr-00262-RSL Document 54 Filed 12/03/12/ page 1of 1 and your threats of contempt of a court whom as no Article III Powers or jurisdiction over myself or my client.

4) For these reasons and more you are to never contact me again on my phone, or trespass on any property that I may be present you are ordered to stay away from me

500 feet at all times, you are not welcome in any home, that I am present, Due to the following crimes you have already committed and your association with a know drug dealer Jill E. Lane whom was the notary and process server on case both 2:12-cr-00262-RSL and Admiralty Case No.12-C-2048-JCC which you are now you are a respondent.

5) Upon information and belief and good faith investigation of the record I do not not trust you in my home with or without :Fred-Francis-Frink presently with your criminal activity at the present time who knows what you will do to cover up your fraud, you may plaint drugs, or listening devices do unwanted searches or threaten me further with contempt charges that you or the court do not have the authority.

6) In conclusion if the court dose not have jurisdiction or authority over myself to enforce your order to show cause and your a public officer of said court then you do not have authority for the impairment of any private contracts and powers of attorneys and any judgments are void.

7) Also upon information and belief and your attempt to appear in a Article III court. I can easily predict your next move and attempt to draw me into a state court without subject matter or personam Jurisdiction for a Ex parte writ for eviction and not give me proper service and draw me in and get a bogus court order in attempt to get me out of my home.

8) Be rest assured that the clerks of the King county Superior Court will be properly judicially notice on this matter of your attempts to impair my constitutional rights to contract and your obstruction of justice to impair proper service with you know drug dealer and fraudulent notary Jill E. Lane whom you presumed to obstruct to withhold return service return receipt cards for case Admiralty Case No.12-C-2048-JCC to show proper service.

9) As per Foreign Agents Registration Act of 1938 you are demanded to send me a copy of your registration (a)Whoever, being a public official, is or acts as an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938, as amended, shall be fined under this title or imprisoned for not more than two years, or both.

10)(b)Nothing in this section shall apply to the employment of any agent of a foreign principal as a special Government employee in any case in which the head of the employing agency certifies that such employment is required in the national interest. A copy of any certification under this paragraph shall be forwarded by the head of such agency to the Attorney General who shall cause the same to be filed with the registration statement and other documents filed by such agent, and made available for public inspection in accordance with section 6 of the Foreign Agents Registration Act of 1938 (22 USCS § 616], as amended.

11) (c) For the purpose of this section **"public official" means** Member of Congress, Delegate, or Resident Commissioner, either before or after he has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency, or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, agency, or branch of Government. References in text: "The Foreign Agents Registration Act of 1939", referred to in sub sec. (a), is Act June 8, 1938, ch 327, 52 Stat. 631, which appears generally as 22 USCS § 611 et seq. For full classification of this Act, consult USCS Tables volumes. Explanatory notes: A prior § 219 was re designated as 18 USCS § 214 by Act Oct. 23, 1962, P. L. 87-849, § 1(d), 76 Stat. 1125. Effective date of section: Act July 4, 1966, P.L. 89-486, § 9, 80 Stat. 249, provides that this section shall become effective 90 days after its enactment on July 4, 1966; see 22 USCS § 611 note.

## CAVEAT

12) Upon receipt of this Notice/Letter within 15 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond before December 26th 2012 to rebut and review point for point 1 to 12 and correct any errors within the notice and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so before December 26th 2012, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this Notice/letter and that they are true, correct, and certain. (F.R.C.P. 8d). You may file your response and information as notice of agent of a forging principle in Admiralty Case No.12-C-2048-JCC.

13) I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing is true and correct to the best of My knowledge and belief not to harass or threat but as to have full disclosure.



**Under Title 4 § 1 Positive Law Flag of the Republic.:Mark-Edward. a Private Citizen of Illinois is by Nativity American National Under Almighty God Original Estate-Article III; Constitution). The common law Citizenship of the Commonwealth of Illinois. Non-assumpsit/TDC: General Delivery Redmond post office, Washington, Zip Exempt. DMM Reg. Sec.122.32; Public Law 91-375, Sec.403.**

Date December 10th 2012.

*[signature]* _____ (Lawful Seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

## THIS INSTRUMENT IS NON-NEGOTIABLE

### CERTIFICATE OF SERVICE

1) Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.
2) Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.
3) Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A. TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.
4) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.
5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*
6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class.

DATED: Redmond, Washington 12/10/2012
*[signature]* _____ (Lawful Seal)
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.

Notice /letter          6 of 7       Exhibit 3 Order Denying Motion for Order to show Cause.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>FRED FRINK<br>                Defendant. | Case No. CR12-262RSL<br><br>ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE |

This matter comes before the Court on Defendant's "Motion for an Order to Show Cause" (Dkt. # 49). Having considered the facts set forth in the motion, the documents filed in support, and the remainder of the record, the Court finds that it lacks authority to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. V. Hazeltine Research, Inc., 395 U.S. 100 (1969). The Court, therefore, denies Defendant's motion (Dkt. #49).

DATED this 3rd day of December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR ORDER TO SHOW CAUSE- 1