ORIGINAL

12-CV-02048-PRAE

Title 4 § 1 Positive Law Flag of the Republic.

FILED LODGED ENTERED RECEIVED

DEC 10 2012 JS

AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

**:Fred-Francis: :Mark-Edward.**
**a Private Citizen Pennsylvania and Illinois are Nativity American Nationals Under Almighty God and the common law of the Commonwealth of Pennsylvania, and Illinois Po Box 98 Bellevue Washington**
**Zip Exempt [CF98009CF].**
**425-558-4838.**
**Not Pro Se, Sur Juris In Propria Persona**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

:Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with unalienable rights Original Estate-Article III; Constitution.

Petitioners.

vs.

THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, All "policy"employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; Constitution for Case CR12-

**Admiralty Case No.12-C-2048-JCC.**
**(Original Estate-Article III; Constitution)**

**MANDATORY JUDICIAL NOTICE**

**EVIDENTIAL EXHIBIT 2**
**all submissions of GILBERT H. LEVY WASB# 4805 and filings are void and refused for cause in red under 18 USC §219 as acting agents of foreign principals and perjury of oath of office or none at all in support of Writ of Error.**

**THIS CASE IS FILED UNDER THE DE JURE ARTICLE III FOR LIABLE OF REVUE NO UNCONSTITUTIONAL INSURRECTION OR DE FACTO OFFICERS MAY MAKE ANY FORM APPEARANCE PER THE DE JURE THIRTEENTH AMENDMENT.**

**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable**

| 262RSL. & DOES 1-200.<br>Respondents. | Rights By Real Party In Interest. |
|---|---|

## CAVEAT

Upon receipt of this EVIDENTIAL EXHIBIT 2 refused for cause within 15 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond before December 26th 2012 to rebut and review point for point 1 of 32 pages and correct any errors within the EVIDENTIAL EXHIBIT 2 refused for cause and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so before December 26th 2012, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this EVIDENTIAL EXHIBIT 2 refused for cause and that they are true, correct, and certain. (F.R.C.P. 8d). You may file your (a) response (b) your oath of office (c) your registration under "The Foreign Agents Registration Act of 1939"and information as notice of agent of a forging principle in Admiralty Case No.12-C-2048-JCC.

I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing is true and correct to the best of my knowledge and belief not to harass or threat but as to have full disclosure and unalienable rights enforced per **28 USC§ 453**

**.Under Title 4 § 1 Positive Law Flag of the Republic.:Mark-Edward. a Private Citizen of Illinois is by Nativity American National Under Almighty God Original Estate-Article III; Constitution). The common law Citizenship of the Commonwealth of Illinois. Non-assumpsit/TDC: General Delivery Redmond post office, Washington, Zip Exempt. DMM Reg. Sec.122.32; Public Law 91-375, Sec[...] [Not Pro Se], Sur Juris, In Propria Persona**

Date December 10th 2012.

Mark-Edward Hill ★ Public Minister
Original Jurisdiction 1789 A.D. united States of America
American Private Sector

:Mark-Edward:, of the Republic Union State of Illinois (La[...]Seal)
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

CERTIFICATE OF SERVICE

1)Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.

2)Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.

3)Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4)Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA 98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. ***See: 5 U.S.C. § 702: Right of review:***

6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class.

DATED: Redmond,Washington 12/10/2012

: Mark-Edward ____________ (Lawful seal)

:Mark-Edward:Hill, of the Republic Union State of Illinois American National Nativity Right. Minister of Justice 1789 Judiciary Act private sector.

Mark Edward Hill ★ Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National ★ Private Sector

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

DEC 10 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED FRANCIS,<br>Plaintiff,<br>vs<br>THOMAS WOODS *et al.*,<br>Defendants. | Cause No. C-12-2048-JCC<br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Gilbert H. Levy appears as counsel for Fred Francis in the above-captioned case.

