ORIGINAL




Title 4 § 1 Positive Law
Flag of the Republic.

12-CV-02048-LTR

'ILED ____ ENTERED
ODGED ____ RECEIVED

DEC 10 2012  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

:Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.
                            Petitioners.
vs.

THOMAS M.WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY , All "policy"employees of UNITED STATES OF AMERICA, <u>not a party,</u> (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III;

**Admiralty Case No.12-C-2048-JCC.
(Original Estate-Article III; Constitution)**

**DECLARATION
Notice of Acceptance of Constitutions and Oath of Office, Public Notice For Judge JOHN C COUGHENOUR AND ROBERT STEPHEN LASNIK, and of the Respondents hereinafter Successor and assigns, d/b/a: Judge's of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and Court Clerks, sundry employees and agents, and all a/k/a/ PUBLIC SERVANTS to file a certified copy their oath of office to be placed on the record and a copy of said oath to :Mark-Edward: Prior to any hearing concerning rights or interest. All public officials give evidence of register under 18 USC §219 as acting agents of foreign principals. See FOIA request.**

**By Special Appearance Rule E(8) Filed**

DECLARATION                 1 of 13

| | |
|---|---|
| Constitution for Case CR12-262RSL. & DOES 1-200. | **under a Full Reservation of Unalienable Rights By Real Party In Interest.** |
| Respondents. | |

## DECLARATION

**Notice of Acceptance of Constitutions and Oath of Office, Public Notice For Judge JOHN C COUGHENOUR AND ROBERT STEPHEN LASNIK, and of the Respondents hereinafter Successor and assigns, d/b/a: Judge's of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and Court Clerks, sundry employees and agents, and all a/k/a/ PUBLIC SERVANTS to file a certified copy their oath of office to be placed on the record and a copy of said oath to :Mark-Edward: Prior to any hearing concerning rights or interest. All public officials give evidence of register under 18 USC §219 as acting agents of foreign principals.**

    **Comes now** Petitioners of the Nomen family Frink and Hill speaking for our family and estate, We are regenerate men in the faith of Yahoshua H'Mashiach [Hebrew/Paleo-Hebrew script] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8) and counterclaim under Federal Rules of procedure Rule (h) in **Original Estate-Article III; Constitution**.

    Municipal agents Respondents and there appointed office has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

    And the request of filing oath of office and foreign status per 28 USC§ 453 and give evidence of register under 18 USC §219 as acting agents of foreign principals.

    Petitioners appearing In Propria Persona, who is the natural born free men under Almighty God known as Sur Names :Fred-Francis of the Nomen Family Frink and Mark Edward of the Nomen Family Hill and who are not artificial "U.S. citizens" I, :Fred-Francis and :Mark Edward are the Real Party in Interest, being a sovereign State's born Private Citizen

---

[1] [Paleo-Hebrew script] Yehoshua H'Natzrith V'Molech H'Hadiim – *Jesus Christ King of the Jews*. Hebrew acronym YHVH the Name of God.

of the sovereign State of the Union known as the Commonwealth State of Pennsylvania and Illinois.

  We, as Civilian Citizen, Fred Francis and Mark Edward possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated our rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic.

  We have been injured by direct threat and a frivolous legal complaint, placed under duress by threat of involuntary servitude exercised under color of law while trying to defend our rights to life and liberty and rights to contract.

  :Fred-Francis falsely accused of a crime with out "corpus delecti", and :Mark-Edward counterclaim for impairing the right to contract hereinafter We INVOKE all of our inherent and unalienable rights as an American "National" and Private Citizen. Our documents are filed under a full reservation of rights, Our God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

  <u>Petitioners AS AMERICAN NATIONALS,</u> DO NOT CONSENT to these proceedings! "Case CR12-262RSL" Plaintiff in error, the UNITED STATES OF AMERICA, a foreign entity to my Civilian Citizen status as :Fred-Francis, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America.

  Said foreign federal jurisdiction is not a "... Republican Form of Government ..." *(ARTICLE IV, Section 4 – Constitution)* and is not our National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

### DECLARATION

I, the first choice of counsel :Mark-Edward, appearing In Propria Persona, who is the natural born free man under Almighty God known as:Mark-Edward, of the genealogy Hill, who

is not a artificial "U.S. citizen" I, :Mark-Edward, am the Real Party in Interest, under lawful and binding private common law trust, and contract with general power of attorney for Fred Francis Frink, being a sovereign State's born Private Citizen of the sovereign State of the Union known as the Commonwealth State of Illinois to defend the impairment and unlawful trespass of public servants herein. I, Civilian Citizen :Mark-Edward, possess inherent and <u>unalienable</u> rights under the Organic Acts of the united States of America and have never abrogated my rights to be a lesser federal "U.S. citizen" under Article 1, Section 8 of the Constitution of the Republic. I have been injured by direct threat and a frivolous and fraudulent faults statement in Order to show cause Denied on the 03/11/12. Document #54 to defend my rights of a lawful binding contract, placed under duress by threat of contempt without jurisdiction or contract exercised under color of law while trying to defend my rights to life and liberty to protect my perfected secured interest and constitutional right to contract.

