# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| :Mark-Edward,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES ATTORNEY'S OFFICE et al.,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C12-2048-JCC |

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The court has dismissed Plaintiff's claims for lack of merit (Dkt. No. 11).

DATED this 14th day of December 2012.

                                        WILLIAM M. MCCOOL
                                        Clerk

                                         /s/ *Tim Farrell*
                                        Deputy Clerk