

12-CV-02048-VRDCT



Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: :Mark-Edward.
a Private Citizen Pennsylvania
and Illinois are Nativity American
Nationals Under Almighty God and
the common law of the Commonwealth of
Pennsylvania, and Illinois Po Box 98
Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Not Pro Se, Sur Juris In Propria Persona



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Fred-Francis and :Mark-Edward (Suitors) Real Party's in Interest, appearing In Propria Persona, with <u>unalienable</u> rights Original Estate-Article III; Constitution.<br>　　　　　　　　　　Petitioners.<br>vs.<br><br>THOMAS M. WOODS, and JENNY ANNE DURKAN, and ANDREW D FRIEDMAN, THE UNITED STATES ATTORNEYS OFFICE and CJA ADMINISTRATION FEDERAL PUBLIC DEFENDER'S OFFICE and NANCY TENNEY, and BRIAN A. TSUCHID and ROBERT STEPHEN LASNIK, and TIMOTHY F. GEITHNER and R.A. MITCHELL and CHARLES WASHINGTON, and MICHAEL BALL, GILBERT HENRY LEVY, All "policy"employees of UNITED STATES OF AMERICA, **not a party,** (A federal entity which is not the de jure united States of America). All agents of a foreign principal with false claims in assumpsit to rights in the original estate-Article III; | **Admiralty Case No.12-C-2048-JCC.**<br>**(Original Estate-Article III; Constitution)**<br><br>**PROOF OF SERVICE**<br><br>**By Special Appearance Rule E(8) Filed under a Full Reservation of Unalienable Rights By Real Party In Interest.** |

PROOF OF SERVICE　　　　　　1 of 8

Constitution for Case CR12-262RSL. &
DOES 1-200.

Respondents.

## PROOF OF SERVICE

I, Mark-Edward a natural man of the genealogy of Hill do declare under penalty of perjury in accordance with the laws of the de jure united States of America chat the foregoing PROOF OF SERVICE is true and correct to the best of my knowledge and belief not to harass or threat but as to show evidence served.



**Under Title 4 § 1 Positive
Law Flag of the Republic.**
:Mark-Edward, a Private Citizen of Illinois
is by Nativity American National Under Almighty
God Original Estate-Article III; Constitution).
The common law Citizenship of the

Commonwealth of Illinois.
Non-assumpsit/TDC: General Delivery
Redmond post office, Washington, Zip Exempt.
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
[Not Pro Se], Sur Juris, In Propria Persona

Date December 11/14th 2012.

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
All Rights Reserved

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**INTERNAL REVENUE SERVICE**<br>**CHARLES WASHINGTON**<br>**1201 Pacific Av Tacoma WA-**<br>**98402-4310** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7010 3090 0002 7079 3343 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

PLEASE PRESS

INTERNAL REVENUE SERVICE
CHARLES WASHINGTON
1201 Pacific Av Tacoma WA-
98402-4310

Jill E. Lane   Notary Acceptor
140 N.101 st Street
Seattle, Washington 98133.



NOV 23 2012



7010 3090 0002 7079 3343



1005



98402



U.S. POSTAGE PAID
EVIP, WA
98004
NOV 23, '12
AMOUNT
$11.35
0004441406

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**INTERNAL REVENUE SERVICE**<br>**R.A. MITCHELL**<br>**1201 Pacific Av Tacoma WA-**<br>**98402-4310** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 0470 0000 4457 4673 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

INTERNAL REVENUE SERVICE
R.A. MITCHELL
1201 Pacific Av Tacoma WA-
98402-4310

Jill E. Lane   Notary Acceptor
140 N.101 st Street
Seattle, Washington 98133.