DATED: November 27, 2012

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No 12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

(lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill ★ Public Minister ★ Private Seal ★ American National ★ Original Jurisdiction 1789 A.D. united States of America

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

CERTIFICATE OF SERVICE

I certify that on November 27, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy, WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Original Jurisdiction 1789 A.D. united States of America
Mark Edward Hill * Public Minister * American National * Private Sector

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

**Gilbert H. Levy**
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED FRANCIS, Plaintiff, vs. THOMAS WOODS *et al.*, Defendants. | Cause No. C-12-2048-JCC<br><br>VOLUNTARY DISMISSAL OF CLAIMS |

COMES NOW Plaintiff Fred Francis, by and through his attorney, Gilbert H. Levy, and voluntarily dismisses his claims in the above-referenced cause with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1).

DATED: November 27, 2012.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No. 12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

(lawful seal) APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark-Edward

Mark Edward Hill * Public Minister * Original Jurisdiction 1789 A.D. united States of America * American National * Private Sector

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

CERTIFICATE OF SERVICE

I certify that on November 27, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark Edward III ★ Public Minister ★ Private Sector ★ American National ★ Original Jurisdiction 1789 A.D. united States of America

(lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRED F. FRINK, Defendant. | NO. CR12-262RSL<br>**ORDER CONTINUING TRIAL DATE (Proposed)** |

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS date 12/10/2012.

(lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS: FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill * Public Minister * American National * Private Sector
Original Jurisdiction 1789 A.D. united States of America

THE COURT having considered the representations made by the parties at the November 30, 2012 hearing, as well as the records and files of the case, the Court hereby makes the following findings:

1. On November 20, 2012, Gilbert Levy was appointed to represent Fred Frink. At the time of the appointment, trial was scheduled for January 14, 2013.

2. This case involves a number of serious charges, *i.e.*, one count of False, Fictitious, and Fraudulent Claims, in violation of Title 18, United States Code, Section 287; two counts of Fictitious Obligations, in violation of Title 18, United States Code, Section 514(a)(2); three counts of Money Laundering, in violation of Title 18, United States Code, Sections1957 and 2; and one count of Bank Fraud, in violation of Title 18, United States Code, Section 1344.

3. The government has produced a large volume of discovery, including many witness statements, bank records, financial analysis, and tax documents. The defense

represents that it requires an extended period of time to review this material, and to otherwise prepare a defense to the charges.

4. Frink has executed a Speedy Trial waiver through June 30, 2013.

5. In light of these circumstances, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

6. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from his efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed in Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Dated: 12/10/2012. (lawful seal)

Mark Edward Hill * Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National * Private Sector

Mark-Edward

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

IT IS THEREFORE ORDERED that the trial date for Mr. Frink is continued from January 14, 2013, to June 18, 2013. Pretrial motions shall be filed by ______________.

It is further ORDERED that this period of delay from the date of this Order through June 18, 2013, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this _____ day of December, 2012.

______________________________
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gilbert Levy
Counsel for the defendant

/s/ Thomas Woods
Assistant United States Attorney

**Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.**

Mark-Edward ______ (lawful seal)

Mark Edward Hill * Public Minister * Original Jurisdiction 1789 A.D. united States of America * American National * Private Sector

**APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRED FRINK,

Defendant.

Case No. CR12-262RSL

ORDER STRIKING MOTIONS

This matter comes before the Court on Defendant's "Ex Parte Motion to Dismiss" (Dkt. # 20), Defendant's "Request for Court Order for Counsel to Have Access to the Court" (Dkt. # 28), and Defendant's "Motion for Summary Judgment and Motion for Dismissal" (Dkt. # 32). Local General Rule 2 prohibits a represented party from appearing or acting on his own behalf in the case "until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party to proceed pro se." GR 2(g).

Defendant filed the above referenced motions on his own behalf on October 15, 2012, October 29, 2012, and November 6, 2012. However, Defendant has been represented by counsel since September 7, 2012. See Minute Entry (Dkt. # 5). The Court, therefore, STRIKES Defendant's motions (Dkt. # 20, 28, 32).

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Order under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

(lawful seal)

Mark Edward Hill ★ Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National ★ Private Sector

DATED this 6th day of December, 2012.