    I, :Mark-Edward, am making Restricted Special Appearance as a real party in interest, falsely accused of fraud and to defend my interest and hereinafter INVOKE all of my inherent and unalienable rights as an American "National" and Private Citizen. My documents are filed under a full reservation of rights, my God-given unalienable rights are as affirmed under the common law of the *Articles of Confederation*, the *Northwest Ordinance* and the *Constitution of the united States of America*, its Republic and its Union of States.

    "On and For the Record, I declare that I am here in the Matter of CASE No. CR12-262RSL to challenge jurisdiction only as per to the faults statements and my rights in order to show cause, Document 49 filed 11/29/12 page 1 of 4 and its exhibits 1,2,3, under a full reservation of my rights as an American National and Private Citizen to defend and protect my

interest.

AS AN AMERICAN NATIONAL, I DO NOT CONSENT to these proceedings! Plaintiff, the UNITED STATES OF AMERICA and employees there of are a foreign entity to my Civilian Citizen status, has acted in error and only represents artificial "U.S. citizens" within its territories under Article 1, Section 8, and adhesion to same denies me, a Civilian, my inherent, inalienable and unalienable rights under the birth law rights of my birth State and the Organic Laws of our sovereign Nation, the united States of America. Said foreign federal jurisdiction is not a "... Republican Form of Government ..." *(ARTICLE IV, Section 4 – Constitution)* and is not my National Government of the States, but a Federal Government with limited civil rights secured by the Constitution of the Republic under ARTICLE 1, Section 8 and ARTICLE 1, Section 10 thereof.

## NOTICE OF ACCEPTANCE OF CONSTITUTIONS AND OATH OF OFFICE POINT OF LAW.

1) All contracts commence with an offer and only become binding upon acceptance. *See:* Farnsworth on Contracts. ©2004 by E. Allan Farnsworth, Third Edition, Aspen Publishers, ISBN: 0-7355-4605-3 (Vol. 1) 3.3. Fair use transcript attached.

2) The peoples* contracts being the Constitutions of the United States of America and the/The State of Washington and the mandated oath of office of the above named PUBLIC SERVANTS, amounts to nothing more than an offer of an intention to act or refrain from acting in a specified way between the respective governments and the private American people and for other purposes and is binding to those who choose to be subject to it, i.e. PUBLIC SERVANTS.

DECLARATION                   5 of 13

3) Be it known by these presents that I, Mark-Edward a competent natural man of the genealogy of Hill. On the Land do. hereby choose to honor your offer and accept the alleged constitutions of the United States and the/The State of Washington and the mandated Oath of Office of the above designated PUBLIC SERVANT pursuant to Title 28 U.S.C. § 453. Oaths of justices and judges. Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, JOHN C COUGHENOUR AND ROBERT STEPHEN LASNIK, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Judge under the Constitution and laws of the United States. So help me God."

4) Robert Stephen Lasnik, doing business as Chief Judge for UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE in case CASE NO. CR12-262RSL where Mark-Edward a competent natural man of the genealogy of Hill has a interest in property and a real party in interest in his constitutional contracts and powers herein with his client Fred-Francis of the genealogy of Frink dated this day 11/27/2012. as found filed and recorded in the Article III Court Admiralty Case No.12-C-2048-JCC in Original Estate-Article III; Constitution Documents filed by GILBERT HENRY LEVY refused for cause, refused for treason.

5) As well as and all previous ones, successor, assigns and deputies, assistants, employees, agents and all PUBLIC SERVANTS relating, as your open and binding offer of promise to form a firm and binding contract between the respective governments, their political

DECLARATION                  6 of 13

instrumentality and all the above so recognized PUBLIC SERVANTS and Me, Myself in My private capacity.