NOV 23 2012

7011 0470 0000 4457 4673

98402

$11.00044

U.S. POSTAGE PAID
NOV 23 98001

English    Customer Service    USPS Mobile                                               Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package     Send Mail      Manage Your Mail     Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70103090000270793350 | Priority Mail® | Delivered | November 28, 2012, 4:47 am | WASHINGTON, DC 20220 | Expected Delivery By: November 23, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | November 25, 2012, 12:26 pm | WASHINGTON, DC 20220 | |
| | | Arrival at Unit | November 25, 2012, 12:08 pm | WASHINGTON, DC 20018 | |
| | | Processed through USPS Sort Facility | November 25, 2012, 7:51 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | November 24, 2012 | WASHINGTON, DC 20066 | |
| | | Processed through USPS Sort Facility | November 24, 2012, 4:08 am | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | November 22, 2012 | KENT, WA 98032 | |
| | | Processed at USPS Origin Sort Facility | November 21, 2012, 9:12 pm | KENT, WA 98032 | |
| | | Dispatched to Sort Facility | November 21, 2012, 6:08 pm | REDMOND, WA 98052 | |
| | | Acceptance | November 21, 2012, 2:33 pm | REDMOND, WA 98052 | |

**Check on Another Item**

What's your label (or receipt) number?

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $13.85 | 0264 |
| Certified Fee | | $2.95 | 14 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $19.15 | 11/21/2012 |

Sent To: TIMOTHY F. GEITHNER Secretary of the Treasury U.S. Department
Street, Apt. No.; or PO Box No. of the Treasury 1500 Pennsylvania
City, State, ZIP+4 Avenue, NW Washington, D.C. 20220.

7010 3090 0002 7079 3350

### LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

### OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000044574673 | Priority Mail® | Delivered | November 26, 2012, 1:44 pm | TACOMA, WA 98402 | Expected Delivery By: November 24, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | November 24, 2012, 5:03 am | TACOMA, WA 98402 | |
| | | Dispatched to Sort Facility | November 23, 2012, 6:50 pm | BELLEVUE, WA 98004 | |
| | | Acceptance | November 23, 2012, 12:37 pm | BELLEVUE, WA 98004 | |

**Check on Another Item**

What's your label (or receipt) number?

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.

English        Customer Service        USPS Mobile                                                                    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools                    Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70103090000270793343 | Priority Mail® | Delivered | November 26, 2012, 1:44 pm | TACOMA, WA 98402 | **Expected Delivery By:** November 24, 2012<br>Certified Mail ™<br>Return Receipt |
| | | Arrival at Unit | November 24, 2012, 5:03 am | TACOMA, WA 98402 | |
| | | Dispatched to Sort Facility | November 23, 2012, 6:50 pm | BELLEVUE, WA 98004 | |
| | | Acceptance | November 23, 2012, 12:38 pm | BELLEVUE, WA 98004 | |

**Check on Another Item**

What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.



```
===================================
              BELLEVUE MPO
           BELLEVUE, Washington
                980044292
              5476210192-0094
    11/23/2012 (800)275-8777 12:41:22 PM
===================================
============== Sales Receipt ==============
Product              Sale  Unit      Final
Description          Qty   Price     Price
===========================================
TACOMA WA 98402                      $6.05
Zone-1 Priority Mail
2 lb. 4.90 oz.
  Expected Delivery: Sat 11/24/12
  Return Rcpt (Green                 $2.35
  Card)
  Certified                          $2.95
  Label #:        70110470000044574673
                                   ========
Issue PVI:                          $11.35

TACOMA WA 98402                      $6.05
Zone-1 Priority Mail
2 lb. 4.90 oz.
  Expected Delivery: Sat 11/24/12
  Return Rcpt (Green                 $2.35
  Card)
  Certified                          $2.95
  Label #:        70103090000270793343
                                   ========
Issue PVI:                          $11.35

Mail Pickup             Delivered
Label # 71969008911178806502
Label # 71969008911178806342
Label # 71969008911178806427
# of Mailpieces :  1
Mail Pickup Date: 11/23/2012 12:39 PM
                                   ========
Total:                              $22.70

Paid by:
VISA                                $22.70
  Account #:        XXXXXXXXXXXX4460
  Approval #:       024610
  Transaction #:    610
```