Robert S. Lasnik
United States District Judge

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward III ★ Public Minister ★ Original Jurisdiction 1789 A.D. united States of America ★ American National ★ Private Sector

HONORABLE ROBERT LASNIK

Mark Edward Hill ★ Public Minister ★ Original Jurisdiction 1789 A.D. united States of America ★ American National ★ Private Sector

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, Plaintiff, v. FRED FRINK, Defendant. | Cause No. CR12-262RSL MOTION FOR AN ORDER TO SHOW CAUSE Noted: December 7, 2012 (Oral Argument Requested) |

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed in Original Estate-FRINK; Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS.

12/10/2012 (lawful seal)

Mark-Edward

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Defendant Fred Frink, by and through his attorney, Gilbert H. Levy, seeks entry of an order as follows:

RELIEF REQUESTED

Defendant requests entry of order requiring Mark Edward Hill to appear before this Court and show cause why he should not be subject to an order requiring him to refrain from any further contact with the Defendant, and requiring him to refrain from filing any pleadings in this Court, which purport to be on the Defendant's behalf. Defendant's furthermore requests that the U.S. Marshals be directed to serve a copy of this order to show cause on Mr. Hill.

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

## II. FACTS RELEVANT TO MOTION

Defendant is charged with several offenses pertaining to his filing of an allegedly fraudulent tax return. Unrelated to the underlying offense, the Defendant has a complicated relationship with an individual named Mark Edward Hill. Mr. Hill is not an attorney, but has been holding himself out to the Defendant as a legal expert with many years of experience, and he has become significantly involved in the Defendant's affairs. He purports to represent him in a foreclosure proceeding regarding the Defendant's home. He has also undertaken to file several pleadings on the Defendant's behalf in this case and in a related federal civil suit. The pleadings are often incoherent and wholly without merit. Mr. Hill's involvement in the case disrupted the attorney-client relationship that the Defendant had with his previous attorney. The filing of the civil suit was the impetus for U.S. Probation to file a petition to revoke the Defendant's bond.

The Defendant was arrested by the Marshals pending a hearing on the petition to revoke the bond. The Defendant met with his new counsel, the undersigned, on November 2[illegible], 2012, prior to the initial appearance. At this meeting, counsel explained that Mr. Hill's filings were frivolous, would not assist him in his case, and were the cause of the petition to revoke the bond. The Defendant agreed to renounce Mr. Hill.

Magistrate Judge Donohue presided over an initial appearance regarding the alleged bond violation. Judge Donohue scheduled an evidentiary hearing before Magistrate Judge Tsuchida. In the interim, Judge Donohue ordered the Defendant to refrain from any further contact with Mr. Hill. The Defendant represented to the Court that he intended to dismiss the frivolous lawsuit and has since filed a notice of voluntary dismissal with prejudice.

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Original Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR Criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Dated 12/10/2012 (lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT FREDERICK FRANCIS BRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward

Public Minister · Mark Edward Hill · Original Jurisdiction 1789 A.D. united States of America · American National ✦ Private Sector

*Gilbert H. Levy*
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

The Defendant does not dispute the disassociation provision; in fact, it has been welcomed by him and his friends, who believe that Mr. Hill's pervasive influence over the Defendant is negative. However, Defendant's efforts to disengage himself from Mr. Hill have proven difficult. Defendant's friends and the undersigned have spoken with Mr. Hill in the wake of these proceedings, and he has indicated an unwillingness to help the Defendant abide by this condition. Specifically, he lives in Defendant's home and has refused to move out. He has also indicated that he cannot promise that he will not file any further pleadings on the Defendant's behalf, even if the Defendant does not consent to them. The Defendant faces a substantial risk of incarceration pending trial if Mr. Hill's egregious conduct is not brought under control by this Court. Attached as Exhibit A is a declaration by the undersigned attesting to these facts.