6) **By** My acceptance **I reasonably require** that in all of your actions as a PUBLIC SERVANT, as may, in any way, pertain to Me, you will faithfully perform all of your promises and stay in honor within the limitations of your ascribed constitutions, in your competency you will not create and proceed with any ex parte proceedings, unsubstantiated, unwarranted or unstated presumptions, quasi contracts or quasi in rem action, you will seek and act only the true facts and clearly tell the truth at all times, completely and unreserved at all times and respect and unconditionally protect My secured unalienable rights of life, personal liberty and private property right to contract and all rights antecedent thereto and therefrom at all times. **Should this not be true then let the record be corrected or it will stand as truth.**

7) FAIR USE TRANSCRIPT Hereinafter to Notice of Acceptance of Constitutions and of Oath of Office Farnsworth on Contracts. ©2004 by E. Allan Farnsworth, Third Edition, Aspen Publishers, ISBN: 0-7355-4605-3 (Vol. 1) www.aapenpublishers.com

8) **3.3. Offer and Acceptance. The outward appearance of the agreement** process, by which the parties satisfy the requirement of bargain imposed by the doctrine of consideration, varies widely according to the circumstances. It may, for example, involve face-to-face negotiations, an exchange of letters or facsimiles, a transaction between computers, or merely the perfunctory signing of a printed form supplied by the other party. Whatever the outward appearance, it is common to analyze the process in terms of two distinct steps: first, a manifestation of assent that is called an *offer,* made by

one party (the *offerer*) to another (the *offeree);* and second, a manifestation of assent in response that is called an *acceptance,* made by the offeree to the offerer. Although courts apply this analysis on a case-by-case basis, depending on the circumstances, it gives a reassuring appearance of consistency.

9) **Meaning of offer** What is an "offer"? It can be defined as a manifestation to another of assent to enter into a contract if the other manifests assent in return by some action, often a promise but sometimes a performance. By making an offer, the offerer thus confers upon the offeree the power to create a contact. An offer is nearly always a promise and, in a sense, the action (promise or performance) on which the offeror conditions the promise is the "price" of its becoming enforceable. *Offer,* then, is the name given to a promise that is conditional on some action by the promise e *if* the legal effect of the promise's taking that action is to make the promise enforceable. Empowerment of the offeree to make the offerer's promise enforceable is thus the essence of an offer.

10) **Meaning of acceptance** What is an "acceptance"? It can be defined as the action (promise or performance) by the offeree that creates a contract (i.e., makes the offerer's promise enforceable). *Acceptance,* then, is the name given to the offeree's action if the legal effect of that action Is to make the offerer's promise enforceable.

11) **Freedom to revoke offer** Because of the requirement of mutuality of obligation, both parties are free to withdraw from negotiations until the moment when both are bound. This is the moment when the offeree accepts the offer. It therefore follows, as we shall see later in more detail, that the offeror Is free to revoke the offer at any time before

acceptance.

12) The foregoing lawful **Notice of Acceptance of Constitutions and of Oath of Office** is made in good faith and explicitly without recourse and now constitutes a binding contract and any deviation therefrom must be and will be treated as a breach of contract and a violation of substantive due process and breach of public trust and breach of fiduciary duty. Notice to principle is notice to agents and vice versa.

13) **Memorandum:** I, :Mark-Edward Challenge the jurisdiction of this court over myself and my client Fred-Francis:Frink and our right to contract under Article 1 section 10 of the de jure united states constitution .

14) Jurisdiction is challenged on the grounds that the constitution states that ALL matters in LAW and EQUITY must be conducted in an Article III court. If this court is not an Article III court then the accused requests that the matter be transferred to an Article III court or dismissed with prejudice this document is filed in a Article III Admiralty Case No.12-C-2048-JCC pursuant to Title 28 USC 1333, suitors clause, under Rule 9(h).

15) Capitonym Article 1, Section 8: Powers of Congress: To define and punish Piracy and Felonies committed on the high Seas, and Offenses against the Law of Nations. Article 6, Section 2:

16) This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; **and all Treaties made**, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

## Officers and employees acting as agents of foreign principal 18 USC § 219

17) § 219. Officers and employees acting as agents of foreign principals 18 USC § 219

   (a)Whoever, being a public official, is or acts as an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938, as amended, shall be fined under this title or imprisoned for not more than two years, or both.

18) (b)Nothing in this section shall apply to the employment of any agent of a foreign principal as a special Government employee in any case in which the head of the employing agency certifies that such employment is required in the national interest. A copy of any certification under this paragraph shall be forwarded by the head of such agency to the Attorney General who shall cause the same to be filed with the registration statement and other documents filed by such agent, and made available for public inspection in accordance with section 6 of the Foreign Agents Registration Act of 1938 (22 USCS § 616], as amended.