## III. ARGUMENT

This Court has the inherent authority to issue an order enjoining Mr. Hill from engaging in disruptive behavior. "Inherent powers derive from the absolute need of a trial judge to maintain order and preserve the dignity of the court." *Zambrano v. City of Tustin*, 885 F.2d 1473, 1478 (9th Cir. 1989) (citing *Cooke v. United States*, 267 U.S. 517, 539 (1925). As such, this Court has the power to issue orders to nonparties. *See, e.g., SECO Nevada v. McMordie (In re Holloway)*, 884 F.2d 476, 477 (9th Cir. 1989) (ordering attorney's fees for nonparties whose conduct, like Mr. Hill's, caused parties to incur additional expenses); *Corder v. Howard Johnson & Co.*, 53 F.3d 225, 232 (9th Cir. 1994). The Court also has the authority to find a nonparty in contempt for failing to follow an order. *See, e.g., David v. Hooker, Ltd.*, 560 F.2d 412, 416 (9th Cir. 1977).

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS Dated 12/10/2012 (lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT FRED-FRANCIS: RINK REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATION OF CONTRACTS.

Public Minister Original Jurisdiction 1789 A.D. United States of America American National Private Sector

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

Mr. Hill is not strictly speaking a non-party to this proceeding because he purports to be able act on the Defendant's behalf. He claims to have a power of attorney which entitles him to do so, and he has named himself as a Plaintiff in the lawsuit filed in this Court. In any event, the Court has inherent jurisdiction to deal with Mr. Hill in order to maintain order and the dignity of the Court. There is reason to believe that in spite the Defendant's best efforts to put a stop to Mr. Hill's behavior, he will continue to interfere with Defendant's right to counsel and will attempt to disrupt these proceedings. It is therefore appropriate and necessary for the Court to intervene.

IV. CONCLUSION

The Court should grant the relief requested herein.

DATED: November 29, 2012.

s/ Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on November 29, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Order Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

(lawful seal)

Mark-Edward

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND M.L Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark-Edward: Hill Public Minister American National & Private Sector Original Jurisdiction 1789 A.D. united States of America

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRED FRINK, Defendant. | Cause No. CR12-262RSL DECLARATION OF GILBERT H. LEVY IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE |

Gilbert H. Levy declares and certifies as follows:

1. I am the appointed counsel for the defendant above named. I am competent to a witness and have knowledge of the facts set forth herein.

2. On November 28, 2012 I telephoned Mark Hill at my client's request. I informed Mr. Hill of the no-contact order issued by Magistrate Judge Donohue and I requested that Mr. Hill refrain from any further contact with my client. I informed Mr. Hill that my client had executed a revocation of the power of attorney. I requested that Mr. Hill refrain from filing any further pleadings in this case which purport to be on behalf of my client. I informed Mr. Hill that my client requested that he move out of my client's residence.

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-ARTICLE III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. On 12/10/2012. (lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill * Public Minister * Original Jurisdiction 1789 A.D. united States of America * American National * Private Sector

Mark Edward

M:\Levy\Frink\show cause dec.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

3. Mr. Hill informed me that the power of attorney that my client had granted to him was irrevocable. He requested a meeting with me and my client which I declined. Mr. Hill informed me that he had a contractual obligation with my client to continue to file pleadings on his behalf and that he would not refrain from doing so unless my client executed a "release of liability". Mr. Hill informed me that he would not move out of the residence because he was a part owner but that he would allow me and my client to go to the residence to retrieve his belongings. Based upon my conversation with Mr. Hill I have reasonable cause to believe that Mr. Hill will continue to attempt to interfere with the attorney relationship and to disrupt these proceedings unless there is intervention by the Court.

4. To the best of my knowledge, information and belief, the facts contained in the motion for an order to show cause are true.

I hereby declare under penalty of perjury of the laws of United States of America that the foregoing is true and correct.

Dated this 29th day of November 2012, in Seattle, Washington.