19)(c)For the purpose of this section **"public official" means** Member of Congress, Delegate, or Resident Commissioner, either before or after he has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency, or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, agency, or branch of Government. References in text: "The Foreign Agents Registration Act of 1939", referred to in sub sec. (a), is Act June 8, 1938, ch 327, 52 Stat. 631, which appears generally as 22 USCS § 611 et seq. For full classification of this Act, consult USCS Tables volumes. Explanatory notes:A prior § 219 was redesignated as 18 USCS § 214 by

Act Oct. 23, 1962, P. L. 87-849, § 1(d), 76 Stat. 1125. Effective date of section: Act July 4, 1966, P.L. 89-486, § 9, 80 Stat. 249, provides that this section shall become effective 90 days after its enactment on July 4, 1966; see 22 USCS § 611 note.

20) The Constitution of Washington acting prospectively - declaring rights and procedures for the future but NOT diminishing rights extant prior to the establishment of the state, and no new powers contrary to our common law Rights/Immunities were "granted" to the state.

21) I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing is true and correct to the best of my knowledge and belief not to harass or threat but as to have full disclosure and unalienable rights enforced per **28 USC§ 453.**



**Under Title 4 § 1 Positive Law Flag of the Republic.:Mark-Edward. a Private Citizen of Illinois is by Nativity American National Under Almighty God Original Estate-Article III; Constitution). The common law Citizenship of the Commonwealth of Illinois. Non-assumpsit/TDC: General Delivery Redmond post office, Washington, Zip Exempt. DMM Reg. Sec.122.32; Public Law 91-375, Sec.403 [Not Pro Se], Sur Juris, In Propria Persona**

Date December 10th 2012.

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

DECLARATION 11 of 13

## CAVEAT

Upon receipt of this DECLARATION Notice of Acceptance of Constitutions and Oath of Office within 15 days as either a "Public Servant Who by Oath of office or duty as an officer of government created corporation by Foreign Agents Registration Act of 1938, municipality's, etc., and or by and through your "superior Knowledge of the law " you have to respond before December 26th 2012 to rebut and review point for point 1 of 13 pages and correct any errors within the DECLARATION Notice of Acceptance of Constitutions and Oath of Office and respond by Certified U.S. Mail as to any corrections to the enumerated points herein. Failure to do so before December 26th 2012, allowing up to three days grace for mail delivery, will place you and your office in default, and the presumption will be taken upon the public record that you and your office fully agrees to the points and authorities contained within this DECLARATION Notice of Acceptance of Constitutions and Oath of Office and that they are true, correct, and certain. (F.R.C.P. 8d). You may file your (a) response (b) your oath of office (c) your registration under "The Foreign Agents Registration Act of 1939"and information as notice of agent of a forging principle in Admiralty Case No.12-C-2048-JCC.

## CERTIFICATE OF SERVICE

1) Corporate (public) "policy" employees (without Public Law authority) United States Attorney office Jenny A. Durkan and Andrew C. Friedman, Thomas Woods Assistant United States Attorney 700 Stewart Street, Suite 5220 Seattle WA 98101.

2) Corporate (public) "policy" employees (without Public Law authority) CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY CJA Administration Federal Public Defender's Office 1601 Fifth Ave, Suite 700 Seattle, WA 98101 (206) 553-2510, (800) 246-2724 Fax Number: (206) 553-2334.

3) Corporate (public) "policy" employees (without Public Law authority) United States District Court Western District of Washington, BRIAN A.TSUCHID and ROBERT STEPHEN LASNIK, 700 Stewart Street, Suite 5220 Seattle WA 98101.

4) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON 520 112th Ave NE, Suite 200 Bellevue WA

DECLARATION                12 of 13

98004. and MICHAEL BALL DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION 800 Fifth Ave Seattle WA (206) 464-4921 cell (206) 391-3131. E-mail **Michael.Ball@ci.irs.gov**.

5) Corporate (public) "policy" employees (without Public Law authority) DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, D.C. 20220. *See: 5 U.S.C. § 702: Right of review:*

6) GILBERT HENRY LEVY Attorney at Law 330 Market Place One 2003 Western Avenue Seattle, Washington 98121. 206-443-0670 fax: 206-448-2252.

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and US Mail first class to the following respondents above.

DATED: Redmond, Washington 12/10/2012

_____(Lawful seal)
:Mark-Edward:Hill, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.

(seal: Original Jurisdiction 1789 A.D. united States of America — Mark Edward Hill * Public Minister * American National * Private Sector)