/s/ Gilbert H. Levy
Gilbert H. Levy

Refused for cause All submissions by
GILBERT HENRY LEVY Admiralty Orders
Case No.12-C-2048-JCC filed IN Original
Estate-Article III; Constitution and ALL Orders
FOR criminal case CR12-262RSL NOT A
ARTICLE III COURT said treasonable
officers Judge can not IMPAIRING THE
OBLIGATIONS OF CONTRACTS. Date 12/10/2012

Mark Edward Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National Private Sector

(lawful seal)
Mark-Edward

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND
ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT
:FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I,
SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST
FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRED FRINK,<br>Defendant. | Cause No. CR12-262RSL<br>ORDER TO SHOW CAUSE |

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark Edward Hill * Public Minister * American National * Private Sector
Original Jurisdiction 1789 A.D. united States of America

To Mark Edward Hill:

You are directed to appear before this Court on the ____ day of ______________ at ______.m and then and there show cause why you should not be subject to an order directing you to refrain from any further contact with the Defendant and to refrain from filing any pleadings in this Court which purport to be in or on behalf of the Defendant above named. Please note that if you fail to appear as directed herein, you may be subject to sanctions which may include a finding of contempt.

The United States Marshals are directed to serve a copy of this order on Mr. Hill.

//

//

(lawful seal) Mark Edward

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10 CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

M:\Levy\Frink\show cause order.doc

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

DATED THIS ___ day of ______________________, 2012

______________________________
U.S. DISTRICT JUDGE

Presented by:

/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA 48[illegible]5
Attorney for Defendant

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark Edward HH * Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National * Private Sector

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

MAGISTRATE JUDGE TSUCHIDA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRED FRINK,

Defendant.

Cause No. CR12-262RSL

RESPONSE IN OPPOSITON TO GOVERNMENT'S MOTION TO REVOKE BOND

Defendant Fred Frink, by and through his attorney, Gilbert H. Levy, responds in opposition to the Government's motion to revoke his bond as follows:

I. FACTS RELEVANT TO OPPOSITION

For some time the Defendant has been under the undue influence of an individual named Mark Hill, who managed to convince the Defendant that he has successfully practiced in federal court for a number of years. Mr. Hill is not an attorney - he appears to fit the profile of a "constitutionalist", someone who has a fixed set of irrational beliefs about the law and legal proceedings specifically related to the powers of the Federal Government. Mr. Hill managed to convince the Defendant that he should be allowed to represent him in this case. Mr. Hill has made several unsuccessful attempts to appear on Mr. Frink's behalf in proceedings before Judge

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Dated 12/10/2012. (lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill * Public Minister * American National * Private Sector
Original Jurisdiction 1789 A.D. united States of America

Mark Edward

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

Lasnik. Mr. Hill has also filed a number of pleadings in this matter which consist of nonsensical constitutionalist gibberish. On November 16, 2012, Mr. Frink appeared before Judge Lasnik with Assistant Federal Defendant Nancy Tenny. At that time, Ms. Tenny was relieved as counsel and the undersigned was appointed to replace her. A status conference is presently scheduled before Judge Lasnik on November 30, 2012 at 10:30 a.m.

On or about November 26, 2012, Mr. Hill filed what is styled as a civil lawsuit in this Court. The matter has been assigned to Judge Coughenour. Judge Lasnik, Magistrate Judge Tsuchida, United States Attorney Jenny Durkan, AUSA Thomas Woods, the Federal Defender Office and Secretary of the Treasury Timothy Geithner were named as defendants in the lawsuit. The lawsuit also consists of nonsensical constitutionalist gibberish. Based upon the lawsuit Pre-trial Services Officer Mark Okano requested issuance of a warrant for violation of the terms of pretrial release. The Defendant was arrested the same day that the lawsuit was filed.

Mr. Frink made an initial appearance before Magistrate Judge Donohue on November 27, 2012. Prior to the initial appearance, Mr. Frink met with the undersigned and his associate Jennifer Kaplan in the Marshal lockup. In that meeting, Mr. Frink expressed awareness that he has been defrauded by Mr. Hill and he advised the undersigned that he wishes to dissociate himself from Mr. Hill. He authorized the undersigned to immediately dismiss the above referenced lawsuit. All of this was communicated to Magistrate Judge Donohue at the initial appearance. Magistrate Judge Donohue recognized at that hearing that Mr. Frink has come under the undue influence of Mr. Hill and he agreed to release Mr. Frink, subject to the additional condition that Mr. Frink refrain from any contact with Mr. Hill pending the hearing before this Court.

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

At the hearing, it was brought the Court's attention that Mr. Hill has been residing with Mr. Frink at his residence and so it would not be possible for Mr. Frink to return to his residence and disassociate himself from Mr. Hill. At that point in the hearing, a friend of the Defendant, Jill Lane, came forward and offered to allow the Defendant to reside with her until such time as alternative living arrangements could be made. Mr. Frink has since made alternative temporary living arrangements and is not residing with Ms. Lane. He is residing at 425 Vine Street, Unit 415, Seattle WA 98121. He has informed pre-trial services Officer, Mark Okano, of this change in temporary residence. He will reside at this location at least until he can retrieve his belongings from his primary residence and arrange for a more permanent accommodation. The Defendant has a cabin in Snohomish County where he can reside pending trial.

Mr. Frink has given every indication that he intends to disassociate himself from Mr. Hill. He has authorized the undersigned to dismiss the lawsuit. A copy of that authorization is attached hereto as Exhibit 1. He has revoked the power of attorney that he previously granted to Mr. Hill. A copy of the revocation of the power of attorney is attached hereto as Exhibit 2. With the Defendant's authorization, the undersigned has filed a notice of voluntary dismissal with prejudice. A copy of the notice of voluntary dismissal is attached hereto as Exhibit 3. The undersigned has filed a motion for an order to show cause with Judge Lasnik, directing Mark Hill to appear and show cause why he should not be subject to order directing him to refrain from any further contact with the Defendant and to refrain from filing any further pleadings in this Court which purport to be on the Defendant's behalf.

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012 (lawful seal) The APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURE OF MY CLIENT FRED-FRANCIS: FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATION OF CONTRACTS.
Mark Edward Hill Public Minister Original Jurisdiction 1789 A.D. united States of America American National Private Sector

## II. ARGUMENT

The undersigned maintains that the Defendant should not be found to be in violation of the terms of his pre-trial release. The defendant was misled by Mr. Hill into believing that the lawsuit was a legitimate strategy for defending against the present charges and he had no intention of harassing or intimidating any federal official. The night the Defendant spent in the Federal Detention Center following his arrest for the alleged supervised release violation has done much to disabuse him of that notion. The Defendant is now fully aware that Mr. Hill is a fraud and has been leading him down the path of self destruction. The Defendant is prepared to fully cooperate with court appointed counsel. He wishes to have no further contact with Mr. Hill. He will do everything within his power to compel Mr. Hill to refrain from further frivolous filings although it may be necessary for the Court to intervene.[1] The Court now has reasonable assurance that there will be no further violations of this nature and the case can proceed in an orderly manner. There is therefore no reason for the Court to revoke the Defendant's bond even if it determines that a violation has occurred.

DATED: November 29, 2012.

/s/ Gilbert H.Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

[1] Mr. Hill has advised the undersigned counsel that he will not refrain from filing documents in this case unless the Defendant gives him a "release of liability". He has also stated that he will not move out of the Defendant's residence and he has requested a meeting with the Defendant. The Defendant has declined the invitation to meet with Mr. Hill.

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

M:\Levy\Frink\bond response.doc

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty original Case No:12-C-2048-JCC filed IN Original Estate Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Date 12/10/2012 lawful seal

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Public Minister Original Jurisdiction 1789 A.D. United States of America American National Private Sector

CERTIFICATE OF SERVICE

I certify that on November 29, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Public Minister Mark Edward HH; Original Jurisdiction 1789 A.D. united States of America; American National Private Sector

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

M:\Levy\Frink\bond response.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252



# EXHIBIT 1

Refused for cause All submissions of
GILBERT HENRY LEVY Admiralty
Case No.12-C-2048-JCC filed IN Original
Estate-Article III; Constitution and ALL Orders
FOR criminal case CR12-262RSL NOT A
ARTICLE III COURT said treasonable
officers, Judges can not IMPAIRING THE
OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

(lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND
ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT
:FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I,
SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST
FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

CONSENT TO DISMISS LAWSUIT

I, Fred Frink, I am the person designated as plaintiff "Fred Francis" in civil lawsuit 12-C-2048-JCC. I consent to dismiss that lawsuit. I also consent to dismiss all *pro se* filings and documents filed by Mark Edward Hill in criminal case 12-CR-262-RSL, as well as the appeal that was filed on my behalf in that case.

I had granted my verbal consent to dismiss these filings during a meeting with attorney Gilbert Levy preceding a hearing on November 27, 2012, and again at the hearing. This document memorializes my verbal agreement.

Fred Frink 11-28-2012

Fred Frink Date

Refused for cause All submissions by
GILBERT HENRY LEVY Admiralty;
Case No.12-C-2048-JCC filed IN Original
Estate-Article III; Constitution and ALL Orders
FOR criminal case CR12-262RSL NOT A
ARTICLE III COURT said treasonable
officers, Judges can not IMPAIRING THE
OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.



# EXHIBIT 2

Refused for cause All submissions
GILBERT HENRY LEVY Admiralty
Case No.12-C-2048-JCC filed IN Original
Estate-Article III; Constitution and ALL Orders
FOR criminal case CR12-262RSL NOT A
ARTICLE III COURT said treasonable
officers, Judges can not IMPAIRING THE
OBLIGATIONS OF CONTRACTS. Date 12/10/2012.
(lawful seal)
APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND
ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT
:FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I,
SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST
FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.
Original Jurisdiction 1789 A.D. united States of America
Mark Edward Hill ★ Public Minister
American National ★ Private Secter

# REVOCATION OF POWER OF ATTORNEY

I, Fred Frink, hereby revoke the power of attorney I previously granted to Mark Edward Hill to perform legal work pertaining to the foreclosure of my house, located at 16030 NE 51st St. Redmond, Washington 98102.

Fred Frink    11-28-2012

Date

Witnessed by:

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12C2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.



EXHIBIT 3

Refused for cause All submissions of
GILBERT HENRY LEVY Admiralty
Case No.12-C-2048-JCC filed IN Original
Estate-Article III; Constitution and ALL Orders
FOR criminal case CR12-262RSL NOT A
ARTICLE III COURT said treasonable
officers, Judges can not IMPAIRING THE
OBLIGATIONS OF CONTRACTS. Date 12/10/2012.
(lawful seal)
APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND
ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT
:FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I,
SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST
FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.
Mark Edward Hill • Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National • Private Sector

Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED FRANCIS,<br>Plaintiff,<br>vs.<br>THOMAS WOODS et al.,<br>Defendants. | Cause No. C-12-2048-JCC<br>VOLUNTARY DISMISSAL OF CLAIMS |

COMES NOW Plaintiff Fred Francis, by and through his attorney, Gilbert H. Levy and voluntarily dismisses his claims in the above-referenced cause with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1).

DATED: November 27, 2012.

/S/ Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No. 12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/4/2012.

(lawful seal)

APPEARANCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill * Public Minister
Original Jurisdiction 1789 A.D. united States of America
American National * Private Sector

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252

CERTIFICATE OF SERVICE

I certify that on November 27, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy, WSBA# 4805
Attorney for Plaintiff

Refused for cause All submissions by GILBERT HENRY LEVY Admiralty Case No.12-C-2048-JCC filed IN Original Estate-Article III; Constitution and ALL Orders FOR criminal case CR12-262RSL NOT A ARTICLE III COURT said treasonable officers, Judges can not IMPAIRING THE OBLIGATIONS OF CONTRACTS. Date 12/10/2012.

Mark-Edward (lawful seal)

APPEARNCE OF GILBERT H. LEVY TO BE STRICKEN FROM THE RECORD AND ALL Judges Orders under THREAT AND DURESS SIGNATURES OF MY CLIENT :FRED-FRANCIS:FRINK BE REMOVED WITH PREJUDICE PER ARTICLE I, SECTION 10, CLAUSE 1 OF THE DE JURE CONSTITUTION RIGHT OF EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS.

Mark Edward Hill ★ Public Minister ★ American National ★ Private Sector — Original Jurisdiction 1789 A.D. united States of America

Gilbert H. Levy
Attorney at Law
330 Market Place One
2003 Western Avenue
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252